# Exhibit B

Case 1:17-cr-00281-ERK   Document 14-2   Filed 07/06/17   Page 1 of 3 PageID #: 79

DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS



2001 FEB 12 AM 10: 46

MDC BROOKLYN
WARDEN'S OFFICE

**MONDAY MORNING**

# HIGHLIGHTS

February 12, 2001

## Clinical Directors National Training Meeting

The Bureau of Prisons National Training Meeting for Clinical Directors will be held in Baltimore, Maryland, from February 13-16. BOP clinical directors have overall responsibility for the delivery of medical care at their respective institutions. More than 90 physicians are expected to participate and discuss a variety of health care and administrative issues. Topics for discussion and presentations at the meeting include, the management of HIV infection, orthopedic management, hypertension, diabetes, hepatitis C, eye care, psychiatric treatment guidelines, clinical care guidelines, detoxification, mortality reviews, and policy issues. Director Hawk Sawyer will address the participants on February 13.

## Congressman Ford Visits FCI Memphis

On February 1, the Honorable Harold E. Ford Jr., U.S. House of Representatives, and two members of his staff visited FCI Memphis. The visitors met with Warden Joseph P. Young and members of the institution's Executive Staff, toured the institution, and met with staff members. The tour included the Food Service Department, the Education Department, inmate housing units, and the Federal Prison Industries (FPI) factory. The visitors attended a GED class in progress and spoke to several inmates.

*continued on page 2, column 1*

### Officer Pepe's Condition Improves

Senior Officer Specialist Louis Pepe, who was assaulted by two inmates on November 1, 2000, at MCC New York, was recently discharged from Bellevue Hospital to a rehabilitation center in the New York City area. It is believed that Officer Pepe will stay in the rehabilitation center for about one month and then hopefully be released to his home with continued assistance through the center's out-patient program.

The Bureau wishes Officer Pepe and his family well, and we will keep them in our thoughts and prayers as Officer Pepe continues to recover from his injuries.

Officer Pepe and his family appreciate the Bureau's continued support. Anyone wishing to write to Officer Pepe may do so through the Executive Assistant, Metropolitan Correctional Center, 150 Park Row, New York, New York 10007-1779.

### INSIDE HIGHLIGHTS

FCC Coleman Celebrates 5th Anniversary .... 2

USP Pollock Conducts Ribbon-Cutting Ceremony .... 2

Butner Facilities Host Interagency Exercise .... 2

FCC Coleman Holds IMPACT Program Graduation .... 2

Groundhog Day Job Shadowing at Central Office .... 2

**Mission of the Bureau of Prisons**
*It is the mission of the Federal Bureau of Prisons to protect society by confining offenders in controlled environments of prisons and community-based facilities are safe, humane, cost-efficient, appropriately secure, and provide work and other improvement opportunities to offenders in becoming law-abiding citizens.*

The students were treated to a working lunch, sponsored by the DC Chapter of the National Association of Blacks in Criminal Justice, at which time other BOP staff spoke about their career paths with the Bureau and the importance of pursuing an education. According to the high school career coordinators, a number of students have already expressed a desire to shadow BOP staff next year.

More information about Groundhog Job Shadowing Day is available on the organization's website at www.jobshadow.org.

## Minimum Charge for Military Leave

Effective December 21, 2000, an employee may be charged military leave only for the hours during which the employee would otherwise have worked and received pay. Congress amended a section of the United States Code to reflect that the minimum charge for military leave is one hour and that additional charges for military leave will be in multiples of the minimum charge.

In practical terms, the amendment provides that members of the Reserves and/or National Guard will no longer be charged military leave for non-duty days (typically weekends and holidays) that occur within the period of military service. Employees who request military leave for inactive duty training (weekend drills) will be charged only the amount of military leave necessary to cover the period of training and necessary travel. Hours in the civilian workday that are not chargeable to military leave must be worked or charged to another leave category, as appropriate.

Employees with questions about military leave should contact their local Human Resource Office.

## Staff Serve the Community

### MDC Brooklyn

On January 22, Carlos Martinez, Senior Officer Specialist, MDC Brooklyn, observed an accident involving a tractor-trailer that had crashed through a guard rail. Officer Martinez removed the trapped driver from the wreckage, summoned emergency assistance, and stayed with the accident victim until emergency personnel arrived.

### FDC SeaTac

On January 17, while on their way home from work, FDC SeaTac Correctional Officers Mike Marshall, Joe Sanders, and Connie Appleton observed a vehicle driving erratically. After the vehicle had several near collisions, the officers contacted local law enforcement personnel on a cellular phone. The officers continued to follow the vehicle, turned on their emergency flashers, and stayed in contact with local law enforcement officials to provide updates of the location of the vehicle and its direction of travel. After traveling several miles, the vehicle pulled into a parking lot and appeared to be preparing to turn back onto the divided freeway and into oncoming traffic. The officers immediately flagged down the vehicle to prevent it from moving. The driver stopped the vehicle and turned off the engine. State Troopers then arrived and took the driver into custody. The driver, who had been released from a county jail the previous day, had a suspended license and was driving a stolen vehicle.

## Outstanding Employees

### Employee of the Month

**Teresa Atkinson**, Correctional Counselor, FCI Talladega.

**Dolson Ayers**, Senior Officer Specialist, FCI Otisville.

**Bobby Bordelon**, Inmate Systems Officer, FCI Oakdale.

**Patsy Bosley**, Correctional Counselor, FCI Phoenix.

**Stevlen Dickerson**, Accounting Technician, FCI Talladega.

**Frank Gotreaux**, Senior Officer Specialist, FCI Oakdale.

**Lark Hare**, Correctional Officer, FCI Talladega.

**Noel Hoppe**, Senior Officer Specialist, FCI Waseca.

**Osmido Izquierdo**, Case Manager, FDC Miami.

**Juavata Jones**, Administrative Assistant, FCI Marianna.

**Odell Kimble**, Correction Counselor, FCI Oakdale.

**Ronald Lair**, Senior Offic Specialist, FDC Oakdale.

**William McKinney**, Correctio Counselor, FCI Elkton.

**Luis Negron**, Physicians Assist FCI Talladega.

**Juan Marin-Quintero**, Correcti Counselor, FCI Butner.

Case 1:17-cr-00281-ERK Document 14-2 Filed 07/06/17 Page 3 of 3 PageID #: 81