# Exhibit C

06/05/2017

Dear Judge:

My name is Zulma Martinez. I am Carlos Rich Martinez Aunt. I have known Carlos all his life because he was raised by my parents. Carlos has always been a loving, caring, respectful, loved, advisor, and an awesome role model. To me he's not only my nephew; he's my brother, and a son. I have the upmost respect for him for all he has accomplished in life and all he has done for the family. Carlos has always been well respected, well mannered, and would always help anyone in need. Carlos and I went to College together, I can honestly say he was my motivator, especially when I wanted to quit. He was always there for me as he always been. When my dad was diagnosed with cancer Carlos was the one taking him to all his appointments and helped take of him to the end. When my brother was diagnosed with cancer he did the same. When his mom became ill and needed stem cell transplant, he did everything in his power to get her the help she needed. He even accompanied us to Florida for her treatment so we wouldn't be alone. After my dad passed Carlos with work, school, his family, and trainings, has made the time to care for his grandmother my mom who raised him. Carlos has also been taking care of his mom who has been in the hospital for the past 4 months and who is critically ill and needs him. Carlos has always been our mentor. An honest, quiet, well-mannered, Loved and respectful person, who has nothing but a heart of gold when it comes to others. Judge I hope you find it in your heart to give Carlos his bail, so he can be with his mom who has been asking for him and is very ill. I sincerely thank you from the bottom of my heart for taking the time to read my letter with the hope that you will find it in your heart to honor my request. If you need any further information please feel free to contact me at 347-357-1013.

Sincerely,

*Zulma Martinez*
Zulma Martinez

To whom it may concern,

I, Damaris Morales, have been friends with Carlos Richard Martinez since November 2006 until present. Our friendship began with a bond like no other since we both served in the Marine Corps and worked for the Bureau of Prisons. Carlos was not only a co-worker, but he was my mentor when I first began with the bureau. He showed me the ins and outs of working efficiently and safely within the prison walls. I attended a few of his family parties and he also met my family members. He was there during my most trying time, which is when my four month old daughter passed away. He showed me and my family support by attending my daughters' funeral with his wife.

Carlos is beyond family oriented. He does not only take care of his immediate family, but his Marine family and his BOP family. When his mother was sick, he did a wonderful fundraiser for his mother so that her life can be elongated through medical miracles. Whenever a military friend or BOP friend passed away, he made sure to celebrate their lives by joining other members in a gathering to honor those that are no longer with us. Carlos is unselfish in every way possible. I look up to him because he motivated me when I did not believe in myself. There were times when I saw his accomplishments and I thought to myself "I want to be more like him"; not out of envy, but out of respect and admiration.

If you wish to contact me, my contact information is:
Damaris Morales
347-668-3858

Dear Judge

My name is Yamaliz Ponce. I have known Carlos now for almost 10 years through his aunt Zulma Martinez. Since I met him, I can say he has made an impact in my life. I was a girl with a lot of problems and he noticed it. He often saw I was usually angry; I had no desires to complete anything I started, I was having problems in school and with my family. Carlos at gatherings would often talk to me to try and cheer me up. He always helped me look at the brighter side of all my problems. Carlos helped me by steering me in the right direction, he never judge me for who I was, on the contrary he often told me of who I could be. We often spoke of what I wanted to do or be in the future and he helped me get started. Thanks to him I finished High School, I went back home to my mom, my mom and I now have a better relationship. I am currently working; I have become a better person, to myself and others. I am learning to value myself and others thanks to Carlos for always being there and for being such the good person he is. I feel blessed and honored to have him in my life. I admired everything Carlos does, I often wish I could be like him. A person who finds it on his daily schedule to work, take care of his sick grandmother, his mom who is very sick in the hospital, be there for his wife, his daughters, granddaughter, his classes, family members and his friends. Carlos is a true leader, father, grandson, grandfather, uncle, nephew with a special heart and love for everyone. If you need to speak to me please feel free to contact me at 347-712-3213

Sincerely

*Yamaliz Ponce*
Yamaliz Ponce

Dear Judge

My name is Marta Anaya. I am Carlos Martinez Aunt. I have known Carlos for more than 40 years. I can honestly say he has always been a good kid. He has always been respectful, well mannered, caring, and helpful. I say I am grateful to him for all he's done for my family. He has always given good advice to my children and always pointed them in the right direction. My children and grandchildren have the upmost respect for him. Carlos is an honest, hardworking man and a person who also takes care of his family members, friends, especially his mother, grandmother and siblings. Wherever you see Carlos you will always see him with his wife, children, and granddaughter and family members. He has a good heart and would help anyone in need. He is well respected in our community and by family. I am asking you to please consider him bail for his mom who is in the hospital very ill and his grandmother really needs him. I thank you in advance for reading my note.

Sincerely

Marta Anaya

June 12, 2017

Your Honour,

    I Isabel Mendez provide this letter on behalf of my cousin n law, Carlos Richard Martinez who is facing a federal criminal charge. I have been his cousin n law since Late 1998 through his cousin Richard Mendez now by marriage and I have known Carlos to be very responsible, a man with great ambition and admirable character.

    I am very valued to have known a man with such a solid character. Carlos is a man who I look up to and not only I but his whole family. I see that he is very serious about his life, family and work. I saw him work hard to get to the position in where he is now. During family gatherings, we would speak about college and his qualifications to moving up a higher level up at work. I know that he worked hard to complete his bachelor's degree, while working as a federal correction officer, fire arms instructor and taking care of his family. Carlos is the heart of the family who keeps us all together since the passing of his grandfather Luis Martinez. He has his grandmother who is not 100% percent of health which I always known that he visits to check on her if there is anything she in need for. Carlos has his mother who now in the hospital who is not well of health, late summer of 2016 Carlos with the help of his aunt Zulma Martinez, family and friends raised money for his mother to receive a lung stem cell transplant. Carlos and his Aunt Zulma Martinez went with his mother to help her receive her lung stem cell transplant. Carlos is willing and ready to always help his family and friends in the time in need. This past march of 2017 was the passing of his uncle Carlos continued keeping his family together during this tribulation of heart ache and pain. I see that Carlos takes very well of his daughter and his wife. I truly admire their relationship he has with not only with his wife but with his daughter. Carlos youngest daughter is his everything and I see he does every father and daughter activity they can do together. I can say that Carlos is a man who I truly believe is a man of his word and is always willing to do good for others.

