# Exhibit D

Affidavit

1. My name is Zulma Martinez, and I am an aunt of Carlos Martinez, the defendant in *United States v. Martinez*, 17-cr-281-BMC.

2. I was in the car with Mr. Martinez on the morning of April 7, 2016. Mr. Martinez was driving, and I was in the passenger seat. We were on our way to Memorial Sloan Kettering Hospital to visit a family member.

3. On FDR Drive, at approximately East 53rd Street, I felt our car skip and I realized that another vehicle, which was driven by a woman I did not know (the "Other Driver"), had hit us. She rolled down the window, cursed at Mr. Martinez, and accelerated and hit our car a second time.

4. Mr. Martinez motioned for the Other Driver to pull over to the side of the road. Both cars did so.

5. In response to Mr. Martinez's request for her license and registration, the Other Driver repeatedly said, "I didn't see you." She got in her car and began to drive away.

6. Mr. Martinez drove alongside the Other Driver for a short distance and again motioned to her. She pulled over for a moment and then drove away again.

7. Mr. Martinez again drove alongside the Other Driver, this time attempting to photograph her and her license plate. She raised her middle finger at him.

8. Both cars pulled over once more. Mr. Martinez began to use his phone to take a picture of the Other Driver's license plate.

9. At that point, the Other Driver came up to Mr. Martinez very close, repeated, "I didn't see you," and raised her hand at him.

10. After instigating this confrontation, the Other Diver then fled the scene.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_Zulma Martinez_  
Zulma Martinez

Affirmed before me this 6 day of July, 2017:

_Lis E. Chester_

LISA E. CHRISTMAS  
Notary Public, State of New York  
Registration #01CH6321238  
Qualified In Kings County  
Commission Expires March 16, 2019