    I am aware that Carlos is being charged with a serious offense but I can say that I was very shocked to learn and hear that Carlos could ever be tangled in such a charge against him. The charges held against him is extremely incompatible by the way he was raised and his character today.

If you Honour wishes for me to confirm any of the information I have written in this reference, please contact me at 7183108385

Sincerely,

*[signature]*

Mrs. Mendez

To Whom It May Concern,

I Mayra Espinosa have known Carlos Rich Martinez for over 30 years. Carlos has always been a good friend of the family. Throughout the years, we shared a lot of great moment, family functions, and he has always been there not only for me but for my family as well. Carlos has always been a very well respected gentleman. He is funny, a joker and has a great personality. Carlos has always been a family man, always with his wife, daughters and granddaughter, mother, grandparents, aunts and nieces. Whenever anyone that knows Carlos needs a favor you can count he'll always be there, no matter what time or who it is, that's just who he was well raised to be. In our neighborhood he has always been known for the family oriented, responsible and respectable person he is. If you need any further information please feel free to contact me.

Sincerely,

*Mayra Espinosa*

Mayra Espinosa

To Whom It May Concern

I Carol Pabon would like to let you know that I know Carlos R Martinez since we were kids. We both grew up in New York and we always kept In touch, we did a lot of family/friends activities and I can honestly say that I never seen Carlos act in an aggressive manner or being disrespectful to others. I always saw him as a smart, thoughtful and caring person. Carlos has always helped me and advised me when it came to my kids, especially my oldest daughter Zaisabel who he sees as his own child; he guided her on getting her career in the Marines and prepared her physically/mentally and also trained her. Carlos is a great support and mentor for anyone that is need of help or guidance. Carlos goes way beyond to make sure that not only his family is taken care of but his friends, coworkers and anyone that he meets.

Sincerely yours

*Carol L Pabon*

Carol L Pabon

To Whom It May Concern

My name is Zaisabel Pabon. I am Carlos cousin. To me Carlos Martinez is more like a dad. Carlos has always been there for me since my real dad died when I was little. He has always guided me in the right direction. Carlos has always been there in my darkest moments, we often had father daughter talks, and he motivated me to graduate from high School. He always assured me that I can be all I can be, that there was nothing I couldn't do if I wanted to move up in life. Carlos guided me and trained me so I could start my career in the U.S. Marines. He would always show support in everything I've ever wanted to do. Carlos or Dad as I call him has always treated me as his own. He has always been there for all my accomplishments and downfalls. I couldn't ask for a better dad. His advices, guidance, support, and love he has given me, has made me believe in myself again. He taught me to be strong, he taught me to respect others, to help others in their time of need, something I never had. I see how people love him and respect him and that makes me proud to be a part of his family. Carlos is a perfect role model and would never hurt anyone on the contrary he would help anyone who needs his help. If you need any further information please feel free to contact me.

Sincerely,

*Zaisabel Pabon*
Zaisabel Pabon

Sheila Evans

Brooklyn, NY 11216
June 8, 2017

Your Honor,

I, Sheila Evans, am writing to urge bail be granted to my friend Mr. Carlos Martinez.

I have known Mr. Martinez for more than 20+ years, since I was a child. It is hard for me to wrap my head around the situation at hand. This is not the man I know and I'd like to give you a perspective that shows that he is more than what is led on to be.

Mr. Martinez has always been there for me and my family, willing to lend a hand with everything from supporting my step father during a difficult time to teaching my sister and I lessons about safety. Mr. Martinez is a man of good moral character. I can confirm that in all the time I have known Mr. Martinez, he has always been reliable, trustworthy and a decent person. '

I consider myself to be an excellent judge of character, and in fact I have facilities at a non-profit in which I assisted at risk youth and adults with special needs. I can tell when someone is this sincere, polite, caring and always faithful.

Thanking you

*Sheila Evans*

Sheila Evans

Shana Evans

Brooklyn, NY 11217
June 8, 2017

Your Honor,

I, Shana Evans, am writing this letter to you to provide a character reference about Mr. Carlos Martinez, who I know as a friend for a period of 20+ years. I can say in total confidence that few men have contributed to the society in a way that Mr. Martinez has. He is a very hard working man and is respected immensely by colleagues, friends and family. Apart from being a Correctional Officer, he is also a father, a mentor, a trainer and an active member of the United States Armed Forces. He is kind, polite and caring. I believe there has been confusion regarding this charge and can vouch for the right character of Mr. Carlos Martinez.

Thanking you

*Shana Evans*

Shana Evans

06/07/2017

Dear Judge:

I have been a friend of Lt. Carlos Martinez for the past 24 years. When this whole incident was broadcasted in the media, I refuse to believe that my friend who I have known practically half my life was involved in what they are alleging he's accused of. This is not his demeanor or his character. In the years I have known him, he has been respectful, courteous, generous and a practical joker. He's a family man and he lives for them. I'm asking you if you can find it in your heart to give him a chance at bonding out of jail while his investigation and allegations are concluded. I will appreciate it as well as his family and friends who love him as a brother and who are heartbroken over all of this.

Thank You

Toni Sanchez