UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA        *    Case No. 17-CR-00281(ERK)
                                *
                                *    Brooklyn, New York
            v.                  *    January 11, 2018
                                *
                                *
CARLOS RICHARD MARTINEZ,        *
                                *
            Defendant.          *
                                *
* * * * * * * * * * * * * * * * *
```

TRANSCRIPT OF CRIMINAL CAUSE FOR JURY TRIAL
BEFORE THE HONORABLE EDWARD R. KORMAN
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          RICHARD P. DONOGHUE
                            UNITED STATES ATTORNEY

                       BY:  NADIA SHIHATA, ESQ.
                            NICOLE ARGENTIERI, ESQ.
                            Asst. United States Attorney
                            United States Attorney's Office
                            271 Cadman Plaza East
                            Brooklyn, NY  11201

For the Defendant:          ANTHONY L. RICCO, ESQ.
                            20 Vesey Street
                            Suite 400
                            New York, NY  10007

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

Transcription Services:          Fiore Reporting and
                                  Transcription Service, Inc.
                                 4 Research Drive, Suite 402
                                 Shelton, CT  06484

                                 Transcriptions Plus II, Inc.
                                 61 Beatrice Avenue
                                 West Islip, NY 11795

1          (Proceedings commenced at 10:16 a.m.)

2              THE CLERK:  We're here on USA v. Carlos Martinez, 17-

3    cr-281.

4              THE COURT:  Do you want to come up?

5              MS. ARGENTIERI:  Nicole Argentieri and Nadia Shihata

6    for the United States.

7              Good morning, Judge.

8              MR. RICCO:  Good morning, your Honor.

9              Anthony Ricco for Carlos Martinez, who just came in

10   the room and your Honor, I am joined today by associate

11   counsel, Carlos Santiago and Mr. Rollock will be here.  He just

12   stepped away.

13             MS. ARGENTIERI:  Judge, can we approach at sidebar?

14             THE COURT:  There's no jury here.  Do you still need

15   a sidebar?

16             MS. ARGENTIERI:  Judge, Mr. Ricco has advised us that

17   he intends to get into the subject matter area that we were

18   sort of having a limited dispute about.  In order to sort of

19   argue what we would like to argue, we're going to have to get

20   into the facts of a case that's currently indicted in this

21   district and a case that is an ongoing investigation.

22             And I just note for the record, there are many

23   members of the Bureau of Prisons behind us and I would like not

24   to out those details in front of the whole courtroom.  So

25   that's why I have asked to approach.

1  (Discussion held at sidebar.)

2          MS. ARGENTIERI:  So Maria was witness to two, and a

3  participant in, misconduct by other guards in her time at the

4  MDC.

5          THE COURT:  Participant?

6          MS. ARGENTIERI:  Not a participant.  Let me just

7  explain.  So there's one incident that is currently charged in

8  a case before Judge Matsumoto in Eugenio Perez.  He's actually

9  the defendant's cell-mate.  And in that incident, Perez

10 attempted to have Maria perform oral sex on him when she was

11 cleaning the lieutenant's office.  She managed to escape and

12 the woman she was cleaning with went into the office and then

13 when Maria walks back into the office like a short time later,

14 Perez is forcing that woman to perform oral sex on him.  So

15 it's kind of one incident.

16         I think Mr. Ricco, the way he explained it the other

17 day, believes it's actually two separate incidents and it

18 wouldn't violate 412.

19         MR. RICCO:  That's not what Mr. Ricco said.

20         THE COURT:  Don't cut anybody off.

21         MR. RICCO:  I'm sorry.

22         THE COURT:  I listen to everybody.

23         MS. ARGENTIERI:  So whether or not it's one incident

24 or two incidents, it's a subject that Mr. Perez -- Lieutenant.

25 Perez is charged with that, not as just sexual abuse of a ward

1  which is, you know, what we call consensual sex in jail.

2          THE COURT:  He's charged with?

3          MS. ARGENTIERI:  He's charged with --

4          THE COURT:  You have to tell me which one you're

5  talking about at the moment.

6          MS. ARGENTIERI:  Perez, the one I just described.  So

7  Perez is charged with forcing that woman to perform oral sex --

8  he's charged with forcing that woman, using fear, to perform

9  oral sex on him and it's not charged, I think the way it's been

10 portrayed earlier as like consensual sex.  We all know if it

11 meets can consent, we can charge that but it's actually charged

12 using fear.

13         THE COURT:  No, no, let's be clear.  For certain sex

14 offenses charges, there's no consent --

15         MS. ARGENTIERI:  Agreed.

16         THE COURT:  -- where the principal charges where

17 you've used three separate statues or more --

18         MS. ARGENTIERI:  Four.

19         THE COURT:  -- it's got to be done with force.

20         MS. ARGENTIERI:  Force.

21         THE COURT:  And so we get away -- you know, force

22 means you don't presume consent.

23         MS. ARGENTIERI:  There's --

24         THE COURT:  So, you know, you have one -- I forget

25 the name of the charge, but you have one of the charges (e)

Sidebar                                        345

1   where you write about that consent -- a prisoner can't consent.

2           MS. ARGENTIERI:  He's charged with using fear.  It's

3   not just the lowest charge and I don't mean to refer that way

4   because it's a serious charge.  So he's charged --

5           THE COURT:  You don't need to.

6           MS. ARGENTIERI:  I know.  I'm sorry.  I am just --

7           THE COURT:  We're talking about it, I suppose, in

8   terms of, you know, what the sentence exposure is.

9           MS. ARGENTIERI:  So he's charged with that, Judge,

10  and I think that if we start asking -- if the defense starts

11  asking Maria, like did you see another lieutenant in the

12  lieutenant's office having an inmate perform oral sex on him,

13  we should fairly be able to get into the fact that that inmate

14  -- first of all, I think it's irrelevant to the charges against

15  Mr. Martinez.  Whether or not other guards were engaged in

16  misconduct is not the subject of this trial.

17          And honestly, Judge, it could never be because we're

18  investigating a lot of misconduct at the MDC and we're not

19  bringing all of that in at this trial.  It comes down to this

20  is a crime committed against one woman.  No one else was there

21  when it happened.  It's not about all the other things that

22  could have been happening at the MDC and I feel if we make this

23  trial about that, we're going to have under 403, juror

24  confusion.  It's going to become a trial within a trial and we

25  should be able to elicit through our case agent that Eugenio

1   Perez is under indictment for exact that act and there's a

2   second act that Mr. Ricco has advised us he wants to get into.

3            THE COURT:  Should we do one at a time?

4            MS. ARGENTIERI:  Let's do that one first.  Okay.

5            MR. RICCO:  Judge, all of the arguments that the

6   prosecution advanced for why I want to do this, is not why I

7   want to do it.

8            THE COURT:  Okay.

9            MR. RICCO:  And I don't -- they're right about all of

10  that.  That has nothing to do with this.  They brought out

11  through this witness, cameras, that sexual acts take place in

12  certain places in the jail.  They brought out that their

13  witness speaks to the other women in the jail, about going to

14  the SHU.  Spoke to them about Maria's sexual contact.

15           So what we want to bring out is a fact that they've

16  already brought out which is on one occasion, you the witness,

17  Maria, you were by the room and you looked into the room and

18  you saw a person engaged in a sexual act in that room.  There

19  was no cameras in that room.  No, that's been her testimony.

20  That's it with that respect to that.

21           With respect -- are we taking one at a time?

22           THE COURT:  Yeah.

23           MR. RICCO:  That's it.  And in so doing that, Judge,

24  I don't violate --

25           THE COURT:  So it's a --

1            MR. RICCO:  -- 412.

2            THE COURT:  That's true.  But what -- it's certainly

3    not a violation of 412 and the relevance -- I think I asked you

4    this the other day, with respect to this particular incident,

5    what inference do you want the jury to draw from that?

6            MR. RICCO:  The inference that I want the jury to

7    draw from that is that there are places in the jail that don't

8    have cameras and people do, in fact, engage in conduct in those

9    areas.

10           THE COURT:  So --

11           MR. RICCO:  And that it is discussed amongst the

12   inmates and --

13           THE COURT:  And this incident happened in a room

14   where there was no windows?

15           MR. RICCO:  No -- I meant cameras.

16           THE COURT:  There as no cameras?

17           MR. RICCO:  That's correct, Judge.

18           THE COURT:  Well, I didn't understand.  So this was a

19   room that had no cameras.

20           MR. RICCO:  Right.  I just --

21           THE COURT:  You just told me that --

22           MR. RICCO:  They find the places that don't have

23   cameras.

24           THE COURT:  Right.

25           MR. RICCO:  And their theory is that particular room

1   is one of those rooms.  That's a part of their case.  For them

2   to say it's irrelevant for us to bring it in, it's a part of

3   their case.

4              THE COURT:  No, no, but what -- I still don't

5   understand what inference you want the jury to draw.  I gather

6   from --

7              MR. RICCO:  Oh.

8              THE COURT:  -- I gather from Judge Cogan's in limine

9   rulings that the government wants to bring in an instance of, I

10  guess consensual sex, that occurred in this room without

11  cameras, room without windows -- I forget which -- I think

12  cameras and in order to show why he would use that room --

13             MS. ARGENTIERI:  Right.

14             THE COURT:  -- that doesn't bother you.  That's

15  another sexual act in prison but --

16             MS. ARGENTIERI:  That's a consensual act between --

17  and I don't mean to interrupt you, Judge.

18             MR. RICCO:  Judge, I'm going to pose this to you.

19  If --

20             THE COURT:  Yesterday's was clearly relevant because

21  another inmate told her that she had sex, apparently forcible

22  sex with a guard and that she was disturbed by the fact that

23  the woman didn't report the second guard.

24             MR. RICCO:  Right.

25             THE COURT:  To me that's relevant because it goes to

1   if she was disturbed that the other woman didn't, then why

2   didn't she?  I mean, I think that --

3               MR. RICCO:  Judge --

4               THE COURT:  -- that's a fair inference.  She said she

5   was afraid bad things would happen to her, yet she was angry

6   with the other woman --

7               MR. RICCO:  And, Judge --

8               THE COURT:  -- about not reporting that.  So I

9   thought that was clearly relevant.

10              MR. RICCO:  And, Judge, in the 3500 material, what

11  Maria says that when she sees this going on, she is not

12  surprised at all.  No, no, she says that she was surprised.

13  She says she was surprised.

14              THE COURT:  No, no.

15              MR. RICCO:  So now --

16              THE COURT:  No, I hate doing things this way.  One of

17  the things I've learned, and I did it yesterday with the

18  question that I gave to you is I like to hear the questions put

19  and the answer, and then I can do it in context.

20              MR. RICCO:  Well, I'm a long way --

21              MS. ARGENTIERI:  She finished with --

22              MR. RICCO:  -- I'm a long way.  You don't want me to

23  -- hold on -- you, go ahead.

24              THE COURT:  You started to say you're a long way.

25              MR. RICCO:  Judge, I'm a long way from those

1    questions.  I have a big buildup to them.  I can stop way

2    before that and let you know that's where I am.

3              Judge, the other situation is a woman who is going to

4    testify here and the same question will be asked, you had the

5    occasion to go by this same room and you observed another

6    officer in there squeezing a woman's buttocks and grabbing her

7    vagina area.  This again was not an area where there was a

8    camera.

9              Now that woman is testifying here.  This is also the

10   same person that she said gave her the advice about not to go

11   to the SHU, gave her the -- that she is in the immigration

12   together with and they're discussing the cameras and the places

13   and what to do and how to do it.  That witness is also going to

14   say that she gave her advice, don't, don't file it.  Leave it

15   alone.  Ride it out.

16             And it just seems to me, Judge, that in fairness, we

17   should be able to bring out that this person is giving her

18   advice but their advice goes -- it's not limited to just what

19   the government wants to say here.  It involves where these

20   cameras are.  They've discussed it.  It's in the 3500 material.

21             THE COURT:  Well they propose, whether they go

22   through with it or not, to call a witness who is going to

23   testify that they had consensual sex with this defendant.

24             MR. RICCO:  And, Judge, I don't --

25             THE COURT:  And the theory, or at least one of the

Sidebar                                          351

1    theories Judge  Cogan said he would admit it, was because it

2    showed that this place was chosen as -- it's consistent with

3    the notion that that's why he would do it from that room.

4              MR. RICCO:  That's their theory of the case, Judge.

5    And --

6              MS. ARGENTIERI:  And, Judge, there are going to be a

7    number of witnesses --

8              MR. RICCO:  Go ahead.  I'm sorry.

9              MS. ARGENTIERI:  I'm sorry, I just --

10             MR. RICCO:  No, no, you go right ahead.

11             MS. ARGENTIERI:  You spend a lot of time and I just

12   would like to respond --

13             MR. RICCO:  It doesn't matter.  You had -- like I

14   said, go ahead --

15             THE COURT:  Go ahead.

16             MS. ARGENTIERI:  So, Judge --

17             THE COURT:  Actually, so far I don't see why any of

18   this can't be discussed in front of the jury --

19             MS. ARGENTIERI:  Because --

20             THE COURT:  Not in front of the jury, I'm sorry, in

21   open court.

22             MS. ARGENTIERI:  Because, Judge, the 3500 material

23   for that trial hasn't been turned over.  They don't know that

24   these -- Perez does not -- actually Maria's testimony is -- the

25   3500, is subject of the protective order.  Perez is not

1    supposed to know what she would say or who the other witnesses

2    would be against him and there are a number of people in the

3    courtroom who have reported back to him and that was my

4    concern.

5            I'm sorry, I just wanted to continue to address some

6    stuff.

7            MR. RICCO:  Yeah, but you know --

8            MS. ARGENTIERI:  I think that --

9            MR. RICCO:  -- Judge, I wanted to address that

10   concern and I said to the government, I could ask my questions

11   on a way such that it doesn't identify the person or anything.

12   They said they weren't interested.

13           MS. ARGENTIERI:  Judge, I understand that everyone

14   has to have a chance to speak and I understand that I am a

15   woman with a tone but I would really like to be able to just

16   speak for a second.

17           MR. RICCO:  I'm not going to touch that.

18           MS. ARGENTIERI:  So it's just in the same age having

19   -- I'm sure that's not the sentiment of any male attorneys, so

20   he --

21           MR. RICCO:  I'm black person and I have problems, too

22   but they have nothing to do with what we're here for.

23           MS. ARGENTIERI:  -- he can elicit where the cameras

24   are in the jail without --

25           THE COURT:  I'm sorry.

1          MS. ARGENTIERI:  He can elicit that inmates knew

2   where there were no cameras in the jail.  He can elicit that

3   without getting into people having consensual sex in those

4   areas.  We're calling a number of BOP people, including

5   lieutenants.  He can elicit from them where there are no

6   cameras in the jail.

7          And even to get into that the inmates talked about

8   that there were areas and no cameras, there's no reason why to

9   get that in, you need to get into the fact that Perez forced

10  someone to perform oral sex on him.  And I do think it's going

11  to create a trial within a trial and that it's irrelevant

12  because under -- I think the government should then be able to

13  prove out that he's under indictment, that he's sharing a cell

14  with the defendant and that we did do something about that.

15  And that we found that case and investigated it.

16          And then the Nunez thing, which is -- who is the

17  guard that groped one of our witness' vaginas, under 412, Mr.

18  Ricco, I don't think can really ask her about that because it's

19  another sexual act, so it would be precluded.  He's trying to

20  get it in through this witness and it's just not relevant to

21  whether or not Martinez --

22          THE COURT:  No, 412, I thought deals with --

23          MS. ARGENTIERI:  I'm sorry.

24          MR. RICCO:  It deals with the victim, Judge.

25          MS. ARGENTIERI:  But it's just --

Sidebar                                          354

1          THE COURT:  -- with the victim's priors.

2          MS. ARGENTIERI:  With the victim's priors.  And so my

3    point is when Nunez touched the vagina of one of our witnesses

4    and so I don't think under 412, Mr. Ricco, could ask her about

5    it, so he is trying to get it in through this witness.

6          But who is on trial here today, Judge?  It's Carlos

7    Martinez, who is accused of raping Maria when no one else was

8    around.

9          THE COURT:  No, no, no.  We're getting -- I can't do

10   this this way.  First of all, 412, I don't think what you said

11   just now about 412 is accurate.

12         MR. RICCO:  And, Judge, I am not bringing out that

13   she witnessed a forcible sexual act like she is saying.  I'm

14   not getting into that.

15         MS. ARGENTIERI:  But we would want to get into that.

16         MR. RICCO:  Well, that's your decision.

17         MS. ARGENTIERI:  Because he --

18         MR. RICCO:  Wait a second.

19         MS. ARGENTIERI:  -- is going to act like it's

20   consensual.

21         MR. RICCO:  You're a woman -- wait a second.  You're

22   a woman.  You have a high-toned voice but let me speak.  I'm an

23   African American and I speak slow.  Okay.

24         MS. ARGENTIERI:  You know --

25         MR. RICCO:  Okay?  It's been ridiculous.

1              MS. ARGENTIERI:  I can take it.  I have been taking

2    it.  It's fine.

3              MR. RICCO:  Right, so --

4              MS. ARGENTIERI:  But I think the point is that it's

5    relevant and we would want to prove that it's a forced act.  He

6    can't just elicit it like it's an essential act because are

7    going to then want to prove --

8              MR. RICCO:  Judge?

9              MS. ARGENTIERI:  -- that it was a forced act, so they

10   understand that we did something about it and the man is under

11   indictment.  And I think --

12             MR. RICCO:  Okay.  I don't have an objection to that.

13             MS. ARGENTIERI:  But I think that's --

14             MR. RICCO:  And I'm the person that would suffer

15   that.

16             MS. ARGENTIERI:  But I --

17             MR. RICCO:  If that's what they want to do, I don't

18   have an objection to that --

19             MS. ARGENTIERI:  But that is --

20             MR. RICCO:  -- because, Judge, that is a litigation

21   tactic.  We just want to bring out a point that they brought

22   out, that there are off-camera spots here.  The government is

23   not the only party to this case that can prove-up whether

24   that's true or not or how.

25             MS. ARGENTIERI:  Right.

1          MR. RICCO:  And what they want to do is they want to

2   bring it out in their way and then preclude us from asking any

3   questions about it.

4          THE COURT:  Well, I can't -- you know, I have a

5   problem here.  I like to listen to the testimony that he wants

6   to elicit before I rule and I can't -- I find it difficult to

7   do it this way.

8          MS. ARGENTIERI:  Okay.  I just think --

9          THE COURT:  And if you want to tell him how he could

10  sort of clean it up, so that it would protect your interests.

11          MS. ARGENTIERI:  But I think that once he asks the

12  question, did you observe the other woman giving oral sex to a

13  lieutenant in the office, the cat is out of the bag, right?

14  They said that before the jury and then through -- and then

15  what, we have to prove -- then we're going to have to try the

16  Perez here.

17          THE COURT:  I don't understand why.

18          MS. ARGENTIERI:  Because the jury --

19          THE COURT:  Is it false?

20          MS. ARGENTIERI:  He's going to present it as if it

21  were consensual and it wasn't consensual.

22          MR. RICCO:  I am not presenting it as if it was

23  consensual.  Why do you keep saying that?

24          THE COURT:  He's just going to say --

25          MR. RICCO:  It was act.

1          THE COURT:  And you're not going to elicit whether it

2    was consensual or not.

3          MR. RICCO:  That's right, Judge.  Nor -- nor --

4          MS. ARGENTIERI:  We're good with that.

5          MR. RICCO:  -- excuse me -- nor am I going to

6    identify the people.  Judge, my concern when the government

7    told me about their case, I thought about it and my concern was

8    that their witness would be compromised and so in the next

9    trial, someone would cross and say well, you didn't bring that

10   up in this other trial but with this record saying that it's a

11   limited examination, there's no prejudice to the government.

12         THE COURT:  So tell me, answer the question --

13         MR. RICCO:  We'd lead up to questions about the jail,

14   the circumstances of cameras and then I would ask about the

15   second floor.  Are there cameras.  The questions would be, are

16   you aware of whether or not other people have engaged in sexual

17   acts in the jail?  She's testified to that on direct.  She is

18   going to say yes.  And the second floor --

19         THE COURT:  And the government is going to introduce

20   it too.

21         MR. RICCO:  And it is part of the record and the

22   question is, in that area where you said there was no cameras,

23   have you ever seen a person in there in regards to sexual acts?

24   Have you discussed with other inmates sexual activity taking

25   place outside of the purview of the cameras?  According to the

1   3500 material, she is going to say yes, that's it.

2               MS. ARGENTIERI:  How is that relevant?

3               MR. RICCO:  I don't see how that's a mini trial.

4               MS. ARGENTIERI:  I don't understand how that's

5   relevant.

6               THE COURT:  Well, it's not a mini trial.  Let's deal

7   with one at a time here.  So what is the relevance of that?  I

8   mean, you want to prove what?

9               MR. RICCO:  Judge, the relevance --

10              THE COURT:  I mean, that there's no -- you can

11  certainly prove that -- well, the government's case is that the

12  sexual acts took place in this particular place because there

13  were no cameras.

14              MR. RICCO:  Right.

15              THE COURT:  And what is it that you want to show that

16  -- I thought you want to show that sexual acts took place where

17  there was what?

18              MR. RICCO:  That place and in other places where

19  there are no cameras and that this was an issue --

20              THE COURT:  Well, what's the relevance of that?

21              MR. RICCO:  It's relevant, Judge, because the witness

22  is saying that the only issue that she talked about her fellow

23  detainees with was that if she reported something, that she

24  would go to the SHU and the --

25              MS. ARGENTIERI:  I'm sorry.

1              MR. RICCO:  That's okay.  And that's false.  Now I

2    didn't know that when we made these motions because I didn't

3    have the 3500 material.  But having reviewed the 3500 --

4              THE COURT:  So you say that's false but how does this

5    prove that that's false?

6              MR. RICCO:  Because the witness will testify that

7    these acts, the two that I am referring to and one other, that

8    doesn't involve a staff person, was done outside the cameras

9    and they discussed it and --

10             THE COURT:  So it was done in a place where there

11   were no --

12             MR. RICCO:  Cameras.

13             THE COURT:  So that rebuts the argument that somehow

14   -- and those were forcible?

15             MR. RICCO:  Judge, I don't know if they were

16   forcible.  They say that they were forcible.

17             THE COURT:  So there were forcible rapes that took

18   place in rooms where, that there were cameras?

19             MR. RICCO:  One -- where there are no cameras, Judge.

20             THE COURT:  Well, that's what --

21             MR. RICCO:  That's just the lieutenant's room.  It's

22   on the second floor and another act took place downstairs in

23   the basement involvement someone but they discussed it, Judge.

24   And my concern is this --

25             THE COURT:  And so that, as far as I could see, up

1   until about what you're about to say can be done by a

2   stipulation so far.

3          MR. RICCO:  I'm okay with that, Judge.  I am okay

4   with it.  I think the fact of the matter is that --

5          THE COURT:  I know but you started to say after that

6   which can be done by a stipulation, what else do you want?

7          MR. RICCO:  Do you mean other than that on this

8   subject?  Nothing.

9          MS. ARGENTIERI:  I'm sorry, the stipulation is to

10  what?  That there were no cameras in the lieutenant's office?

11         THE COURT:  No.  Say again what you were going to --

12         MR. RICCO:  Judge, this is --

13         THE COURT:  What --

14         MR. RICCO:  -- a two-prong thing.  Their witness has

15  said that the reason why she didn't report this is because she

16  didn't want to go to the SHU.

17         THE COURT:  Okay.

18         MR. RICCO:  And she got that advice from inmates.

19  She is -- they also have brought out that Maria has discussed

20  being penetrated, having sexual contact with Martinez with

21  three -- three women in particular.  One of those women is

22  testifying here and Judge, my position is that the discussion

23  about the B pill, about the cameras, about what happens in the

24  room is not limited to what the government has put forward.

25         That the conversation is about where the cameras are

1   and what the people do away from the cameras.  So then what do

2   you want to --

3            MR. RICCO:  And I want to --

4            THE COURT:  What the cameras are, of course, could be

5   stipulated to and that there are places -- and you also want to

6   show that these things took place where?

7            MR. RICCO:  In that office and one took place

8   downstairs.  That's all the 3500 material says, it took place

9   downstairs.  But what is significant for me is that the

10  discussion amongst the women is not limited to, oh, he

11  penetrated you.  Well you don't want to get into trouble and go

12  to the SHU.  No, Judge.  They're discussing where the cameras

13  are, sharing of information about the officers, and how to get

14  around them and what to do when you get caught.  Don't say

15  anything.  Don't get --

16           THE COURT:  How to get around what?

17           MR. RICCO:  How to get around the cameras.  How to

18  avoid the cameras.  So, for example --

19           THE COURT:  How they could avoid the cameras?

20           MR. RICCO:  How do they avoid the cameras.  For

21  example, during they direct examination, I'm going into this,

22  their witness said she was in the bathroom and that a woman

23  named LaMenore came in -- not -- a woman came in.

24           MS. ARGENTIERI:  Lamenore.

25           MR. RICCO:  -- a woman came into the bathroom and

1    that she -- and came into her stall.  She told her get out of

2    my stall because Martinez can see us, okay?

3              I want to bring out, Judge, that there's no cameras

4    in the bathrooms. There's no cameras there.  This --

5              THE COURT:  You could ask whether there's --

6              MR. RICCO:  I could, sure.

7              THE COURT:  -- they could stipulate to that, too.

8              MR. RICCO:  Well, I am going to ask that, Judge.

9    There's no cameras in the bathroom and that the whole

10   testimony, Judge, about that -- that the whole subscribing or

11   limiting of the testimony about cameras and how they apply is

12   not limited to what the government has brought out on their

13   direct.  That they talk -- those two same individuals have

14   talked about where to go in the building to have sex away from

15   the cameras.

16             THE COURT:  And does Maria talk about that, too?

17             MR. RICCO:  Yes, one of those instances, according to

18   the 3500 material.

19             THE COURT:  I don't know why he can't ask that

20   question.

21             MS. ARGENTIERI:  Judge, I think that's a

22   mischaracterization of the 3500 material but I also think --

23             MR. RICCO:  No, but Judge --

24             THE COURT:  Well, you see, this is why I can't do

25   this this way.  I can't --

1          MS. ARGENTIERI:  But I --

2          THE COURT:  -- have you arguing about what the

3   witnesses are going to say without having -- without doing

4   exactly what I did yesterday.  If you want, we can do this

5   during lunch hour --

6          MR. RICCO:  Judge, I will --

7          THE COURT:  -- when the courtroom is cleared.

8          MR. RICCO:  I will stay away from this.  If I am

9   getting the question about -- the last question, I am going to

10  raise that now, about the bathroom, that was part of the

11  direct.  But with respect to anything that wasn't part of

12  direct around my four questions, I'll save them.  I'll save

13  them until after lunch.  I won't do them.

14         THE COURT:  Okay.

15         MR. RICCO:  Okay?

16         MS. ARGENTIERI:  Okay, thank you, Judge.  Thanks for

17  hearing us out.

18         MR. RICCO:  Thank you.

19  (Discussion concludes at sidebar.)

20

21

22

23

24

25

1            THE COURT:  Bring the jury in.

2            THE CLERK:  Okay.

3            Mr. Ricco, are you ready?

4            MR. RICCO:  I am.

5            THE CLERK:  All rise.

6  (Jury enters courtroom.)

7            THE CLERK:  Please be seated.

8            Mr. Ricco?

9            MR. RICCO:  Thank you.

10           THE CLERK:  The witness is reminded she is still

11  under oath.

12           THE WITNESS:  Okay.

13           THE COURT:  Again, I give you these explanations,

14  ladies and gentlemen, for the delays because I don't want you

15  think I keep you in the jury room for no reason.  As I told

16  you, sometimes legal issues come up that I have to deal with

17  outside of your presence.  It helps make the trial go faster

18  while you're here.  I was here.  Okay.

19           MR. RICCO:  Okay.

20  CONTINUED CROSS-EXAMINATION

21  "MARIA", Previously Sworn

22  BY MR. RICCO:

23  Q    Good morning.

24  A    Good morning.

25  Q    I wanted to go back to the subject before I -- a couple of

Cross – "Maria" – Ricco                                    365

1   subject matters before we get to immigration.  Yesterday I

2   asked you questions about the different ways you could have

3   reached out to tell the prison officials or staff that an

4   officer was forcing, threatening you and putting you in fear to

5   having sex.  You remember those questions, right?

6   A    Yes.

7             MR. RICCO:  Okay. Can we put up Government's Exhibit

8   104-C, please.  Can I have 104 that's into evidence, published

9   to the jury?

10  Q    Now, while we're getting the photograph up, during your

11  testimony you were showing us how your unit was laid out,

12  remember, how the beds are laid out?  And this came into

13  evidence. Now you've got to bear with me for a second, I'm like

14  very low tech.

15            And you remember this photograph, right?

16  A    Yes.

17  Q    And you were telling us about the phones in the back,

18  remember that?

19  A    Yes.

20  Q    Now, there's something that was left out, because in the

21  phones on your unit, and as I zoom into the back, there are two

22  phones to the right and those phones are what are called

23  hotlines.  You can pick up one of those phones and you can

24  directly contact the United States Attorney's Office, you know

25  that?

1                MS. SHIHATA:  Objection.

2    A    No.  Those phones are only for officers.

3    Q    Okay, my question.  Thank you.

4    A    Are you talking about this phone here (indicating), then

5    that's -- that's it.

6    Q    Okay.  Are you aware that you have the opportunity, if you

7    want to, to speak to the U.S. Attorney's Office?

8    A    No.

9    Q    Okay.  Now, also a person that you did not call about

10   these problems you were having, you didn't call your lawyer

11   Matt Kluger and ask him to come visit you, did you?

12   A    No.

13   Q    And you had a good relationship with him, didn't you?

14   A    Yes, but, you know, as soon as you get sentenced your

15   lawyer never ever comes back to visit you after that.

16   Q    Well, that's not true.  Didn't Matt Kluger come to visit

17   you when you were in immigration?

18   A    No.

19   Q    Okay.  Let's talk about good time.  Yesterday in many

20   questions you kept repeating to the jury that you didn't want

21   to go to the SHU because you didn't want to lose your good time

22   credit.  You remember saying that?

23   A    Yes.

24   Q    You told us you didn't want any problems you wanted your

25   good time, right?  Right?

1   A     Yes.

2   Q     That you didn't want to serve more time, you just wanted

3   to get out to get back to your family that was suffering,

4   correct?

5   A     Yes, I didn't want to cause my family anymore duress.

6   Q     Okay.  And that was your testimony, right?

7   A     Yes.

8   Q     Now, you told us that you consulted with Danilda about

9   losing good time credit, right?

10  A     What was that?

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Cross – "Maria" – Ricco                            368

1   Q     You told us, told the jury that you consulted with Danilda

2   about losing good time credit, she told you about a woman in

3   Danbury, remember that testimony?

4               MS. SHIHATA:  Objection.  Misstates --

5               THE COURT:  I'm sorry.  Don't answer.  I didn't -- do

6   you have an objection?

7               MR. RICCO:  I'll rephrase the question, your Honor.

8               MS. SHIHATA:  Objection.  It misstates the testimony.

9               THE COURT:  He said he'd rephrase it.

10              MR. RICCO:  I'll rephrase the question.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Cross - "Maria" - Ricco                                    369

1   Q    You spoke with an inmate about something that happened to

2   a person in Danbury, right?

3   A    Yes.

4   Q    Now, let's be clear, you never was in Danbury, right?

5   A    No, but she was in Danbury for ten years.

6   Q    Who's she?

7   A    Odie De La Cruz.

8   Q    Okay.

9   A    And the other person was Felicia.  She was the one I was

10  asking.

11  Q    Okay.  And so amongst your fellow detainees you often

12  discussed what happened to other women who made complaints,

13  right?

14  A    No, no, no.  Odie didn't know. I never told Odie that.  I

15  told her -- I asked her and she said, yes, there was somebody

16  in Danbury who got more time.

17  Q    So there were conversations about that, right?

18  A    Yes, I went to her row one day and I talked to her about

19  it.  I asked her.

20  Q    Now, I had asked you the question and you said that, you

21  know, you were very concerned about getting back to your

22  family, right?  And you were concerned about keeping your good

23  time credit, right?

24  A    Of course, I didn't want to spend a single day more in

25  there, and I was about to get out.

1   Q    Do you remember when you were sentenced by Judge Swain

2   you made the following statement M35,  "Fear, I have to

3   withstand many things and have to be extremely patient.  And

4   also I felt impotent because I promised myself I would not

5   serve one more day than the time was given to me due to any

6   event that might happen in jail or some person that would

7   eliminate the good conduct.  In other words, I shouldn't serve

8   one more time because I'm able to have good conduct, because I

9   could not bear it if my father and family had to suffer even

10  one more day."

11          Do you recall making that statement in front of Judge

12  Swain when you were being sentenced?

13  A    Yes.

14  Q    I want to ask you about -- are you familiar with the word

15  jealousy?

16  A    Yes.

17

18

19

20

21

22

23

24

25

1  Q    So you told us -- you told the jury yesterday that Lt.

2  Martinez was jealous when he asked you if you thought Officer

3  Galicia was attractive.

4           MS. SHIHATA:  Objection.  Misstates the testimony.

5           MR. RICCO:  I'll rephrase the question.

6  Q    You remember you had a conversation with Lt. Martinez

7  about Officer Galicia, right?

8           MS. SHIHATA:  Same objection.

9           THE COURT:  Then we have the transcripts.  We have

10 the transcript from yesterday.

11          MS. SHIHATA:  There was no testimony about that

12 yesterday.

13          MS. ARGENTIERI:   Judge, our objection is there was

14 testimony about that yesterday, so the question misstates the

15 testimony.

16          MR. RICCO:  I'll rephrase the question.

17

18

19

20

21

22

23

24

25

1   Q    Did you have a conversation with Lt. Martinez about a

2   person named Officer Galicia?

3   A    Yes.

4   Q    He asked you, he asked you, not in another way, he asked

5   you whether you thought Officer Galicia attractive?

6   A    He asked me --

7   Q    Uh-huh.

8   A    -- which of the officers, you know, did I like.  I said to

9   him there is a guy Galicia.  I don't know how it was all said,

10  I said Dominican and then he said -- that's how the

11  conversation went up.  Yes.  We did have that conversation,

12  yes.

13  Q    Okay.

14  A    But I didn't say to him -- you're wrong about -- you're

15  talking about jealousy and you're talking about Galicia?

16  Q    I'm just asking questions.

17  A    Yes, but you're confusing me.

18  Q    I don't want to do that.  Lt. Martinez's response was to

19  tell you I don't want you to talk to him?

20        Is the question confusing?  I could read -- ask it a

21  different way.

22  A    But you don't know when that conversation happened.

23  Q    That's not my question.  My question is: did Lt. Martinez

24  say to you that he did not want you speaking to that officer?

25  A    No.

Cross - "Maria" - Ricco                                          373

1   Q     Okay.  Was there an occasion when you had a conversation

2   with Lt. Martinez when he saw you talking to Officer Nunez?

3   A     Yes.

4   Q     He was jealous again, right?

5   A     Why are you saying again?  Galicia -- it was a

6   conversation, we were just talking.  He said which of the

7   officers do you think are cute I said, oh, Galicia.

8   Q     Okay.  We got that.

9   A     With the Nunez thing everything that had happened had

10  already happened.

11  Q     Did Lt. Martinez tell you he did not want you to talk to

12  other COs, that's a yes or no?

13  A     No.  When he was -- when the Nunez thing happened what he

14  was doing was kind of complaining to me, how come you're

15  talking to Nunez in such a close way, friendly way.

16  Q     Do you recall meeting with the agents and some prosecutors

17  at a prior meeting and telling them that Lt. Martinez, 35-M4,

18  page 13 second paragraph -- got it?

19        Do you recall meeting with the agent and the

20  prosecutors and telling them that Martinez told you not to talk

21  to the other COs?  Did that ever happen?

22  A     Martinez would say to me you be very careful.  When I

23  would walk through the door he would say you be very careful,

24  you make sure you don't tell anybody, nobody of this.  He

25  didn't distinguish whether or not he meant officers or other

1  inmates.  He didn't even want me to sit at that Hispanic

2  person's desk.  He said how come you're sitting there.  That's

3  what he would say to me.

4  Q     Here's my question --

5  A     What is it?

6  Q     -- did you meet with the government agents and prosecutors

7  on a prior occasion and say to them that Lt. Martinez told you

8  not to speak to the COs period, yes or no?

9  A     Yes.  He would tell me not to tell them, not to talk to

10 anyone, not to tell them.

11 Q     No, that's not my question. In the context of Nunez and

12 Galicia, did you meet with the prosecutors and the agents and

13 with respect to the question of the guards, did you tell them

14 that Martinez told you not to speak to them, yes or no?

15 A     Yes.

16        THE INTERPRETER:  Can the interpreter just clarify

17 something from a previous answer from the witness?  I was told

18 not to sit at the Latino's table, not the Hispanic person's

19 table or desk.

20        MR. RICCO:  Okay.

21 Q     Okay.  Now, you have used the words -- the following words

22 to describe Lt. Martinez that pig, right?

23 A     Yes.

24 Q     That little -- little bastard, right?  Right?

25 A     Yes.

1   Q     Now, would you agree with me that you would not have any

2   reason to be trying to find out whether or not that little

3   bastard was married?

4   A     I didn't care whether or not he was married.  What I

5   wanted him to hear was me saying his name, and that he was

6   being described as he looked.  That's what I wanted.

7   Q     Would you agree with me that you would have no reason to

8   be trying to find out whether that little bastard had pictures

9   on his Facebook of other women?

10  A     Yes.

11  Q     Now, you had asked your friend, your female friend to

12  check Lieutenant's Face -- Martinez's Facebook page and find

13  out if he was married, correct?

14  A     Yes.  He would tell me that he wasn't, that he had

15  divorced, gotten a divorce.

16  Q     That's what I'm getting at.  And you wanted to find out

17  whether it was true, right?

18  A     When he told me that he lived with his daughter and that

19  he was divorced that was at the very beginning.  You know, I'd

20  be cleaning he'd be talking to me and I said, oh, yeah, really,

21  why did you break up.

22  Q     What --

23  A     But by the point when I called Larihelys I said to her

24  tell me, describe him to me, what does he look like.

25  Q     And find out if he's married, right?

1   A    I don't know if I said to her tell me if he's married.  I

2   know I asked her to describe all of the pictures he had up to

3   me.

4   Q    The pictures with the men or the pictures with the women?

5   A    She described the pictures he had up of him and his

6   coworkers, a photograph he had with a young girl, a small dog,

7   a small tree.  Photos of him with a woman, an older woman, a

8   girl, I don't know.  She just described a bunch of photos to

9   me.

10  Q    Would you agree with me that other than jealousy there

11  would be no reason you would discussing other women on Lt.

12  Martinez's Facebook?

13  A    What was that?

14  Q    I'll repeat the question.  I'll rephrase the question.

15       Would you agree with me that other than jealousy

16  there would be no reason for you to be discussing with your

17  friend other women on the Facebook of the person who was called

18  a little bastard?

19  A    No.  If I were jealous I wouldn't have told him, listen,

20  go look for Sanchez, because Sanchez said she did want to be

21  with him.

22  Q    Now, you became aware that Lt. Martinez was involved in a

23  relationship with a female corrections officer, didn't you?

24  A    With a woman, a female?

25  Q    Female correction officer.

1    A    That -- if I found out?

2    Q    Yes, did you become aware that Lt. Martinez was involved

3    with a female correctional officer at the MDC?

4    A    Me?

5    Q    Yeah, you.  Did you become aware?

6    A    No.

7    Q    Do you recall 3500-4, page 14 the second paragraph.  Do

8    you recall meeting -- you're sure about that?  Are you sure

9    that you never -- you never became aware?

10   A    I don't know.  I don't know.  Keep -- continue with the

11   questions.

12   Q    Can I show you something that could help refresh your

13   recollection?

14   A    Uh-huh.

15              MS. SHIHATA:  Objection.  She didn't say she didn't

16   recall.

17              MR. RICCO:  She just said she'd like to have it.

18              MS. SHIHATA:  She didn't.  And she also has answered

19   the question --

20              MR. RICCO:  Can we have the interpreter give the

21   answer that the witness gave, your Honor?

22              THE COURT:  All right.  You want me to have the ESR

23   operator play it back?

24              ESR OPERATOR:  I have to say the playback won't be

25   very clear because there's lots of voices on top of each other

1   all together.

2              THE COURT:  Okay.

3   Q    Would you like to see something?  Would you like to see

4   something to refresh your recollection, yes or no?

5   A    Show it to me.

6   Q    Okay.

7              MR. RICCO:  Your Honor, I approach with 35-M-4, page

8   14.

9              MS. ARGENTIERI:  Judge, can we approach, please?

10             THE COURT:  Yes.

11             MR. RICCO:  Hold it.  I'm going to show it --

12             THE WITNESS:  Judge, should I just hold this?

13             MR. RICCO:  No, no.

14

15

16

17

18

19

20

21

22

1    (Discussion held at sidebar.)

2            MS. ARGENTIERI:  My objection is I don't think the

3    paragraph indicate that this witness previously said that

4    Martinez had sex with someone at the jail.

5            THE COURT:  This one, that's the paragraph?  What is

6    this --

7            MR. RICCO:  It's the correction officer.  And they're

8    bringing that person in to testify, your Honor.

9            MS. SHIHATA:  We're not.

10           MS. ARGENTIERI:  We're not bringing in --

11           MR. RICCO:  Well, that's your -- you told me you

12   were, so that's why I'm  --

13           MS. ARGENTIERI:  It's not the same officer,  Tony.

14           MS. SHIHATA:  This is not --

15           MR. RICCO:  Well, then, fine, I'm doing it anyway.

16           MS. SHIHATA:  You know -- Judge, our objection is

17   that the --

18           THE COURT:  Could I --

19           MS. SHIHATA:  I'm sorry, Judge.

20           THE COURT:  I don't take offense when I'm interrupted

21   and interruptions at sidebars are quite common.  People just --

22           MS. ARGENTIERI:  They can't control themselves.

23           THE COURT:  I don't find it -- I don't think that it

24   reflects any disrespect.

25           MS. ARGENTIERI:  Okay, good.

1          THE COURT:  And this is an interview with the other

2  person?

3          MS. ARGENTIERI:  This is an interview of Maria.

4          THE COURT:  Uh-huh.

5          MS. ARGENTIERI:  And Mr. Ricco is suggesting that --

6          MR. RICCO:  I'm not suggesting.

7          MS. ARGENTIERI:  -- that in this paragraph she

8  previously said that she was aware Martinez was having sex with

9  another CO.  That's not what -- that's not what this paragraph

10 says.

11         And in the reference to the unidentified female, who

12 she describes as dark skinned and possibly wore a wig have

13 nothing to do with, and does not describe the other witness

14 that will be coming in.  So I don't think that.  I think her

15 answer was no.  And I don't think that this is an appropriate

16 impeachment or refreshing her recollection.

17         MR. RICCO:  Judge, I think it's very appropriate --

18         THE COURT:  What was -- what specifically was your

19 question?

20         MR. RICCO:  The question gets down to why she would

21 have these concerns about a person who has raped her and forced

22 her in the jail.  Why would she have concerns about --

23         THE COURT:  This says "P".

24         MR. RICCO:  Yes, that's her.

25         THE COURT:  Oh, that's her.  I'm sorry.

Sidebar                                                      381

1          MR. RICCO:  Right.  And she wanted to tell Martinez

2   that people will figure out that Martinez was having sex with a

3   correction officer.

4          MS. SHIHATA:  No.

5          MS. ARGENTIERI:  No, with "P."  The substance of it

6   is Maria wanted to tell Martinez the people at MDC will figure

7   out he was having sex with Maria.  This has nothing to do with

8   him having sex with someone else.

9          MR. RICCO:  Well, that's not what that says.

10         MS. SHIHATA:  It is what it says.  What he is saying

11  he's not a fair inference from that.

12         MR. RICCO:  It's not.

13         MS. SHIHATA:   And it's not what she said.

14         MR. RICCO:  Okay, well, if that's not a fair

15  inference then I won't ask the question.  I thought that that's

16  said.

17         MS. ARGENTIERI:  She answered the question, she said

18  no.

19         MR. RICCO:  No, no, come on stop it.  Stop it.

20         THE COURT:  Tell me again what your objection is.

21         MS. ARGENTIERI:  He's asking if Maria had any

22  knowledge about whether or not the defendant had sex with

23  another CO at the jail she said no.  He said are you sure, do

24  you want to reconsider, she said no.  Then he said do you

25  recall meeting with agents on this day.  This doesn't impeach

1    her as to that.

2              THE COURT:  Well, this says, we're using her -- her

3    name that we're using in court not what's on the document,

4    Maria wanted to tell Martinez that people in the MCC

5    will figure out that he was having sex with her.  That doesn't

6    come under the ambit of the question of her being Maria.

7              MR. RICCO:  Judge, I didn't get there yet, because

8    why, why would this witness -- why aren't you guys listening,

9    I'm not a trickster, I'm just -- the questions, why would this

10   witness have these thoughts for a person who she says is raping

11   her.  Judge, people hide rape.

12             THE COURT:  So you're saying that Maria wanted to

13   tell Martinez that people at the MCC figured out he was having

14   sex with her, because it indicated she was concerned about him

15   being caught; is that it?

16             MR. RICCO:  That's it.

17             MS. ARGENTIERI:  But the question he was asking was,

18   were you aware of whether Martinez was having sex with another

19   guard at the jail.

20             MR. RICCO:  Yes.

21             MS. ARGENTIERI:  That has nothing to do with this.

22             MR. RICCO:  It does have -- wait a second.

23             MS. ARGENTIERI:  If you read the whole paragraph it

24   says, Maria had only had seen -- unidentified female one.

25   Unidentified female looked at her strange as if she were aware

1  that Martinez and Maria have had sex.  Maria wanted to tell

2  Martinez that people at MDC would figure out Martinez was

3  having sex with Maria.  None of this has to do with sex

4  Martinez was having it with someone else.

5            MR. RICCO:  Judge, I can --

6            MS. SHIHATA:  She has no knowledge of that.  And he

7  was trying to refresh her recollection or impeach her about

8  that statement.  And it's just -- I don't see the basis for it.

9            MR. RICCO:  Judge --

10           THE COURT:  Is there some way you could -- that would

11 describe --

12           MR. RICCO:  I can ask --

13           THE COURT:  -- rephrase the question so that we --

14           MR. RICCO:  -- Judge.

15           THE COURT:  It's just -- I understand the --

16           MR. RICCO:  She needs to --

17           THE COURT:  -- I understand the --

18           MR. RICCO:  She needs to listen.

19           THE COURT:  I'm sorry, now I'm the one who's doing

20 the interrupting.

21           MR. RICCO:  Sorry, Judge.

22           THE COURT:  It's okay.

23           MR. RICCO:  I'm good.

24           THE COURT:  No, no, I was interrupting.

25           MR. RICCO:  I can rephrase the question.

```
                        Sidebar                        384
1              THE COURT:  That Maria wanted to tell Martinez that
2    people at the MCC will figure out that he was having sex with
3    her.  I can understand the relevance of that, because why was
4    she worried about it.
5              MS. ARGENTIERI:  That's fine, but that wasn't the
6    question, Judge.
7              MR. RICCO:  Excuse me, Judge, we're getting to the
8    question.  They cut me off.  I can rephrase the question.
9              THE COURT:  So we don't have to come running back
10   here, you're going to rephrase the question.
11             MR. RICCO:  I'll rephrase it, Judge.  I'll put it
12   some way such that they're happy about it.
13             THE COURT:  Okay.
14             MR. RICCO:  Okay.  Well, Judge, you know we can't,
15   like cross is not the sinister, in the sense that there's
16   questions that --
17             THE COURT:  I don't think cross is sinister.  It's
18   guaranteed by the constitution.
19             MS. ARGENTIERI:  Agreed.
20             MS. SHIHATA:  Judge, could we just have this portion
21   of the transcript sealed, because we used the real name of
22   the --
23             THE COURT:  We'll just --
24             THE CLERK:  Judge, I've already told the court
25   reporter to use the initial "P" and not use her name.
```

```
                         Sidebar                            385
 1            MS. ARGENTIERI:  That was my fault. I'm sorry, I read
 2   it out loud.
 3            MS. SHIHATA:  That was my fault, too.
 4            MR. RICCO:  That was outrageous.
 5            THE CLERK:  Her name will not be in the transcript.
 6            THE COURT:  I will grant you all amnesty.
 7            MS. ARGENTIERI:  Okay, thank you.
 8   (Discussion concludes at sidebar)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1              MR. RICCO:  Okay, thank you, Judge.

2    CROSS-EXAMINATION (Continued)

3    "Maria"

4    BY MR. RICCO:

5    Q    Do you recall meeting with the agents and the prosecutors

6    and talking to them about a female CO who looked at you kind of

7    funny one day?

8    A    Yes.

9    Q    And did you also tell them that you wanted to tell

10   Martinez --

11             MR. RICCO:  Well, withdrawn.

12   Q    You felt that that look, that funny look, was that the

13   person who looked at you was aware that you were having sex

14   with Martinez.

15   A    Yes, I remember that conversation.  Yeah, because I told

16   him that woman looked at me in a way -- yeah.

17   Q    That she knows, right?

18   A    Yes.

19   Q    And did you tell the agents and the prosecutors that you

20   wanted to tell Martinez that people at the MDC will figure out

21   that he was having sex with you.

22   A    Yes, and I didn't want that.

23   Q    Do you remember yesterday, and if I am wrong correct me,

24   you told the jury that Lt. Martinez had an angry conversation

25   with you after that phone call and that he called you stupid,

1   and he asked you why did you make that call.  Do you remember

2   that testimony?

3              THE COURT:  Which call, so that --

4              MR. RICCO:  I'm sorry, your Honor.

5              THE COURT:  -- so that my recollection is refreshed,

6   which particular --

7              MR. RICCO:  Yes, the call to Ms. Vargas.

8   A    Yes.

9   Q    And in response to the question that the prosecutor asked

10  you, you said that your response to him was that you were

11  tired.  Do you remember saying that?

12  A    Yes, because he kept asking me why did you do that, and he

13  pounded the table and he said why did you do that, stupid.  And

14  I said well what?  And he said well, you know what you did.

15       And I knew what he was talking about and so I answered

16  because I'm tired, Martinez.

17  Q    Okay.

18  A    I'm tired.

19  Q    All right.  And the prosecutor asked you a follow-up

20  question.  She said when you said tired, what did you mean?

21  And you said I was tired of him doing what he was doing to me

22  every time.  Do you remember that testimony from yesterday?

23  A    Yes.

24  Q    Now do you remember meeting with the prosecutors and the

25  agents, 3500-M-4, Bates stamp page 15.  Do you remember that

1  when you were discussing the call, you said to the agents, when

2  Martinez was asking the questions, you did not let me call my

3  mom and she was sick and I'm tired of the way you are treating

4  me.  Did you make that statement to the agents in a meeting and

5  the prosecutors, yes or no?

6  A    But that lawyer is mixing one thing up with the other.

7  The only thing that I asked him was to let me call my mother

8  when my mother was sick.  What does that have to do -- what

9  does that have to do with when he went to the unit?

10 Q    My question is simply yes or no.   Did you tell the agents

11 and the prosecutors in response to the question about his anger

12 and the phone call, "That you did not let me call my mom when

13 she was sick and I'm tired of the way you're treating me."  Did

14 you make that statement, yes or no?

15 A    Yes.

16 Q    I'm going to ask you about the jail environment, where you

17 lived in the jail.  Is it true that the inmates are aware of

18 where the cameras are located?

19 A    Yes, because they can be seen.

20 Q    And is it true that the inmates have discussions amongst

21 themselves about those areas of the jail where there are

22 cameras and those areas of the jail where there are not

23 cameras?

24 A    Yes.

25 Q    Now after time you say you was first penetrated by Lt.

1    Martinez, you had a discussion in the bathroom stall with a

2    young lady, right?  What was her name again?

3    A    Kiara Maldonado.

4    Q    And is she the one that you told to get out of the stall

5    because he could see us on the camera?

6    A    Yes, because there was a camera right in front of the

7    bathrooms that filmed or that showed the bathrooms.  Even

8    though it was at some distance, you could see -- if you zoomed

9    the camera like had to do it close-up, it could be seen that I

10   was speaking with her.

11   Q    Okay.  And you did not want to be observed on camera in a

12   bathroom stall talking to the woman, isn't that correct?

13   A    No.  Because from the time that I arrived I had been

14   talking to her.

15   Q    Okay.

16         MR. RICCO:  Judge, I m going to move on.

17   Q    Are you aware that guards give personal information about

18   themselves to inmates?

19   A    What?

20   Q    Are you aware from your time at MDC that the guards give

21   to the inmates personal information about themselves?

22   A    Do you mean that the officers give information to the

23   prisoners?

24   Q    Yes.

25   A    Yes, some of them, yeah.

1   Q    Okay.

2   A    Some don't.

3   Q    A lot don't, right?

4   A    No.

5   Q    Some bring gifts.

6        MS. SHIHATA:  Objection.

7   A    Well, they never gave me one.

8        THE COURT:  What's the objection?

9        MS. SHIHATA:  Relevance.

10       THE COURT:  I'll allow it.

11  Q    But I thought you told us he brought you the pill.

12       MS. SHIHATA:  Objection to the characterization of

13  that as a gift, your Honor?

14  A    No.

15       THE COURT:  Well, she's answered it no.

16  Q    Would you agree with me that it's very difficult to keep

17  secrets in a jail environment?

18  A    No, wait a second.  A minute ago when you said gift, I

19  don't know if you were referring to the pill.

20  Q    Well, I think that you told us --

21  A    Because that was not a gift.

22  Q    I think that you told us -- told the jury when he gave you

23  the pill, you said thank you.  Was that your testimony?

24  A    Yes, but that's not a gift.  A gift is a pair of tennis

25  shoes.  A gift is a blouse, cologne, like something that you

1    bathe with.

2    Q    Your testimony was that Lt. Martinez gave you the pill,

3    you said thank you.  Did you testify to that in this courtroom?

4    A    Yes, and that's true.  I said thank you.

5    Q    Okay.  You also said to us that you thought it was unusual

6    that you were referred to by your first name by Lt. Martinez.

7    A    Yes, he always referred to me by my first name.  In fact,

8    one day he brought it up to me because I hadn't even realized

9    it, that he was referring to me that way.

10   Q    Okay.  The C.O.s and the inmates use slang words when

11   speaking to each other to describe each other, don't they?

12   A    What is slang?

13   Q    How about "Little Rooster," have you ever heard that term?

14   A    Little Rooster?  Well, wait, that's in English.

15   Q    Yeah.

16   A    Well, can you give that to me in Spanish?

17   Q    That's what the interpreter is doing.

18            THE INTERPRETER:  By the interpreter, if it's a name,

19   then it's the same in English as it is in Spanish.

20            MR. RICCO:  Okay.  So can you explain that to the

21   witness please?

22   (Interpreter complies)

23   Q    Do you know if there is a C.O. who is known as Little

24   Rooster?

25   A    Yes.

1    Q    Okay.  How about -- I'll leave that one.  I'm going to ask

2    you a couple of questions about Nol Lopez.  How long have you

3    know him?

4    A    I don't even know.  He's from where I am from.

5    Q    This is 2018.  Have you known him since maybe 2006, 2005?

6    Do you know?

7    A    I don't know, he always lived here.  He would come down to

8    where I was living outside of the city.  I was a little girl at

9    the time.  He would come down on his vacation.

10   Q    But you were not a little girl when he came to visit you

11   in jail; right?

12   A    No.

13   Q    And, Noel, you never shared with Noel Lopez anything about

14   your involvement in drugs; isn't that correct?

15   A    No.

16   Q    You didn't tell him that you were indebted $300,000 to a

17   person?

18   A    Would I have gone into details about my personal life?  Do

19   you think?

20   Q    Does that mean no?   You didn't tell him about the

21   $300,000?

22   A    No, I don't like to talk about my business.

23   Q    Okay.  We'll come to that.

24        When he visited you in the jail, you asked him to give you

25   $8000 to take care of some of your business; didn't you?

1   A   $8,000?

2   Q   That's my question.  Did you, yes or no?

3   A   You're crazy.  No, no.

4   Q   So your answer's "no, I'm crazy."  Is that your answer?

5   A   No.

6           THE COURT:  Well, the answer is, is your answer yes?

7   A   No, I didn't ask Noel to give me $8,000.

8   Q   And you didn't ask Noel to get together with family and

9   friends to raise $8,000; never happened, did it?

10  A   That's different.

11  Q   What's different?

12  A   I told him that when I got to immigration I want to get a

13  lawyer and wanted to get together, I don't know, $5,000, $8,000

14  bucks.  That's how much a lawyer costs.  You know, it wasn't,

15  "I want you to lend me $8,000 bucks," you know, he could put up

16  $1,000 bucks, Ramon (ph), he could get it together from people.

17  Q   Okay.  So we went from no, you're crazy to --

18  A   No.

19  Q   I'll rephrase the question.  You did ask him for money

20  related to your business.  Business of getting a lawyer; right?

21  A   As I understood your question, "did you ask Noel for

22  $8,000?"  And I said, "no."

23  Q   Okay.

24  A   I did want to get money together to pay for a lawyer.

25  Q   Okay.  Did you get the money?

1  A     No.

2  Q     When he came to the jail, you intentionally kissed him on

3  the mouth; correct?

4  A     Yes, because I asked him to do that over the phone.  He

5  knew that too.

6  Q     Okay.  And -- now, you didn't do that so that Lt. Martinez

7  could be jealous, did you?

8  A     I did it so he would see that I at least had somebody

9  here.

10 Q     And I think what you told the jury was so that he would

11 stop forcing and threatening you to have sex; right?

12 A     Yes.

13 Q     Okay.  Now, Ms. Vasquez and Noel Lopez are Facebook

14 friends; aren't they?

15        MS. SHIHATA: Oh, Oh, I think you meant, Vargas.

16 Q     Vargas, I did, thank you.  Are Facebook friends; right?

17        THE INTERPRETER:  Could the interpreter have the

18 question?

19        MR. RICCO: Yes.

20 Q     Ms. Vargas and Noel Lopez are Facebook friends; correct?

21 A     I don't have Facebook I don't use Facebook.  I had

22 Facebook before my arrest and then I never, ever went on it

23 again after that.  So no, I guess I'm not a friend of Larihelys

24 Vargas, because she deleted me.  I think she deleted me.

25 Q     That's now, I'm talking about when you went to jail?

1  A    Yes.

2  Q    Okay.  Now, you told us that you had her make the call and

3  get Facebook contact with Lt. Martinez; right?

4  A    Yes.

5  Q    You didn't ask the man, Noel Lopez, to do it; did you?

6  A    I didn't really talk so much to Noel Lopez like that.

7  Q    Like what?

8  A    He was my friend.

9  Q    So the answer's no, you didn't ash him to do it; right?

10 A    No.

11 Q    Isn't the real reason why you asked a woman to do it is

12 because you believe that the person that you described as the

13 "little bastard" would give information to the woman?

14 A    To what woman?

15 Q    Ms. Vasquez --

16        MS. SHIHATA:  Vargas.

17        MR. RICCO:  Vargas, sorry.

18 A    Wait, what?

19 Q    I'll ask the question again.  Isn't the real reason why

20 you asked Ms. Vargas to do it is because you believe as a

21 woman, she would have been able to get more information from

22 the person that you described as the "little bastard."  Isn't

23 that why you picked the woman, Ms. Vasquez -- Vargas?

24        THE INTERPRETER:  Counselor, the interpreter just

25 needs the tag at the end, your voice dropped.

1   Q    I'll ask it again.  Sorry, Judge.  Isn't it true, that the

2   reason why you asked your female friend to do it, that is

3   contact Lt. Martinez, is because you believed, that she, as a

4   woman, would get more information out of him; isn't that

5   correct?

6   A    If that has been the case, I would have asked Noel, he's

7   much better at computer stuff.

8   Q    But you didn't ask him and he's better at computer stuff.

9   You didn't ask him; right?

10  A    No.

11  Q    Now, I want to ask you some questions about immigration

12  and then I'm through.  For the first time, you reported the

13  stories of force and threats after you were into immigration

14  custody.  Isn't that correct?

15  A    Don't say until I got there because I didn't talk about it

16  when I first got there.  I had been there for almost a year

17  when these people came to talk to me.  And it wasn't until two

18  months later, after I checked into it carefully that I told

19  them.

20  Q    Right.  You wanted to check things out.

21  A    Yes, because I didn't want to go back.  I would say, Nani,

22  they're coming for me, I'm going go back there.  I'm going to

23  go for more.

24  Q    And you discussed this with your fellow detainees at

25  immigration; right?

1  A    Nani was there.  Melva was maybe there three weeks after I

2  got there.

3  Q    Is that yes, you discussed it with a fellow detainee at

4  immigrations, yes or no?

5  A    Yes.

6  Q    And this was one of the same people that you were together

7  with at the MDC; correct?

8  A    Yes.

9  Q    Now, when you got to immigration, you got a new lawyer;

10  right?

11  A    Yes.

12  Q    Who met with you and you decided to file a petition for

13  asylum so that you could stay in the country; correct?

14  A    Yes.

15  Q    And you filed under an exception that allows victims of

16  human trafficking who face danger upon deportation to remain

17  here in the United States; correct?

18  A    I told my lawyer what happened, she understood the

19  applications and what had to go in that.

20  Q    And in support of that application, you signed a sworn

21  statement under perjury; right?

22  A    Yes.

23  Q    And that meant that, if you made statements that were

24  false in connection with that petition, you could be prosecuted

25  and sent to jail for perjury; right?

1    A    Yes.

2    Q    The person who also had to sign it and verify the

3    information was the lawyer.

4    A    Yes.

5    Q    Did the lawyer meet with anybody in your family other than

6    you?

7    A    Yes.

8    Q    Who?

9    A    One of my aunts, I think she got the papers, I don't know

10   if she met Ramon.

11   Q    That's not my question.  My question is, that the lawyer,

12   who signed the petition, did they discuss the contents of the

13   petition with anybody in your family other than you?

14   A    Yes.

15   Q    So other people in your family spoke to the lawyer about

16   Deyberto.

17   A    No.  I said time and time again to her, over and over be

18   very careful if -- if -- be careful and not talk to them about

19   him.  I didn't want -- I don't think anybody gave her

20   information about that person Deyberto.

21   Q    Okay.  So the information in your petition, about your

22   drug dealing, your interactions with Deyberto, the debt and the

23   trips, all came from you.

24   A    They sent for all of the papers concerning that man.  The

25   sent for them from my country.  What he had committed.  That's

1    what they did.

2    Q    That wasn't my question.  My question was, did anybody in

3    your family discuss with the lawyer, the allegations in this

4    petition about your relationship with Deyberto?

5              MS. SHIHATA:  Objection. Asked and answered.

6              MR. RICCO:  Was not answered.

7              THE COURT:  She'll answer it again.  She didn't.

8              MS. SHIHATA:  As well as if it's –– an also attorney

9    client privilege if it's per knowledge of whether attorney did.

10   So that's a separate objection, your Honor.

11             THE COURT:  Can you repeat the question.

12   Q    This petition is signed by both you and your lawyer;

13   right?

14   A    Yes.

15   Q    And you both allege in your signatures, that the

16   statements made in support of this application are true?

17   A    Yes.

18   Q    And I'm asking you to your knowledge, did the lawyer

19   discuss the allegations in this petition ––

20             MS. SHIHATA:  Objection.

21   –– with anyone in your family other than you?

22             MS. SHIHATA:  Same objection, Judge.

23             THE COURT: Overruled.

24   A    Yes.  My lawyer was talking to my sister but my sister

25   only –– my family really doesn't know what had –– what

1    happened.  My family -- I don't want, you know -- I would tell

2    her what -- my sister had been burned, my mother had been

3    burned, everybody had gotten burned.  I didn't want -- Deyi

4    told me that -- I didn't tell them that Deyi was the guy who

5    sent people to do that, how?  My family got burned because of

6    me.

7    Q    Did your lawyer discuss, with anybody in your family, your

8    $300,000 drug debt?

9    A    No, I don't think so, I don't know.

10   Q    Did your lawyer discuss with anyone in your family the

11   number of trips that you took in drug dealing?

12   A    If the lawyer spoke to my family?

13   Q    If you don't understand the question, I'll re -- I'll

14   re-ask the question.

15   A    Okay.  Repeat the question.

16   Q    To your knowledge, did your lawyer discuss with someone in

17   your family other than you, the number of drug trips that you

18   took when working with Deyberto?

19   A    I don't know.  I don't know, I was in jail.  I don't know

20   who she spoke to.  I know she spoke to my sister and took her

21   papers to the office.

22   Q    Did you ever discuss with your sister the number of drug

23   trips you took?

24   A    No.

25   Q    Your sister wrote a letter to Judge Swain; isn't that

1   correct?

2   A    Yes.  She knows -- she knows that I was involved in drugs

3   but she doesn't know how many times.

4   Q    She said that she wasn't even aware that you were involved

5   in drugs.  That you were a nice person.  Did you see the

6   letter?

7   A    No.  No, that letter was taken to the lawyer and the

8   lawyer took it to the Judge.

9   Q    You didn't discuss with your sister the number of drug

10  trips that you took, now did you?

11  A    That I didn't talk to my sister?

12  Q    That's not the question.  You know what the question is.

13             MS. ARGENTIERI:  Judge, the witness -- objection,

14  asked and answered.  The witness has answered this question at

15  least twice.

16             THE COURT:  Well, answer it again.

17  Q    The Judge says, "answer the question."

18  A    Tell me the question again.

19  Q    I'll tell -- I'll ask you again.  You did not discuss with

20  your sister the number of drug trips that you took when you

21  were working with Deyberto; did you?

22  A    I don't remember well.  It's like -- they knew that I was

23  incarcerated because of drugs, but they didn't even know what

24  jail I was in.  If it was federal, if it was state, they're in

25  Santo Domingo.

1  Q    Look, I didn't ask you if you were in jail in Santo

2  Domingo; correct?  Correct?

3  A    Yes.

4  Q    I did ask you whether you were in jail here in the United

5  States; correct?

6  A    All right.  The truth is, I -- to tell you the truth, I

7  don't remember.  I don't know if I talked to her about that.

8  Q    Okay.  So you might have told her bout the drug trips that

9  you took with Deyberto?  But your not sure.

10 A    I didn't hear the end of the question, I'm sorry.

11 Q    But you're not sure.

12 A    Every time that my family had to move, I just reached out

13 to them and I told them, "listen, you need to move."  I didn't

14 give them a lot of explanations.

15 Q    So that means no, you didn't tell them?  Right?

16 A    I didn't tell them everything but they knew.  Every time

17 that guy -- every time Deyi sent somebody over there, they

18 knew.  They knew that I had to pay a debt.  They knew that I

19 was here involved so they don't know if it was four times or

20 five times that I went to pick up drugs.

21 Q    Because you never told them that, that's the question.

22 It's not complicated.

23 A    I don't know.

24 Q    Okay.  Now the statement that you made in support of your

25 application, where you identified Deyberto Torres, as you

1  former partner, and as a person who forced you through threats

2  and caused you to get into the drug business against your will,

3  that was inconsistent with the story that you told to Judge

4  Swain in federal court, isn't it?

5  A    But I didn't mention Torres.  Because I didn't mention the

6  name Torres Because the prosecutor wouldn't let me.  He asked

7  me "why did you make that trip, why did you pick up drugs."

8  And I said because my brother was on the phone and said that

9  the people had already left and so I left.  And he kept asking,

10  "why did you go, why did you go?"  It's because, and I said, I

11  told the truth, I said it was because I had seen the black SUV.

12  Q    Let's pay very close attention to the question and try to

13  answer the question if you can.  And let's leave the name

14  "Torres" out.  The statement that you made in support of your

15  asylum application, where you claim that your former partner

16  forced you through threats and caused you to get into the drug

17  business against your will, that was inconsistent with the

18  story that you told Judge Swain; isn't that correct?

19  A    Yes.

20  Q    And the statement that you made in support of your asylum

21  application, that you entered the United States and remained

22  present in the United States, on account of being forced and

23  threatened to engage in the drug business, was inconsistent

24  with the statements that you made before Judge Swain, isn't

25  that right?

1   A    I'm not -- I'm not understanding.

2   Q    The interpreter isn't?

3   A    No, the interpreter says that the witness says she's not

4   understanding.

5   Q    I'll rephrase the question.  Have you ever read your

6   asylum application?

7   A    Yes, when I was in immigration I read it.

8   Q    Do you have any like, present recollection of the things

9   that was said in that application?

10  A    I -- I -- I told -- I said what happened and the lawyer

11  wrote it down and she filled out the application.

12  Q    And you read the application before you signed it; right?

13  A    Well, yes, I -- I was supposed to read it, it was -- you

14  don't have to read about it when something happens to you.

15  Q    Well, you have to read about this statement, because it

16  says, "that all of the information is true and accurate" and

17  you say that under penalty of perjury.  Do you know that?

18  A    Yes.

19  Q    And do you know your application says that each and every

20  question in this form, as well as my answers to each question

21  has been read to me in Spanish as well as my answers to the

22  questions with the interpreter.

23  A    Yes.

24  Q    Your statement, where you said "that you remained in the

25  United States on account of drug dealing" was inconsistent with

Cross - "Maria" - Ricco                                    405

1   the statements that you made in court before Judge Swain; isn't

2   that correct?

3   A    That's why when I was in Patricia's court, I said yes, I

4   lied, I did not want to bring my family in danger.  I was not

5   going to mention that name here so that he'd be able to find

6   out that I was talking about him, no.  But immigration, I don't

7   know.  But immigration -- in immigration I was told that it was

8   confidential that that person's name could not --

9   Q    But we're not talking about the person's name.  We're also

10  talking about what you did.  Did you stay in the United States

11  for the purposes of conducting drug transactions; yes or no?

12  A    If I stayed in the United States?

13  Q    Yes, that you remained in the United States on account of

14  drug trafficking?

15  A    I'm sorry, Counselor, could you repeat the question.  Just

16  the end.

17  Q    That you are present in the United States on the account

18  of drug trafficking.  Did you say that?

19  A    I came here to marry my boyfriend.

20          MR. RICCO:  Your Honor, I move to introduce this

21  statement as a prior inconsistent statement.

22          MS. SHIHATA:  It's -- could we have a sidebar?

23          THE COURT:  Ladies and gentlemen, this would be a

24  good time to take a short break.

25          THE CLERK:  All rise.

1    (Jury exits courtroom.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

```
                              Sidebar                        407
 1   (Discussion held at sidebar.)

 2            MS. SHIHATA:  Can we approach, your Honor?

 3            THE COURT:  Of course.

 4            MS. ARGENTIERI:  Do you want to take a break and then

 5   we can do it when we come back?

 6            THE COURT:  Yes.

 7            MS. ARGENTIERI:  Okay.  Okay.  You're in charge.

 8            THE CLERK:  Judge, the interpreter needs to put

 9   something on the record.  Counsel?  Counsel?  The interpreter

10   needs to put something on the record.  In front of the

11   microphone.

12            THE INTERPRETER:  Your Honor, when I was at the

13   stand, I believe Mr. Ricco used the word -- he said "Ecuador"

14   and I didn't hear it.  My colleague thought she heard it so if

15   Mr. Ricco did say "Ecuador" in one of his questions, it was

16   uninterpreted because I didn't hear it.

17            MR. RICCO:  I did.

18            MS. SHIHATA:  I didn't hear that either.

19            MS. ARGENTIERI:  I didn't hear the word Ecuador

20   but --

21            THE COURT:  Does anybody want me to do anything?

22            MS. ARGENTIERI:  No.

23            MR. RICCO:  No.

24            MS. SHIHATA:  No, your Honor.

25   Recess from 12:09 p.m., until 12:19 p.m.)
```

1   (Discussion held at sidebar.)

2            THE COURT:  Okay.  Do you want to come up?

3            MS. ARGENTIERI:  Yes, Judge.  You'll let us know.

4            THE COURT:  Could we go off the record for one

5   second?

6            (Off the record.)

7            MS. ARGENTIERI:  So the objection was to the

8   question, really the statement moving in the witness'

9   immigration paperwork.  The question previously posed to the

10  witness was, are you -- did you remain or are you present --

11  did you represent that you were present in the United States as

12  a result of drug trafficking?  She said no.

13           And then Mr. Ricco went to move in 3500-M-11 which is

14  for asylum paperwork and he has explained to us that he is

15  referring to the question that says -- it's a part that you

16  have to fill out on the form that says, "I am physically

17  present in the United States," I am just going to say etc.,

18  etc., "on account of trafficking."

19           That refers to human trafficking which is the nature

20  of the application.  I don't know that that will be -- so it

21  refers to human trafficking and it's a legal term that has been

22  defined through immigration case law that to be honest with

23  you, I am no expert in.  But I think it would be very

24  misleading to allow Mr. Ricco to impeach this witness by

25  introducing this document because it's not inconsistent with

Sidebar                                                          409

1    what she said and it doesn't impeach her at all.

2              MR. RICCO:  Judge, I know a little bit about these

3    documents.  I will say this.  Also on page 48, there's a

4    statement and it says, "Ms. "P" was in the United States on

5    account of trafficking.  She's currently" -- blah, blah, blah,

6    "although she's left several times after the trafficking

7    situation began, the trafficker continued to exercise hold over

8    her."

9              Judge, this is an application for asylum under human

10   trafficking exception that includes drug trafficking.  My

11   point, Judge, is I -- the witness has said she's not -- she's

12   here because --

13             THE COURT:  Not here because of what?

14             MR. RICCO:  Because of drug trafficking.  She says

15   she is here -- she came here because she wanted to marry her

16   husband.  Now we're back to the story she told in front of

17   Judge Swain.  But that is not what is in this application.

18   There's not one word of that in this application, not one

19   single word of it.  This is a heavy application that lays out

20   that the -- that Maria was a person who was forced into

21   involuntary servitude and peonage with threats of fraud, death

22   and physical harm.

23             And that she relented and came into the country for

24   the purposes of drug dealing.  Although she left, she came back

25   on account o drug dealing.

1              It's misleading for the witness to say well, no, I

2   came here because I wanted to marry my husband.  The question

3   is what's the statement that was made in supports of the

4   application?  If she denies it, then it's an inconsistent

5   statement.  If she wants to say -- you know, if she wants to

6   avoid the question and talk about what she wants to talk about,

7   that's fine but at some point, the witness has to answer the

8   question that's before her and this application is filled with

9   allegations of being forced, of being threatened, of suffering

10  emotional harm as a result of it, and she's denying it.

11             MS. ARGENTIERI:  Judge, I don't think that that's an

12  accurate of statement of what's been happening here.  Mr. Ricco

13  should be free and the Court should allow him to ask about

14  things in this document that are different than things the

15  witness has testified to but it is just a misrepresentation to

16  say that this form is referring to anything other than human

17  trafficking.  He asked her, are you physically present here as

18  a result of drug trafficking, she said no.  That's accurate and

19  it's consistent with this document which refers to human

20  trafficking.  All of the --

21             THE COURT:  I'm sorry.  I'm getting confused.  I

22  thought he said human trafficking or somebody said that human

23  trafficking includes drug dealing.

24             MR. RICCO:  It does, your Honor.

25             MS. ARGENTIERI:  He said human trafficking -- I'm

Sidebar                                                      411

1   sorry.  Mr. Ricco said that human trafficking includes drug

2   trafficking.  All I am pointing out, Judge, is that the

3   trafficking on the form that he said he wanted to introduce to

4   impeach her references trafficking.  It means human

5   trafficking.

6           And the witness is not here and it was not her

7   testimony that she came here as a result of drug trafficking.

8   The drug trafficking that she testified about happened after

9   she came to the United States and she's been very clear about

10  that.  And it's also consistent with her affidavit.

11          I don't think he has established a basis upon which

12  to impeach her with this document.  He went to admit it into

13  evidence as a prior sworn statement that was inconsistent.  It

14  is not inconsistent with her testimony.

15          MR. RICCO:  Well, Judge, it inconsistent with her

16  testimony because each time a question is asked of her about

17  one of the allegations that is here, she goes off onto a

18  tangent about what she wants to speak to -- speak about.

19          This is a serious application, that's a sworn

20  application and it has very similar type of allegations of

21  threat, force --

22          THE COURT:  No, I thought her point was that she

23  didn't engage in drug trafficking until after she got here.

24  That that was not the reason she came here.  And that the

25  question seems to me, as to you she came here.

 1          MR. RICCO:  This application, this exception is

 2    available to people who either entered or remained in the

 3    country as a result of drug trafficking where they're forced --

 4    like forced labor.

 5          THE COURT:  Right.

 6          MR. RICCO:  And that's what this has been shoe-horned

 7    under.  I can ask her -- Judge, I can ask her each one of the

 8    questions and I'll take the answers for what they are. I have

 9    no interest in this document other than to question her about

10    the information that's in it, as it relates to her ability to

11    talk about events and relate events pertaining to her own

12    conduct and her conduct changes from immigration application,

13    court, post-arrest, safety valve, it changes.  And so I'm

14    impeaching her on it.

15          I have no real issue on whether or not that portion

16    of her statement comes in -- the statement itself comes in.

17    It's a sworn statement.  It will come in for the truth.  And

18    there's nothing about this application that prejudices the

19    government one way or another, since they're saying this is

20    what she said.  And it's a sworn statement.  So where's the

21    prejudice?

22          MS. ARGENTIERI:  That's not the -- that's just not

23    the standard for impeaching a witness with a prior sworn

24    statement.

25          MR. RICCO:  I didn't say it was the standard for

Sidebar                                                    413

1   impeaching.

2              MS. ARGENTIERI:  And we have met --

3              MR. RICCO:  I thought I complied with the standard.

4   I confronted her with the question.  She denied it.  So I moved

5   to put the statement in.

6              MS. ARGENTIERI:  And I think our --

7              MR. RICCO:  That's the standard for impeachment.

8              THE COURT:  Well, are we just talking about

9   definitions of the -- the legal definition of the term

10  trafficking?

11             MS. ARGENTIERI:  It is, yeah.

12             THE COURT:  Hmm?

13             MS. ARGENTIERI:  It is a legal definition, Judge,

14  you're right.

15             THE COURT:  No, is that the dispute?

16             MR. RICCO:  No.

17             THE COURT:  Over --

18             MS. ARGENTIERI:  I think --

19             THE COURT:  Your objection is that there's a -- that

20  the word trafficking has a legal definition.

21             MS. ARGENTIERI:  Yes.  He specifically asked her

22  about -- Mr. Ricco specifically questioned her about drug

23  trafficking and my understanding is the definition of

24  trafficking in this document is not drug trafficking and I

25  don't think that there's a -- there's not an inconsistent

Sidebar                                    414

1   statement upon which there's a basis to impeach this witness

2   yet.  And so --

3              THE COURT:  I don't understand.  You said the

4   statement in that document is not about drug trafficking?

5              MS. ARGENTIERI:  It's about -- it's a legal

6   definition and my understanding is, and I am not an immigration

7   lawyer, that it is human trafficking and the definition has

8   evolved over time.  If we want, I think I could get -- we could

9   try to find an immigration lawyer here but I think it's much

10  more --

11             THE COURT:  We don't need an immigration lawyer.

12  It's right in the statute.  The statute defines the term.  It's

13  in 8 USC.  I mean district judges don't deal with immigration.

14             MR. RICCO:  22, it's 22 USC 7102, your Honor.

15             THE COURT:  22?

16             MR. RICCO:  7102 9(b).

17             THE COURT:  I thought immigration and naturalization

18  offenses were in an earlier volume of the U.S. Code.

19             MR. RICCO:  I am just reading from the application.

20             THE COURT:  Oh.

21             MR. RICCO:  See, and also, your Honor, what's

22  interesting is the government in their direct says well, you

23  owned up to the statements that you made in the district court

24  in this document.  There's one line in here that says I -- my

25  statements that I gave in the district court were different.

1   They can point to one line.  That's it.

2         MS. ARGENTIERI:  Judge, there was a whole proceeding

3   underlying the immigration.  We're not litigating the

4   immigration proceeding.

5         MR. RICCO:  We're not --

6         MS. ARGENTIERI:  We're immigrating (sic) her

7   statements.  And, Judge, on the first -- I'm sorry, I just

8   would like to get this out but on the first page of this

9   document that is the application it says, that Maria is a

10  victim of severe human trafficking.  The TVPA defines severe

11  human trafficking as recruitment, harboring, transportation,

12  provision or obtaining of a person for labor or services trough

13  the use of force, fraud, or coercion for the purpose of

14  subjection to servitude, peonage, debt bondage or slavery.

15        That is the  -- when they answered that question

16  about trafficking, they were talking about human trafficking.

17  So whether -- it's very clear from the document itself and I

18  understand Mr. Ricco would like to move this document into

19  evidence but there has to be a basis for it.  She is not --

20        MR. RICCO:  Judge?

21        MS. ARGENTIERI:  He has not impeached her -- I'm

22  sorry -- he has not impeached her yet as to a specific

23  statement where she has been inconsistent with the document

24  through her testimony here today.  That has to happen before it

25  can be introduced.  He asked a question.  It was not drug

Sidebar                                                    416

 1  trafficking and I think that that sort of sums up the basis of

 2  our objection.

 3          MR. RICCO:  Judge, there are two boxes that have to

 4  be checked and it says, I'm physically -- number 3 says, I'm

 5  physically present in the United States, etc., etc., on account

 6  of drug trafficking.  Then it says if yes, explain in detail in

 7  the attached evidence and documents supporting this claim.  So

 8  they do.  And how they explain it is the drug trafficking.

 9          THE COURT:  How does she answer that question?  I

10  mean, I am just trying to follow this.

11          MR. RICCO:  So then it says on paragraph 9, my most

12  recent entry was on account of trafficking and that forms the

13  basis of my claim.  If yes, explain the circumstances of your

14  most recent arrival and she does.  She talks about drugs.

15  That's what it says and it's not me just saying it.  I'm

16  reading from it.  It's right here.  Ms. "P" was vulnerable to

17  trafficking --

18          MS. ARGENTIERI:  Judge, he's used the witness' name.

19          MR. RICCO:  Sorry, Judge.  Maria.  Thank you,

20  counsel.

21          Maria was vulnerable to trafficking by this

22  individual and then it goes onto tell this story, provided by

23  her, about being forced, threatened, into this in the Dominican

24  Republic and that it continued when she came to the United

25  States and that she goes back and forth for the purposes of

1   drugs and that her presence in the United States today is that.

2           And because of the threats back home that forced her

3   into this, the applicant is protected.  Because it's ongoing

4   and it was the basis of being here in the first place, she's

5   allowed to stay in the country.

6           She's not here for asylum because of human

7   trafficking.  She's here with the explanation that the human

8   trafficking that applies to her case is drug trafficking.

9   That's what the application is.  There's nothing else in this

10  application.

11          THE COURT:  Those questions that you read to me about

12  drug trafficking is it answered yes?

13          MR. RICCO:  She answered no to the question, was your

14  presence in the United States -- your entry into the United

15  States for the purposes of trafficking?

16          THE COURT:  And she said --

17          MR. RICCO:  She said no, I came here because I wanted

18  to get married.

19          MS. ARGENTIERI:  But that's not the question --

20  Judge, I think this is getting really muddled and am sort of

21  having a hard time following it but on page 53, the question

22  that Mr. Ricco wanted to sort of -- pointed me to with the

23  inconsistent statement, it reads -- and I read this once

24  before, so I apologize if I am being repetitive, I am

25  physically present in the United States, etc., on account of

1    trafficking.  It doesn't say drug trafficking.

2              MR. RICCO:  It says explain.

3              MS. ARGENTIERI:  He didn't -- he doesn't -- and then

4    she explains how she was human trafficked, not drug trafficked.

5    And it ends up -- so the title is literally human trafficking.

6              THE COURT:  Let me see this.

7              MR. RICCO:  Yes, Judge.

8              THE COURT:  Now where am I --

9              MR. RICCO:  The first page on page 53.  Judge, I

10   think it's page -- sorry, Judge --

11             THE COURT:  Okay.

12   (Pause)

13             THE COURT:  So the first thing that you asked me to

14   read was that it says, in part, Ms. Torres has --

15             MR. RICCO:  You mean Maria?

16             THE COURT:  No, I'm sorry.  Mr. Torres, has Maria

17   learned after coming to the United States was involved in the

18   international drug trade.

19             MR. RICCO:  Right.

20             THE COURT:  So she doesn't learn about it until she

21   comes here.  So it's not the purpose of her coming here, at

22   least as to that.

23             MR. RICCO:  As that part.  Right.  But then as you go

24   on, you say she learned about it and then she goes back and

25   then she comes back.  And the application covers both entry and

1  most recently entered paragraphs, question 3 and question 9.

2          THE COURT:  And the next thing that you circled reads

3  as follows, "Maria is in the United States on account of

4  trafficking."

5          MR. RICCO:  And it says, "If yes, explain."

6          THE COURT:  And then it says, "She is current

7  residing," wherever she was residing, Maria has not had the

8  opportunity to depart the United States as she was recently

9  liberated from her trafficking situation and had been detained

10  since.  Although she left the United States several times after

11  the trafficking situation began, her trafficker continued to

12  exercise control over her and she was not free to stay outside

13  the United States."  So what's the problem with that?  Tell me.

14          MS. ARGENTIERI:  Judge, it's not inconsistent with

15  what she testified to.

16          THE COURT:  How is that inconsistent with what she

17  testified to?

18          MR. RICCO:  Because when I asked her the question,

19  Judge, she said she is here because she wanted to marry her

20  husband.

21          THE COURT:  I thought that's why she came here.

22          MR. RICCO:  That was her response.  That was her

23  previous testimony but that was her response to that question.

24  Her response to that question is I came here to marry my

25  husband.

```
                              Sidebar                        420
 1            THE COURT:  To which I --
 2            MR. RICCO:  And, Judge, I can --
 3            THE COURT:  I'm sorry.  Which question on this
 4   questionnaire?
 5            MR. RICCO:  Judge, my questions were directed towards
 6   that box number 3 and that box number 9, those -- the parts
 7   that you're looking at now.  That's what they basically are.
 8   And, Judge, I don't have any burning desire to put this
 9   document in evidence.  I was just trying to get her to answer a
10   question and if she is not going to answer the question, then
11   it's just -- and she's going to be inconsistent about it, then
12   put the statement in.
13            THE COURT:  The question number 3, I am physically --
14   which is answered yes, I am physically present in the United
15   States or the Commonwealth of the Marriott Islands, etc., on
16   account of trafficking and she says yes.
17            MS. ARGENTIERI:  But, Judge, that refers -- the
18   question to her question to the stand was are you here as a
19   result of drug trafficking, not trafficking generally.  And --
20   and I think your Honor is absolutely right, when - for Mr.
21   Ricco to say that he is impeaching her on the why did she come
22   here question, that was the question asked by Ms. Shihata
23   either yesterday or two days ago.  So that certainly wasn't the
24   basis for the admission of the document today, as he was
25   offering it initially.  She was asked, why did you come to this
```

Sidebar                                                          421

1   -- like why did you come here initially basically?  And she

2   said to get married.

3           MR. RICCO:  No, that wasn't my question.

4           THE COURT:  That wasn't a question of -- that wasn't

5   -- I'm sorry.

6           THE COURT:  Well, why don't we do this?  Bring Maria

7   out and why don't you ask the question.

8           MR. RICCO:  I will, Judge.

9           THE COURT:  I can't do it this way.

10          MR. RICCO:  And, Judge, it's a lot easier for me just

11  to reask the question because we could go back and forth as to

12  what my questions seemed, might have meant or implied, we'll be

13  here all day.

14          MS. SHIHATA:  We can also go back to the transcript

15  and see the exact question asked which literally referred to

16  drug trafficking, your Honor.

17          MR. RICCO:  It did because that's what that asylum

18  application is for.

19          MS. SHIHATA:  The question number 3 refers to

20  trafficking and it does not specific drug trafficking.

21          MR. RICCO:  It does.

22          MS. SHIHATA:  It's entirely misleading, your Honor.

23          MR. RICCO:  It is not entirely misleading.  It says

24  if yes --

25          THE COURT:  I don't understand.

                              Sidebar                        422

1            MR. RICCO:  -- explain.

2            THE COURT:  I thought trafficking includes drug

3   trafficking.

4            MR. RICCO:  It does, your Honor.

5            MS. SHIHATA:  It certainly --

6            MR. RICCO:  And it's misleading for the government to

7   say that it does not.

8            MS. SHIHATA:  To say that she made an inconsistent

9   statement based on her answer to a specific question about drug

10  trafficking when the language --

11           MR. RICCO:  The witness is in the room.

12           MS. SHIHATA:  -- when the language --

13           MR. RICCO:  -- the witness is in the room.

14           THE COURT:  Let's go.

15           MR. RICCO:  -- the witness is in the room.

16           THE COURT:  Please.  Asked what questions you want.

17           MR. RICCO:  Thank you.  Judge, can I have copy back?

18           THE COURT:  Sure.  Sorry.

19  (Continued Cross-examination outside the presence of the jury)

20  CROSS-EXAMINATION CONTINUED:

21  BY MR. RICCO:

22  Q    You are aware, are you not that this application was filed

23  on your behalf to get you protection from the activities that

24  you engaged in with Deyberto Torres, correct?

25  A    I told my lawyer what had happened to me.  She put that in

1  the application as best she could in terms of what she thought

2  I qualified for.  I don't know how many applications she filed.

3  I know she filed applications.

4           MR. RICCO:  Judge, that answer is not responsive to

5  the question.

6           THE COURT:  So what does that mean?

7           MR. RICCO:  That means I have to ask her another

8  question.  I'm sorry, Judge.

9           THE COURT:  Go ahead.

10  Q    You do not want to go back to the Dominican Republic

11  because you are afraid of Deyberto Torres, correct?

12  A    Yes.

13  Q    And you say that Deyberto forced you, threatened you,

14  members of your family, and you gave in and participated in

15  drug trafficking with him because of that.

16  A    Yes.

17  Q    And you're afraid that if you go back home, he is going to

18  get you, hurt you, right?

19  A    So I'll continue to pay him his money back, yes.

20  Q    Okay.  And you filled out an application -- and the money

21  that you're talking about is in connection with drug

22  trafficking, right?

23  A    Yes.

24  Q    Not human trafficking, right?

25  A    I don't know.

                              Sidebar                          424

1   Q     You just know the debt is for drug trafficking, right?

2   A     I know the debt is because I didn't go and pick up some

3   drugs.   That's why I owe the money.

4   Q     And the thing that you didn't -- that you were supposed to

5   pick up was drugs, right?

6   A     Yes.

7   Q     All right.   Now your application says that during your

8   time you've been in this country, you've entered the United

9   States as a result of, on account of -- excuse me, withdraw the

10  word result -- on account of drug trafficking.   Does your

11  application say that?

12  A     No, I don't know.   I came here because of my boyfriend.

13  Deyberto got in touch with me in 2009, 2010.

14          MR. RICCO:   Can I have the question I asked read back

15  to the witness -- right back to the same spot, Judge?

16          MS. ARGENTIERI:   Judge, I think it would be helpful

17  if maybe there was a time period provided for the entry.

18  (Playback)

19          MR. RICCO:   Judge, I will rephrase the question.

20          THE COURT:   Wait one second until she gets back on.

21          MR. RICCO:   Okay.

22          THE COURT:   Okay.

23          MR. RICCO:   All right.

24  Q     Does your application say that my most recent entry here

25  in the United States was on account of the trafficking that

1   forms the basis of my claim?

2   A    Well, I don't know if that -- I don't know.  I -- I don't

3   know.  I told my lawyer what happened.  She filed the

4   applications.  So I told her how I first came here to be with

5   my boyfriend and then Deyberto got in touch with me like after

6   that.  I don't know.  I'm not a lawyer.  I don't know if I am

7   eligible for something in human trafficking.

8   Q    That wasn't my question but I would like to show you your

9   application --

10             THE COURT:  Go ahead, show it to her.

11             MR. RICCO:  Thank you.

12             THE COURT:  Should I let the jury go to lunch?

13             MS. ARGENTIERI:  I'm sorry, Judge, can I have one

14   second?  There might be a witness that has to leave.  I just

15   want to understand it really quickly.  I am sorry.

16             MR. RICCO:  Judge, can we have her take a look at it?

17             THE COURT:  Do whatever you want.

18             MS. ARGENTIERI:  Yeah, I think if you would like to

19   send the jury to lunch, that makes sense.

20             THE COURT:  For how long?  You wanted an hour?

21             MS. ARGENTIERI:  An hour is fine.

22             THE COURT:  It's up to you.  I'll take less.  I have

23   to stop today at 5:30.

24             MS. ARGENTIERI:  Then an hour is fine, Judge.  Thank

25   you.

```
                          Sidebar                    426
 1  (Pause)

 2            THE INTERPRETER:  Counselor, the interpreter just

 3  read item 9 or line 9.

 4            MR. RICCO:  Okay.

 5  Q    Is that statement where the box is checked yes, do you

 6  understand the statement?

 7  A    Yes.

 8  Q    Is it true?

 9  A    I did not come here to traffic drugs.

10            MR. RICCO:  Your Honor, I move --

11            THE COURT:  Can you read the question in English?

12            THE INTERPRETER:  My most recent entry was on account

13  of the trafficking that forms the basis for my claim.

14            THE COURT:  And when was this most recent entry that

15  you're talking about?  When did you first come to the United

16  States?

17            THE WITNESS:  In 2008.

18            THE COURT:  And that question says your most recent

19  entry, when would that have been?  Most recent from the date of

20  that application?

21            MR. RICCO:  Your Honor, I was just having --

22  directing the interpreter to the sections of the application

23  that has the date.

24            THE WITNESS:  Oh, okay.

25            THE COURT:  Okay, what?
```

1          THE WITNESS:  Okay, so at this time, I was picking up

2   drugs.

3          THE COURT:  Okay.

4          THE WITNESS:  But I didn't come here to --

5          THE COURT:  No, but -- listen to me.  There are two

6   separate issues, one is why you came here in 2008.  And then

7   the application talks about subsequent.  So from the time --

8   from 2008 on, you made other trips into the United States from

9   outside of the United States.

10          THE WITNESS:  Yes.

11          THE COURT:  And that question asks -- could you read

12   it to her again -- about your most recent entry?

13   (Interpreter complies)

14          THE WITNESS:  Yes.

15          THE COURT:  And that was for the purpose of drugs,

16   the most recent entry.

17          THE WITNESS:  Yes.

18          THE COURT:  Okay.  So --

19          MR. RICCO:  So we made progress, Judge, thank you.  I

20   have a few more questions, and I'll be done.

21          THE COURT:  So you're not offering this document.

22          MR. RICCO:  No, based upon the answers that she

23   finally gave.

24          THE COURT:  Okay.

25          MR. RICCO:  When we go back on the record, I'll ask

1   her the specific questions that you asked.  Hopefully she will

2   give the same answers and then I'll be done.

3            THE COURT:  Okay.  Are we ready to bring in the jury?

4            THE CLERK:  You sent them to lunch.

5            MR. RICCO:  I'm ready, Judge.

6            THE COURT:  I'm sorry, the jury is out to lunch.

7            MR. RICCO:  They went to lunch.

8            THE CLERK:  Till 1:45.

9            THE COURT:  Until 1:45.  I'm sorry we sent them out

10  because we --

11           MS. ARGENTIERI:  That's okay, Judge.

12           THE COURT:  -- by the time they come back, we'll have

13  forgotten the colloquy.

14           MS. ARGENTIERI:  That's okay, 1:45.

15  (Discussion concludes at side bar.)

16  (Jury out)

17  (Recess from 12:54 p.m. until 1:52 p.m.)

18  (Jury enters)

19           THE CLERK:  Please be seated.

20  CONTINUED CROSS EXAMINATION

21  "MARIA"

22  BY MR. RICCO:

23  Q    Good afternoon.

24  A    Good afternoon.

25  Q    Okay.  I want to ask you just a couple of questions about

1    the asylum petition and then I think we'll be done.

2         Just for clarity with the jury, the asylum petition was

3    filed so that you would be given an exemption from deportation.

4    Isn't that correct?

5    A    Yes.

6    Q    And in support of that application, you were required to

7    file an affidavit, correct?

8    A    Yes.

9    Q    And that affidavit was a sworn statement.  You know what I

10   mean by that?

11   A    Yes.

12   Q    And it was, right?

13   A    Yes.

14   Q    It also required your lawyer to sign.

15   A    Yes.

16   Q    All right.  Now, you told us about the statements that

17   were made in support of that application, correct?

18   A    Yes.

19   Q    And that was information that you gave to the lawyer, I

20   think that's what you told us.

21   A    And the papers that she sent for, from --

22   Q    I'm going to get to that, but I'd like to take it one step

23   at a time if you can.

24   A    Okay.  Yes.

25   Q    I'm going to go back.

1                    THE INTERPRETER:  I'm sorry, sir?

2    BY MR. RICCO:

3    Q     I'm going to go back.  The information about your

4    involvement in drug dealing was provided by you, correct?

5    A     Yes.

6    Q     And I'm going to come to the stuff about the paperwork.

7    I'm not going to leave it out.  And the information about the

8    drug dealing was that you had this $300,000 debt.  That was one

9    thing, right?

10   A     Yes.

11   Q     And that you made several trips and transactions.  That

12   was another thing.

13   A     Yes.

14   Q     And you talked about a long painful relationship that you

15   had with this Deyberto Torres, correct?  I take back the word

16   relationship.  You talked about a person by the name of

17   Deyberto Torres in connection with your application, correct?

18   A     Yes.

19   Q     And you said in support of your application, that you were

20   threatened, one.  Right?

21   A     Yes.

22   Q     You were -- family members had guns put on them.

23   A     Yes.

24   Q     That you believed, based upon what Mr. Torres told you, is

25   that he was responsible for burning your family's house down,

Cross – "Maria" – Ricco                                    431

1   correct?

2   A     Yes, because he told me that when I separated myself from

3   him.

4   Q     Okay.  And we'll get into more.  And you also said that he

5   was a very influential person in Dominican politics, right?

6   A     Yes.

7   Q     And that he had a corrupt relationship with police and

8   other people.

9   A     Yes, you can look it up on the internet.  Now that you

10  mentioned his name in here so often, look him up on the

11  internet.

12  Q     I'm going to ask you some questions, and would you like to

13  answer the questions?

14  A     Yes.

15  Q     Okay.  And you talked about, in support of your

16  application, how you suffered emotionally, correct?

17  A     Yes.

18  Q     You said that even after you got arrested it was difficult

19  for you to sleep at the jail, the MCC.

20  A     Yes.

21  Q     You said that you were crying in the jail, and that you

22  were depressed.

23  A     Yes, because when I got arrested all I could think about

24  was my father.  I was not thinking about the fact that I had

25  gotten arrested, I was thinking about my father because he had

1  suffered a thrombosis.

2  Q    Okay.  And it made you depressed.  That's my question.  Is

3  that yes or no?

4  A    Yes.

5  Q    And that you had gotten therapy at the jail.

6  A    It was eight days that I am in (in Spanish) from my

7  family.  I didn't know what had happened to them.  Of course I

8  was going to be.  I didn't know what had happened to my father.

9  Q    Do you know what the word "therapy" means?

10  A    Yes.

11  Q    Did you get therapy when you were at the MCC?

12  A    Yes.  Yes, my roommates called the therapist.

13  Q    And --

14  A    Because I wouldn't talk to them.  I had problems.  I

15  didn't want to talk to anybody.

16  Q    Okay.  And you said all of this in support of your asylum

17  application.  Isn't that correct?

18  A    Yes.

19  Q    And this application was prepared by a lawyer other than

20  Matthew Kluger.  Isn't that correct?

21  A    Yes.

22  Q    All right.  While you were in immigration custody, you

23  also met with another lawyer about filing a law suit.

24  A    No, you're wrong.  While I was in immigration I was not

25  visited by any lawyer other than immigration lawyers.

1  Q    Who filed -- who filed the right for you to bring a $20

2  million on your behalf?  Who filed that?

3  A    An attorney, but that was in November.  I was in

4  immigration last year.

5  Q    I'm asking you, who was that?  Was that yet a different

6  attorney?

7  A    Yes.  I just met that lawyer a little while ago.

8  Q    Okay.  And he filed something on your behalf called a

9  notice of claim, if you know.

10  A    Yes.

11  Q    Okay.  And that claim was filed in order to preserve your

12  right to bring a lawsuit as a result of the, what you say

13  happened to you while you were at the MDC.  Correct?

14  A    Yes.  That's what my lawyer advised.

15  Q    Okay.  And who came up with the $20 million figure, you or

16  the lawyer?

17  A    My attorney.  When I got there, that number was already

18  written there.

19  Q    And you agreed with it?

20  A    Well, I was surprised when I saw that number.

21  Q    I'm sure you were.

22  A    They're here and they won't let me lie.

23  Q    Excuse me?

24  A    The lawyer who was talking.  The lawyer I'm talking about.

25  Q    Is present in the courtroom today?

1   A    Yes.

2   Q    Okay.  And you were surprised that the lawyer wanted $20

3   million?

4   A    Yes, he said that we could discuss the amount.

5   Q    Well, first I wanted to ask you what -- that you said you

6   were surprised.

7   A    Yes.

8   Q    All right.  Thank you.

9             MR. RICCO:  I have no further questions.

10            MS. SHIHATA:  The Government has no further questions

11   for this witness.

12            THE COURT:  Okay.  Call your next witness.

13            MS. ARGENTIERI:  The Government calls -- Judge, may I

14   just wait for the witness to leave?

15            The Government calls Melva Vasquez.

16   M E L V A   V A S Q U E Z,

17       called as a witness, having been duly sworn, was examined

18       and testified as follows.

19            THE COURT:  You can put your hand down.

20            MS. ARGENTIERI:  May I, Judge?

21   (Testimony through a Spanish interpreter.)

22   DIRECT EXAMINATION

23   BY MS. ARGENTIERI:

24   Q    Can you state and spell your name for the record?

25   A    Yes.  Melva E. Vasquez Vargas.

1   Q    How old are you?

2   A    Thirty.

3   Q    Where were you born?

4   A    The Dominican Republic.

5   Q    How far did you go in school?

6   A    Eleventh.

7   Q    Is that 11th grade?

8   A    I'm sorry?

9   Q    Did you mean 11th grade?

10  A    Yes.

11  Q    Okay.  When did you move to the United States?

12  A    2007.

13  Q    When you moved to the United States, did you come here

14  legally?

15  A    Yes.

16  Q    When you moved here, what did you do for a living?

17  A    I worked in several different factories.

18  Q    What kinds?

19  A    There was one that was a makeup factory, one that was a

20  factory for packing jewelry, cleaning, and that's it.

21  Q    Are you working now?

22  A    Yes.

23  Q    What do you do?

24  A    I work in a kitchen, in a restaurant.

25  Q    What do you do there?

Direct - Vasquez - Argentieri                        436

 1   A    I'm a cook.

 2   Q    How old were you when you came to the United States?

 3   A    Nineteen, going on 20.

 4   Q    Directing your attention to 2011, what happened?

 5   A    I was arrested.

 6   Q    Did you plead guilty in your case?

 7   A    Yes.

 8   Q    What did you plead guilty to?

 9   A    Something like trafficking a substance, drugs.

10   Q    Was it a drug conspiracy?

11   A    Yes.

12   Q    And were you sentenced?

13   A    Yes.

14   Q    What were you sentenced to?

15   A    A year and a day.

16   Q    Now, was your case a federal case or a state case?

17   A    Federal.

18   Q    In what prisons did you serve your jail sentence?

19   A    The jail that's in Brooklyn.  They call it MDC,

20   Metropolitan something.

21   Q    How long were you incarcerated inside the MDC?

22   A    Eleven months.  Eleven months and something.

23   Q    Okay.  And from approximately when to when?

24   A    February to December.

25   Q    In what year?

1   A    2015.

2   Q    During your incarceration at the MDC, how many units were

3   there for federal -- I'm sorry, for female prisoners?

4   A    Two.

5   Q    And how were the units different, if at all?

6   A    They were different.  There was one for sentenced women

7   and the others were awaiting their sentence.

8   Q    Which one were you in?

9   A    In the one where the sentenced inmates were.

10  Q    And during your time at the MDC, what jobs were women able

11  to have?

12  A    They worked in the kitchen, they worked in cleaning, in

13  the laundry, and cleaning the unit.

14  Q    Now, the women that worked in the kitchen, what were the

15  hours for them?

16  A    At 11:00 at night, and 4:00, or 5:00, or 6:00 a.m.,

17  depending on when our work was done.

18  Q    So they basically work through the night?

19  A    Yes.

20  Q    When you were at the MDC, what inmates were you closest

21  to?

22  A    I had some friends who were named.

23  Q    Go ahead.

24  A    Danilda, Maria, Kiara.  They were the ones I knew the

25  best.

1  Q    Now, when you say Maria, are you referring to someone

2  whose name is not actually Maria?

3  A    Yes.

4  Q    Are you referring to her that way because I previously

5  asked you to use the name Maria instead of her name?

6  A    Yes.

7          MS. ARGENTIERI:  Judge, may I approach?  I'm showing

8  the witness only, Government Exhibit 2A.

9          THE CLERK:  Microphone.

10         MS. ARGENTIERI:  Oh, government -- I'm showing the

11  witness only, Government Exhibit 2A.

12         THE WITNESS:  Yes.

13  BY MS. ARGENTIERI:

14  Q    Is that a photograph of the person you described as Maria,

15  with her real name that you know under it?

16  A    Yes.

17         MS. ARGENTIERI:  Judge, may I publish it only to the

18  jury by holding it up in front of them?

19         THE COURT:  Yes.

20  BY MS. ARGENTIERI:

21  Q    Starting with Maria, where was Maria from?

22  A    The Dominican Republic.

23  Q    What language did she speak?

24  A    Spanish.

25  Q    What if any English did she speak?

 1  A    She understood a little, she spoke a little, but really

 2  little.

 3  Q    When you got to the MDC, was Maria already there?

 4  A    No.

 5  Q    When did she get there?

 6  A    Some months later.

 7  Q    What if any job did Maria have while you were at MDC?

 8  A    Cleaning.

 9  Q    Do you know if any other inmates cleaned with Maria?

10  A    Yes.

11  Q    Who?

12  A    There was an older woman by the name of Carmen Lopez,

13  Odie.  Other people, but I don't know their names.

14          MS. ARGENTIERI:  I'd like to show the witness what's

15  in evidence as Government Exhibit 4.

16          Oh, I'm sorry.  My screen isn't on.  Thank you,

17  Lauren.

18  BY MS. ARGENTIERI:

19  Q    Can you see that?

20  A    Yes.

21  Q    Who is that?

22  A    Danilda.

23  Q    What if any nicknames did Danilda have?

24  A    Nani.

25          MS. ARGENTIERI:  And I wasn't sure, is it up on the

```
                    Direct - Vasquez - Argentieri                440
```

1   juror's screens as well?

2           THE CLERK:  It should be.

3           MS. ARGENTIERI:  I'm sorry.  I move to publish it.

4   It's in evidence.  Thank you.

5   BY MS. ARGENTIERI:

6   Q     You said her nickname was Nani?

7   A     Yes.

8   Q     Where was Nani from?

9   A     The Dominican Republic.

10  Q     What languages did Nani speak?

11  A     English and Spanish.

12  Q     What if any job did Nani have at the MDC?

13  A     In the kitchen.

14  Q     She was one of the inmates that worked at -- worked at

15  night, as you described, after 11:00 p.m.?

16  A     Yes.

17  Q     I'm going to show you Government -- show everyone,

18  Government Exhibit 5 in evidence.  Who is that?

19  A     Melva.  Me.

20  Q     Okay.  Do you speak any English?

21  A     No.  I understand a little.

22  Q     What if any job did you have at the MDC?

23  A     I worked in the kitchen.

24  Q     The same as Nani?

25  A     Yes.

1  Q    Now, once you were assigned to work, what was your

2  understanding of whether you could refuse to go?

3  A    No.

4  Q    Can you explain?

5  A    If you had asked for a job, you couldn't say, no, I'm not

6  going to work.  They could write you up or something.  I don't

7  know what else.

8  Q    And during your time at the MDC, you said you worked?

9  A    Yes.

10 Q    How many times did you work a week?

11 A    Every, except for -- every day.  We had two days off.

12 Q    How much money did you make a month for your work?

13 A    Twenty, 18.  It never went above $25.  It would depend.

14 Q    And that's per month?

15 A    Yes.

16 Q    Showing you Government Exhibit 6.  Who is that?

17 A    Kiara.

18 Q    Do you know Kiara's full name?

19 A    No.

20 Q    She was one of your friends?

21 A    Yes.

22 Q    Where was Kiara from?

23 A    Puerto Rico.

24 Q    What languages did she speak?

25 A    English and Spanish.

1    Q    What if any job did Kiara have?

2    A    None at all.

3    Q    How long was Kiara at MDC?

4    A    I don't know exactly, but not for too many months.  A few

5    months.

6    Q    You said that Maria cleaned with someone named Odie?

7    A    Yes.

8    Q    I'm showing you Government Exhibit 8.  Who is that?

9    A    Odie.

10   Q    You also mentioned a woman, Carmen Lopez.  Is that right?

11   A    Yes.

12   Q    During your time at the MDC did Carmen Lopez leave?

13   A    Yes.

14   Q    And after Carmen Lopez left, who did Maria clean with?

15   A    With Odie and a few other people.

16   Q    And where was Odie housed?

17   A    In the same unit.

18   Q    Where was Odie from?

19   A    The Dominican Republic.

20   Q    What language did Odie speak?

21   A    Spanish, and she understood a little English.

22   Q    When you were incarcerated in the MDC, who was in charge

23   of the inmates?

24   A    I don't know.  What do you -- could you repeat that?

25   Q    Who was in charge of the inmates in the jail?

1   A     The counselor, but I don't know his name.

2   Q     Okay.  What about the guards?

3   A     Uh-huh.  The guards, lieutenants.

4   Q     And what if anything could they tell you to do?

5   A     Well, yes, they could.  They could make you do things,

6   tell you to do things.

7   Q     Okay.  And who was in charge of discipline?

8   A     The lieutenants.  And whatever guard was on duty then,

9   could give out discipline.

10  Q     And the guard that was on duty, where did they stay in the

11  unit?

12  A     In his office and he would make rounds in the unit every

13  once in a while.

14  Q     When you were at the MDC, did you receive visits?

15  A     Yes.

16  Q     And did they stop at some point?

17  A     Yes.

18  Q     Why?

19  A     Because supposedly some guard who was watching,

20  surveilling, I was apparently doing something sexual.  I don't

21  know how, but I was taken out of the visiting room and they

22  were taken from me.

23  Q     When did this happen?

24  A     End of May, beginning of June.

25  Q     Is this in -- what years is this?  Remind me.

Direct - Vasquez - Argentieri                444

1    A    2015.

2    Q    And you said you were in the visiting room?

3    A    Yes.

4    Q    And you were taken out?

5    A    Yes.

6    Q    And what did you learn that you were getting in to trouble

7    for?

8    A    I had, for that reason, I was doing something sexual.  But

9    they apparently never checked the cameras on both sides to see

10   whether or not that was true.

11   Q    Had you done something?

12   A    No.

13   Q    And were you disciplined?

14   A    Do you mean, did I get a punishment?

15   Q    Yeah, were you punished?

16   A    Yes.

17   Q    What happened?

18   A    They took away six months of family visits.

19   Q    When you first were taken out of the visiting room, where

20   were you brought?

21   A    To a punishment cell.

22   Q    What is that called in the MDC?

23   A    SHU.

24   Q    You said SHU?

25   A    Yes.

1    Q    How long were you held in the SHU?

2    A    For almost a little over two weeks.

3    Q    When you were in the SHU could you receive visits?

4    A    No.

5    Q    When you were in the SHU, did you have any of your stuff

6    with you that you had back in the unit?

7    A    No.  It was limited.

8    Q    And were -- when you were in the SHU, how often did you

9    get brought out?

10   A    You didn't.  They can't take you out because you stay

11   right there.

12   Q    Eventually, were you returned to the unit?

13   A    Yes.

14   Q    What does the SHU cell look like?

15   A    It's small, really small.  You can't see anything.

16   There's nothing there.  A bed, a toilet, that's it.

17   Q    Do you get any recreation while you're in the SHU?

18   A    Well, you only get taken out for about a half hour, but

19   you go from one cell to another.

20   Q    For how long did you lose visits?

21   A    Six months.

22   Q    Was that hard for you?

23   A    A lot.  Very.

24   Q    In what month did you start receiving visits again?

25   A    In December.

Direct - Vasquez - Argentieri                    446

1    Q    When in relation to when you were leaving the MDC?

2    A    Yes.

3    Q    Was it just before you were scheduled to be released from

4    MDC?

5    A    Yes.

6    Q    Now, what happened the first time that someone came to try

7    to visit you in December?

8    A    My visits still hadn't been authorized.

9    Q    So what happened then?

10   A    They didn't let her through.

11   Q    When were you allowed to have a visit in relation to that?

12   A    The next day.

13   Q    Now, do you know if the person who tried to visit you when

14   you couldn't have the visit actually came to the jail?

15   A    Did she go to the jail?

16   Q    Like, did she try to come to the jail for the visit?

17   A    Of course.  It was a day that I was waiting for that day.

18   Q    Okay.  Now, on the day you actually had the visit, did you

19   return to the unit after the visit?

20   A    Yes.

21   Q    How were you feeling?

22   A    Happy.

23   Q    When you got back to the unit, what if anything happened?

24   A    I came across one of my friends and she was crying because

25   of something that had happened to her.

1   Q    Which friend?

2   A    Maria.

3   Q    How did she look?

4   A    She was crying.  It looked like she had been crying for a

5   while.  And she told me that something had happened to her.

6   Q    What did she tell you had happened to her?

7   A    That she had been with somebody, she had had -- she had

8   had sex with a man from there.

9   Q    What if anything did she say about who it was?

10  A    She did, she did say who it was.

11  Q    Who?

12  A    A lieutenant by the name of Martinez.

13  Q    When you spoke with Maria that day, where were you?

14  A    At Nani's bed.

15  Q    Did you talk to Maria on Nani's bed, and then several

16  times after that?

17  A    Yes.

18  Q    When you got to Nani's bed, who was there?

19  A    Danilda, Nani was there, Kiara, me, Maria.

20  Q    When you got there, was everyone else -- had they already

21  been talking about it?

22  A    Well, we were there, yes.  We all went there to talk.

23  Danilda was there, Maria was there.

24  Q    What did Maria say about what had happened to her?

25  A    What she said happened to her was that she had sex with

1   that man, she had bled.  He hadn't used protection.  I don't

2   know.  Those things.

3   Q    Beyond that, did she get into -- well, just taking what

4   you're saying in pieces, when she said that he hadn't used

5   protection, what did you understand that to mean?

6   A    I understood that he had sex with her.  He didn't protect

7   himself.  You know, like the word, he didn't use a condom.

8   Q    What if anything did she say she asked him to do?

9   A    I don't understand.

10  Q    Okay.  How long did you talk about it at Nani's bed?

11  A    Not long.  A short time.

12  Q    How were Kiara and Nani acting when you were talking about

13  it at Nani's bed?

14  A    They were normal.  They were relaxed, listening.

15  Q    Were they taking it seriously?

16  A    Normally, but like as a joke because women who were in

17  prison didn't have to take things like that seriously.

18  Q    What do you mean?

19  A    I don't know why they took it, they didn't take it

20  seriously, or why there were so -- why they took it like so

21  easily.

22  Q    Is that how you reacted?

23  A    No.

24  Q    Were you upset?

25  A    Yes.  I was angry because for them, that might have been

1  normal, but for me those things are not normal.

2  Q    After you spoke about this on Nani's bed, did there come a

3  time when you spoke about it again?

4  A    Yes.

5  Q    What else, if anything, did Maria tell you?

6  A    We talked about everything that happened.  After that we

7  went out for the count.  We were out in the hall for a short

8  time, we relaxed a little bit, and then everybody went to their

9  bed.

10 Q    When you had this other conversation about it, what if

11 anything did Maria say about where this had happened?

12 A    She said it happened in the man's office.  She was -- he

13 was there and he had a camera so that he could check and see

14 whether or not someone was coming.

15 Q    What if anything was Maria worried about at that point?

16 A    She was worried about something.  She was worried because

17 he didn't use protection and because she could get pregnant.

18 Q    Now when Maria told you about what had happened, did you

19 know the person she was talking about?

20 A    Yes.

21 Q    Had you ever seen him in the facility before?

22 A    Yes.

23 Q    How many times?

24 A    Very few times.

25 Q    And --

1  A    Not many times.  I wasn't really accustomed to seeing him

2  that many times.

3  Q    Now what happened next?

4  A    What happened?  Like what?

5  Q    When did you next discuss this with Maria?

6  A    After the count we kept talking.

7  Q    Okay.  Now, on the night that this happened, did you go to

8  work?

9  A    Yes.

10 Q    And when you got back from work, what if anything did

11 Maria show you?

12 A    She showed me a package that she had been brought so that

13 she could take it.  It was a medication.

14 Q    What if anything did she say to you about who brought her

15 the medication?

16 A    She said the same man had brought her the medicine so that

17 she could take it.

18 Q    And what exactly did she show you?

19 A    She just showed me the packet it came in.

20 Q    What did it look like?

21 A    It was a small container, not that big.  The pill came

22 inside.

23 Q    What did you tell her?

24 A    I said she should get rid of that paper.

25 Q    Why?

1   A    Because a person could get into trouble if on the unit

2   something was found that didn't belong on the unit.

3   Q    How could they get into trouble?

4   A    They could be punished.

5   Q    For what?

6            THE INTERPRETER:  I'm sorry, counselor, I didn't hear

7   the question.

8            MS. ARGENTIERI:  I'm sorry.  I wasn't looking at you,

9   that's why.

10  BY MS. ARGENTIERI:

11  Q    For what?

12  A    They could take away anything from us and keep it until

13  they found out what it was and where it came from, and punish

14  us.

15  Q    After you spoke to Maria, what did she do?

16  A    She threw the package in the toilet.

17  Q    Where did you see her go?

18  A    To the bathroom.

19  Q    I'm going to show you -- I'm going to show everyone, okay,

20  some pictures.

21       This is Government Exhibit 104A.  Do you recognize it?

22  A    Yes.

23  Q    What is it?

24  A    It's the unit and the area where the beds are.

25  Q    In the unit you were housed in the MDC?

1  A    Yes.

2  Q    And just to orient the jury, what we're looking at are the

3  beds, right?

4  A    Yes.

5  Q    Are there more beds to the right and to the left of these

6  beds.

7  A    Yes.

8  Q    I'm going to show you 104B.  What does that show?

9  A    More beds.

10 Q    Now, when you were housed in the MDC, approximately what

11 row was Nani's bed in?

12 A    It was like number 13.

13 Q    I'm going to show you 104A.  Or, I'm sorry, that was on

14 104B?

15 A    Yes.

16 Q    Why would you -- why did you guys meet on Nani's bed?

17 A    She was the only one who had a lower bed.

18 Q    Everyone else had an upper bunk?

19 A    Yes.

20 Q    And do you remember where Kiara's bed was?

21 A    The first row, number 11.

22 Q    So indicating the row all the way to the right in

23 Government Exhibit 104B?

24 A    Yes.

25 Q    And so, I'm going to show you 104C.  And just to orient

1     the jury, is this photo taken a little bit to the right, as if

2     you swivel, from where the last photo was taken?

3     A     Yes.

4     Q     And what does this photo show?

5                THE INTERPRETER:  Wait.

6                MS. ARGENTIERI:  Sorry.

7                THE WITNESS:  Yeah, that's right.  Turning to the

8     right.

9     BY MS. ARGENTIERI:

10    Q     Okay.  And what does this photo show?

11    A     The dining area.

12    Q     And in this photo, can you see this silver thing kind of

13    to the right of the middle of the photo?

14    A     Yes.

15    Q     What is that?

16    A     It's the ice machine.

17    Q     And what is next to the ice machine?

18    A     The guard's office.

19    Q     Showing you 104E, is that a closeup of the ice machine and

20    the guard's office?

21    A     Yes.

22    Q     104D, what is that?

23    A     The bathroom, the toilets.

24    Q     So, are there showers also over here?

25    A     Yes.

Direct - Vasquez - Argentieri                          454

1    Q    And the common area and everything else is to the right of

2    this.  Is that right?

3    A    The area where you can wash, the sinks.

4    Q    Okay.  So meaning on the right on this photo is the area

5    where you can wash and the washing machines?

6    A    Yes.

7    Q    Okay.  Now you testified that you left MDC shortly after

8    this?

9    A    Yes.

10   Q    After you left MDC, where did you go?

11   A    Immigration.

12   Q    When you were in immigration, did you see Maria?

13   A    Yes.

14   Q    And what if anything did she tell you about whether or not

15   -- what if anything did she tell you about had happened with

16   the lieutenant?

17   A    That she had been with him again, she had been with the

18   man again.  Nothing else.

19   Q    How long did you talk about it for?

20   A    We talked for a while, but that wasn't the only thing that

21   we had to talk about.

22   Q    Okay.  When were you released from immigration custody?

23   A    At the end of May.

24   Q    What year?

25   A    2016.

1  Q    When did you first tell anyone what Maria had told you

2  about what happened with the lieutenant?

3  A    Nobody.  I told Christine and Elliott.

4  Q    Are you gesturing towards the agent at the government's

5  table?

6  A    Yes.

7  Q    Special Agent Christine Doyle?

8  A    Yes.

9  Q    And is when -- is the first time you told anyone when the

10  FBI came to see you?

11  A    Yes.

12  Q    Now, after that, did you receive a subpoena to testify

13  here today?

14  A    Yes.

15  Q    Do you want to be here?

16  A    No.

17  Q    When you realized you were going to have to testify, did

18  you call Maria?

19  A    Yes.

20  Q    Why?

21  A    I asked her, well why is this situation being

22  investigated.  I was really arguing with her because I didn't

23  want to be involved.  And she, she answered that she wasn't the

24  one who started it.

25  Q    And what did you understand her to be referring to when

1  she said she hadn't started it?

2  A    What I thought she meant by starting it was that she

3  wasn't the one who told them to come to see me.

4  Q    Okay.  And did you also discuss how angry you were, with

5  Nani?

6  A    Yes.

7  Q    Okay.  And do you remain friends with them?

8  A    Yes.

9        MS. ARGENTIERI:  Can I have one moment, Judge?

10       THE COURT:  Yes.

11       MS. ARGENTIERI:  No further questions.

12  CROSS-EXAMINATION

13  BY MR. RICCO:

14  Q    Good afternoon.

15  A    Good afternoon.

16  Q    I just have a couple of questions to ask.  And I want to

17  start back when you went into custody, you were charged with a

18  drug offense, right?

19  A    Yes.

20  Q    Your lawyer was Andres Arranda (ph), right?

21  A    Yes.

22  Q    And you were facing a 10-year sentence.

23       MS. ARGENTIERI:  Judge, objection.  This is the basis

24  of --

25       MR. RICCO:  No speaking objections, Judge.  Can we

1   have a sidebar?

2           THE COURT:  We don't need a sidebar.  The objection

3   is overruled.

4           MR. RICCO:  Thank you.

5   BY MR. RICCO:

6   Q    And you were facing a 10-year minimum, correct?

7   A    Yes.

8   Q    Okay.  But your sentence that you received was a year and

9   a day, correct?

10  A    Yes.

11  Q    And your judge was Judge Batts, correct?

12  A    Yes.

13  Q    And at the time of sentencing, you made a presentation to

14  the judge.  You spoke?

15  A    Yes.

16  Q    Okay.  And you also had gotten safety valve, right?

17  A    Yes.

18  Q    And before you went to safety valve they asked you to be

19  honest, right?

20  A    Yes.

21  Q    And you were?

22  A    Yes.

23  Q    And you received a very favorable sentence because of it.

24  Isn't that correct?

25  A    Yes.

Cross - Vasquez - Ricco                                                    458

1   Q    All right.  Thank you.  Now, with respect to the MDC, did

2   -- you were in the women's unit, right?

3   A    Yes.

4   Q    How many women were in the unit that you were in?

5   A    I don't know the exact number.  Eighty, a little bit over

6   80, 90, minimum of 75.  I don't know the exact number.

7   Q    Okay.  But some women have jobs and some don't, right?

8   A    Yes.

9   Q    Because there are not enough jobs for the number of women

10  who are there, correct?

11  A    Yes.

12  Q    Right?  And so, but if you decide that you want a job, I

13  think you said if you ask for a job, you've got to go.  Right?

14  A    Of course, yes.

15  Q    Because the people are depending on you, right?

16  A    Yes.

17  Q    All right.  Now, if you didn't want to work, you don't

18  have to work, right?

19  A    That's not the question that you don't have to.

20  Q    Well, there are women who work and have jobs, and there

21  are women who don't have jobs.

22  A    Yes.

23  Q    All right.  Now, did you say you worked in the kitchen?

24  It went right past me.  I didn't hear it.

25  A    Yes.

1  Q    Okay.  And you said, I think you told us some women worked

2  in the laundry room?

3  A    Yes.

4  Q    And some -- I'm sorry.  And some women worked in the

5  cleaning units?

6  A    Yes.

7  Q    If you want to change your unit, let's say you're tired of

8  the kitchen, can you ask for a job in another place?

9  A    Yes.

10  Q    Okay.  Now all of the things that you told us about Lt.

11  Martinez were based upon what Maria said to you.

12  A    Yes.

13  Q    You weren't present for anything that she said happened

14  between her and Lt. Martinez, correct?

15  A    No.

16  Q    Okay.  But you did tell us that you saw a pill and a

17  wrapper, and a package, is the word you used.

18  A    Yes.

19  Q    All right.  Can you show us with your fingers how big or

20  how small that package was, if you remember?

21  A    It was something like this.  But that was the wrapping.

22  Q    Okay.  And by the wrapping, you mean the packaging?  I

23  don't want to put words in your mouth.

24  A    Yes.  The thing it came in.

25  Q    Okay.  And was it, if you remember, was it cardboard, was

1    it foil, was it plastic?  Or if you remember.

2    A    I don't remember exactly.

3    Q    Okay.  Prosecution asked you questions about your reaction

4    that night to what Maria was saying to you.  I want to --

5    A    Yes.

6    Q    Sorry.  I want to just take you back there for a moment.

7    Is it fair to say that you were upset because it just didn't

8    seem -- look right to you on either person's part?

9    A    Yes.

10   Q    And you had -- you previously said that, correct?  I mean,

11   you've said that before when you were interviewed by people you

12   pointed to at the table.

13   A    But exactly what?  I don't understand.

14   Q    That you were upset because things just didn't seem right

15   to you on either Lt. Martinez's part, or Maria's part, correct?

16   A    Yes.

17          MR. RICCO:  No further questions.  Thank you very

18   much.

19   REDIRECT EXAMINATION

20   BY MS. ARGENTIERI:

21   Q    Just very briefly.  If you wanted to change your job, who

22   would make that decision whether you could or not?

23   A    Well, it wasn't a thing, a matter of getting approved to

24   change your job, like in a week's time they had to check to see

25   if they could, and then when you came right down to it, they

Redirect – Vasquez – Argentieri/Direct – Luna – Shihata     461

1  didn't do it.

2  Q    Who is the they?

3  A    The people in charge of the unit, the lieutenant, the

4  counselor, the people who were responsible for that.

5  Q    And just to be clear, when Maria showed you the package,

6  was there anything inside?

7  A    No.

8  Q    So you never saw the pill or anything like that?

9  A    No.  She had already taken it.

10  Q    Thank you.

11          MS. ARGENTIERI:  No further questions.

12          MR. RICCO:  That's all, Your Honor.  Thank you very

13  much.

14          THE COURT:  You can step down.

15  (Witness excused.)

16          MS. SHIHATA:  The Government calls Isabel Luna.

17          ISABEL LUNA, GOVERNMENT'S WITNESS, SWORN

18  DIRECT EXAMINATION

19  BY MS. SHIHATA:

20  Q    Good afternoon.  Do you see me over here?

21  A    Yes, I do.

22  Q    Could you please state and spell your name for the record?

23  A    Isabel, I-S-A-B-E-L, Luna, L-U-N-A.

24  Q    And, Ms. Luna, who are you employed by?

25  A    USAA Federal Savings Bank.

1   Q     And what is your title at USAA Federal Savings Bank?

2   A     Custodian of Records.

3   Q     How long have you been a custodian of records for USAA?

4   A     Four years.

5   Q     And what kind of business is USAA?

6   A     Banking and insurance.

7   Q     And with respect to the banking side of the business, does

8   USAA keep certain records in the regular course of its

9   business?

10  A     Yes.

11  Q     And do those include account opening documents and

12  applications for bank accounts and bank statements?

13  A     Yes.

14  Q     And are those kept in the regular course of USAA's

15  business?

16  A     Yes.

17  Q     As a regular practice?

18  A     Yes.

19        MS. SHIHATA:  May I approach, Your Honor?  I'm

20  showing the witness only what's been marked for identification

21  as Government Exhibit 218.

22  BY MS. SHIHATA:

23  Q     Would you take a moment to look through these documents?

24  (Pause.)

25  Q     Prior to your testimony here today, had you reviewed these

1  documents before?

2  A     Yes.

3  Q     And are these documents kept in the regular course of

4  USAA's business?

5  A     Yes.

6              MS. SHIHATA:  I move to admit Government Exhibit 218.

7              MR. RICCO:  That's without objection, Your Honor.

8              THE COURT:  Admitted.

9  (Government Exhibit No. 218 received in evidence.)

10             MS. SHIHATA:  Can I publish it to the jury, please?

11             THE COURT:  Whenever it's admitted you can publish

12 it.  You don't have to waste time asking me.

13 BY MS. SHIHATA:

14 Q     Now, looking at the -- looking at the first page of

15 Government Exhibit 218, what is this document?

16 A     An online application for an account, bank account.

17 Q     And where it says, "date received," what is that?

18 A     That's the date the application was submitted.

19 Q     And what is listed there?

20 A     March 22, 2010.

21 Q     And where it says, "subject, online application for," and

22 then lists a number, what is that?

23 A     That is the USAA member number.

24 Q     And does this document indicate who submitted this

25 application?

 1  A    Yes.

 2  Q    And where does it indicate that?

 3  A    Primary application name.

 4  Q    Is that here, where I'm pointing?

 5  A    Yes.

 6  Q    Primary app name?

 7  A    Yes, ma'am.

 8  Q    And what name is listed?

 9  A    Carlos Martinez.

10  Q    And is there an address in Brooklyn associated with that

11  name?

12  A    Yes.

13  Q    And is there a date of birth associated with that name?

14  A    Yes.

15  Q    What is the date of birth?

16  A    November 3rd, 1969.

17  Q    Is there an email address associated with that --

18  A    Yes.

19  Q    -- name?  What is that?

20  A    Martinez1c@aol.com.

21  Q    And what kind of account is this for?

22  A    Checking.

23  Q    And what is the account number for this account?

24  A    015786098.

25  Q    Now, going to the third page of Government Exhibit 218,

1   what is this?

2   A     It's the signature card.

3   Q     For what?

4   A     For the checking account.

5   Q     For the same account --

6   A     Yes.

7   Q     -- that we just were looking at?

8   A     Yes.

9   Q     And what do you mean by signature card?

10  A     The signature card for the account number ending in 098.

11  Q     Is that something you have to send in to open an account?

12  A     Yes.  It's sent out to the bank and sent back by the -- by

13  the customer, authorizing the account.

14  Q     Okay.  And this was sent to the customer on what date?

15  A     April 22nd, 2010.

16  Q     And is there a signature on the bottom?

17  A     Yes.

18  Q     And what is the date of that signature?

19  A     May 29th, 2010.

20  Q     I'm looking at the next page, fourth page and the fifth

21  page.  What is that?

22  A     That's the envelope that USAA sends out to return the

23  signature card back.

24  Q     And when it's returned, USAA keeps that as part of its

25  records?

1   A     Yes.

2   Q     Now, looking at the following page, what is this?

3   A     It's the bank statement.

4   Q     For what time period?

5   A     November 19, 2015, through December 27, 2015.

6   Q     Now that I've zoomed it in, can you read it again?

7   A     Yes.  Sorry.  November 19th, 2015, through December 22nd,

8   2015.

9   Q     And is this a bank statement for the same account

10  belonging to Carlos Martinez?

11  A     Yes.

12  Q     Now, the portion at the top that says deposits and other

13  credits, what does that mean?

14  A     Any type of deposits that are sent in through the -- to

15  the member's account, such as deposits, ACH deposits, direct

16  deposits.

17  Q     And where it says, "Other debits," what does that mean?

18  A     Other debits is any debit card purchases, ACH withdrawals.

19  Q     Okay.  So there's a debit card associated with this bank

20  account?

21  A     Yes.

22  Q     And do the other debit transactions continue on this page?

23  A     Yes.

24  Q     And again, this is for the same statement period, November

25  19th, 2015 to December 22nd, 2015?

1   A     Yes.

2   Q     Now, looking at the column that says, "date," what does

3   that refer to?

4   A     That's the date that the -- it's authorized through the

5   bank.

6   Q     And where it says, "amount," what does that refer to?

7   A     The amount of the transaction.

8   Q     And, "transaction description," what does that refer to?

9   A     Where the transaction took place.  Either an ATM, either a

10  store.

11  Q     And there's another set of numbers, for example, if you're

12  looking at the first line of this page, that says, "112215."

13  What is that?

14  A     That is the date that the member went and did the

15  transaction.

16  Q     Okay.  So the date of actual purchase --

17  A     Yes.

18  Q     -- is this date on the right side?

19  A     Correct.

20  Q     And the date on the left side is, is what in relation to

21  that?

22  A     The day it was author -- it came through the bank, that

23  the bank authorized it.

24  Q     Okay.  But the purchase happens on the date on the right

25  side, correct?

1   A    Correct.

2   Q    Now, I want to direct your attention to page 5 of the bank

3   statement.  Particularly, a transaction that was authorized on

4   12/14.  Do you see that?

5   A    Yes.

6   Q    And what is the amount of that transaction?

7   A    $74.78.

8   Q    And what is the description of that transaction?

9   A    Rite-Aid store.

10  Q    And is there a store number?

11  A    Six -- Store No. 6423, for Brooklyn.

12  Q    And what is the date of that actual transaction?

13  A    December 13, 2015.

14          MS. SHIHATA:  No further questions.

15  CROSS EXAMINATION

16  BY MR. RICCO:

17  Q    Good afternoon.

18  A    How are you?

19  Q    Fine.  And you?

20  A    Good.

21  Q    Just a couple of questions.

22  A    Sure.

23  Q    The bottom line is that an account holder will have a

24  card, right?

25  A    Uh-hm.

1   Q    The card is used somewhere, the transaction is recorded in

2   the person's bank records, right?

3   A    Yes.

4   Q    And there's a transaction recorded in Carlos Martinez's

5   bank records at a Rite-Aid on December 13th, 2015, right?

6   A    Yes.

7            MR. RICCO:  Thank you.

8            THE COURT:  Can the witness be excused?  Do you have

9   any more questions?

10           MS. SHIHATA:  I had one more other question.

11       (Pause.)

12           No further questions.

13           THE COURT:  Thank you.  You can step down.

14       (Witness excused.)

15           THE COURT:  Next witness.

16           MS. ARGENTIERI:  The government calls Tomas

17   Rodriguez.

18           TOMAS RODRIGUEZ, GOVERNMENT'S WITNESS, SWORN

19   DIRECT EXAMINATION

20   BY MS. ARGENTIERI:

21   Q    Can you state and spell your name for the record?

22   A    Yes.  Tomas, T-O-M-A-S, Rodriguez, R-O-D-R-I-G-U-E-Z.

23   Q    Where do you work, sir?

24   A    MDS -- MDC, Brooklyn

25   Q    What is your current position there?

1    A    SIS technician.

2    Q    How long have you been employed by the Bureau of Prisons?

3    A    I've been working there since 2001, approximately 16

4    years.

5    Q    Where did you grow up?

6    A    Puerto Rico.

7    Q    Growing up, what language did you speak?

8    A    Spanish.

9    Q    Is that the language you spoke in school?

10   A    Yes.

11   Q    You also speak English?

12   A    Yes.

13   Q    What language are you most comfortable in testifying here

14   today?

15   A    Spanish.

16   Q    When did you move to the mainland United States?

17   A    1980.

18   Q    And where did you move?  What borough?

19   A    The county of Brooklyn.

20   Q    How far did you go in school?

21   A    Three years of college.

22   Q    Prior to working for the Bureau of Prisons, what other

23   jobs did you hold?

24   A    I worked for the New York Police Department.  I was a

25   recruit. I also worked for the Freegate Police Department, and

1    I also worked for the Criminal Justice Department, CJA in

2    Brooklyn.

3    Q    Remind me what year you started at MDC.

4    A    November of 2001.

5    Q    And what are the different roles you've had at MDC?

6    A    I was a corrections officer and then I had the opportunity

7    of working as an SIS technician.   And then I had two

8    opportunities of being a temporary lieutenant.

9    Q    Meaning that you were temporarily assigned as a lieutenant

10   in the MDC?

11   A    Yes.

12   Q    And was that once in 2011 and once in 2015?  Do you

13   remember?

14   A    Yes.

15   Q    Now when you started off as a corrections officer what, if

16   any, training did you receive?

17   A    The training I got was in policies for the Department --

18   for the Bureau of Prisons infractions committed by inmates,

19   firearms training and personal defense.

20   Q    Okay.  And you've described your position in SIS.  What

21   are your responsibilities in SIS?

22   A    I investigate prisoner infractions, I monitor prisoner

23   calls.  I read letters that come into the jail and leave the

24   jail, and electronic correspondence on the computer.

25   Q    Now, you said you monitor calls that come into the jail.

1  What phone calls can inmates receive at the MDC?

2  A    They can't receive calls.

3  Q    Okay.  But you said they can make phone calls.

4  A    Yes.

5  Q    Where are the phones located that inmates can use?

6  A    In the units where they're housed.

7  Q    And when an inmate wants to make a phone call, after they

8  lift up the receiver, what do they have to do?

9  A    They put in their own special code number, the voice

10 recognition and then they call.

11 Q    And are those calls recorded?

12 A    Yes.

13 Q    And how long are those calls -- recorded calls kept for?

14 A    Six months.

15 Q    And then what happens at six months?

16 A    The system deletes them.

17 Q    What if the call is relevant to an investigation?  Is it

18 deleted?

19 A    Yes, if it's not recorded.  I'll give you an example.

20 Recorded in the system.  The system will record it.

21 Q    If you wanted to keep a call for longer than six months,

22 could you?

23 A    Yes.

24 Q    All right.

25 A    If they have already been recorded.

1    Q    On the system.

2    A    Yes.  Yes, there's a difference.  If they're not in

3    evidence and locked.  And by locked I mean they're kept in the

4    system for more than six months.

5    Q    So in other words all inmate calls are recorded.

6    A    Yes.

7    Q    And they're deleted after six months unless they're locked

8    in the system.

9    A    Yes.

10   Q    Okay.  What information is kept about each call?  Like

11   what details about each call?

12   A    What they're talking about or what they're saying.

13   Q    Now does the system capture the number that was dialed?

14   A    Yes.

15   Q    The date and time the call was made?

16   A    Yes.

17   Q    And the length of the call.

18   A    Correct.

19   Q    Are inmates aware -- how, if at all, are inmates made

20   aware that their calls are monitored?

21   A    There is a sign up above the phone saying that all calls

22   are recorded and monitored. Also, when inmates come to the

23   jail, they are given a form that says that their calls are

24   recorded and monitored.

25   Q    What system do you use to review inmate phone calls?

Direct - Tomas - Argentieri                                474

1   A     TruPhone.

2   Q     Now, who -- what staff members at the Bureau of Prisons or

3   -- strike that.

4         What staff members at the MDC have the ability to listen

5   to inmate phone calls?

6   A     Everybody.

7   Q     Meaning all staff?

8   A     All members.

9   Q     Does that include corrections officers?

10  A     Corrections officers, supervisors.

11  Q     Now can you listen to both live and recorded calls?

12  A     Yes.

13  Q     When a call is monitored what, if any, record is kept that

14  the call was monitored?

15  A     We all have a unique number that starts with a TF and then

16  our BOP number.

17  Q     So, for example -- and when you say "we all," do you mean

18  staff at the MDC?

19  A     Yes.

20  Q     What is your TF number?

21  A     14643.

22  Q     I'm going to move to something else for a second.

23  A     As of December, 2015, how many units within the MDC housed

24  female prisoners?

25  Q     Two.

1  A    What floor were those unit located on?

2  Q    In the East Building on the six floor.

3  A    And what was the difference between the two units?

4  Q    Six North, as it was known, was for inmates who had not

5  been sentenced yet and Six South was for the cadres, the women

6  who had been sentenced.

7  A    Now directing your attention to 2015 what, if any, jobs

8  were female inmates allowed to have within the jail?

9  Q    They had several jobs.  They worked cleaning.  They

10  cleaned the visiting room.  They cleaned the second floor where

11  the medical area and the lieutenant's office was.  They also

12  worked in the kitchen at midnight.

13       MS. ARGENTIERI:  Judge, I'm going to approach.

14  Q    I'm showing the witness Government Exhibit 2 in evidence.

15       Do you know this inmate by name?

16  A    Yes.

17  Q    I'm showing the witness Government Exhibit 2A.

18       Is this a photo of the same inmate depicted in Government

19  Exhibit 2 with her name underneath?

20  A    Yes.

21  Q    Can we agree that for the purposes of your testimony here

22  today we'll refer to this woman as Maria?

23  A    Yes.

24       MS. ARGENTIERI:  Judge, I'm just going to publish to

25  the jury Government Exhibit 2A.

1   Q    Now did you ever interact with Maria?

2   A    Yes.

3   Q    And when was that?

4   A    When I was a lieutenant.  And also when I did

5   investigations in the unit.

6   Q    Okay.  Putting the investigation piece aside for a second,

7   when you were a lieutenant what, if any, contact did you have

8   with Maria?

9   A    When I'd walk around the units, when she would come down

10  to work.

11  Q    And when she came down to work, where would she come to?

12  A    To the medical area or -- which was right next to the

13  lieutenant's area.

14  Q    What would she be doing down there?

15  A    She was cleaning those areas.

16  Q    And who did she clean those areas with?

17  A    Several inmates.  Three to five people.

18  Q    And when you were a lieutenant, did you supervise her when

19  she was cleaning?

20  A    All of them, yes.

21  Q    And what were your duties and responsibilities when you

22  were a lieutenant?

23  A    Make sure everybody who worked was in position where they

24  were supposed to be in the units, make sure all of the inmates

25  were all right.

1   Q    And how would you do that?

2   A    I'd walk around the units.  If there was anything up with

3   the inmates, they wanted to talk to me, they could talk to me

4   if something was going on.

5   Q    Is that called doing rounds?

6   A    Yes.

7   Q    Okay.  When you were a lieutenant, did you ever work on

8   Sunday?

9   A    Yes.

10  Q    And what was the lieutenant's area like on Sunday?

11  A    There would just be me.  There was no kind of traffic

12  there.

13  Q    The legal department doesn't work on Sunday?

14  A    No.

15  Q    And when you were a lieutenant did you have an internal

16  officer who worked with you?

17  A    Yes.

18  Q    What were the responsibilities of the internal officer?

19  A    They were also involved --

20            THE INTERPRETER:  May the interpreter inquire?

21  A    They would also walk around the units.  They would conduct

22  counts in the units. They had other responsibilities.  They

23  would escort inmates from the units to the visiting room.

24  Q    When Maria worked for you cleaning how were the inmates

25  brought down to the lieutenant's office area?

```
 1  A    The internal officer would go to pick them up or we would

 2  go and get them.

 3  Q    And when she worked for you cleaning, how did she perform?

 4  A    She would just do her job normally and then she would

 5  leave.

 6  Q    What language did Maria speak?

 7  A    Spanish.

 8  Q    What language did you speak to her in?

 9  A    Spanish.

10  Q    Directing your attention to February of 2016, did you

11  monitor some of inmate -- some of Maria's calls?

12  A    Yes.

13  Q    And why were you monitoring them?

14  A    I speak Spanish. I understand Spanish a hundred percent. I

15  like to listen to calls in Spanish.

16  Q    And at that time when you started listening to her calls,

17  what happened?

18  A    There was an odd call. She called a friend of hers and she

19  asked her to do her a favor.

20  Q    Now you said she called a friend of hers.  Was the friend

21  a man or a woman?

22  A    A friend.  A woman.

23  Q    And what language was she speaking to the woman in?

24  A    Spanish.

25  Q    And what language was the woman speaking back in?
```

1  A    Spanish.

2  Q    And as you sit here today, do you recall certain portions

3  of the call?

4  A    Yes.

5  Q    What did you remember?

6  A    During the call she asked her for a favor, which was to

7  look up some information about somebody and her friend asked

8  her if this person was in or out.

9  Q    What did you understand -- I'm sorry to stop you.

10     What did you understand her friend to be asking her by

11 saying in or out?

12 A    Was the person inside?  In other words, an employee, or if

13 the person was outside, a friend.

14 Q    So inside or outside the prison?

15 A    Yes.

16 Q    And what did Maria say?

17 A    Maria told her that before she got onto his Facebook page

18 to take away the photographs of the two of them.

19 Q    Meaning Maria and the friend?

20 A    Yes.

21 Q    I think I cut you off before you answered.  Did Maria

22 answer when her friend said inside or outside?

23 A    Yes. Inside.

24 Q    After she asked her friend to take down the photos of

25 them, what did she say next?

1   A    She started spelling the last name, Martinez.  First name,

2   Carlos.  And an initial that I don't remember.

3   Q    Did that catch your attention?

4   A    Yes.

5   Q    Did she spell all the letters in a row?

6   A    Yes.

7   Q    And when you heard her spell Carlos Martinez with an

8   initial, who did you believe that she might be speaking about?

9   A    The supervisor, Carlos Martinez.

10  Q    And we'll get back to that in one second.  What else did

11  Maria say, to your recollection, on the call?

12  A    Find out if he was married. If he was with somebody, a

13  woman, a girlfriend.  Find out.

14  Q    And how do you know Carlos Martinez?

15  A    From when I first started working at the Department, at

16  the Bureau of Prisons.

17  Q    Looking around the courtroom, do you see him here today?

18  A    Yes.  He's to my right.

19  Q    Can you identify him using an article of clothing?

20  A    He's wearing a burgundy colored tie.

21  Q    Indicating the defendant, for the record?

22  A    Yes.

23  Q    At the time that you listened to this phone call, what was

24  the defendant's position in the jail?

25  A    Lieutenant.

1  Q    And was he someone you respected?

2  A    Yes.

3  Q    What different roles did he hold in the jail?

4  A    He was responsible for firearms training, the DCT, which

5  is riot control.

6  Q    Within the jail?

7  A    Uh-hm.  He was also responsible for the SHU.

8  Q    Meaning the special housing unit?

9  A    Uh-hm.

10 Q    What is the SHU?

11 A    The SHU is a place were inmates go if they committed an

12 infraction.

13         THE INTERPRETER:  Could the interpreter just have the

14 witness repeat his answer.

15 A    They're taken out of general population and they're sent

16 there.  That's if they've committed an infraction, while

17 they're being investigated.

18 Q    While the inmate is being investigated.

19 A    Yes.

20 Q    And how long had he worked for the Bureau of Prisons?

21 A    Do you mean Lt. Martinez?

22 Q    Yes.

23 A    Approximately over 20 years.

24 Q    And at the time that you listened to this call, did he

25 have a higher rank than you?

1   A    Yes.

2   Q    What was his rank?

3   A    Lieutenant.

4   Q    And what was your rank at the time?

5   A    I'm just an SIS technician.

6   Q    Where did the defendant live?

7   A    In Dayton Manor.

8   Q    Where is that?

9   A    As it's known in English, staff housing.

10  Q    Like a -- I'm not sure if everyone understands what staff

11  housing is. Could you just explain that?

12  A    Yes.  It's a building where only people who work for the

13  BOP live.

14  Q    Do you live there?

15  A    Yes.

16  Q    Do you know what the defendant's wife does for a living?

17  A    Yes.

18  Q    What?

19  A    Security guard.

20  Q    Where?

21  A    At Lutheran Hospital.

22  Q    Now when you listened to this phone call, where were you?

23  A    In the SIS office.

24  Q    And what was your extension at the SIS office?

25  A    5129.

1  Q    Can you give the whole number for the record?

2  A    718-840-5129.

3  Q    And when you call people what number appears on their

4  phones?

5  A    718-840-5000.

6  Q    After you listened to his call, what did you?

7  A    I called Lt. Martinez.

8  Q    How did you call him?

9  A    His name was on the employee list.

10 Q    What phone number did you call him on?

11 A    His cell phone.

12 Q    Do you recall it as you sit here today?

13 A    Not the number.

14 Q    When you called -- and when you called -- by the way,

15 could you have a cell phone in the jail?

16 A    No.

17 Q    Even as a staff member?

18 A    Only the high ranking supervisors.

19 Q    But you couldn't.

20 A    No.

21        MS. ARGENTIERI:  Judge, would this be a good time for

22 our afternoon break?

23        THE COURT:  Yes.  Take a short break.

24     (Jury exits.)

25     (Recess from 3:48 p.m. until 3:59 p.m.)

1      (Jury enters.)

2          MS. ARGENTIERI:  May I, Judge?

3  CONTINUED DIRECT EXAMINATION

4  BY MS. ARGENTIERI:

5  Q    I'm just going to remind you you're still under oath,

6  okay?

7  A    Yes.

8  Q    So immediately after you heard the call you testified you

9  called Lt. Martinez.

10 A    Yes.

11 Q    And you said you called him on his cell phone.

12 A    Yes.

13 Q    Just to clarify, can lieutenants have their cell phone

14 inside the jail?

15 A    No.

16 Q    Okay.  When you called Lt. Martinez what did you say?

17 A    I asked him if he had an initial.

18 Q    Now as you sit here today, do you recall the middle

19 initial?

20 A    No.

21 Q    Did you know it at the time you made this call?

22 A    No.

23 Q    At the time you called Martinez?

24 A    I didn't know his middle initial. I just knew him as

25 Carlos Martinez.

1   Q    Right. So you said you called him and you asked him if he

2   had a middle initial.  What happened next?

3   A    He said yes, he did have a middle initial -- a middle

4   name.  I told him I had been monitoring a call made by Maria

5   and he said are you sure? I said yes.  So I played him the

6   call.

7   Q    Just to go back for a second, you said you told him that

8   you had been monitoring a call made by Maria.

9   A    Yes.

10  Q    At that point what, if anything, did you tell him about

11  the call?

12  A    That she was trying to get information about him on

13  Facebook.

14  Q    And what did Lt. Martinez say when you said that?

15  A    Are you sure?

16  Q    And then what did you say?

17  A    Yes. If you don't believe me, listen to the call.

18  Q    And then what did you do?

19  A    I let him listen to the call.

20  Q    And after you let him listen to the call what, if

21  anything, did he say?

22  A    He said oh, shit. I'm not going to bring these women down

23  anymore. I don't want problems.

24  Q    When he said oh, shit, what did he sound like?

25  A    Like surprised.  Like scared. I don't know.

1  Q    Now when he said I'm not going to bring those women down

2  anymore, what did you understand him to mean?

3  A    He was not going to bring down the inmates to clean

4  anymore.

5  Q    Now at the time you have this conversation were you aware

6  one way or another if Lt. Martinez had been bringing Maria down

7  to clean?

8  A    No.

9  Q    Now when you were first interviewed by the Government, did

10 you leave information out?

11 A    Yes.

12 Q    And when you were first interviewed by the Government, did

13 you tell the Government that you had, in fact, told Martinez

14 about the phone call?

15 A    Yes.

16 Q    Did you, in fact, say that you had not told Martinez about

17 the call and you had not told Martinez about who the inmate

18 was?

19 A    Could you ask me that question in a different way?

20 Q    Sure.  When you were first interviewed by the Government

21 did you say incorrectly that you had not told Martinez about

22 the call?

23 A    Yes.

24 Q    Or -- and that you did not tell Martinez who the specific

25 inmate was?

1   A    Yes.

2   Q    And during later meetings did you also not tell the

3   Government that you had played the call for Martinez?

4   A    Yes.

5   Q    What were you concerned about?

6   A    That I would be called a rat and that I would have

7   problems at work.

8   Q    If you testified -- or if you told the Government about

9   Martinez.

10          MR. RICCO:  Objection.  It's a mischaracterization of

11   what his testimony is.

12          MS. ARGENTIERI:  I can re-ask it.

13          THE COURT:  Okay.

14   Q    Why were you concerned you'd be labeled a rat?

15   A    Because I was going to testify against another BOP member.

16   Q    What BOP member?

17   A    Mr. -- Lt. Carlos Martinez.

18   Q    Now at the time that you heard this call, who was your

19   supervisor?

20   A    Geier.

21   Q    What's his full name?

22   A    Timothy Geier.

23   Q    After you spoke to Martinez, what did you do?

24   A    I spoke to Mr. Geier about Maria's call.

25   Q    And what did you tell him?

1   A    That there was an inmate who was trying to get information

2   from Lt. Carlos Martinez's Facebook page.

3   Q    What did he tell you to do?

4   A    To talk to inmate Maria.

5   Q    Did you speak to Maria?

6   A    Yes.

7   Q    Where did you go to speak to her?

8   A    I went to the East Building, sixth floor.

9   Q    You went to her unit?

10  A    I went to her unit and I asked the officer to send her to

11  the counselor's office.

12  Q    And did you meet with her in the counselor's office?

13  A    Yes.

14  Q    What happened?

15  A    I asked Maria if she knew the reason why I wanted to talk

16  to her.  She said no.  So I said to her you made a call.

17  Q    And then?

18  A    Then she started to shake.  She got a little emotional.  I

19  asked her if she liked him.  She said no.

20  Q    When you asked her if she liked him, who was the him you

21  were referring to?

22  A    Lt. Carlos Martinez.

23  Q    Prior to this interaction with Maria, what was your

24  experience with her?

25  A    She was normal. She was just like any other female

1    prisoner.

2    Q    And what kind of worker was she when she cleaned for you?

3    A    Easy going.  She did her work and then she went back to

4    her unit.

5    Q    So you said that -- when you said it was about a call she

6    started to shake.

7    A    Yes.

8    Q    What happened after you asked her whether she liked him?

9    A    I asked her if she liked him.  She said no.  I told her

10   she could be sent to the SHU pending an SIA investigation.  I

11   do not handle investigations and infractions between inmates

12   and staff, if there is an infraction.

13   Q    So in other words, if there was an investigation involving

14   a staff member you wouldn't handle that.

15   A    No.

16   Q    And you told her that?

17   A    Yes.

18   Q    And who did you tell her would handle that other

19   investigation?

20   A    So I told her my supervisor, Mr. Geier, the SIA person.

21   So in English it's special investigator agent. He would handle

22   the investigation, if there were an investigation.

23   Q    And you said that to Maria?

24   A    Yes.

25   Q    What did you say to her about what your supervisor wanted

1   to do with her?

2   A      Put her in segregation.

3   Q      So what did you tell her to do?

4   A      I told her to cut the shit.

5   Q      What did you mean by that?

6   A      That if she kept on acting the way she was, trying to get

7   information, that could not be done.

8   Q      What did she look like when you were talking to her?

9   A      Really nervous. She couldn't move.  She could hardly walk.

10  Q      What did she say?

11  A      She wasn't going to -- she was just going to let it go.

12  She didn't want any problems and she did not want to go to the

13  hole.

14  Q      And when she said the hole, what was she referring to?

15  A      The SHU.

16  Q      And when inmate are in the SHU what, if any, access do

17  they have to phone calls?

18  A      Once a month.

19  Q      What about recreation?

20  A      One hour a day.

21  Q      What about access to their stuff from their unit?

22  A      Limited.

23  Q      Based upon your conversation with Lt. Martinez and Maria,

24  did you think that there was more going on?

25  A      It was a possibility, yes.

1  Q    How did you leave it with Maria?

2  A    I told her the decision wasn't mine.  The decision was my

3  boss's, Mr. Geier's.  If she continued to act like this, trying

4  to get information, then he would decide to put her in the SHU

5  pending an SIA investigation.

6  Q    Can I ask you what guards work in the SHU?

7  A    The ones who are assigned to work in the SHU.

8  Q    Do they also work in the rest of the institution?

9  A    Yes.

10 Q    And so how did you -- what did -- how did you leave it

11 with Maria?

12 A    I told  her to go back to her unit.  She could hardly

13 walk.  She was really nervous.  She was like this at the door.

14 Q    Meaning she couldn't even really open the door?

15 A    Yes.

16 Q    Indicating the witness shook his hand in the air.

17      Based upon your conversation with Maria and her

18 appearance, did you believe she was being totally honest with

19 you?

20 A    No.

21 Q    After you met with Maria, what did you do?

22 A    I went to the SIS office and I talked to Mr. Geier.

23 Q    What did he tell you to do?

24 A    To continue to monitor Maria's calls.

25 Q    What did you tell Geier about our conversation with Maria?

1   A    I told him she admitted --

2        THE INTERPRETER:  Correction.

3   A    I told him she had admitted making the call and there was

4   nothing between the two of them.

5        THE INTERPRETER:  Interpreter correction again.  She

6   had admitted to making the call.

7   Q    I'm sorry. And you told him that there was nothing between

8   the two of them?

9   A    Correct.  She had admitted to making the call.  She didn't

10  want any problems.  She wanted to let everything stay as it

11  was.

12  Q    And what did -- is that all you told Geier?

13  A    Yes.

14  Q    And what did he tell you to do?

15  A    To continue to monitor Maria's calls.

16  Q    Did you do that?

17  A    Yes.

18  Q    And what happened?

19  A    She made a call the next day.  She spoke to her friend

20  again.  She told her just let it go. I don't want any problems.

21  I don't know if she mentioned me by name that I had gone to

22  talk to her.  But she said somebody had spoken to her, somebody

23  had listened to the call.  She didn't want any problems.

24  Q    How did she sound on the phone?

25  A    She was scared, nervous.

1  Q     And after you heard that call, what did you do?

2  A     I told Mr. Geier.

3  Q     Now, to your knowledge was there an investigation open on

4  Maria then?

5  A     No. I don't know.

6  Q     To your knowledge.

7  A     No.

8  Q     Now when, if ever, did you speak to Lt. Martinez about

9  that call with Maria again?

10 A     I don't remember if it was one or two weeks later. I was

11 in the East Building.  I ran into Lt. Martinez.  It was just a

12 general conservation. I don't know if I asked him or if it just

13 came in conservation whether or not somebody had tried to

14 friend him on Facebook.

15 Q     And what did he say?

16 A     Yes, but he didn't know who it was.

17 Q     I'm sorry.  What -- yes to what?  What did he say to you?

18 A     That somebody had tried to friend him on Facebook.

19 Q     And when he told you that someone had tried to friend him

20 on Facebook, what was your understanding of whether that was --

21 he was relating that to the call between Maria and her friend?

22 A     Yes, he was.

23 Q     And what did you say to him?

24 A     Carlito, report it.

25 Q     Who are you telling him to report it to?

1   A    SIA.

2   Q    And you called him Carlito?

3   A    Yes.

4   Q    What does that mean?

5   A    Well, it's when -- as a Latino you use that when it's

6   somebody you esteem.  It's an affectionate term.

7   Q    So you called him an affectionate name?

8   A    Yes.

9   Q    Did you want to testify here today?

10  A    No.

11          MS. ARGENTIERI:  No further questions.

12  CROSS EXAMINATION

13  BY MR. RICCO:

14  Q    Good afternoon.

15  A    Good afternoon.

16  Q    I want to ask you a couple of questions and I'd like to

17  start where the Government left off.

18      There is no question that you, Officer Rodriguez, hold Lt.

19  Martinez in the highest of esteem at the Bureau of Prisons.

20  Isn't that correct?

21  A    Correct.

22  Q    In fact, you're proud of it.

23  A    Yes.

24  Q    And when you addressed him, you sort of spoke to him in

25  that way, when you saw him, you ran into him.  Isn't that

Cross – Tomas – Ricco                                         495

1    correct?

2    A     Do you mean Carlito?

3    Q     Yes.

4    A     Yes.

5    Q     And he had been with the Bureau of Prisons over two

6    decades. Isn't that correct?

7    A     As far as I know, yes.

8    Q     And during that time period you never had any conversation

9    like that at all with Lt. Martinez.  Isn't that correct?

10   Meaning --

11   A     What do you mean?

12   Q     Meaning that some inmate was trying to contact him or

13   anything like that.

14   A     Correct.

15   Q     Now when the Government said to you well, when you met

16   with the Government you didn't tell them about the call, right?

17   That was the question.

18   A     Correct.

19   Q     When you had met with the government, that was long after

20   this event had taken place. Isn't that correct?

21   A     Okay.

22   Q     The truth of the matter is that you reported that

23   telephone conversation to your supervisor on the same day you

24   heard it. Isn't that right?

25   A     Sorry. Can you just give that to me again?

1    Q    Sure. When you heard the call you reported it to your

2    supervisor.

3    A    Yes.

4    Q    And that was the same day that you heard the call. Isn't

5    that right?

6    A    Possibly so.

7    Q    Okay.  And what drew your attention to the call was that

8    the call was suspicious, right?

9    A    Yes.

10   Q    And it was suspicious because of the way in which the

11   person, first of all, was asking a third party to get in touch

12   with someone, right?  That was the first thing.

13   A    Yes.

14   Q    With a person who was inside of the jail.

15   A    Yes.

16   Q    And so the first thing that drew your attention was that

17   this was somebody -- an inmate who was trying to make third

18   party contact very dangerous, isn't it?

19   A    Correct.

20   Q    The next thing that made it suspicious to you is that they

21   were asking for information, personal information about a

22   person inside of the jail. Isn't that correct?

23   A    Yes.

24   Q    The person also said make sure that my picture is not

25   there when you contact the person's Facebook.  That made you

1   suspicious.

2   A     Correct.

3   Q     The other thing that made you suspicious was the way they

4   said the name.

5   A     Yes.

6   Q     Now, can I show you a document and would that help refresh

7   your recollection of the middle initial that Maria used?

8   A     Can you repeat that again?

9   Q     As you testified here today, you don't remember the middle

10  initial that was used, correct?

11  A     I don't remember.

12  Q     Can I show you a document to see if that helps refresh

13  your recollection about what the middle initial is?

14  A     Yes.

15  Q     Thank you.

16        MR. RICCO:  I'm approaching the witness with 35TR1,

17  page 2.  One, two, three, fourth paragraph.

18  Q     I don't remember the initial.

19  A     Okay.

20  Q     If you take a look at the paragraph --

21        MR. RICCO:  Can the interpreter read the document to

22  the witness since the witness is testifying in Spanish.

23        THE COURT:  My impression is that he can read it in

24  English himself.

25        MR. RICCO:  Then I'll leave it there.

1          THE COURT:  If you need help, just ask the

2    interpreter.  You went to college for three years. I assume you

3    can read English.

4    BY MR. RICCO:

5    Q     If I could direct your attention to the last sentence in

6    that paragraph.

7    A     Yes, I know, but I don't remember this.

8    Q     Okay.  Now you don't have a recollection of what it is,

9    right?

10   A     I don't remember the initial.

11   Q     Okay.  And -- but you do remember that the name was

12   spelled out in space, right?  In spaces.

13   A     Yes.

14   Q     And that made you very suspicious.

15   A     Yes.

16   Q     And you thought about it and you came to the conclusion

17   that I think these people are speaking about Lt. Carlos

18   Martinez, right?

19   A     Yes.

20   Q     Now you told us when you approached Maria and told her

21   that she got caught, she was shaking.

22   A     Yes.

23   Q     And she was nervous.

24   A     Yes.

25   Q     When they were making that call, the one that you

1    intercepted, did anybody on that call sound nervous or shaky?

2    A     No.

3    Q     Now at some point you interviewed Maria.

4    A     Yes.

5    Q     And you interviewed her because your supervisor, SIA

6    Officer Geier, requested you to, right?

7    A     Yes.

8    Q     And you went to him because that was your responsibility

9    to do that, correct?

10   A     Yes.

11   Q     And that's because you believe that the call involved a

12   staff member, correct?

13   A     Yes.

14   Q     And it is Officer Geier's responsibility to direct an

15   investigation that involves staff, correct?

16   A     Yes.

17   Q     Now you also told us that when you ran into Lt. Martinez,

18   you told him hey, report it, right?

19   A     Yes.

20   Q     You tell every officer to report these things, don't you?

21   A     Yes.

22   Q     Because they could appear to be not dangerous, but they

23   could be very dangerous.  Isn't that correct?

24   A     Yes.

25   Q     Because you are aware that inmates have schemed on Bureau

1    of Prisons staff through the phones, correct?

2    A    Yes.

3    Q    And like with Officer Abaratti in Puerto Rico it resulted

4    in his death?

5              MS. ARGENTIERI:  Objection.  Objection.

6              THE COURT:  On what grounds?

7              MS. ARGENTIERI:  It's totally irrelevant, Judge.

8              THE COURT:  I'll allow it.  I didn't understand the

9    word that you used with the S.  Scammed him?

10             MR. RICCO:  Schemed.

11             THE COURT:  Seemed.  What does that mean?

12             MR. RICCO:  Schemed.

13             THE COURT:  Schemed.  What does that mean?

14             MR. RICCO:  I'll explain.

15   BY MR. RICCO:

16   Q    The inmates get personal information about staff, right?

17   A    Yes.

18   Q    They find out where they live?

19   A    Mm-hmm.  Yes.

20   Q    They find out about their families?

21   A    Yes.

22   Q    And Bureau of Prisons officials and correction officers

23   have been injured and killed as a result of that type of

24   conduct, isn't that correct?

25   A    Correct.

1   Q    And you took it very seriously, didn't you?

2   A    Yes.

3   Q    One of the things that you did was to call Lt. Martinez

4   immediately to tell him some people are trying to get personal

5   information about you?

6   A    Yes.

7   Q    You were telling him be careful?

8   A    Yes.

9   Q    And that telling him that had nothing to do with your job.

10  You were reporting this, weren't you?

11  A    Yes.

12  Q    You didn't know what was going on and you didn't want to

13  see him get hurt?

14  A    Correct.

15  Q    Now when your supervisor told you to meet with Maria, you

16  did, right?

17  A    Yes.

18  Q    The first thing she did was try to lie, right?

19  A    Not until after the interview.  I noticed that there was

20  probably something more going on, maybe she was hiding

21  something.

22  Q    When you asked her about the call, did she say to you, oh,

23  I know what call you're talking about?  Or did she say what

24  call?

25  A    No.

Cross – Tomas – Ricco                                                   502

1   Q    She told you immediately she knew about the call?

2   A    She said, yes, I made the call.

3   Q    She admitted that she had requested a friend to search for

4   Lt. Martinez and told you that she wanted to find out if Lt.

5   Martinez was married?

6   A    Yes.

7   Q    And when she said that to you -- you're an experienced

8   investigator, right?  You asked her, well, do you like him

9   [sic]?

10  A    Yes.

11  Q    She said, no?

12  A    Yes.

13  Q    She said that she was sorry and that she would not do it

14  again?

15  A    All she said was that she didn't want any problems.  She

16  was just going to let it go.

17  Q    Okay.  And you had told her that what she had done, that

18  is, trying to get information on a staff person, could get the

19  staff person in trouble and her in trouble, isn't that right?

20  A    Yes.

21  Q    Your supervisor told you to tell Maria to cut the shit?

22  A    I told her that.

23  Q    Okay.  Because that's what it sounded like to you, right?

24  A    That if she continued to try to get information like that,

25  she was going to get into problems.

1   Q    And she's supposed to get into problems if she's doing

2   that, isn't that correct?

3   A    Logically, yes.

4   Q    And you thought her asking questions about whether he's

5   married, and the questions about whether he had pictures of

6   himself with other women, you thought that there was more to

7   this than what you were being told, right?

8   A    Mm-hmm.  Yes.

9   Q    All right.  I want to go -- now, for example -- well,

10  withdrawn.

11       Did you discuss with Maria anything about her immigration

12  situation?

13  A    No.

14  Q    I want to talk generally about the jail.  MDC is a

15  detention facility under the Bureau of Prisons, isn't that

16  correct?

17  A    Yes.

18  Q    You have mostly pretrial detainees?

19  A    Yes.

20  Q    But also some sentenced defendants?

21  A    Correct.

22  Q    There are institutional disciplinary rules and an

23  institutional disciplinary system, isn't that correct?

24  A    Yes.

25  Q    And without those rules, you could not operate a jail?

```
 1   A     Yes.

 2   Q     The inmates have both rights and responsibilities?

 3   A     Yes.

 4   Q     There are -- the inmates have prohibited acts, that is,

 5   things that they are not allowed to do?

 6   A     Yes.

 7   Q     And there are sanctions and penalties for when they

 8   violate those acts?

 9   A     Yes.

10   Q     The inmates are made aware of the disciplinary rules?

11   A     Yes.

12   Q     And they are held accountable to following those rules?

13   A     Correct.

14   Q     Inmates in some areas wear uniforms, right?

15   A     Yes.  Mm-hmm.

16   Q     And I want to ask you a question.  In your many years of

17   experience in corrections, have you ever heard of an inmate

18   getting six months in the hole for having a button missing?

19   A     No.

20   Q     That penalty would far exceed just having a missing

21   button, isn't that right?

22   A     Yes.

23   Q     Six months in the hole means somebody did something to

24   violate a very serious rule, isn't that correct?

25   A     Yes.
```

1  Q     Now the MDC, like all prisons, has a visiting area where

2  the inmates are allowed the privilege of meeting with their

3  families and loved ones, right?

4  A     Yes.

5  Q     The visiting area is one of the greatest threats to

6  contraband being brought into the prison, isn't that correct?

7  A     Yes.

8  Q     Because the inmates, along with their families and

9  friends, they smuggle stuff in the jail through the visiting

10 area?

11 A     That's correct.

12 Q     And the visiting area at the MDC has sort of like a bridge

13 that the Judge is sitting on, it's an elevated post where the

14 officers can see the rows of tables that are there, correct?

15 A     Yes.

16 Q     And the visiting area doesn't have just one officer

17 overlooking that area.  There are several officers in that

18 elevated command space, correct?

19 A     Correct.

20 Q     And there are officers that walk amongst the rows during

21 the visiting?

22 A     That's correct.

23 Q     Inmates have been known to engage in sexual acts in the

24 visiting area?

25 A     Could you ask the question a different way?

1    Q    I'll ask in a different way.  A lot of prohibited touching

2    goes on in the visiting area?

3    A    Yes.

4    Q    And inmates know they're not supposed to do that, isn't

5    that right?

6    A    Yes.

7    Q    Now one of the things that the SHU is, is that sometimes

8    people are placed in the SHU for their protection, isn't that

9    correct?

10   A    Yes.

11   Q    And they are placed there so that they could be out of

12   harms way?

13   A    Correct.

14   Q    It's a safe -- it's a safe place, isn't it?

15   A    Yes.

16   Q    It is the most secure place at the MDC?

17   A    Yes.

18   Q    Now when you interviewed Maria, did you tell Maria the

19   following?  And I want you to pay attention to my question.

20   Did you tell Maria promise me you won't tell anyone and I'll

21   tear up the papers?  Did you say anything like that?

22   A    No.

23   Q    That did not happen, did it?

24   A    No.

25   Q    That could not happen, could it?

Cross – Tomas – Ricco                                                507

1   A    No.

2   Q    When you interviewed Maria and you asked her if she liked

3   Lt. Martinez, did she say to you Lt. Martinez is a pig?

4   A    No.

5   Q    You reported the interview with Maria after it happened to

6   your supervisor, correct?

7   A    Yes.

8   Q    And you absolutely informed your supervisor of the name of

9   the BOP staff person that was the subject of the call and the

10  Facebook search, isn't that correct?

11  A    Yes.

12  Q    When you were listening to the call, did you get the

13  impression that the caller was in any kind of stress or

14  distress?

15  A    The first call?

16  Q    The first call.

17  A    No, she was normal.

18  Q    It's the second call after she got caught where you heard

19  stress in her voice?

20  A    Correct.

21  Q    But she did what she said she was going to do, isn't that

22  correct?

23  A    Yes.  She told me she didn't want to have any problems,

24  that she was just going to leave everything as it was.

25  Q    And when you monitored the second phone call, she told her

1    friend to stop?

2    A    Yes.

3    Q    All right.  Now during your time in the BOP, are you

4    familiar with the protocols when an inmate reaches out who says

5    they've been raped or been sexually threatened?  Do you

6    understand the question?

7    A    No.

8    Q    All right.

9    A    Could you repeat it again?

10           THE COURT:  I didn't understand.  I didn't understand

11   what you meant by reaches out.

12           MR. RICCO:  I'll rephrase the question.

13   BY MR. RICCO:

14   Q    Okay.  Sexual contact happens in the jail, correct?

15   A    Yes.

16   Q    Inmates are prohibited from having sexual contact with

17   other inmates, correct?

18   A    Correct.

19   Q    And inmates are prohibited from having sexual contact with

20   staff, isn't that correct?

21   A    Correct.

22   Q    There are occasions in the prison when an inmate will say

23   I'm being sexually threatened?

24   A    Yes.

25   Q    Help me?

1    A    Yes.

2    Q    The first thing you do when that happens is you try to

3    isolate the inmate from the people who he's identified are

4    trying to get him, right?

5    A    Yes.

6    Q    And that type of action is taken for the protection of the

7    inmate, not to punish the inmate?

8    A    Correct.

9    Q    That action is usually taken very swiftly, isn't it?

10   A    Yes.

11   Q    Because delay could cause an inmate or staff their life,

12   isn't that correct?

13   A    Correct.

14   Q    Now I know it may seem obvious to you, but a jail is a

15   very dangerous place, isn't it?

16   A    Yes.

17   Q    The inmates are very closely monitored, isn't that

18   correct?

19   A    Yes.

20   Q    They don't just get to roam around the jail, right?

21   A    No.

22   Q    It would be an impossible situation, wouldn't it?

23   A    Yes.

24   Q    The phone calls are monitored, isn't that correct?

25   A    Correct.

1   Q    That's what you do?

2   A    Yes.

3   Q    Email and some letters are monitored?

4   A    Yes.

5   Q    The inmates constantly come up with ways to get around the

6   rules, isn't that correct?

7   A    Yes.

8   Q    They use tricks, right?

9   A    Yes.

10  Q    Deception?

11  A    Yes.

12  Q    Fraud?

13  A    Yes.

14  Q    Extortion?

15  A    Yes.

16  Q    Violence?

17  A    That too.

18  Q    And the threat of violence?

19  A    That too.

20  Q    Your job requires you to stay on top of what's going on?

21  A    Yes.

22  Q    You've had a lot of interviews with inmates over the

23  years?

24  A    Yes.

25  Q    You've monitored many hundreds if not thousands of calls?

Cross – Tomas – Ricco                                                    511

1    A    That's correct.

2    Q    And in your experience, there was nothing about the phone

3    call or the follow-up interview that gave you the impression

4    that Maria was in danger, isn't that correct?

5    A    Yes.

6    Q    If you thought or you sensed that there was a danger, you

7    would have took action regardless of what she said, isn't that

8    right?

9    A    Yes.

10   Q    Often times young inmates are afraid in jail?

11   A    Yes.

12   Q    And sometimes the staff has to be perceptive to protect

13   them?

14   A    Yes.

15   Q    So you're asking her questions, but you're asking her the

16   questions as a trained investigator, isn't that correct?

17   A    Yes.

18   Q    Your sense told you that there was more to this story,

19   right?

20   A    Yes.

21   Q    But you didn't get one single impression that anybody --

22   well, that Maria was in any danger, isn't that correct?

23   A    No.

24   Q    I'm going to ask you a couple of questions about good time

25   credit and I'm done.  And you're familiar generally with good

1    time credit, isn't that correct?

2    A    Yes.

3    Q    Okay.  In your entire career -- in your entire career,

4    have you ever heard of an inmate losing good time credit

5    because they were a victim of rape, forced sex or sexual

6    violence?

7    A    No.

8    Q    However, an inmate who engages in sexual behavior, even

9    without force or even without violence, can lose their good

10   time credit?

11   A    No.

12   Q    There has to be a hearing?

13   A    Yes.

14   Q    And if at the end of the hearing there's a determination

15   that the inmate was involved in inappropriate sexual contact,

16   they could lose their good time credit?

17   A    Yes.

18   Q    That's a part of the Bureau of Prisons' disciplinary

19   rules, isn't that correct?

20   A    Yes.

21   Q    And you, as an SIS officer, is an important part of

22   ensuring that disciplinary rules are followed?

23   A    Yes.

24   Q    Now on the other hand, sexual contact initiated by staff,

25   or even if the inmate initiates sexual contact with the staff,

1    that staff person could be subject to anything from demotion,

2    suspension, termination or even criminal prosecution?

3    A    Yes.

4    Q    You were concerned here with the phone call and the way in

5    which this third party contact and search for information was

6    being set up?

7              MS. ARGENTIERI:  Counsel, could you repeat the

8    question, please?

9              MR. RICCO:  I'll rephrase it.  It was kind of bad.

10   Late in the day compounded question.

11   BY MR. RICCO:

12   Q    When you first heard the call, you wanted to make sure

13   that a fellow officer would not be compromising himself and

14   being ignorant and unaware of what's really going on?

15   A    What I want to ask is, if you could explain to me how the

16   call -- change the question.

17   Q    I'll change it.  Your concern -- first of all, staff is

18   not supposed to give the inmates personal information?

19   A    That's correct.

20   Q    Okay.  Very dangerous?

21   A    Yes.

22   Q    And in this incident, the inmate was getting or wanted to

23   get the information but they were using a trick?

24   A    Yes.

25   Q    And your concern was that the Bureau of Prisons' staff

1  person would not fall victim to the trick?

2  A     Yes.

3  Q     And that's exactly what was going on in that phone call?

4  A     Yes.

5  Q     Okay.  Officer Rodriguez, many years on the force, right,

6  BOP?

7  A     Yes.

8  Q     Yes.  You have a very high regard for Lt. Martinez, you

9  told us that.

10 A     Yes.

11 Q     You see our jury here?  Do you see them?  Tell them.

12 Would you ever turn your back on an inmate who came to you and

13 said that they were the victim of a forced or threatened sexual

14 act?  Would you ever do it?

15 A     I would never turn my back them, no.

16 Q     And it would matter if somebody called you a rat, pig or

17 bastard, you wouldn't do it?

18 A     No.

19           MR. RICCO: Thank you.

20           MS. ARGENTIERI:  May I, Judge?

21           THE COURT:  Of course.

22 REDIRECT EXAMINATION

23 BY MS. ARGENTIERI:

24 Q     If an inmate had come to you and told you that she was a

25 victim of rape, what would have happened to the inmate?

1    A    She would be taken to segregation, to the SHU.

2    Q    Is the SHU also the place that people are sent for

3    discipline?

4    A    Yes.  Mm-hmm.

5    Q    Same place?

6    A    Same place.

7    Q    Is it fair to say it's not a pleasant place?

8    A    Correct.

9    Q    Now you said -- you testified on direct that you're not

10   involved in investigations involving staff, is that correct?

11   A    Correct.

12   Q    When have you ever investigated a staff member?

13   A    Never.

14   Q    Do you have any idea how long it takes?

15   A    No.

16   Q    When you were East Activities Lieutenant, remind the jury

17   what your duties and responsibilities were?

18          THE INTERPRETER:  Counsel, the interpreter just

19   didn't get the first part.

20          MS. ARGENTIERI:  I'm sorry.

21   Q    When you were East Activities Lieutenant, remind the jury

22   what your duties and responsibilities were?

23   A    I was responsible for the East Building making sure that

24   all officers were at their posts.  That everything be safe.

25   That all inmates be dressed, that they have eaten, that they

1   were okay.

2   Q     Is it fair to say it's an important job?

3   A     Yes.

4   Q     Is it important to pay attention?

5   A     Yes.

6   Q     Is it a busy job?

7   A     Yes.

8   Q     Is it fair to say that if you were distracted for a period

9   of time by raping an inmate that you'd be putting officer lives

10  at risk?

11  A     Of course.  Yes.

12  Q     Because you wouldn't be paying attention to your job,

13  right?

14  A     Correct.

15  Q     That would be the least of it, can we agree?

16  A     Yes.

17  Q     Okay.  You were asked a lot about the phone call and what

18  you reported to Geier and what you thought?

19  A     Yes.

20  Q     And you testified on direct that you felt Maria wasn't

21  being fully honest with you?

22  A     Correct.

23  Q     And that you thought there was more to the story?

24  A     Correct.

25  Q     Did you share those suspicions with Geier?

1   A     No.

2   Q     In fact, at the time, you suspected that Maria and

3   Martinez had some type of inappropriate relationship?

4   A     Yes.

5   Q     Did you tell that to Geier?

6   A     No.  Uh-uh.

7   Q     Did Geier speak Spanish?

8   A     No.

9   Q     What language was the call between Maria and her friend

10  in?

11  A     Spanish.

12  Q     Did you save that call?

13  A     No.

14  Q     No further questions.

15  RECROSS EXAMINATION

16  BY MR. RICCO:

17  Q     You didn't save the call because you didn't think --

18          MR. RICCO:  I'm getting there.  I'm sorry.  I'm

19  sorry.

20  Q     You didn't save the call because you didn't think there

21  was a reason to save the call after everything you did, isn't

22  that correct?

23  A     I wasn't -- my boss didn't tell me to save it.

24  Q     And the Bureau of Prisons, they erase the calls after

25  about six months?

1   A     Not the department, the system.

2   Q     The system.  But if the call had been saved --

3              MR. RICCO:  I'm sorry, Judge.

4   Q     If the call had been saved, in that call we would have

5   heard Maria asking her friend to go on Facebook and find out

6   information about Lt. Martinez, isn't that correct?

7   A     Correct.

8   Q     Exactly the way you testified here today under oath?

9   A     Yes.

10  Q     You weren't trying to hide any information or evidence,

11  were you?

12  A     Nope.

13  Q     Now the prosecutor asked you whether or not the SHU was a

14  pleasant place.

15  A     No.

16  Q     Can we start from the standpoint that jail, period, is not

17  a pleasant place?

18  A     Correct.

19  Q     Now the SHU may not be pleasant, but it's a safe place?

20  A     Yes.

21  Q     And one of the reasons why you take -- the question was a

22  rape victim to this unpleasant place is because you could

23  prevent them from showering and washing away evidence?

24  A     No.  There are bathrooms there.

25  Q     But they take showers in a monitored way, not on their

1    own?

2    A    Yes.  Correct.

3    Q    And if a person has said that they've been raped, a

4    determination could be made as to whether or not a rape kit

5    would be applied?

6            MS. ARGENTIERI:  Objection.  Judge, he has no good

7    faith base to ask that question.  It's not correct.  I'm sorry.

8            MR. RICCO:  It's correct.  That's why I'm asking it.

9            THE COURT:  Well, the witness will say whether it's

10   true or not.

11           MS. ARGENTIERI:  But, Judge, my concern is it's

12   creating a misleading impression.  Could we approach?

13           THE COURT:  No.

14           MR. RICCO:  I don't think it's creating a misleading

15   impression at all.

16           THE COURT:  I said you could ask the question.

17           MR. RICCO:  Thank you, Your Honor.

18           THE WITNESS:  Can you ask it again?

19   BY MR. RICCO:

20   Q    Yes.  The SHU is a protected place for the benefit of the

21   inmate, isn't that correct?

22   A    Security, yes.

23   Q    Yes.  If a determination is made that a rape kit would be

24   applied, that is, to gather physical evidence of the rape, it

25   could be done in a secure place, isn't that right?

1   A     The procedure is to contact the medical department.  The

2   inmate is taken to an outside hospital to do that.

3   Q     From the SHU?

4   A     It doesn't have to be the SHU.  It can be wherever she is

5   under the watch of an officer.

6   Q     So that if a person complains that they've been raped,

7   they can end up going to a hospital instead of the SHU?

8   A     First, they do that system, the medical thing first.

9   Q     Yes.

10  A     Hospital.  Then when they come back, they go to the SHU.

11  Q     Until the investigation is finished?

12  A     Depending on the investigation.  She could be transferred

13  to a different jail.

14  Q     That often happens for the inmate's protection, not as a

15  punishment?

16  A     Correct.

17  Q     Lastly, you were asked if a staff person is raping

18  somebody, they obviously aren't doing their job?  You said

19  that's correct.

20  A     Of course.  That makes sense.

21  Q     Of course.  Any distraction from your job creates a threat

22  to security, isn't that correct?

23  A     Correct.

24  Q     Because things in these jails happen in a heartbeat, isn't

25  that right?

1    A    Yes.

2    Q    Thank you.

3              MS. ARGENTIERI:  Judge, just one second.

4    (Pause.)

5              MS. ARGENTIERI:  Just briefly, Judge.

6    FURTHER REDIRECT EXAMINATION

7    BY MS. ARGENTIERI:

8    Q    Mr. Ricco asked you if you were trying to hide

9    information.  At what point, I'm not sure.  Do you remember

10   that?

11   A    Yes.

12   Q    Isn't it true that when you first met with the Government,

13   you were, in fact, hiding information?

14   A    I was afraid.  But the next day I notified you and told

15   you the truth.

16   Q    And then after that, did you continue to hide information

17   including the fact that you played the call for Martinez?

18   A    And then I said I had.

19   Q    And did you -- did you finally tell the truth about that?

20   A    Yes.

21   Q    Why did you initially hide it?

22   A    Number one, I was afraid.  I didn't want to be called a

23   rat.  I didn't want problems in the institution.

24   Q    No further questions.

25

Further Recross-Rodriguez-Ricco/  Direct-Davis-Shihata          522

1    FURTHER RECROSS EXAMINATION

2    BY MR. RICCO:

3    Q    But you're under oath today and you told the jury the

4    truth about this entire episode, isn't that correct?

5    A    Yes.

6    Q    Thank you very much for being here.

7              THE COURT:  You can step down.

8        (Witness excused.)

9              THE COURT:  Next witness.

10             MS. SHIHATA:  The Government calls Derek Davis.

11       (Pause.)

12             THE COURT:  Would you raise your right hand.

13             DEREK DAVIS, GOVERNMENT'S WITNESS, SWORN

14   DIRECT EXAMINATION

15   BY MS. SHIHATA:

16   Q    Good evening.

17   A    Good evening.

18   Q    Would you please state and spell your name for the record.

19   A    Derek Davis, D-E-R-E-K D-A-V-I-S.

20   Q    And, Mr. Davis, who are you employed by?

21   A    Rite-Aid.

22   Q    And what is your title at Rite-Aid?

23   A    Profit Protection Analyst.

24   Q    And what does that mean?

25   A    Well, basically I just work in the loss prevention

1  department and I look through a bunch of reports on customer

2  transactions and data like that.  The moral of the story, I

3  look for theft within the company and outside the company.

4  Q    And does that job involve looking at sales detail records

5  among other things?

6  A    Yes.  Yes.

7  Q    And how long have you been a profit protection analyst at

8  Rite-Aid?

9  A    Since June 20th of 2016, so a year and a half.

10 Q    And during the course of its business, does Rite-Aid keep

11 certain records as a regular practice?

12 A    They do.

13 Q    And does that include sales detail records and customer

14 one view records?

15 A    Yes.

16          MS. SHIHATA:  I'm going to approach in a moment and

17 show the witness only what's been marked for identification as

18 Government Exhibit 214.

19 BY MS. SHIHATA:

20 Q    Could you take a look at this exhibit and tell me if you

21 recognize it?

22 A    Yes, I do.

23 Q    And prior to your testimony today, have you reviewed this

24 exhibit?

25 A    Yes.

1    Q    And does this exhibit contain a sales detail record and a

2    customer one-view record for a particular individual?

3    A    Yes, it does.

4    Q    And are these documents kept in the regular course of

5    Rite-Aid's business and as a regular practice?

6    A    Yes.

7              MS. SHIHATA:  I move to admit Government Exhibit 214.

8              MR. RICCO:  That's without objection, Your Honor.

9              THE COURT:  It's admitted.

10   (Government Exhibit No. 214 received in evidence.)

11             MS. SHIHATA:  I'd like to publish it to the jury.

12   BY MS. SHIHATA:

13   Q    Now I'm going to start with the second page of Government

14   Exhibit 214.  What is this page?

15   A    This is the customer information pertaining to a

16   particular Wellness number.

17   Q    Okay.  And what is a Wellness number?

18   A    It's a rewards card that you get at Rite-Aid.

19   Q    And what do -- what can you do with that rewards card at

20   Rite-Aid?

21   A    You can get discounts.  You can build points that you can

22   redeem later for -- to get more discounts.

23   Q    So are there certain discounts you get on certain products

24   when you present the card?

25   A    Yeah.  There's ad discounts.  Or if you use it enough, you

1    get a certain percentage off your sales.

2    Q    And you said this is the customer one view for a

3    particular customer, is that right?

4    A    That's true.

5    Q    And who is it?  Who is the customer?

6    A    Carlos Martinez.

7    Q    And is there an address associated with the customer?

8    A    Yes, there is.

9    Q    Can you read it out?

10   A    964 54th Street, Apartment 3F.

11   Q    Is that in Brooklyn, New York?

12   A    Brooklyn, New York, yes.

13   Q    Is there an email address associated with this account

14   customer?

15   A    Yes.  Yes, there is.

16   Q    And what is that?

17   A    Martinezc@aol.com.

18   Q    I'm just going to zoom in a little bit.  Is that

19   martinez1c@aol.com?

20   A    Yes.  Martinez1c@aol.com, yes.

21   Q    And is there a phone -- are there -- what is a Plenti

22   phone?

23   A    Well, there's a Plenti program as well that you can enroll

24   in conjunction with your Wellness card.  That also just

25   earns points for discounts.

1   Q     Okay.  So that's like another reward --

2   A     It's a separate program, yes.

3   Q     Just make sure we don't talk at the same time, okay,

4   because it's being recorded.

5         So it's another rewards -- type of rewards program that

6   Rite-Aid has?

7   A     Yes.

8   Q     And so is this the phone number given by the customer?

9   A     Yes.

10  Q     And what is the phone number?

11  A     718-490-8719.

12  Q     And that's the same phone number under Wellness phone?

13  A     Yes.

14  Q     And that again is the Wellness Rewards Program?

15  A     Yes.

16  Q     And issue date, what does that refer to?

17  A     That is the issue date for the Wellness card.

18  Q     And what is listed there?

19  A     November 6, 2010.

20  Q     And enrollment date, what is that?

21  A     That is when he was enrolled in the Wellness card.

22  Q     And what's listed there?

23  A     November 6, 2010.

24  Q     So that -- this date is related to the Wellness rewards

25  program, is that correct?

1    A    Yes.

2    Q    And then Plenti enrollment date?

3    A    That's when he enrolled in the Plenti rewards program.

4    Q    And that's the second rewards program you were talking

5    about?

6    A    Yes.

7    Q    Now I'm showing you the first page of Government Exhibit

8    204, sorry, 214, what is this page?

9    A    That is a sales detail page.

10   Q    And is it for a particular customer?

11   A    Yes.  It's for the 95252803820 Wellness card.

12   Q    And is that the same -- is that -- the Wellness card

13   number that you read out, is that also a -- is that the number

14   associated with Carlos Martinez?

15   A    Yes.

16   Q    On page 2 of the exhibit?

17   A    Yes.

18   Q    Now can you describe what this sales detail record -- what

19   as a general matter this shows?

20   A    This just shows you every product that was bought while

21   using that Wellness card.  So if you go to the store and you

22   use your Wellness card, all the products that you bought during

23   those transactions will show up on this report.

24   Q    Okay.  So if you go to Rite-Aid and forget your Wellness

25   card or don't use it, they wouldn't show up on this report, is

1  that right?

2  A     That's true.

3  Q     Okay.  Now I want to direct your attention -- well, let's

4  start just generally.  There's a bunch of columns on this page,

5  is that correct?

6  A     Yes.

7  Q     I'm going to zoom in on it just a little bit.  But the

8  column of Date, what does that refer to?

9  A     The date of the transaction or the purchase.

10  Q     And the Store.  There's numbers under where it says

11  "store."  What does that refer to?

12  A     That is the store number that it was purchased.

13  Q     And does every Rite-Aid store have a number?

14  A     Yes.

15  Q     Okay.  And the Time, what does that refer to?

16  A     The time of purchase.

17  Q     And is that in Eastern time?

18  A     Yes.

19  Q     Okay.  And then if we go to Account Customer Unmasked,

20  what is that?

21  A     That's the Wellness card that was used to buy those

22  products.

23  Q     Okay.  And where it says "item type," what does that mean?

24  A     That means it was a sale.

25  Q     Okay.  And when it says UPC Code, what is that?

Direct - Davis - Shihata                                    529

1    A      That is a particular number, a unique product code for

2    each product.  So each product is assigned a unique code.

3    Q      Okay.  And "item long description," what is that?

4    A      That is a long description of the item purchased.

5    Q      And where it says Sales, what is that column?

6    A      That is the sale price of the item.

7    Q      And Units, what does that mean?

8    A      That's the number of units that was purchased.

9    Q      Where it says Card Discount, what does that mean?

10   A      That's the discount that was received for using the card,

11   Wellness card.

12   Q      And where it says "ad discount," what does that refer to?

13   A      If there was a discount in the ad that week, by using your

14   card, you would have received that discount.

15   Q      And how about "other discount," what does that refer to?

16   A      Any other discounts available.

17   Q      And where it says, "extended retail price," what does that

18   refer to?

19   A      That's the price of the product before the card discount.

20   Q      And where it says "cost," what does that refer to?

21   A      That's the cost for Rite-Aid.

22   Q      So now I'd like to direct your attention to the first

23   entry on this page, what is the date listed?

24   A      December 13th, 2015.

25   Q      And again is that the date of purchase?

                    Direct - Davis - Shihata                      530

1    A     Yes.

2    Q     And where it says "store," what number is listed?

3    A     10579.

4    Q     And what Rite-Aid store does that refer to?

5    A     That's on 6423 Fort Hamilton Parkway in Brooklyn.

6    Q     Okay.  Now if we go to Account Customer Unmasked, again,

7    is that the account for Carlos Martinez?

8    A     Yes.

9    Q     And if we go to Item Long Description, can you read what

10   it says?

11   A     Plan B, One-Step, one count, over the counter.

12   Q     And the price?

13   A     44.99.

14   Q     Is that the price he paid for it?

15   A     Yes.

16   Q     And how many units?

17   A     One.

18   Q     And what was the card discount?

19   A     Can you slide the paper over a little bit?

20   Q     Sorry.

21   A     You're fine.  $5.

22   Q     Okay.  Now does this include -- does this record include

23   any sales tax?

24   A     No.

25   Q     And was there also another purchase made on the same -- at

1    the same date and time reflected in the second row of this

2    exhibit?

3    A    Yes.

4    Q    Okay.  And also if someone gets cash back at the time of

5    their purchase, would that be reflected in this document?

6    A    No.

7    Q    Now is there anything here that indicates whether or not

8    the item being purchased is a prescription or over the counter?

9    A    Yeah.  The NDC or UPC code.  NDC codes are used for -- to

10   the right a little bit -- NDC codes are used for prescription

11   and like prescriptions vaccines and UPCs are pretty much for

12   everything else.  And in that column, you can see they're all

13   Us.  A U denotes a UPC.  And if there was an N, that would have

14   denoted an NDC.

15   Q    So U means it's not a prescription product?

16   A    Yes.

17   Q    It's over the counter?

18   A    Yeah.  That's an over the counter.

19   Q    No further questions.

20   CROSS EXAMINATION

21   BY MR. RICCO:

22   Q    Good afternoon.

23   A    Good afternoon.

24   Q    How are you?

25   A    Good.  How are you?

Cross-Davis-Ricco/Redirect-David-Shihata                         532

1   Q     Pretty good.  You were able to search the Martinez

2   account, right?  And the search of that account, we have one

3   purchase of a Plan B pill on December 13th, 2015, correct?

4   A     Yes.

5   Q     That purchase never happens again, right?

6   A     I can't say for sure.

7   Q     Search for it?

8   A     I did not search for it.

9   Q     Were you asked to?

10  A     No.

11  Q     No further -- no further questions.

12  REDIRECT EXAMINATION

13  BY MS. SHIHATA:

14  Q     One final question.  Government Exhibit 214, does this

15  relate to a certain time period in December 2015, is that

16  correct?

17  A     That is correct.

18  Q     And it shows transactions from?

19  A     December 13th through the end of the year.

20  Q     No further questions.

21          THE COURT:  You can step down.

22  (Witness excused.)

23          THE COURT:  I can stay a little late if you have

24  another witness.

25          THE CLERK:  Another short witness?

1          MS. ARGENTIERI:  No.  Sorry, Judge.  Our other

2    witnesses are longer.  And to be honest, I think we let some of

3    them go because we knew we wouldn't get to them.

4          THE COURT:  Okay.

5          MS. ARGENTIERI:  Is that a problem?

6          THE COURT:  No.

7          MS. ARGENTIERI:  Okay.

8          THE COURT:  Ladies and gentlemen, we're going to

9    recess until 10 o'clock tomorrow.  We may -- we may, although I

10   often lie so I hate to say these things, but we may finish

11   taking all of the evidence tomorrow.  If we do, we'll take --

12   it's the holiday weekend.  You'll come back on Tuesday for

13   summations and deliberations.  But don't forget, tomorrow you

14   have to come back at 10 o'clock.

15        (Jury exits.)

16        (Pause.)

17          THE COURT:  Can you come up for a minute?

18        You can all sit down.  Or you could leave.  You don't have

19   to stay.  I'm talking to the people in the audience.

20          MS. ARGENTIERI:  Okay.

21          THE COURT:  All right.  So how many more witnesses

22   through tomorrow?

23          MS. ARGENTIERI:  I was just going to count that,

24   Judge.  Math isn't my strong suit.  Hold on one second.

25          I believe we have nine witnesses left, but a lot of

1   them are not that long.  I obviously can't anticipate Mr.

2   Ricco's cross, but I would think we'd be able to get through

3   most, if not all of it, of the Government's case tomorrow.

4            THE COURT:  Okay.  Now I have -- I'm scheduled to

5   perform a wedding at of one of my former law clerks in the

6   building -- I mean, I don't have to travel to get there -- at

7   4:15.  Now I don't have to break for the day at that time.  If

8   need be, I can come back.

9            MS. ARGENTIERI:  That seems not that much fun for

10  you, but, okay.

11           THE COURT:  You know.

12           MS. ARGENTIERI:  Yeah.

13           THE COURT:  I'm just letting you know.

14           MS. ARGENTIERI:  Okay.

15           THE COURT:  And, well, this last witness I thought

16  could have been disposed of in two minutes.  What did the

17  record show?  That he bought, you know, Plan B on December

18  whatever it is for $44.  Which is a ripoff.  I only know this

19  because I had that case.

20           MS. ARGENTIERI:  Okay.  Okay.

21           THE COURT:  I've always been annoyed at how much they

22  charge for something that didn't require any research or

23  development.  That's a separate --

24           MS. ARGENTIERI:  So tell us about that.

25           THE COURT:  No.  I ordered them to make it available

1    without a prescription to everyone.

2            Paula, a couple of -- a day or two ago, I don't

3    remember, Paula told me I met a juror who said something that I

4    didn't think as consequential and I said, we'll until the end

5    of the day and you'll put it on the record, but I forgot about

6    it.

7            THE CLERK:  I didn't.  You left the bench.

8            THE COURT:  Okay.

9            THE CLERK:  Juror No. 5 pulled me off to the side

10   outside of the presence of the other jurors and said that

11   during jury selection he had mentioned to the magistrate that

12   he actually sat as a juror on a trial that involved a Dominican

13   drug trafficking type case somewhere around the neighborhood

14   where the address was testified to and he wanted to bring that

15   to my attention.

16           I said thank you.  I will bring it to the Court's

17   attention, and he's not to discuss it with the other jurors,

18   and he was satisfied with that.

19           MS. ARGENTIERI:  I'm sorry.  It's late and I'm tired,

20   but sometime around the address where?  Of the MDC?

21           THE CLERK:  No.  Where Maria testified that she was

22   supposed to either pick up or -- I wasn't here for all of her

23   testimony.

24           MR. RICCO:  Yes.  She gave two places in Washington

25   Heights.

536

1        THE CLERK:  She testified to an address.

2        MS. ARGENTIERI:  Oh, okay.

3        THE CLERK:  And he said that was the neighborhood.

4        THE COURT:  Well, he said he also said -- disclosed

5   it to the magistrate during the jury selection.

6        THE CLERK:  Yes.

7        THE COURT:  I don't know.  If you want me to do

8   something about it, tell me.

9        MS. ARGENTIERI:  I think the instruction -- for the

10  Government, the instruction, you know, not to talk about it

11  with anyone else seems appropriate.  We're not asking for

12  anything at this time.

13        MR. RICCO:  Judge, I'm not asking for anything

14  further at this time.

15        THE COURT:  Okay.

16        MR. RICCO:  I'm not.

17        THE COURT:  So I'll see you tomorrow at 10 o'clock.

18        MS. ARGENTIERI:  Okay.

19        THE COURT:  All right.

20        MR. RICCO:  All right.  Thank you, Judge.  Have a

21  good night.

22        THE CLERK:  Have a good evening, all.

23        (Proceeding adjourned at 5:38 p.m.)

537

1

2          I, LINDA FERRARA, Certified Electronic Transcriber,

3   certify that the foregoing is a correct transcript from the

4   official electronic sound recording of the proceedings in the

5   above-entitled matter.

6

7          *Linda Ferrara*

8   _____          January  11, 2018

9     Linda Ferrara, CET-656

10

11

12       I, CHRISTINE FIORE, Certified Electronic Court Reporter

13  and Transcriber, certify that the foregoing is a correct

14  transcript from the official electronic sound recording of the

15  proceedings in the above-entitled matter.

16

17          *Christine Fiore*

18  _____          January  11, 2018

19    Christine Fiore, CERT-410

20

538

```
 1                               INDEX

 2

 3   WITNESSES FOR THE

 4   GOVERNMENT:           Direct    Cross    Redirect   Recross

 5   "Maria"                         364

 6   Melva Vasquez          435      456

 7   Isabel Luna            461      468

 8   Tomas Rodriguez        469      494      514       517

 9   (Further)                                521       522

10   Derek Davis            522      532

11

12

13   Government's Exhibit Received in Evidence:

14   Government Exhibit No. 214  . . . . . . . . . . . . . . . . 524

15   Government Exhibit No. 218  . . . . . . . . . . . . . . . . 463

16

17

18

19

20

21

22

23

24
```

# Keyword Index

## $

**$1,000** [1] 393:16
**$20** [3] 433:1,15 434:2
**$25** [1] 441:13
**$300,000** [4] 392:16,21 400:8 430:8
**$44** [1] 534:18
**$5** [1] 530:21
**$5,000** [1] 393:13
**$74.78** [1] 468:7
**$8,000** [6] 393:1,7,9,13,15, 22
**$8000** [1] 392:25

## 0

**015786098** [1] 464:24
**098** [1] 465:10

## 1

**1:45** [3] 428:8,9,14
**1:52** [1] 428:17
**10** [3] 533:9,14 536:17
**10:16** [1] 342:1
**104** [1] 364:26
**104a** [2] 451:21 452:13
**104b** [3] 452:8,14,23
**104c** [1] 452:25
**104-c** [1] 364:26
**104d** [1] 453:22
**104e** [1] 453:19
**10579** [1] 530:3
**10-year** [2] 456:22 457:6
**11** [3] 452:21 537:8,18
**11:00** [2] 437:16 440:15
**11201** [3] 456:15 494:15 522:15
**112215** [1] 467:12
**11th** [2] 435:7,9
**12/14** [1] 468:4
**12:09** [1] 407:25
**12:19** [1] 407:25
**12:54** [1] 428:17
**13** [3] 373:18 452:12 468:13
**13th** [4] 469:5 529:24 532:3,19
**14** [2] 377:7 378:8

**14643** [1] 474:21
**15** [1] 387:25
**16** [1] 470:3
**17** [1] 342:2
**18** [1] 441:13
**19** [1] 466:5
**1969** [1] 464:16
**1980** [1] 470:17
**19th** [2] 466:7,25

## 2

**2** [5] 342:3 475:14,19 497:17 527:16
**20** [2] 436:3 481:23
**2001** [2] 470:3 471:4
**2005** [1] 392:5
**2006** [1] 392:5
**2007** [1] 435:12
**2008** [3] 426:17 427:6,8
**2009** [1] 424:13
**2010** [6] 424:13 463:20 465:15,19 526:19,23
**2011** [2] 436:4 471:12
**2015** [16] 437:1 444:1 466:5,5,7,8,25,25 468:13 469:5 471:12 474:23 475:7 529:24 532:3,15
**2016** [3] 454:25 478:10 523:9
**2018** [3] 392:5 537:8,18
**204** [1] 527:8
**20th** [1] 523:9
**214** [7] 523:18 524:7,10,14 527:8 532:14 538:14
**218** [6] 462:21 463:6,9,15 464:25 538:15
**22** [4] 414:14,14,15 463:20
**22nd** [3] 465:15 466:7,25
**27** [1] 466:5
**29th** [1] 465:19
**2a** [2] 438:8,11 475:17,25

## 3

**3** [5] 416:4 419:1 420:6,13 421:19
**3:48** [1] 483:25
**3:59** [1] 483:25
**3500** [10] 349:10 350:20

**351:**22,25 **357:**26 **359:**1,1 **361:**4 **362:**13,17
**3500-4** [1] 377:7
**3500-m-11** [1] 408:13
**3500-m-4** [1] 387:25
**35-m4** [1] 373:17
**35-m-4** [1] 378:7
**35tr1** [1] 497:16
**364** [1] 538:5
**3f** [1] 525:10
**3rd** [1] 464:16

## 4

**4** [2] 342:3 439:15
**4:00** [1] 437:16
**4:15** [1] 534:7
**400** [1] 522:17
**403** [1] 345:23
**412** [8] 343:18 347:1,3 353:17,22 354:4,10,11
**435** [1] 538:6
**44.99** [1] 530:13
**456** [1] 538:6
**461** [1] 538:7
**463** [1] 538:15
**468** [1] 538:7
**469** [1] 538:8
**48** [1] 409:3
**494** [1] 538:8

## 5

**5** [3] 440:18 468:2 535:9
**5:00** [1] 437:16
**5:30** [1] 425:23
**5:38** [1] 536:23
**5129** [1] 482:25
**514** [1] 538:8
**517** [1] 538:8
**521** [1] 538:9
**522** [2] 538:9,10
**524** [1] 538:14
**53** [2] 417:21 418:9
**532** [1] 538:10
**54th** [1] 525:10

## 6

**6** [3] 441:16 526:19,23
**6:00** [1] 437:16

**6423** [2] 468:11 530:5

## 7

**7102** [2] 414:14,16
**718-490-8719** [1] 526:11
**718-840-5000** [1] 483:5
**718-840-5129** [1] 483:2
**75** [1] 458:6

## 8

**8** [2] 414:13 442:8
**80** [1] 458:6

## 9

**9** [5] 416:11 419:1 420:6 426:3,3
**9(b** [1] 414:16
**90** [1] 458:6
**95252803820** [1] 527:11
**964** [1] 525:10

## "

**"ecuador"** [2] 407:13,15
**"fear"** [1] 370:2
**"torres"** [1] 403:14

## —

**—** [30] 393:17 394:6 395:15 398:18,18,19 399:8,19,25, 25 400:1,1,2,3,4,13 401:2, 19,22 402:6,17 404:1,10,10, 10,13,13 405:8,22 407:13

## A

**a.m** [2] 342:1 437:16
**abaratti** [1] 500:3
**ability** [2] 412:10 474:4
**able** [11] 345:13,25 350:17 352:15 353:12 370:3 395:21 405:5 437:10 532:1 534:2
**above** [2] 441:13 473:21
**above-entitled** [2] 537:5, 15
**absolutely** [2] 420:20 507:8
**abuse** [1] 343:25
**access** [2] 490:16,21
**according** [2] 357:25 362:

# Keyword Index

12

**account** [37] 403:22 404: 25 405:13,17 408:18 409:5, 25 416:5,12 417:25 419:3 420:16 424:9,10,25 426:12 462:11 463:16,16 464:21, 23,23 465:4,5,10,11,13 466: 9,15,20 468:23 525:13 528: 19 530:6,7 532:2,2

**accountable** [1] 504:12

**accounts** [1] 462:12

**accurate** [4] 354:11 404: 16 410:12,18

**accused** [1] 354:7

**accustomed** [1] 450:1

**ach** [2] 466:15,18

**across** [1] 446:24

**act** [15] 346:1,2,18 348:15, 16 353:19 354:13,19 355:5, 6,9 356:25 359:20 491:3 514:14

**acting** [2] 448:12 490:6

**action** [3] 509:6,9 511:7

**activities** [3] 422:23 515: 16,21

**activity** [1] 357:24

**acts** [9] 346:11 357:17,23 358:11,15 359:5 504:4,8 505:23

**actual** [2] 467:16 468:12

**actually** [9] 343:8,17 344: 11 351:17,24 438:2 446:14, 18 535:12

**ad** [3] 524:25 529:12,13

**address** [9] 352:5,9 464: 10,17 525:7,13 535:14,20 536:1

**addressed** [1] 494:24

**adjourned** [1] 536:23

**admission** [1] 420:24

**admit** [4] 351:1 411:12 463: 6 524:7

**admitted** [8] 463:8,11 492: 1,3,6,9 502:3 524:9

**advanced** [1] 346:6

**advice** [5] 350:10,14,18,18 360:15

**advised** [3] 342:16 346:2 433:14

**affectionate** [2] 494:6,7

**affidavit** [3] 411:10 429:7, 9

**afraid** [6] 349:5 423:11,17 511:10 521:14,22

**african** [1] 354:23

**afternoon** [11] 428:23,24 456:14,15 461:20 468:17 483:22 494:14,15 531:22, 23

**age** [1] 352:18

**agent** [5] 345:25 373:19 455:4,7 489:21

**agents** [10] 373:16 374:6, 12 381:25 386:5,19 387:25 388:1,4,10

**ago** [4] 390:18 420:23 433: 7 535:2

**agree** [7] 375:1,7 376:10, 15 390:16 475:21 516:15

**agreed** [3] 344:15 384:19 433:19

**ahead** [8] 349:23 351:8,10, 14,15 423:9 425:10 437:23

**air** [1] 491:16

**allegations** [5] 399:3,19 410:9 411:17,20

**allege** [1] 399:15

**allow** [4] 390:10 408:24 410:13 500:8

**allowed** [5] 417:5 446:11 475:8 504:5 505:2

**allows** [1] 397:15

**almost** [4] 396:16 445:2

**alone** [1] 350:15

**already** [9] 346:16 373:10 384:24 403:9 433:17 439:3 447:20 461:9 472:25

**although** [4] 409:6,24 419: 10 533:9

**ambit** [1] 382:6

**american** [1] 354:23

**amnesty** [1] 385:6

**among** [1] 523:5

**amongst** [5] 347:11 361:6

**369:11 388:20 505:20

**amount** [4] 434:4 467:6,7 468:6

**analyst** [2] 522:23 523:7

**andres** [1] 456:20

**anger** [1] 388:11

**angry** [4] 349:5 386:24 448: 25 456:4

**annoyed** [1] 534:21

**another** [24] 345:11 348: 15,21 350:5 353:19 359:20 372:4 380:9 381:23 382:18 412:19 423:7 430:12 432: 23 445:19 459:8 467:11 486:6 487:15 526:1,5 530: 25 532:24,25

**answer** [22] 349:19 357:12 368:5 374:17 377:21 380: 15 393:4,6,6 399:7 401:16, 17 403:13 410:7 416:9 420: 9,10 422:9 423:4 431:13 479:22 481:14

**answered** [14] 377:18 381: 17 387:15 390:15 399:5,6 401:14,14 415:15 417:12, 13 420:14 455:23 479:21

**answers** [5] 404:20,21 412:8 427:22 428:2

**answer's** [2] 393:4 395:9

**anthony** [1] 342:9

**anticipate** [1] 534:1

**anybody** [11] 343:20 373: 24 398:5,13,19 399:2 400:7 407:21 432:15 499:1 511: 21

**anyway** [1] 379:15

**apartment** [1] 525:10

**apologize** [1] 417:24

**app** [1] 464:6

**apparently** [3] 348:21 443: 20 444:9

**appear** [1] 499:22

**appearance** [1] 491:18

**appears** [1] 483:3

**applicant** [1] 417:3

**application** [50] 397:20 399:16 402:25 403:15,21

**404:6,9,11,12,19 408:20 409:9,17,18,19 410:4,8 411: 19,20 412:1,12,18 414:19 415:9 417:9,10 418:25 421: 18 422:22 423:1,20 424:7, 11,24 425:9 426:20,22 427: 7 429:6,17 430:17,19 431: 16 432:17,19 463:16,18,21, 25 464:3

**applications** [5] 397:19 423:2,3 425:4 462:12

**applied** [2] 519:5,24

**applies** [1] 417:8

**apply** [1] 362:6

**approach** [10] 342:13,25 378:7,9 407:2 438:7 462: 19 475:13 519:12 523:16

**approached** [1] 498:20

**approaching** [1] 497:16

**appropriate** [3] 380:15,17 536:11

**approved** [1] 460:23

**approximately** [4] 436: 23 452:10 470:3 481:23

**april** [1] 465:15

**area** [22] 342:17 350:7,7 357:22 451:24 453:11 454: 1,3,4 475:11 476:12,13 477: 10,25 505:1,5,10,12,16,17, 24 506:2

**areas** [8] 347:9 353:4,8 388:21,22 476:15,16 504: 14

**aren't** [3] 382:8 394:14 520: 18

**argue** [2] 342:19,19

**arguing** [2] 362:22 455:22

**argument** [1] 359:11

**arguments** [1] 346:5

**around** [13] 354:8 361:10, 12,13 363:6 476:9 477:2,21 480:17 509:20 510:5 535: 13,20

**arranda** [1] 456:20

**arrest** [1] 394:22

**arrested** [4] 431:18,23,25 436:5

# Keyword Index

**arrival** [1] **416**:14
**arrived** [1] **389**:13
**article** [1] **480**:19
**ash** [1] **395**:9
**aside** [1] **476**:6
**asks** [2] **356**:11 **427**:11
**assigned** [4] **441**:1 **471**:9 **491**:7 **529**:2
**associate** [1] **342**:10
**associated** [7] **464**:10,13, 17 **466**:19 **525**:7,13 **527**:14
**assume** [1] **498**:2
**asylum** [1] **397**:13 **403**:15, 20 **404**:6 **408**:14 **409**:9 **417**:6 **421**:17 **429**:1,2 **432**:16
**atm** [1] **467**:9
**attached** [1] **416**:7
**attempted** [1] **343**:10
**attention** [16] **403**:12 **436**:4 **468**:2 **475**:7 **478**:10 **480**:3 **496**:7,16 **498**:5 **506**:19 **516**:4,12 **528**:3 **529**:22 **535**:15,17
**attorney** [5] **399**:8,9 **433**:3, 6,17
**attorney's** [2] **365**:16,24
**attorneys** [1] **352**:19
**attorney's** [3] **456**:14 **494**:14 **522**:14
**attractive** [2] **371**:3 **372**:5
**audience** [1] **533**:19
**aunts** [1] **398**:9
**author** [1] **467**:22
**authorized** [4] **446**:8 **467**:4,23 **468**:3
**authorizing** [1] **465**:13
**available** [3] **412**:2 **529**:16 **534**:25
**avoid** [4] **361**:14,15,16 **410**:6
**awaiting** [1] **437**:7
**aware** [20] **357**:16 **365**:23 **376**:22 **377**:2,5,9 **380**:8 **382**:18,25 **386**:13 **388**:17 **389**:17,20 **401**:4 **422**:22 **473**:19,20 **486**:5 **499**:25 **504**:10

**away** [9] **342**:12 **344**:21 **360**:23 **362**:9 **363**:2 **444**:18 **451**:12 **479**:18 **518**:23

---

# B

**back** [52] **343**:13 **352**:3 **364**:18 **365**:9,13 **366**:6,19 **369**:21 **377**:23 **384**:9 **396**:21,22 **407**:5 **409**:16,24 **416**:25 **417**:2 **418**:24,25 **421**:11,14 **422**:17 **423**:10,17,19 **424**:14,15,20 **427**:25 **428**:12 **429**:25 **430**:3,15 **445**:6 **446**:23 **450**:10 **456**:17 **460**:6 **465**:12,23 **478**:25 **480**:10 **485**:7 **489**:3 **491**:12 **514**:12, 15 **520**:10 **531**:4 **533**:12,14 **534**:8
**bad** [2] **349**:5 **513**:9
**bag** [1] **356**:13
**bank** [15] **461**:25 **462**:1,12, 12 **463**:16 **465**:12 **466**:3,9, 19 **467**:5,22,23 **468**:2 **469**:2, 5
**banking** [2] **462**:6,7
**bar** [1] **428**:15
**base** [1] **519**:7
**based** [6] **422**:9 **427**:22 **430**:24 **459**:11 **490**:23 **491**:17
**basement** [1] **359**:21
**basically** [4] **420**:7 **421**:1 **437**:18 **522**:25
**basis** [11] **383**:8 **411**:11 **414**:1 **415**:19 **416**:1,13 **417**:4 **420**:24 **425**:1 **426**:13 **456**:23
**bastard** [7] **374**:24 **375**:3,8 **376**:18 **395**:13,22 **514**:17
**bates** [1] **387**:25
**bathe** [1] **391**:1
**bathroom** [8] **361**:18,21 **362**:4 **363**:4 **389**:1,12 **451**:18 **453**:23
**bathrooms** [4] **361**:25 **389**:7,7 **518**:24
**batts** [1] **457**:11

**bear** [2] **365**:5 **370**:9
**became** [2] **376**:22 **377**:9
**become** [3] **345**:24 **377**:2, 5
**bed** [12] **445**:16 **447**:14,15, 18 **448**:10,13 **449**:2,9 **452**:11,16,17,20
**beds** [6] **365**:4 **451**:24 **452**:3,5,6,9
**began** [1] **409**:7 **419**:11
**beginning** [2] **375**:19 **443**:24
**behalf** [3] **422**:23 **433**:2,8
**behavior** [1] **512**:8
**behind** [1] **342**:23
**believe** [8] **395**:12,20 **407**:13 **480**:8 **485**:17 **491**:18 **499**:11 **533**:25
**believed** [2] **396**:3 **430**:24
**believes** [1] **343**:17
**belong** [1] **451**:2
**belonging** [1] **466**:10
**bench** [1] **535**:7
**benefit** [1] **519**:20
**best** [2] **423**:1 **437**:25
**better** [2] **396**:7,8
**between** [8] **348**:16 **459**:14 **475**:3 **489**:11 **492**:4,7 **493**:21 **517**:9
**beyond** [1] **448**:3
**big** [3] **350**:1 **450**:21 **459**:19
**birth** [2] **464**:13,15
**bit** [8] **409**:2 **449**:8 **453**:1 **458**:5 **525**:18 **528**:7 **530**:19 **531**:10
**black** [2] **352**:21 **403**:11
**blah** [3] **409**:5,5,5
**bled** [1] **448**:1
**blouse** [1] **390**:25
**bondage** [1] **415**:14
**bop** [8] **353**:4 **474**:16 **482**:13 **487**:15,16 **507**:9 **508**:3 **514**:6
**born** [1] **435**:3
**borough** [1] **470**:18
**boss** [1] **517**:23
**boss's** [1] **491**:3

**both** [6] **399**:12,15 **418**:25 **444**:9 **474**:11 **504**:2
**bother** [1] **348**:14
**bottom** [2] **465**:16 **468**:23
**bought** [3] **527**:20,22 **534**:17
**bout** [1] **402**:8
**box** [3] **420**:6,6 **426**:5
**boxes** [1] **416**:3
**boyfriend** [3] **405**:19 **424**:12 **425**:5
**break** [6] **375**:21 **405**:24 **407**:4 **483**:22,23 **534**:7
**bridge** [1] **505**:12
**briefly** [2] **460**:21 **521**:5
**bring** [20] **346**:15 **348**:2,9 **350**:17 **355**:21 **356**:2 **357**:9 **361**:24 **363**:20 **390**:5 **405**:4 **421**:6 **428**:3 **433**:1,12 **485**:22 **486**:1,3 **535**:14,16
**bringing** [5] **345**:19 **354**:12 **379**:8,10 **486**:6
**brooklyn** [13] **436**:19 **456**:15 **464**:10 **468**:11 **469**:24 **470**:19 **471**:2 **494**:3,15 **522**:15 **525**:11,12 **530**:5
**brother** [1] **403**:8
**brought** [15] **346**:10,12,16 **355**:21 **360**:16 **362**:7 **390**:11 **391**:8 **444**:20 **445**:9 **450**:12,14,16 **477**:25 **505**:6
**bucks** [3] **393**:14,15,16
**build** [1] **524**:21
**building** [7] **362**:9 **475**:2 **482**:12 **488**:8 **493**:11 **515**:23 **534**:6
**buildup** [1] **350**:1
**bunch** [3] **376**:8 **523**:1 **528**:4
**bunk** [1] **452**:18
**bureau** [15] **342**:23 **470**:2, 22 **471**:18 **474**:2 **480**:16 **481**:20 **494**:19 **495**:5 **499**:25 **500**:22 **503**:15 **512**:18 **513**:25 **517**:24
**burgundy** [1] **480**:20
**burned** [4] **400**:2,3,3,5

# Keyword Index

**burning** [2] 420:8 430:25
**business** [14] 392:22,25 393:20,20 403:2,17,23 462:5,7,9,15 463:4 523:10 524:5
**busy** [1] 516:6
**buttocks** [1] 350:6
**button** [2] 504:18,21
**buy** [1] 528:21

## C

**c.o** [1] 391:23
**c.o.s** [1] 391:10
**cadres** [1] 475:5
**call** [98] 344:1 350:22 365:26 366:1 386:25 387:1,3,7 388:1,2,7,12,12 390:22 434:12 436:19 455:18 472:7,10,17,21 473:10,11,15,17 474:13,14 478:18 479:3,6 480:11,23 481:24 482:22 483:3,6,8,10 484:8,21 485:4,6,8,11,17,19,20 486:14,17,22 487:3,18,24 488:16 489:5 492:3,6,9,19,23 493:1,9,21 495:16 496:1,4,7,8 498:25 499:1,11 501:3,22,23,24 502:1,2 507:9,12,15,16,18,25 511:3 513:4,12,16 514:3 516:17 517:9,12,17,20,21 518:2,4,4 521:17
**called** [24] 365:14 375:23 376:17 386:25 432:12 433:8 434:17 444:22 477:5 478:18,20 483:7,14,14 484:9,11,16,23 485:1 487:6 494:2,7 514:16 521:22
**caller** [1] 507:11
**calling** [1] 353:4
**calls** [29] 434:13,15 461:16 469:16 471:23,25 472:1,2,3,11,13,13 473:5,20,21,23,25 474:5,11 478:11,15,16 490:17 491:24 492:15 509:24 510:25 517:24 522:10
**came** [42] 342:9 361:19,19,21,22 365:4 392:10 394:2

396:17 398:23 405:19 409:15,23,24 410:2 411:7,9,24,25 416:24 417:17 419:21,24 424:12 425:4 427:6 433:15 436:2 446:6,14,24 450:19,21 451:13 455:10 459:24 460:25 467:22 476:11 493:13 498:16 514:12
**camera** [6] 350:8 389:5,6,9,11 449:13
**cameras** [44] 346:11,19 347:8,15,16,19,23 348:11,12 350:12,20 352:23 353:2,6,8 357:14,15,22,25 358:12,18 359:6,10,16,17 360:7,20,22,23,26 361:8,13,14,15,16,24,25 362:4,6,10 388:18,22,23 444:9
**can't** [2] 379:22 384:14
**capture** [1] 473:13
**card** [26] 465:2,9,10,23 466:18,19 468:24 469:1 524:18,19,24 525:24 526:17,21 527:11,12,21,22,25 528:21 529:9,10,11,14,19 530:18
**cardboard** [1] 459:25
**care** [2] 375:4 392:25
**career** [2] 512:3,3
**careful** [5] 373:22,23 398:18,18 501:7
**carefully** [1] 396:18
**carlito** [3] 493:24 494:2 495:2
**carlos** [19] 342:2,9,11 354:6 464:9 466:10 469:4 480:2,7,9,14 484:25 487:17 488:2,22 498:17 525:6 527:14 530:7
**carmen** [4] 439:12 442:10,12,14
**case** [21] 342:20,21 343:8 345:25 348:1,3 351:4 353:15 355:23 357:7 358:10 396:6 408:22 417:8 436:6,16,16,16 534:3,19 535:13
**cash** [1] 531:4
**cat** [1] 356:13

**catch** [1] 480:3
**caught** [4] 361:10 382:15 498:21 507:18
**cause** [4] 366:21 456:8 494:8 509:11
**caused** [2] 403:2,16
**cell** [8] 353:13 444:21 445:14,19 483:11,15 484:11,13
**cell-mate** [1] 343:9
**cert-410** [1] 537:19
**certain** [9] 344:13 346:12 462:8 479:2 523:11 524:23,23 525:1 532:15
**certainly** [4] 347:2 358:10 420:23 422:5
**certified** [2] 537:2,12
**certify** [2] 537:3,13
**cet-656** [1] 537:9
**chance** [1] 352:14
**change** [5] 459:7 460:21,24 513:16,17
**changes** [2] 412:12,13
**characterization** [1] 390:12
**charge** [10] 344:11,25 345:3,4 407:7 442:22,25 443:7 461:3 534:22
**charged** [12] 343:7,25 344:2,3,7,8,9,11 345:2,4,9 456:17
**charges** [4] 344:14,16,25 345:14
**check** [4] 375:12 396:20 449:13 460:24
**checked** [4] 396:18 416:4 426:5 444:9
**checking** [2] 464:22 465:4
**chosen** [1] 351:2
**christine** [4] 455:3,7 537:12,19
**circled** [1] 419:2
**circumstances** [2] 357:14 416:13
**city** [1] 392:8
**cja** [1] 471:1
**claim** [7] 403:15 416:7,13 425:1 426:13 433:9,11

**clarify** [2] 374:16 484:13
**clarity** [1] 429:2
**clean** [5] 356:10 442:14 476:16 486:3,7
**cleaned** [5] 439:9 442:6 475:10,10 489:2
**cleaning** [13] 343:11,12 375:20 435:20 437:12,13 439:8 459:5 475:9 476:15,19 477:24 478:3
**clear** [6] 344:13 369:4 377:25 411:9 415:17 461:5
**cleared** [1] 363:1
**clearly** [2] 348:20 349:9
**clerk** [22] 342:2 363:21,24,26 364:3 384:24 385:5 405:25 407:8 428:4,8,19 438:9 440:2 532:25 535:7,9,21 536:1,3,6,22
**clerks** [1] 534:5
**client** [1] 399:9
**close** [2] 373:15 403:12
**closely** [1] 509:17
**closest** [1] 437:20
**closeup** [1] 453:19
**close-up** [1] 389:9
**clothing** [1] 480:19
**co** [3] 380:9 381:23 386:6
**code** [6] 414:18 472:9 528:25 529:1,2 531:9
**codes** [2] 531:9,10
**coercion** [1] 415:13
**cogan** [1] 351:1
**cogan's** [1] 348:8
**colleague** [1] 407:14
**college** [2] 470:21 498:2
**colloquy** [1] 428:13
**cologne** [1] 390:25
**colored** [1] 480:20
**column** [4] 467:2 528:8 529:5 531:12
**columns** [1] 528:4
**come** [39] 342:4 364:9 366:2,7 373:14 374:2 381:19 382:6 384:9 392:7,9,23 407:5 408:2 412:17 420:21,25 421:1 426:9,15 427:4

# Keyword Index

**428**:12 **430**:6 **435**:13 **446**:
16 **449**:2 **456**:3 **471**:23,25
**473**:22 **476**:9,11 **510**:5 **514**:
24 **520**:10 **533**:12,14,17
**534**:8

**comes** [6] **345**:19 **366**:6
**412**:16,16 **418**:21,25

**comfortable** [1] **470**:13

**coming** [5] **380**:14 **396**:22
**418**:17,21 **449**:14

**command** [1] **505**:18

**commenced** [1] **342**:1

**committed** [7] **345**:20 **398**:
25 **471**:18 **481**:11,16

**common** [2] **379**:21 **454**:1

**commonwealth** [1] **420**:
15

**company** [2] **523**:3,3

**complaining** [1] **373**:14

**complains** [1] **520**:6

**complaints** [1] **369**:12

**complicated** [1] **402**:22

**complied** [1] **413**:3

**complies** [2] **391**:22 **427**:
13

**compounded** [1] **513**:10

**compromised** [1] **357**:8

**compromising** [1] **513**:
13

**computer** [3] **396**:7,8 **471**:
24

**concern** [8] **352**:4,10 **357**:
6,7 **359**:22 **513**:17,25 **519**:
11

**concerned** [6] **369**:21,22
**382**:14 **487**:5,14 **513**:4

**concerning** [1] **398**:24

**concerns** [2] **380**:21,22

**concludes** [3] **363**:13 **385**:
8 **428**:15

**conclusion** [1] **498**:16

**condom** [1] **448**:7

**conduct** [7] **347**:8 **370**:7,8
**412**:12,12 **477**:21 **500**:24

**conducting** [1] **405**:11

**confidential** [1] **405**:8

**confronted** [1] **413**:4

**confused** [1] **410**:21

**confusing** [2] **372**:17,20

**confusion** [1] **345**:24

**conjunction** [1] **525**:24

**connection** [3] **397**:24
**423**:21 **430**:17

**consensual** [11] **344**:1,10
**348**:10,16 **350**:23 **353**:3
**354**:20 **356**:21,21,23 **357**:2

**consent** [5] **344**:11,14,22
**345**:1,1

**consequential** [1] **535**:4

**conservation** [2] **493**:12,
13

**consistent** [3] **351**:2 **410**:
19 **411**:10

**conspiracy** [1] **436**:10

**constantly** [1] **510**:5

**constitution** [1] **384**:18

**consulted** [2] **366**:24 **368**:
1

**contact** [17] **346**:14 **360**:
17 **365**:16 **395**:3 **396**:3 **476**:
7 **495**:12 **496**:18,25 **508**:14,
16,19 **512**:15,24,25 **513**:5
**520**:1

**contain** [1] **524**:1

**container** [1] **450**:21

**contents** [1] **398**:12

**context** [2] **349**:19 **374**:11

**continue** [7] **352**:5 **377**:10
**423**:19 **466**:22 **491**:24 **492**:
15 **521**:16

**continued** [11] **364**:13
**386**:2 **409**:7 **416**:24 **419**:11
**422**:19,20 **428**:20 **484**:3
**491**:3 **502**:24

**contraband** [1] **505**:6

**control** [3] **379**:22 **419**:12
**481**:5

**conversation** [17] **360**:22
**371**:6 **372**:1,11,11,22 **373**:1,
6 **386**:15,24 **449**:10 **486**:5
**490**:23 **491**:17,25 **495**:8,23

**conversations** [1] **369**:
17

**cook** [1] **436**:1

**copy** [1] **422**:17

**correction** [6] **376**:25 **379**:
7 **381**:3 **492**:2,5 **500**:22

**correctional** [1] **377**:3

**corrections** [6] **376**:23
**471**:6,15 **474**:9,10 **504**:17

**correspondence** [1] **471**:
24

**corrupt** [1] **431**:7

**cos** [3] **373**:12,21 **374**:8

**cost** [2] **529**:20,21

**costs** [1] **393**:14

**couldn't** [5] **441**:5 **446**:14
**483**:19 **490**:9 **491**:14

**counsel** [6] **342**:11 **407**:9,
9 **416**:20 **513**:7 **515**:18

**counselor** [6] **395**:24 **405**:
15 **426**:2 **443**:1 **451**:6 **461**:
4

**counselor's** [2] **488**:11,
12

**count** [4] **449**:7 **450**:6 **530**:
11 **533**:23

**counter** [4] **530**:11 **531**:8,
17,18

**country** [6] **397**:13 **398**:25
**409**:23 **412**:3 **417**:5 **424**:8

**counts** [1] **477**:22

**county** [1] **470**:19

**couple** [8] **364**:18 **392**:2
**428**:25 **456**:16 **468**:21 **494**:
16 **511**:24 **535**:2

**course** [15] **360**:26 **369**:24
**407**:3 **432**:7 **446**:17 **458**:14
**462**:8,14 **463**:3 **514**:21 **516**:
11 **520**:20,21 **523**:10 **524**:4

**courtroom** [8] **342**:24 **352**:
3 **363**:1,25 **391**:3 **406**:1
**433**:25 **480**:17

**court's** [1] **535**:16

**covers** [1] **418**:25

**coworkers** [1] **376**:6

**cr-281** [1] **342**:3

**crazy** [3] **393**:3,4,17

**create** [1] **353**:11

**creates** [1] **520**:21

**creating** [2] **519**:12,14

**credit** [9] **366**:13,25 **368**:2
**369**:23 **511**:25 **512**:1,4,10,
16

**credits** [1] **466**:13

**crime** [1] **345**:20

**criminal** [4] **456**:8 **471**:1
**494**:8 **513**:2

**cross** [9] **357**:9 **384**:15,17
**428**:20 **468**:15 **494**:12 **531**:
20 **534**:2 **538**:4

**cross-examination** [5]
**364**:13 **386**:2 **422**:19,20
**456**:12

**cruz** [1] **369**:7

**crying** [4] **431**:21 **446**:24
**447**:4,4

**current** [2] **419**:6 **469**:25

**currently** [3] **342**:20 **343**:7
**409**:5

**custodian** [2] **462**:2,3

**custody** [4] **396**:14 **432**:22
**454**:22 **456**:17

**customer** [15] **465**:13,14
**523**:1,13 **524**:2,15 **525**:2,3,
5,7,14 **526**:8 **527**:10 **528**:19
**530**:6

**cut** [5] **343**:20 **384**:8 **479**:21
**490**:4 **502**:21

**cute** [1] **373**:7

## D

**danbury** [5] **368**:3 **369**:2,4,
5,16

**danger** [5] **397**:16 **405**:4
**511**:4,6,22

**dangerous** [5] **496**:18
**499**:22,23 **509**:15 **513**:20

**danilda** [7] **366**:24 **368**:1
**437**:24 **439**:22,23 **447**:19,
23

**dark** [1] **380**:12

**data** [1] **523**:2

**date** [27] **426**:19,23 **463**:17,
18 **464**:13,15 **465**:14,18
**467**:2,4,14,16,18,20,24 **468**:
12 **473**:15 **526**:16,17,20,24
**527**:2 **528**:8,9 **529**:23,25

# Keyword Index

531:1
**daughter** [1] 375:18
**davis** [5] 522:10,13,15,20 538:10
**d-a-v-i-s** [1] 522:19
**day** [27] 343:17 347:4 369: 18,24 370:5 381:25 386:7 391:8 421:13 436:15 441: 11 446:12,17,17,18 447:13 457:9 467:22 490:20 492: 19 495:23 496:4 513:10 521:14 534:7 535:2,5
**day."** [1] 370:10
**days** [3] 420:23 432:6 441: 11
**dayton** [1] 482:7
**dct** [1] 481:4
**de** [1] 369:7
**deal** [3] 358:5 364:9 414:13
**dealing** [8] 398:22 400:11 404:25 409:24,25 410:23 430:4,8
**deals** [2] 353:22,24
**death** [2] 409:21 500:4
**debit** [3] 466:18,19,22
**debits** [2] 466:17,18
**debt** [7] 398:22 400:8 402: 18 415:14 424:1,2 430:8
**decades** [1] 495:6
**december** [14] 436:24 445:25 446:7 466:5,7,25 468:13 469:5 474:23 529: 24 532:3,15,19 534:17
**deception** [1] 510:10
**decide** [2] 458:12 491:4
**decided** [1] 397:12
**decision** [4] 354:16 460: 22 491:2,2
**defendant** [6] 350:23 353: 14 381:22 456:6 480:21 482:6
**defendants** [1] 503:20
**defendant's** [3] 343:9 480:24 482:16
**defense** [2] 345:10 471:19
**defined** [1] 408:22
**defines** [2] 414:12 415:10

**definition** [6] 413:9,13,20, 23 414:6,7
**definitions** [1] 413:9
**delay** [1] 509:11
**delays** [1] 364:7
**deleted** [4] 394:24,24 472: 18 473:7
**deletes** [1] 472:16
**deliberations** [1] 533:13
**demotion** [1] 513:1
**denied** [1] 413:4
**denies** [1] 410:4
**denoted** [1] 531:14
**denotes** [1] 531:13
**denying** [1] 410:10
**depart** [1] 419:8
**department** [9] 470:24,25 471:1,17 477:13 480:15 518:1 520:1 523:1
**depend** [1] 441:13
**depending** [3] 437:17 458: 15 520:12
**depicted** [1] 475:18
**deportation** [2] 397:16 429:3
**deposits** [5] 466:12,14,15, 15,16
**depressed** [2] 431:22 432: 2
**derek** [4] 522:10,13,19 538: 10
**d-e-r-e-k** [1] 522:19
**describe** [7] 374:22 375: 24 376:2 380:13 383:11 391:11 527:18
**described** [9] 344:6 375:6 376:5,8 395:12,22 438:14 440:15 471:20
**describes** [1] 380:12
**description** [5] 467:8 468: 8 529:3,4 530:9
**desire** [1] 420:8
**desk** [2] 374:2,19
**detail** [6] 416:6 523:4,13 524:1 527:9,18
**details** [3] 342:24 392:18 473:11

**detained** [1] 419:9
**detainee** [1] 397:3
**detainees** [4] 358:22 369: 11 396:24 503:18
**detention** [1] 503:15
**determination** [3] 512:14 519:4,23
**development** [1] 534:23
**deyberto** [15] 398:16,20, 22 399:4 400:18 401:21 402:9,25 422:24 423:11,13 424:13 425:5 430:15,17
**deyi** [3] 400:3,4 402:17
**dialed** [1] 473:13
**didn't** [20] 366:1,4,7,11,12, 15,18,21 368:5 369:14,24 372:14 373:25 374:1 375:4 376:23 377:15,15,18 382:7
**difference** [2] 473:2 475:3
**different** [16] 364:20 372: 21 393:10,11 410:14 414: 25 433:5 435:17 437:5,6 471:5 481:3 486:19 505:25 506:1 520:13
**difficult** [3] 356:6 390:16 431:18
**dining** [1] 453:11
**direct** [20] 357:17 361:17 362:8 363:5,6 414:22 434: 22 461:18 466:15 468:2 469:19 484:3 498:5 499:14 515:9 516:20 522:14 528:3 529:22 538:4
**directed** [1] 420:5
**directing** [4] 426:22 436:4 475:7 478:10
**directly** [1] 365:16
**disciplinary** [5] 503:22,23 504:10 512:18,22
**discipline** [3] 443:7,9 515: 3
**disciplined** [1] 444:13
**disclosed** [1] 536:4
**discount** [8] 529:9,10,12, 13,14,15,19 530:18
**discounts** [6] 524:21,22, 23,25 525:25 529:16

**discuss** [14] 398:12 399:3, 19 400:7,10,16,22 401:9,19 434:4 450:5 456:4 503:11 535:17
**discussed** [10] 347:11 350:20 351:18 357:24 359: 7,21 360:16 369:12 396:24 397:3
**discussing** [5] 350:12 361:8 376:11,16 388:1
**discussion** [10] 343:1 360:19 361:6 363:13 379:1 385:8 389:1 407:1 408:1 428:15
**discussions** [1] 388:20
**disposed** [1] 534:16
**dispute** [2] 342:18 413:15
**disrespect** [1] 379:24
**distance** [1] 389:8
**distinguish** [1] 373:25
**distracted** [1] 516:8
**distraction** [1] 520:21
**distress** [1] 507:14
**district** [4] 342:21 414:13, 23,25
**disturbed** [2] 348:22 349: 1
**divorce** [1] 375:15
**divorced** [2] 375:15,19
**document** [22] 382:3 408: 25 410:14,19 411:12 412:9 413:24 414:4,24 415:9,17, 18,23 420:9,24 427:21 463: 15,24 497:6,12,21 531:5
**documents** [7] 409:3 416: 7 462:11,23 463:1,3 524:4
**doesn't** [2] 381:25 382:5
**dog** [1] 376:6
**doing** [15] 346:23 349:16 362:23 373:14 379:15 383: 19 387:21,21 391:17 443: 20 444:8 476:14 477:5 503: 1 520:18
**domingo** [2] 401:25 402:2
**dominican** [9] 372:10 416: 23 423:10 431:5 435:4 438: 22 440:9 442:19 535:12

# *Keyword Index*

**don't** [18] 368:5 372:9,18, 19,22 373:24 376:1,8 377: 10,10 379:2,20,23,23 380: 14,15 383:8 384:9
**done** [14] 344:19 359:6,8, 24 360:3 427:20 428:2 429: 1 437:17 444:11 490:7 502: 17 511:25 519:25
**door** [3] 373:23 491:13,14
**down** [22] 345:19 380:20 392:7,9 404:11 430:25 434: 19 460:25 461:14 469:13 476:9,11,14 477:25 479:24 485:22 486:1,3,6 522:7 532:21 533:18
**downstairs** [3] 359:20 361:4,5
**doyle** [1] 455:7
**draw** [3] 347:5,7 348:5
**dressed** [1] 515:25
**drew** [2] 496:7,16
**dropped** [1] 395:25
**drug** [52] 398:22 400:8,11, 17,22 401:9,20 402:8 403:2, 16,23 404:25 405:11,14,18 408:12 409:10,14,24,25 410:18,23 411:1,7,8,23 412: 3 413:22,24 414:4 415:25 416:6,8 417:8,12 418:1,4, 18 420:19 421:16,20 422:2, 9 423:15,21 424:1,10 430:4, 8 436:10 456:18 535:13
**drugs** [14] 392:14 401:2,5, 23 402:20 403:7 416:14 417:1 424:3,5 426:9 427:2, 15 436:9
**due** [1] 370:5
**duly** [1] 434:17
**duress** [1] 366:21
**during** [17] 361:17 362:25 365:2 424:7 437:2,10 441: 8 442:12 479:6 487:2 495: 8 500:20 508:3 523:10 527: 22 535:11 536:5
**duties** [3] 476:21 515:17, 22
**duty** [2] 443:8,10

---

# E

**each** [11] 377:25 391:11,11 404:19,20 411:16 412:7 473:10,11 529:2,2
**earlier** [2] 344:10 414:18
**earns** [1] 525:25
**easier** [1] 421:10
**easily** [1] 448:21
**east** [6] 475:2 488:8 493:11 515:16,21,23
**eastern** [1] 528:17
**easy** [1] 489:3
**eaten** [1] 515:25
**ecuador** [1] 407:19
**eight** [1] 432:6
**eighty** [1] 458:5
**either** [8] 407:18 412:2 420:23 460:8,15 467:9,9 535:22
**electronic** [5] 471:24 537: 2,4,12,14
**elevated** [2] 505:13,18
**eleven** [2] 436:22,22
**eleventh** [1] 435:6
**elicit** [8] 345:25 352:23 353:1,2,5 355:6 356:6 357: 1
**eligible** [1] 425:7
**eliminate** [1] 370:7
**elliott** [1] 455:3
**email** [3] 464:17 510:3 525: 13
**emotional** [2] 410:10 488: 18
**emotionally** [1] 431:16
**employed** [3] 461:24 470: 2 522:20
**employee** [2] 479:12 483: 9
**end** [9] 395:25 402:10 405: 16 443:24 454:23 512:14 520:7 532:19 535:4
**ending** [1] 465:10
**ends** [1] 418:5
**engage** [4] 347:8 403:23 411:23 505:23

---

**engaged** [4] 345:15 346: 18 357:16 422:24
**engages** [1] 512:8
**english** [13] 391:14,19 426: 11 438:25 440:11,20 441: 25 442:21 470:11 482:9 489:21 497:24 498:3
**enough** [2] 458:9 524:25
**enroll** [1] 525:23
**enrolled** [2] 526:21 527:3
**enrollment** [2] 526:20 527:2
**ensuring** [1] 512:22
**entered** [4] 403:21 412:2 419:1 424:8
**enters** [3] 363:25 428:18 484:1
**entire** [3] 512:3,3 522:4
**entirely** [2] 421:22,23
**entry** [11] 416:12 417:14 418:25 424:17,24 426:12, 14,19 427:12,16 529:23
**envelope** [1] 465:22
**environment** [2] 388:16 390:17
**episode** [1] 522:4
**erase** [1] 517:24
**escape** [1] 343:11
**escort** [1] 477:23
**esq** [2] 456:13 494:13
**esr** [2] 377:22,24
**essential** [1] 355:6
**established** [1] 411:11
**esteem** [2] 494:6,19
**etc** [6] 408:17,18 416:5,5 417:25 420:15
**eugenio** [2] 343:8 345:25
**even** [15] 353:7 370:9 374: 1 389:7 391:8 392:4 401:4, 23 431:18 483:17 491:14 512:8,9,25 513:2
**evening** [3] 522:16,17 536: 22
**event** [2] 370:6 495:20
**events** [2] 412:11,11
**eventually** [1] 445:12
**everybody** [5] 343:22 400:

---

3 449:8 474:6 476:23
**everyone** [7] 352:13 440: 17 447:20 451:19 452:18 482:10 535:1
**everything** [9] 373:9 402: 16 449:6 454:1 492:10 507: 24 515:24 517:21 531:12
**evidence** [18] 364:26 365: 5 411:13 415:19 416:7 420: 9 439:15 440:4,18 463:9 473:5 475:14 518:10,23 519:24 524:10 533:11 538: 13
**evolved** [1] 414:8
**exact** [4] 346:1 421:15 458: 5,6
**exactly** [7] 362:24 442:4 450:18 460:2,13 514:3 518: 8
**examination** [17] 357:11 361:17 428:20 434:22 460: 19 461:18 468:15 469:19 484:3 494:12 514:22 517: 15 521:6 522:1,14 531:20 532:12
**examined** [1] 434:17
**example** [6] 361:14,17 467:11 472:19 474:17 503: 9
**exceed** [1] 504:20
**except** [1] 441:11
**exception** [3] 397:15 409: 10 412:1
**excuse** [4] 357:5 384:7 424:9 433:23
**excused** [5] 461:15 469:8, 14 522:8 532:22
**exemption** [1] 429:3
**exercise** [2] 409:7 419:12
**exhibit** [32] 364:25 438:8, 11 439:15 440:18 441:16 442:8 451:21 452:23 462: 21 463:6,9,15 464:25 475: 14,17,19,25 523:18,20,24 524:1,7,10,14 527:7,16 531: 2 532:14 538:13,14,15
**exits** [3] 406:1 483:24 533:

# *Keyword Index*

15

**experience** [3] **488:**24 **504:**17 **511:**2

**experienced** [1] **502:**7

**expert** [1] **408:**23

**explain** [12] **343:**7 **391:**20 **416:**6,8,13 **418:**2 **419:**5 **422:**1 **441:**4 **482:**11 **500:**14 **513:**15

**explained** [2] **343:**16 **408:** 14

**explains** [1] **418:**4

**explanation** [1] **417:**7

**explanations** [2] **364:**6 **402:**14

**exposure** [1] **345:**8

**extended** [1] **529:**17

**extension** [1] **482:**24

**extortion** [1] **510:**14

**extremely** [1] **370:**3

---

## F

**face** [2] **375:**12 **397:**16

**facebook** [20] **375:**9,12 **376:**12,17 **394:**13,16,20,21, 21,22 **395:**3 **479:**17 **485:**13 **488:**2 **493:**14,18,20 **496:**25 **507:**10 **518:**5

**facility** [2] **449:**21 **503:**15

**facing** [2] **455:**22 **457:**6

**fact** [14] **345:**13 **346:**15 **347:** 8 **348:**22 **353:**9 **360:**1 **391:** 7 **431:**24 **486:**13,16 **494:**22 **517:**2 **521:**13,17

**factories** [1] **435:**17

**factory** [2] **435:**19,20

**facts** [1] **342:**20

**fair** [7] **349:**4 **381:**11,14 **460:** 7 **515:**7 **516:**2,8

**fairly** [1] **345:**13

**fairness** [1] **350:**16

**faith** [1] **519:**7

**fall** [1] **514:**1

**false** [5] **356:**19 **358:**25 **359:**2,3 **397:**24

**familiar** [3] **370:**14 **508:**4 **511:**25

**families** [3] **500:**20 **505:**3, 8

**family** [23] **366:**19,21 **369:** 22 **370:**9 **393:**8 **398:**5,13,15 **399:**3,21,25 **400:**1,5,7,10, 12,17 **402:**12 **405:**4 **423:**14 **430:**22 **432:**7 **444:**18

**family's** [1] **430:**25

**far** [7] **351:**17 **359:**23,25 **435:**5 **470:**20 **495:**7 **504:**20

**faster** [1] **364:**10

**father** [4] **370:**9 **431:**24,25 **432:**8

**fault** [2] **385:**1,3

**favor** [2] **478:**19 **479:**6

**favorable** [1] **457:**23

**fbi** [1] **455:**10

**fear** [4] **344:**8,12 **345:**2 **364:** 22

**february** [2] **436:**24 **478:** 10

**federal** [7] **401:**24 **403:**4 **436:**16,17 **437:**3 **461:**25 **462:**1

**feel** [1] **345:**22

**feeling** [1] **446:**21

**felicia** [1] **369:**9

**fellow** [5] **358:**21 **369:**11 **396:**24 **397:**3 **513:**13

**felt** [3] **370:**4 **386:**12 **516:**20

**female** [14] **375:**11 **376:**23, 24,25 **377:**3 **380:**11 **382:**24, 25 **386:**6 **396:**2 **437:**3 **474:** 24 **475:**8 **488:**25

**ferrara** [2] **537:**2,9

**few** [4] **427:**20 **442:**4,15 **449:**24

**fifth** [1] **465:**20

**figure** [7] **381:**2,6 **382:**5 **383:**2 **384:**2 **386:**20 **433:**15

**figured** [1] **382:**13

**file** [3] **350:**14 **397:**12 **429:**7

**filed** [11] **397:**15 **422:**22 **423:**2,3 **425:**3 **429:**3 **433:**1, 1,2,8,11

**filing** [1] **432:**23

**fill** [1] **408:**16

**filled** [3] **404:**11 **410:**8 **423:** 20

**filmed** [1] **389:**7

**final** [1] **532:**14

**finally** [2] **427:**23 **521:**19

**find** [16] **347:**22 **356:**6 **375:** 2,8,12,16,25 **379:**23 **405:**5 **414:**9 **480:**12,13 **500:**18,20 **502:**4 **518:**5

**fine** [8] **355:**2 **379:**15 **384:**5 **410:**7 **425:**21,24 **468:**19 **530:**21

**fingers** [1] **459:**19

**finish** [1] **533:**10

**finished** [2] **349:**21 **520:**11

**fiore** [2] **537:**12,19

**firearms** [2] **471:**19 **481:**4

**first** [43] **345:**14 **346:**4 **354:** 10 **388:**25 **391:**6,7 **396:**12, 16 **415:**7,8 **417:**4 **418:**9,13 **425:**4 **426:**15 **434:**5 **444:**19 **446:**6 **452:**21 **455:**1,9 **463:** 14 **467:**12 **480:**1,15 **486:**9, 12,20 **496:**11,12,16 **501:**18 **507:**15,16 **509:**2 **513:**12,17 **515:**19 **520:**8,8 **521:**12 **527:** 7 **529:**22

**five** [2] **402:**20 **476:**17

**floor** [7] **357:**15,18 **359:**20 **475:**1,2,10 **488:**8

**foil** [1] **460:**1

**follow** [1] **416:**10

**followed** [1] **512:**22

**following** [6] **370:**2 **374:** 21 **417:**21 **466:**2 **504:**12 **506:**19

**follows** [2] **419:**3 **434:**18

**follow-up** [2] **387:**19 **511:** 3

**force** [8] **344:**19,20,21 **396:** 13 **411:**21 **415:**13 **512:**9 **514:**5

**forced** [16] **353:**9 **355:**5,9 **380:**21 **403:**1,16,22 **409:**20 **410:**9 **412:**3,4 **416:**23 **417:** 2 **423:**13 **512:**5 **514:**13

**forcible** [6] **348:**21 **354:**13

**359:**12,14,14,15

**forcing** [5] **343:**14 **344:**7,8 **364:**22 **394:**11

**foregoing** [2] **537:**3,13

**forget** [4] **344:**24 **348:**11 **527:**24 **533:**13

**forgot** [1] **535:**5

**forgotten** [1] **428:**13

**form** [5] **404:**20 **408:**16 **410:** 16 **411:**3 **473:**23

**former** [2] **403:**1,15 **534:**5

**forms** [3] **416:**12 **425:**1 **426:**13

**fort** [1] **530:**5

**forth** [2] **416:**25 **421:**11

**forward** [1] **360:**21

**found** [4] **353:**15 **377:**1 **451:**2,13

**four** [4] **344:**18 **363:**6 **402:** 19 **462:**4

**fourth** [2] **465:**20 **497:**17

**fraud** [3] **409:**21 **415:**13 **510:**12

**free** [2] **410:**13 **419:**12

**freegate** [1] **470:**25

**friend** [26] **375:**11,11 **376:** 17 **394:**23 **395:**8 **396:**2 **447:** 1 **478:**18,20,20,22 **479:**7,10, 13,19,22,24 **492:**19 **493:**14, 18,19,21 **502:**3 **508:**1 **517:**9 **518:**5

**friendly** [1] **373:**15

**friends** [9] **393:**9 **394:**14, 16,20 **437:**22 **441:**20 **446:** 24 **456:**7 **505:**9

**front** [8] **342:**24 **351:**18,20 **370:**11 **389:**6 **407:**10 **409:** 16 **438:**18

**full** [2] **441:**18 **487:**21

**fully** [1] **516:**21

**fun** [1] **534:**9

**funny** [2] **386:**7,12

**further** [18] **434:**9,10 **456:** 11 **460:**17 **461:**11 **468:**14 **469:**12 **494:**11 **517:**14 **521:** 6,24 **522:**1 **531:**19 **532:**11, 11,20 **536:**14 **538:**9

# Keyword Index

## G

**galicia** [9] 371:3,7 372:2,5, 9,15 373:5,7 374:12

**gather** [3] 348:5,8 519:24

**gave** [15] 349:18 350:10,11, 14 377:21 390:7,22 391:2 398:19 414:25 423:14 427:23 429:19 511:3 535:24

**geier** [13] 487:20,22,24 489:20 491:22,25 492:12 493:2 499:6 516:18,25 517:5,7

**geier's** [2] 491:3 499:14

**general** [3] 481:15 493:12 527:19

**generally** [4] 420:19 503:14 511:25 528:4

**gentlemen** [3] 364:7 405:23 533:8

**gesturing** [1] 455:4

**gets** [3] 380:20 424:20 531:4

**getting** [16] 353:3 354:9, 14 363:3 365:2 369:21 375:16 384:7 393:20 410:21 417:20 444:6 460:23 504:18 513:22 517:18

**gift** [6] 390:13,18,21,24,24, 25

**gifts** [1] 390:5

**girl** [4] 376:6,8 392:8,10

**girlfriend** [1] 480:13

**give** [16] 364:6 377:20 389:17,20,22 391:16 392:24 393:7 395:13 402:14 428:2 443:9 472:19 483:1 495:25 513:18

**given** [4] 370:5 429:3 473:23 526:8

**giving** [2] 350:17 356:12

**got** [31] 344:19 360:15 365:5 369:16 373:8,18 393:12 396:15,16 397:2,9,9 398:9 400:5 411:23 424:13 425:5 431:18,23 433:17 439:3 446:23 447:18,20 450:10 458:13 471:17 479:17 488:

18 498:21 507:18

**gotten** [5] 375:15 400:3 431:25 432:5 457:16

**government** [60] 348:9 350:19 352:10 353:12 355:22 357:6,11,19 360:21 362:7 374:6 412:19 414:22 422:6 434:10,13,15 438:8,10,11 439:15 440:17,18 441:16 442:8 451:21 452:23 461:16 462:21 463:6,9,15 464:25 469:16 475:14,17,18,25 486:9,12,13,20 487:3,8 494:17 495:15,16,19 521:12 522:10 523:18 524:7,10,13 527:7 532:14 536:10 538:4, 14,15

**government's** [1] 364:25

**government's** [7] 358:10 455:4 461:17 469:18 522:13 534:3 538:13

**grabbing** [1] 350:6

**grade** [2] 435:7,9

**grant** [1] 385:6

**greatest** [1] 505:5

**groped** [1] 353:17

**grounds** [1] 500:6

**grow** [1] 470:5

**growing** [1] 470:7

**guaranteed** [1] 384:18

**guard** [8] 348:22,23 353:17 382:19 443:8,10,19 482:19

**guards** [8] 343:3 345:15 374:13 389:17,20 443:2,3 491:6

**guard's** [2] 453:18,20

**guess** [2] 348:10 394:23

**guilty** [2] 436:6,8

**guns** [1] 430:22

**guy** [3] 372:9 400:4 402:17

**guys** [2] 382:8 452:16

## H

**half** [2] 445:18 523:9

**hall** [1] 449:7

**hamilton** [1] 530:5

**hand** [4] 434:19 491:16 512:24 522:12

**handle** [4] 489:11,14,18,21

**happen** [8] 349:5 370:6 373:21 415:24 443:23 506:23,25 520:24

**happened** [45] 345:21 347:13 369:1,12 372:22 373:9,10,13 393:9 397:18 400:1 404:10 411:8 422:25 425:3 432:7,8 433:13 436:4 444:17 446:6,9,23,25 447:5,6,24,25 448:6,9,11,12,18 450:3,4,7 454:15 455:2 459:13 478:17 485:2 488:14 489:8 492:18 507:5 514:25

**happening** [2] 345:22 410:12

**happens** [8] 360:20 404:14 467:24 472:15 508:14 509:2 520:14 532:5

**happy** [4] 384:12 446:22

**harboring** [1] 415:11

**hard** [2] 417:21 445:22

**hardly** [2] 490:9 491:12

**harm** [2] 409:22 410:10

**harms** [1] 506:12

**hate** [2] 349:16 533:10

**he'd** [2] 368:9 375:20

**he's** [4] 375:25 376:1 381:11,21

**hear** [9] 349:18 375:5 402:10 407:14,16,18,19 451:6 458:24

**heard** [14] 391:13 407:14 480:7 484:8 487:18 493:1 495:24 496:1,4 504:17 507:18 512:4 513:12 518:5

**hearing** [3] 363:11 512:12, 14

**heartbeat** [1] 520:24

**heavy** [1] 409:19

**heights** [1] 535:25

**held** [6] 343:1 379:1 407:1 408:1 445:1 504:12

**help** [4] 377:12 497:6 498:

1 508:25

**helpful** [1] 424:16

**helps** [2] 364:10 497:12

**here's** [1] 374:4

**hide** [5] 382:11 518:10 521:8,16,21

**hiding** [2] 501:20 521:13

**high** [2] 483:18 514:8

**higher** [1] 481:25

**highest** [1] 494:19

**high-toned** [1] 354:22

**himself** [4] 448:7 497:24 503:6 513:13

**hispanic** [2] 374:1,18

**hmm** [1] 413:12

**hold** [8] 349:23 378:11,12 409:7 470:23 481:3 494:18 533:24

**holder** [1] 468:23

**holding** [1] 438:18

**hole** [4] 490:13,14 504:18, 23

**holiday** [1] 533:12

**home** [2] 417:2 423:17

**honest** [5] 408:22 457:19 491:18 516:21 533:2

**honestly** [1] 345:17

**honor** [27] 342:8,10 368:7 377:21 378:7 379:8 387:4 390:13 399:10 405:20 407:2,12,24 410:24 414:14,21 420:20 421:16,22 422:4 426:10,21 461:12 462:19 463:7 519:17 524:8

**hopefully** [1] 428:1

**hospital** [4] 482:21 520:2, 7,10

**hotlines** [1] 365:15

**hour** [6] 362:25 425:20,21, 24 445:18 490:20

**hours** [1] 437:15

**house** [1] 430:25

**housed** [5] 442:16 451:25 452:10 472:6 474:23

**housing** [3] 481:8 482:9, 11

**however** [1] 512:8

# Keyword Index

**human** [21] 397:16 408:19, 21 409:9 410:16,19,22,22, 25 411:1,4 414:7 415:10,11, 16 417:6,7 418:4,5 423:24 425:7

**hundred** [1] 478:14

**hundreds** [1] 510:25

**hurt** [2] 423:18 501:13

**husband** [4] 409:16 410:2 419:20,25

## I

**i'd** [1] 375:19

**i'll** [8] 368:7,10 371:5,16 376:14,14 384:11,11

**i'm** [15] 365:5 368:5 370:8 372:16 375:16 379:12,15, 19,20 382:9,9 383:19,19,23 385:1

**i've** [1] 384:24

**ice** [3] 453:16,17,19

**idea** [1] 515:14

**identification** [2] 462:20 523:17

**identified** [2] 402:25 509:3

**identify** [3] 352:11 357:6 480:19

**ignorant** [1] 513:14

**immediately** [3] 484:8 501:4 502:1

**immigrating** [1] 415:6

**immigration** [30] 350:11 364:19 366:8 393:12 396:11,13,25 397:9 404:7 405:6,7,7 408:9,22 412:12 414:6, 9,11,13,17 415:3,4 432:22, 24,25 433:4 454:11,12,22 503:11

**immigrations** [1] 397:4

**impeach** [7] 381:25 383:7 408:24 409:1 411:4,12 414:1

**impeached** [2] 415:21,22

**impeaching** [4] 412:14,23 413:1 420:21

**impeachment** [2] 380:16

413:7

**implied** [1] 421:12

**important** [3] 512:21 516:2,4

**impossible** [1] 509:22

**impotent** [1] 370:4

**impression** [6] 497:23 507:13 511:3,21 519:12,15

**inappropriate** [2] 512:15 517:3

**incarcerated** [3] 401:23 436:21 442:22

**incarceration** [1] 437:2

**incident** [7] 343:7,9,15,23 347:4,13 513:22

**incidents** [2] 343:17,24

**include** [5] 462:11 474:9 523:13 530:22,22

**includes** [4] 409:10 410:23 411:1 422:2

**including** [2] 353:4 521:17

**inconsistent** [17] 403:3, 17,23 404:25 405:21 408:25 410:4 411:13,14,15 413:25 415:23 417:23 419:14, 16 420:11 422:8

**incorrectly** [1] 486:21

**indebted** [1] 392:16

**index** [1] 538:1

**indicate** [3] 379:3 463:24 464:2

**indicated** [1] 382:14

**indicates** [1] 531:7

**indicating** [4] 365:21 452:22 480:21 491:16

**indicted** [1] 342:20

**indictment** [3] 346:1 353:13 355:11

**individual** [2] 416:22 524:2

**individuals** [1] 362:8

**inference** [6] 347:5,6 348:5 349:4 381:11,15

**influential** [1] 431:5

**information** [37] 361:9 389:17,21,22 395:13,21

396:4 398:3,20,21 404:16 412:10 429:19 430:3,7 473:10 479:7 485:12 486:10 488:1 490:7 491:4 496:21, 21 500:16 501:5 502:18,24 513:5,18,23 518:6,10 521:9, 13,16 524:15

**informed** [1] 507:8

**infraction** [3] 481:12,16 489:12

**infractions** [3] 471:18,22 489:11

**initial** [13] 384:25 480:2,8 484:17,19,24 485:2,3 497:7, 10,13,18 498:10

**initially** [3] 420:25 421:1 521:21

**initiated** [1] 512:24

**initiates** [1] 512:25

**injured** [1] 500:23

**inmate** [37] 345:12,13 348:21 369:1 472:7 473:5,25 474:5 475:15,18 478:11 481:18 486:17,25 488:1,4 490:16 495:12 496:17 504:17 508:4,22 509:3,7,7,11 512:4,8,15,25 513:22 514:12,24,25 516:9 519:21 520:2

**inmates** [52] 347:12 353:1, 7 357:24 360:15 374:1 388:17,20 389:18,21 391:10 437:9,20 439:9 440:14 442:23,25 471:18 472:1,5 473:19,19,22 475:4,8 476:17,24 477:3,23,24 481:11 486:3 489:11 499:25 500:16 504:2,4,10,14 505:2,8,23 506:4 508:16,17,19 509:17 510:5, 22 511:10 513:18 515:25

**inmate's** [1] 520:14

**inquire** [1] 477:20

**inside** [10] 436:21 450:22 461:6 479:12,14,22,23 484:14 496:14,22

**instance** [1] 348:9

**instances** [1] 362:12

**instead** [2] 438:5 520:7

**institution** [2] 491:8 521:23

**institutional** [2] 503:22, 23

**instruction** [2] 536:9,10

**insurance** [1] 462:6

**intends** [1] 342:17

**intentionally** [1] 394:2

**interact** [1] 476:1

**interaction** [1] 488:23

**interactions** [1] 398:22

**intercepted** [1] 499:1

**interest** [1] 412:9

**interested** [1] 352:12

**interesting** [1] 414:22

**interests** [1] 356:10

**internal** [3] 477:15,18 478:1

**international** [1] 418:18

**internet** [2] 431:9,11

**interpreter** [37] 374:16,16 377:20 391:17,18,18,22 394:17,17 395:24,24 404:2, 3,22 407:8,9,12 426:2,2,12, 22 427:13 430:1 434:21 451:6 453:5 477:20,20 481:13,13 492:2,5,5 497:21 498:2 515:18,18

**interrupt** [1] 348:17

**interrupted** [1] 379:20

**interrupting** [2] 383:20, 24

**interruptions** [1] 379:21

**interview** [5] 380:1,3 501:19 507:5 511:3

**interviewed** [8] 460:11 486:9,12,20 499:3,5 506:18 507:2

**interviews** [1] 510:22

**introduce** [3] 357:19 405:20 411:3

**introduced** [1] 415:25

**introducing** [1] 408:25

**investigate** [1] 471:22

**investigated** [5] 353:15 455:22 481:17,18 515:12

# Keyword Index

**investigating** [1] 345:18
**investigation** [13] 342:17
472:17 476:6 489:10,13,19,
22,22 491:5 493:3 499:15
520:11,12
**investigations** [3] 476:5
489:11 515:10
**investigator** [3] 489:21
502:8 511:16
**involuntary** [1] 409:21
**involve** [2] 359:6 523:4
**involved** [12] 376:22 377:
2 401:2,4 402:19 418:17
455:23 477:19 499:11 512:
15 515:10 535:12
**involvement** [3] 359:21
392:14 430:4
**involves** [2] 350:19 499:
15
**involving** [2] 489:13 515:
10
**irrelevant** [4] 345:14 348:
2 353:11 500:7
**isabel** [4] 461:16,17,23
538:7
**i-s-a-b-e-l** [1] 461:23
**islands** [1] 420:15
**isn't** [64] 389:12 392:14
395:11,19,22 396:1,4,14
400:25 403:4,18,24 404:2
405:1 429:4 432:17,20 439:
16 457:24 494:20,25 495:6,
9,20,24 496:4,18,22 499:23
500:24 502:19 503:2,15,23
504:21,24 505:6 506:4,8,14
507:10,21 508:20 509:9,12,
15,17,24 510:6 511:4,7,16,
22 512:1,19 517:21 518:6
519:21,25 520:22,24 521:
12 522:4 533:24
**isolate** [1] 509:3
**issue** [5] 358:18,21 412:15
526:16,17
**issues** [2] 364:9 427:6
**it's** [9] 379:7,13 380:17 381:
12,13 383:8,15,22 405:22
**item** [7] 426:3 528:23 529:

3,4,6 530:9 531:8
**itself** [2] 412:16 415:17

## J

**jail** [58] 344:1 346:12,13
347:7 352:24 353:2,6 357:
13,17 370:6 379:4 380:22
381:23 382:19 388:16,17,
21,22 390:17 392:11,24
394:2,25 397:25 400:19
401:24 402:1,4 431:19,21
432:5 436:18,19 442:25
446:14,15,16 471:23,24,25
473:23 475:8 480:24 481:3,
6 483:15 484:14 496:14,22
503:14,25 505:9 508:14
509:14,20 511:10 518:16
520:13
**jails** [1] 520:24
**january** [2] 537:8,18
**jealous** [4] 371:2 373:4
376:19 394:7
**jealousy** [4] 370:15 372:
15 376:10,15
**jewelry** [1] 435:20
**job** [19] 439:7 440:12,22
441:5 442:1 458:12,13 459:
8 460:21,24 478:4 501:9
510:20 516:2,6,12 520:18,
21 523:4
**jobs** [8] 437:10 458:7,9,20,
21 470:23 475:7,9
**joined** [1] 342:10
**joke** [1] 448:16
**judges** [1] 414:13
**june** [2] 443:24 523:9
**juror** [4] 345:23 535:3,9,12
**jurors** [2] 535:10,17
**juror's** [1] 440:1
**jury** [44] 342:14 347:5,6
348:5 351:18,20 356:14,18
363:20,25 364:8 365:1 366:
11 368:1 371:1 386:24 390:
22 394:10 406:1 422:19
425:12,19 428:3,6,16,18
429:2 438:18 452:2 453:1
456:8 463:10 475:25 483:

24 484:1 494:8 514:11 515:
16,21 522:3 524:11 533:15
535:11 536:5
**justice** [1] 471:1

## K

**keep** [8] 356:23 364:8 377:
10 390:16 451:12 462:8
472:21 523:10
**keeping** [1] 369:22
**keeps** [1] 465:24
**kept** [12] 366:11 387:12
403:9 450:6 462:14 463:3
472:13 473:3,10 474:13
490:6 524:4
**kiara** [8] 389:3 437:24 441:
17,22 442:1,3 447:19 448:
12
**kiara's** [2] 441:18 452:20
**killed** [1] 500:23
**kind** [10] 343:15 373:14
386:6 453:12 462:5 464:21
477:11 489:2 507:13 513:9
**kinds** [1] 435:18
**kissed** [1] 394:2
**kit** [2] 519:4,23
**kitchen** [8] 435:24 437:12,
14 440:13,23 458:23 459:8
475:12
**kluger** [3] 366:2,7 432:20
**knowledge** [7] 381:22
383:6 399:9,18 400:16 493:
3,6
**known** [5] 391:23 392:5
475:4 482:9 505:23
**knows** [3] 386:17 401:2,2

## L

**la** [1] 369:7
**labeled** [1] 487:14
**labor** [2] 412:4 415:12
**ladies** [3] 364:7 405:23
533:8
**lady** [1] 389:2
**laid** [2] 365:3,4
**lamenore** [2] 361:19,20
**language** [12] 422:10,12
438:23 442:20 470:7,9,13

478:6,8,23,25 517:9
**languages** [2] 440:10 441:
24
**larihelys** [2] 375:23 394:
23
**last** [6] 363:3 433:4 453:2
480:1 498:5 534:15
**lastly** [1] 520:17
**late** [3] 513:10 532:23 535:
19
**later** [6] 343:13 396:18 439:
6 487:2 493:10 524:22
**latino** [1] 494:5
**latino's** [1] 374:18
**laundry** [2] 437:13 459:2
**lauren** [1] 439:17
**law** [4] 408:22 432:23 534:
5
**lawsuit** [1] 433:12
**lawyer** [42] 366:1,6 388:6
393:13,14,20,24 397:9,18
398:3,5,11,15 399:3,12,18,
24 400:7,10,12,16 401:7,8
404:10 414:7,9,11 422:25
425:3,6 429:14,19 432:19,
23,25 433:7,14,16,24,24
434:2 456:20
**lawyers** [1] 432:25
**lays** [1] 409:19
**lead** [1] 357:13
**learn** [2] 418:20 444:6
**learned** [3] 349:17 418:17,
24
**least** [5] 350:25 394:8 401:
15 418:22 516:15
**leave** [15] 350:14 392:1
403:13 425:14 430:7 434:
14 442:12 471:23 478:5
486:10 491:1,10 497:25
507:24 533:18
**leaving** [1] 446:1
**left** [14] 365:12 403:9,9 409:
6,24 419:10 442:14 452:5
454:7,10 467:20 494:17
533:25 535:7
**legal** [7] 364:9 408:21 413:
9,13,20 414:5 477:13

# Keyword Index

**legally** [1] **435**:14
**lend** [1] **393**:15
**length** [1] **473**:17
**less** [1] **425**:22
**let's** [2] **366**:10 **369**:4
**letter** [1] **400**:25 **401**:6,7
**letters** [3] **471**:23 **480**:5 **510**:3
**letting** [1] **534**:13
**liberated** [1] **419**:9
**lie** [3] **433**:22 **501**:18 **533**: 10
**lied** [1] **405**:4
**lieutenant** [19] **343**:24 **345**:11 **356**:13 **447**:12 **454**: 16 **455**:2 **461**:3 **471**:8,9 **476**:4,7,18,22 **477**:7,15 **480**: 25 **482**:3 **515**:16,21
**lieutenant's** [1] **375**:12
**lieutenants** [4] **353**:5 **443**: 3,8 **484**:13
**lieutenant's** [8] **343**:11 **345**:12 **359**:19 **360**:7 **475**: 11 **476**:13 **477**:10,25
**life** [2] **392**:18 **509**:11
**lift** [1] **472**:8
**limine** [1] **348**:8
**limited** [8] **342**:18 **350**:18 **357**:11 **360**:21 **361**:6 **362**:7 **445**:7 **490**:22
**limiting** [1] **362**:6
**linda** [2] **537**:2,9
**line** [5] **414**:24 **415**:1 **426**:3 **467**:12 **468**:23
**list** [1] **483**:9
**listed** [6] **463**:19 **464**:8 **526**: 18,22 **529**:23 **530**:2
**listen** [12] **343**:22 **356**:5 **376**:19 **383**:18 **402**:13 **427**: 5 **474**:4,11 **478**:15 **485**:17, 19,20
**listened** [5] **480**:23 **481**:24 **482**:22 **483**:6 **492**:23
**listening** [4] **382**:8 **448**:14 **478**:16 **507**:12
**lists** [1] **463**:22
**literally** [2] **418**:5 **421**:15

**litigating** [1] **415**:3
**litigation** [1] **355**:20
**little** [29] **374**:24,24 **375**:2,8 **376**:18 **391**:13,14,23 **392**:8, 10 **395**:13,22 **409**:2 **433**:7 **439**:1,1,2 **440**:21 **442**:21 **445**:2 **449**:8 **453**:1 **458**:5 **488**:18 **525**:18 **528**:7 **530**: 19 **531**:10 **532**:23
**live** [5] **474**:11 **482**:6,13,14 **500**:18
**lived** [3] **375**:18 **388**:17 **392**:7
**lives** [1] **516**:9
**living** [3] **392**:8 **435**:16 **482**: 16
**located** [3] **388**:18 **472**:5 **475**:1
**locked** [3] **473**:3,3,7
**logically** [1] **503**:3
**long** [25] **349**:20,22,24,25 **392**:2 **425**:20 **430**:14 **436**: 21 **442**:3 **445**:1,20 **448**:10, 11 **454**:19 **462**:3 **470**:2 **472**: 13 **481**:20 **495**:19 **515**:14 **523**:7 **529**:3,4 **530**:9 **534**:1
**longer** [2] **472**:21 **533**:2
**look** [19] **375**:24 **376**:20 **386**:12,12 **402**:1 **425**:16 **431**:9,10 **445**:14 **447**:3 **450**: 20 **460**:8 **462**:23 **479**:7 **490**: 8 **497**:20 **523**:1,3,20
**looked** [7] **346**:17 **375**:6 **382**:25 **386**:6,13,16 **447**:4
**looking** [2] **420**:7 **451**:8 **452**:2 **463**:14,14 **465**:7,20 **466**:2 **467**:2,12 **480**:17 **523**: 4
**lopez** [10] **392**:2,13 **394**:13, 20 **395**:5,6 **439**:12 **442**:10, 12,14
**lose** [4] **366**:12 **445**:20 **512**: 9,16
**losing** [3] **366**:25 **368**:2 **512**:4
**loss** [1] **522**:25
**lot** [10] **345**:18 **351**:11 **390**:

3 **402**:14 **421**:10 **445**:23 **506**:1 **510**:22 **516**:17 **533**: 25
**lots** [1] **377**:25
**loud** [1] **385**:2
**loved** [1] **505**:3
**low** [1] **365**:6
**lower** [1] **452**:17
**lowest** [1] **345**:3
**lt** [46] **371**:1,6 **372**:1,18,23 **373**:2,11,17 **374**:7,22 **376**: 11,22 **377**:2 **386**:24 **388**:25 **391**:2,6 **394**:6 **395**:3 **396**:3 **459**:10,14 **460**:15 **481**:21 **483**:7 **484**:9,16 **485**:14 **486**: 6 **487**:17 **488**:2,22 **490**:23 **493**:8,11 **494**:18 **495**:9 **498**: 17 **499**:17 **501**:3 **502**:4,4 **507**:3,3 **514**:8 **518**:6
**luna** [6] **461**:16,17,23,24 **538**:7
**l-u-n-a** [1] **461**:23
**lunch** [7] **362**:25 **363**:7 **425**: 12,19 **428**:4,6,7
**lutheran** [1] **482**:21

## M

**m35** [1] **370**:2
**ma'am** [1] **464**:7
**machine** [3] **453**:16,17,19
**machines** [1] **454**:5
**made** [35] **358**:26 **369**:12 **370**:2 **397**:23 **399**:16 **402**: 24 **403**:14,20,24 **405**:1 **410**: 3 **414**:23 **422**:8 **427**:8,19 **429**:17 **430**:11 **432**:2 **457**: 13 **473**:15,19 **484**:21 **485**:4, 8 **488**:16 **492**:19 **496**:20,25 **497**:3 **498**:14 **502**:2 **504**:10 **519**:4,23 **530**:25
**magistrate** [2] **535**:11 **536**: 5
**mainland** [1] **470**:16
**makeup** [1] **435**:19
**maldonado** [1] **389**:3
**male** [1] **352**:19
**man** [8] **355**:10 **395**:5 **398**:

24 **447**:8 **448**:1 **450**:16 **454**: 18 **478**:21
**managed** [1] **343**:11
**manor** [1] **482**:7
**man's** [1] **449**:12
**many** [18] **342**:22 **366**:10 **370**:3 **401**:3 **423**:2 **437**:2 **441**:10 **442**:4 **449**:23 **450**:1, 2 **458**:4 **472**:23 **504**:16 **510**: 25 **514**:5 **530**:16 **533**:21
**march** [1] **463**:20
**maria's** [7] **346**:14 **351**:24 **460**:15 **478**:11 **487**:24 **491**: 24 **492**:15
**marked** [2] **462**:20 **523**:17
**married** [10] **375**:3,4,13,25 **376**:1 **417**:18 **421**:2 **480**:12 **502**:5 **503**:5
**marriott** [1] **420**:15
**marry** [5] **405**:19 **409**:15 **410**:2 **419**:19,24
**martinez** [93] **342**:2,9 **345**: 15 **353**:21 **354**:7 **360**:17 **361**:23 **371**:2,6 **372**:1,23 **373**:2,11,17,20,22 **374**:7,14, 22 **376**:22 **377**:2 **379**:4 **380**: 8 **381**:1,2,6 **382**:4,13,18 **383**:1,2,2,4 **384**:1 **386**:10, 14,20,24 **387**:16 **388**:2 **389**: 1 **391**:2,6 **394**:6 **395**:3 **396**: 3 **447**:12 **459**:11,14 **460**:9 **466**:10 **480**:1,7,9,14 **481**:21 **483**:7 **484**:9,16,23,25 **485**: 14 **486**:6,13,16,17,21,24 **487**:3,9,17,23 **488**:22 **490**: 23 **493**:8,11 **494**:19 **495**:9 **498**:18 **499**:17 **501**:3 **502**:4, 5 **507**:3,3 **514**:8 **517**:3 **518**: 6 **521**:17 **525**:6 **527**:14 **530**: 7 **532**:1
**martinez's** [3] **372**:18 **375**: 12 **376**:12
**martinez1c@aol.com** [3] **464**:20 **525**:19,20
**martinezc@aol.com** [1] **525**:17
**martinez's** [3] **460**:15 **469**:

# Keyword Index

4 **488**:2

**material** [8] **349**:10 **350**:20 **351**:22 **357**:26 **359**:1 **361**:4 **362**:13,17

**math** [1] **533**:24

**matsumoto** [1] **343**:8

**matt** [2] **366**:2,7

**matter** [9] **342**:17 **351**:13 **360**:1 **460**:23 **495**:22 **514**: 16 **527**:19 **537**:5,15

**matters** [1] **364**:19

**matthew** [1] **432**:20

**mcc** [5] **382**:4,13 **384**:2 **431**: 19 **432**:11

**mdc** [45] **343**:4 **345**:18,22 **377**:3 **381**:6 **383**:2 **386**:20 **389**:20 **397**:7 **433**:13 **436**: 19,21 **437**:2,10,20 **439**:3,7 **440**:12,22 **441**:8 **442**:3,12, 22 **443**:14 **444**:22 **446**:1,4 **451**:25 **452**:10 **454**:7,10 **458**:1 **469**:24 **471**:3,5,10 **472**:1 **474**:4,18,23 **503**:14 **505**:1,12 **506**:16 **535**:20

**mds** [1] **469**:24

**mean** [38] **345**:3 **348**:17 **349**:2 **358**:7,9 **360**:4 **387**: 20 **389**:22 **392**:20 **414**:13 **416**:10 **418**:15 **423**:6 **429**: 10 **435**:9 **444**:14 **448**:5,18 **459**:22 **460**:10 **465**:9 **466**: 13,17 **473**:3 **474**:17 **481**:21 **486**:2 **490**:5 **494**:4 **495**:2, 11 **500**:11,13 **522**:24 **528**: 23 **529**:7,9 **534**:6

**meaning** [8] **454**:4 **471**:9 **474**:7 **479**:19 **481**:8 **491**:14 **495**:10,12

**means** [8] **344**:22 **402**:15 **411**:4 **423**:7 **432**:9 **504**:23 **528**:24 **531**:15

**meant** [7] **347**:15 **373**:25 **394**:15 **397**:23 **421**:12 **456**: 2 **508**:11

**medical** [4] **475**:11 **476**:12 **520**:1,8

**medication** [2] **450**:13,15

**medicine** [1] **450**:16

**meet** [6] **374**:6,12 **398**:5 **452**:16 **488**:12 **501**:15

**meeting** [9] **373**:16,17,19 **377**:8 **381**:25 **386**:5 **387**:24 **388**:4 **505**:2

**meetings** [1] **487**:2

**meets** [1] **344**:11

**melva** [5] **397**:1 **434**:15,25 **440**:19 **538**:6

**member** [8] **463**:23 **467**:14 **483**:17 **487**:15,16 **489**:14 **499**:12 **515**:12

**members** [6] **342**:23 **423**: 14 **430**:22 **474**:2,4,8

**member's** [1] **466**:15

**men** [1] **376**:4

**mention** [3] **403**:5,5 **405**:5

**mentioned** [4] **431**:10 **442**: 10 **492**:21 **535**:11

**met** [10] **397**:12 **398**:10 **413**: 2 **432**:23 **433**:7 **491**:21 **495**: 15,19 **521**:12 **535**:3

**metropolitan** [1] **436**:20

**microphone** [2] **407**:11 **438**:9

**middle** [9] **453**:13 **484**:18, 24 **485**:2,3,3 **497**:7,9,13

**midnight** [1] **475**:12

**might** [6] **370**:6 **402**:8 **421**: 12 **425**:14 **448**:25 **480**:2

**million** [3] **433**:2,15 **434**:3

**mine** [1] **491**:2

**mini** [2] **358**:2,5

**minimum** [2] **457**:6 **458**:6

**minute** [2] **390**:18 **533**:17

**minutes** [1] **534**:16

**mischaracterization** [2] **362**:17 **487**:10

**misconduct** [3] **343**:3 **345**:16,18

**misleading** [7] **408**:24 **410**:1 **421**:22,23 **422**:6 **519**: 12,14

**misrepresentation** [1] **410**:15

**missing** [2] **504**:18,20

**misstates** [4] **368**:4,8 **371**: 4,14

**mixing** [1] **388**:6

**mm-hmm** [4] **500**:19 **503**: 8 **504**:15 **515**:4

**mom** [2] **388**:3,12

**moment** [5] **344**:5 **456**:9 **460**:6 **462**:23 **523**:16

**money** [7] **393**:19,24,25 **423**:19,20 **424**:3 **441**:12

**monitor** [5] **471**:22,25 **478**: 11 **491**:24 **492**:15

**monitored** [11] **473**:20,22, 24 **474**:13,14 **507**:25 **509**: 17,24 **510**:3,25 **518**:25

**monitoring** [3] **478**:13 **485**:4,8

**month** [4] **441**:12,14 **445**: 24 **490**:18

**months** [16] **396**:18 **436**: 22,22 **439**:6 **442**:4,5 **444**:18 **445**:21 **472**:14,15,21 **473**:4, 7 **504**:18,23 **517**:25

**moral** [1] **523**:2

**morning** [4] **342**:7,8 **364**: 16,17

**most** [13] **416**:11,14 **419**:1 **424**:24 **426**:12,14,18,19 **427**:12,16 **470**:13 **506**:16 **534**:3

**mostly** [1] **503**:18

**mother** [4] **388**:7,8 **400**:2

**motions** [1] **358**:26

**mouth** [2] **394**:3 **459**:23

**move** [15] **389**:16 **402**:12, 13 **405**:20 **408**:13 **415**:18 **426**:10 **435**:11 **440**:3 **463**:6 **470**:16,18 **474**:22 **490**:9 **524**:7

**moved** [4] **413**:4 **435**:13,16

**moving** [1] **408**:8

**much** [11] **393**:14 **395**:6 **396**:7 **414**:9 **441**:12 **460**:18 **461**:13 **522**:6 **531**:11 **534**:9, 21

**muddled** [1] **417**:20

**myself** [2] **370**:4 **431**:2

# N

**nadia** [1] **342**:5

**name** [48] **344**:25 **375**:5 **382**:3 **384**:21,25 **385**:5 **389**: 2 **391**:6,7,18 **403**:6,13 **405**: 5,8,9 **416**:18 **430**:16 **431**:10 **434**:24 **438**:2,5,5,15 **439**:12 **441**:18 **443**:1 **447**:12 **461**: 22 **464**:3,6,8,11,13,19 **469**: 21 **475**:15,19 **480**:1,1 **483**:9 **485**:4 **487**:21 **492**:21 **494**:7 **497**:4 **498**:1 **507**:8 **522**:18

**named** [4] **361**:19 **372**:2 **437**:22 **442**:6

**names** [1] **439**:13

**nani** [7] **390**:21 **397**:1 **439**: 24 **440**:6,8,10,12,24 **447**:19 **448**:12 **456**:5

**nani's** [8] **447**:14,15,18 **448**:10,13 **449**:2 **452**:11,16

**naturalization** [1] **414**:17

**nature** [1] **408**:19

**ndc** [4] **531**:9,9,10,14

**need** [8] **342**:14 **345**:5 **353**: 9 **402**:13 **414**:11 **457**:2 **498**: 1 **534**:8

**needs** [5] **383**:16,18 **395**: 25 **407**:8,10

**neighborhood** [2] **535**:13 **536**:3

**nervous** [5] **490**:9 **491**:13 **492**:25 **498**:23 **499**:1

**never** [18] **345**:17 **366**:6 **369**:4,14 **377**:9,9 **390**:7 **392**:13 **393**:9 **394**:22 **402**: 21 **441**:13 **444**:9 **461**:8 **495**: 8 **514**:15 **515**:13 **532**:5

**new** [5] **397**:9 **470**:24 **494**:3 **525**:11,12

**next** [16] **357**:8 **419**:2 **434**: 12 **446**:12 **450**:3,5 **453**:17 **465**:20 **469**:15 **476**:12 **479**: 25 **485**:2 **492**:19 **496**:20 **521**:14 **522**:9

**nice** [1] **401**:5

**nickname** [1] **440**:6

# Keyword Index

**nicknames** [1] 439:23

**nicole** [3] 342:5 456:13 494:13

**night** [6] 437:16,18 440:15 450:7 460:4 536:21

**nine** [1] 533:25

**nineteen** [1] 436:3

**nobody** [2] 373:24 455:3

**noel** [10] 392:13,13 393:7,8, 21 394:13,20 395:5,6 396:6

**nol** [1] 392:2

**none** [2] 383:3 442:2

**nope** [1] 518:12

**nor** [3] 357:3,3,5

**normal** [5] 448:14 449:1,1 488:25 507:17

**normally** [2] 448:16 478:4

**north** [1] 475:4

**note** [1] 342:22

**nothing** [14] 346:10 352: 22 360:5 380:13 381:7 382: 21 412:18 417:9 445:16 454:18 492:4,7 501:9 511: 2

**notice** [1] 433:9

**noticed** [1] 501:19

**notified** [1] 521:14

**notion** [1] 351:3

**november** [8] 433:3 464: 16 466:5,7,24 471:4 526:19, 23

**number** [47] 351:7 352:2 353:4 400:11,17,22 401:9, 20 416:4 420:6,6,13 421:19 433:17,20 452:12,21 458:5, 6,9 462:22,23 464:23 465: 10 468:10 472:9 473:13 474:15,16,20 483:1,3,10,13 521:22 524:16,17 526:8,10, 12 527:13,13 528:12,13 529:1,8 530:2

**numbers** [2] 467:11 528: 10

**nunez** [7] 353:16 354:3 373:2,9,13,15 374:11

**ny** [3] 456:15 494:15 522: 15

## O

**oath** [4] 364:4 484:5 518:8 522:3

**objection** [32] 355:12,18 365:18 368:4,6,8 371:4,8, 13 377:15 379:2,16 381:20 390:6,8,12 399:5,10,20,22 401:13 408:7 413:19 416:2 456:23 457:2 463:7 487:10 500:5,5 519:6 524:8

**objections** [1] 456:25

**observe** [1] 356:12

**observed** [2] 350:5 389: 11

**obtaining** [1] 415:12

**obvious** [1] 509:14

**obviously** [2] 520:18 534: 1

**occasion** [4] 346:16 350:5 373:1 374:7

**occasions** [1] 508:22

**occurred** [1] 348:10

**o'clock** [3] 533:9,14 536: 17

**odd** [1] 478:18

**odie** [10] 369:7,14,14 439: 13 442:6,9,15,16,18,20

**off-camera** [1] 355:22

**offense** [2] 379:20 466:18

**offenses** [2] 344:14 414: 18

**offering** [2] 420:25 427:21

**office** [24] 343:11,12,13 345:12 356:13 360:7 361:3 365:16,24 400:21 443:12 449:12 453:18,20 456:14 475:11 477:25 482:23,24 488:11,12 491:22 494:14 522:14

**officer** [31] 350:6 364:22 371:2,7 372:2,5,24 373:2 376:23,25 377:3 379:7,13 381:3 471:6,15 477:16,18 478:1 488:10 494:18 499:6, 14,20 500:3 505:16 512:21 513:13 514:5 516:9 520:5

**officers** [13] 361:9 365:19 372:8 373:7,25 389:22 474: 9,10 500:22 505:14,17,20 515:24

**official** [2] 537:4,14

**officials** [2] 364:21 500:22

**often** [6] 369:11 431:10 445:8 511:10 520:14 533: 10

**old** [2] 435:1 436:2

**older** [2] 376:7 439:12

**once** [7] 356:11 417:23 441:1 443:13 471:12,12 490:18

**one** [93] 343:7,15,23 344:4, 6,24,25 345:20,20 346:3,4, 16,21 348:1 349:16 350:25 353:17 354:3,7 358:6 359: 5,17 360:18 361:3 362:12 365:15 369:9,18 370:5,8,10 379:5 382:24 383:19 386:7 388:6 389:4 390:7 391:8 392:1 397:6 398:9 407:15 408:4 409:18,18 411:17 412:7,19 414:24 415:1 424: 20 425:13 427:6 429:22 430:8,20 435:19,19 437:6,8, 9 440:14 441:20 445:19 446:24 452:17 455:24 456: 3,9 469:10 480:10 486:6 490:20 493:10 497:17 498: 25 501:3 505:5,16 506:7 511:21 518:21 521:3,22 523:14 525:2 530:11,17 532:2,14 533:24 534:5

**ones** [3] 437:24 491:7 505: 3

**one-step** [1] 530:11

**one-view** [1] 524:2

**ongoing** [2] 342:21 417:3

**online** [2] 463:16,21

**only** [17] 355:23 358:21 365:19 382:24 388:7 399: 25 438:8,11,17 445:18 452: 17 454:20 462:20 482:12 483:18 523:17 534:18

**open** [4] 351:21 465:11

491:14 493:3

**opening** [1] 462:11

**operate** [1] 503:25

**operator** [2] 377:23,24

**opportunities** [1] 471:8

**opportunity** [3] 365:23 419:8 471:6

**oral** [7] 343:10,14 344:7,9 345:12 353:10 356:12

**order** [4] 342:18 348:12 351:25 433:11

**ordered** [1] 534:25

**orient** [2] 452:2,25

**other** [71] 343:3,16 345:15, 21 346:13 347:4 349:1,6 350:3 352:1 356:12 357:10, 16,24 358:17 359:5 360:4 369:9,12 370:7 373:12,21, 25 375:9 376:10,11,15,17 377:25 380:1,13 388:6 391: 11,11 398:5,13,15 399:21 400:17 410:16 412:9 427:8 431:8 432:19,25 439:9,13 442:15 449:10 466:12,17, 18,22 469:10 470:22 473:5 477:22 479:12 488:25 489: 13,18 497:3 503:6 508:17 512:24 523:5 529:15,16 533:1 535:10,17

**others** [1] 437:7

**out** [83] 342:24 346:10,12, 15,16 350:15,17 353:13 354:12 355:21,22 356:2,13 360:16 361:22,24 362:7 363:11 364:21 365:3,4,12 366:19 369:25 375:2,8,13, 16,25 377:1 381:2,7 382:5, 13 383:2 384:2 385:2 386: 20 389:4 396:4,20 402:12 403:14 404:11 405:6 408: 16 409:19 411:2 415:8 421: 7 423:20 428:6,9,16 430:7 443:9,21 444:4,19 445:9,10, 18 449:7,7 451:13 465:1,12, 22 479:8,11 480:12,13 481: 15 486:10 498:12 500:18, 20 502:4 506:11 508:4,11

# Keyword Index

**518**:5 **525**:9 **527**:13
**outrageous** [1] **385**:4
**outside** [13] **357**:25 **359**:6 **364**:10 **392**:8 **419**:12 **422**:19 **427**:9 **479**:13,14,22 **520**:2 **523**:3 **535**:10
**over** [21] **351**:23 **394**:4 **398**:17,17 **402**:17 **409**:7 **413**:17 **414**:8 **419**:12 **445**:2 **453**:24 **458**:5 **461**:20 **481**:23 **495**:5 **510**:22 **530**:11,19 **531**:8,17, 18
**overlooking** [1] **505**:17
**overruled** [2] **399**:23 **457**:3
**owe** [1] **424**:3
**own** [3] **412**:11 **472**:9 **519**:1
**owned** [1] **414**:23

## P

**p.m** [8] **407**:25,25 **428**:17,17 **440**:15 **483**:25,25 **536**:23
**package** [5] **450**:12 **451**:16 **459**:17,20 **461**:5
**packaging** [1] **459**:22
**packet** [1] **450**:19
**packing** [1] **435**:20
**page** [31] **373**:18 **375**:12 **377**:7 **378**:7 **387**:25 **409**:3 **415**:8 **417**:21 **418**:9,9,10 **463**:14 **464**:25 **465**:20,20, 21 **466**:2,22 **467**:12 **468**:2 **479**:17 **488**:2 **497**:17 **524**:13,14 **527**:7,8,9,16 **528**:4 **529**:23
**paid** [1] **530**:14
**painful** [1] **430**:14
**pair** [1] **390**:24
**paper** [2] **450**:24 **530**:19
**papers** [5] **398**:9,24 **400**:21 **429**:21 **506**:21
**paperwork** [1] **408**:9,14 **430**:6
**paragraph** [11] **373**:18 **377**:7 **379**:3,5 **380**:7,9 **382**:23 **416**:11 **497**:17,20 **498**:6

**paragraphs** [1] **419**:1
**parkway** [1] **530**:5
**part** [15] **348**:1,2 **357**:21 **363**:4,5 **408**:15 **418**:14,23 **460**:8,15,15 **465**:24 **512**:18, 21 **515**:19
**participant** [3] **343**:3,5,6
**participated** [1] **423**:14
**particular** [10] **347**:4,25 **358**:11 **360**:18 **387**:6 **524**:2, 16 **525**:3 **527**:10 **529**:1
**particularly** [1] **468**:3
**partner** [2] **403**:1,15
**parts** [1] **420**:6
**party** [4] **355**:23 **496**:11,18 **513**:5
**past** [1] **458**:24
**patient** [1] **370**:3
**patricia's** [1] **405**:3
**paula** [2] **535**:2,3
**pause** [7] **418**:12 **426**:1 **462**:24 **469**:11 **521**:4 **522**:11 **533**:16
**pay** [6] **393**:24 **402**:18 **403**:12 **423**:19 **506**:19 **516**:4
**paying** [1] **516**:12
**penalties** [1] **504**:7
**penalty** [2] **404**:17 **504**:20
**pending** [2] **489**:10 **491**:5
**penetrated** [3] **360**:17 **361**:7 **388**:25
**peonage** [2] **409**:21 **415**:14
**people** [39] **347**:8 **352**:2 **353**:3,4 **357**:6,16 **360**:23 **379**:21 **381**:2,6 **382**:4,11,13 **383**:2 **384**:2 **386**:20 **393**:16 **396**:17 **397**:6 **398**:15 **400**:5 **403**:9 **412**:2 **431**:8 **439**:13 **442**:15 **458**:15 **460**:11 **461**:3,4 **476**:17 **482**:12 **483**:3 **498**:17 **501**:4 **506**:8 **509**:3 **515**:2 **533**:19
**per** [2] **399**:9 **441**:14
**percent** [1] **478**:14
**percentage** [1] **525**:1
**perceptive** [1] **511**:12

**perez** [12] **343**:8,9,14,24,25 **344**:6,7 **346**:1 **351**:24,25 **353**:9 **356**:16
**perform** [8] **343**:10,14 **344**:7,8 **345**:12 **353**:10 **478**:3 **534**:5
**period** [8] **374**:8 **424**:17 **466**:4,24 **495**:8 **516**:8 **518**:16 **532**:15
**perjury** [3] **397**:21,25 **404**:17
**person** [50] **346**:18 **350**:10, 17 **352**:11,21 **355**:14 **357**:23 **359**:6 **365**:26 **369**:9 **370**:6 **372**:2 **376**:17 **379**:8 **380**:2,21 **382**:10 **386**:13 **392**:17 **395**:12,22 **398**:2,20 **401**:5 **403**:1 **409**:20 **415**:12 **430**:16 **431**:5 **438**:14 **446**:13 **449**:19 **451**:1 **479**:8,12, 13 **489**:20 **496**:11,14,22,24 **502**:18,19 **507**:9 **513**:1 **514**:1 **519**:3 **520**:6,17
**person's** [3] **374**:2,18 **405**:9
**personal** [8] **389**:17,21 **392**:18 **471**:19 **496**:21 **500**:16 **501**:4 **513**:18
**person's** [4] **405**:8 **460**:8 **469**:2 **496**:25
**pertaining** [2] **412**:11 **524**:15
**petition** [10] **397**:12,24 **398**:12,13,21 **399**:4,12,19 **429**:1,2
**ph** [2] **393**:16 **456**:20
**phone** [33] **365**:21 **386**:25 **388**:12 **394**:4 **403**:8 **472**:1, 3,7 **473**:21,25 **474**:5 **480**:23 **482**:22 **483**:10,11,15 **484**:11,13 **486**:14 **490**:17 **492**:24 **507**:25 **509**:24 **511**:2 **513**:4 **514**:3 **516**:17 **525**:21, 22 **526**:8,10,12,12
**phones** [9] **365**:9,13,14,14, 15,19 **472**:5 **483**:4 **500**:1
**photo** [8] **453**:1,2,4,10,12,

**13 454**:4 **475**:18
**photograph** [4] **365**:2,7 **376**:6 **438**:14
**photographs** [1] **479**:18
**photos** [3] **376**:7,8 **479**:24
**physical** [2] **409**:22 **519**:24
**physically** [7] **408**:16 **410**:17 **416**:4,5 **417**:25 **420**:13, 14
**pick** [7] **365**:15 **402**:20 **403**:7 **424**:2,5 **478**:1 **535**:22
**picked** [1] **395**:23
**picking** [1] **427**:1
**picture** [1] **496**:24
**pictures** [7] **375**:8 **376**:2,4, 4,5 **451**:20 **503**:5
**piece** [1] **476**:6
**pieces** [1] **448**:4
**pig** [3] **374**:22 **507**:3 **514**:16
**pill** [9] **360**:20 **390**:11,19,23 **391**:2 **450**:21 **459**:16 **461**:8 **532**:3
**place** [31] **346**:11 **351**:2 **357**:25 **358**:11,11,15,17 **359**:8,16,20 **361**:2,3,4 **417**:4 **459**:8 **467**:9 **481**:11 **495**:20 **506**:14,16 **509**:15 **515**:2, 5,6,7 **518**:14,17,19,22 **519**:20,25
**placed** [2] **506**:8,11
**places** [7] **346**:12 **347**:7,22 **350**:12 **358**:17 **361**:1 **535**:24
**plan** [3] **530**:11 **532**:3 **534**:17
**plastic** [1] **460**:1
**play** [1] **377**:23
**playback** [2] **377**:24 **424**:18
**played** [3] **485**:5 **487**:3 **521**:17
**plead** [2] **436**:6,8
**pleasant** [4] **515**:7 **518**:14, 17,19
**please** [10] **363**:26 **364**:26 **378**:9 **391**:21 **422**:16 **428**:

# Keyword Index

19 **461**:22 **463**:10 **513**:8
**522**:18

**plenti** [4] **525**:21,23 **527**:2,
3

**point** [13] **354**:3 **355**:4,21
**375**:23 **409**:11 **410**:7 **411**:
22 **415**:1 **443**:16 **449**:15
**485**:10 **499**:3 **521**:9

**pointed** [2] **417**:22 **460**:12

**pointing** [2] **411**:2 **464**:4

**points** [2] **524**:21 **525**:25

**police** [3] **431**:7 **470**:24,25

**policies** [1] **471**:17

**politics** [1] **431**:5

**population** [1] **481**:15

**portion** [3] **384**:20 **412**:15
**466**:12

**portions** [1] **479**:2

**portrayed** [1] **344**:10

**pose** [1] **348**:18

**posed** [1] **408**:9

**position** [5] **360**:19 **469**:25
**471**:20 **476**:23 **480**:24

**possibility** [1] **490**:25

**possibly** [2] **380**:12 **496**:6

**post** [1] **505**:13

**post-arrest** [1] **412**:13

**posts** [1] **515**:24

**pounded** [1] **387**:13

**practice** [3] **462**:17 **523**:11
**524**:5

**preclude** [1] **356**:2

**precluded** [1] **353**:19

**pregnant** [1] **449**:17

**prejudice** [2] **357**:11 **412**:
21

**prejudices** [1] **412**:18

**prepared** [1] **432**:19

**prescription** [4] **531**:8,10,
15 **535**:1

**prescriptions** [1] **531**:11

**presence** [5] **364**:10 **417**:
1,14 **422**:19 **535**:10

**present** [14] **356**:20 **403**:
22 **404**:8 **405**:17 **408**:10,11,
17 **410**:17 **416**:5 **417**:25
**420**:14 **433**:25 **459**:13 **524**:

24

**presentation** [1] **457**:13

**presenting** [1] **356**:22

**preserve** [1] **433**:11

**presume** [1] **344**:22

**pretrial** [1] **503**:18

**pretty** [2] **531**:11 **532**:1

**prevent** [1] **518**:23

**prevention** [1] **522**:25

**previous** [2] **374**:17 **419**:
23

**previously** [6] **364**:14 **379**:
3 **380**:8 **408**:9 **438**:4 **460**:
10

**price** [5] **529**:6,17,19 **530**:
12,14

**primary** [2] **464**:3,6

**principal** [1] **344**:16

**prior** [9] **373**:17 **374**:7 **405**:
21 **411**:13 **412**:23 **462**:25
**470**:22 **488**:23 **523**:23

**priors** [2] **354**:1,2

**prison** [6] **348**:15 **364**:21
**448**:17 **479**:14 **505**:6 **508**:
22

**prisoner** [4] **345**:1 **471**:22,
22 **489**:1

**prisoners** [3] **389**:23 **437**:
3 **474**:24

**prisons** [15] **342**:23 **436**:
18 **470**:2,22 **471**:18 **474**:2
**480**:16 **481**:20 **494**:19 **495**:
5 **500**:1,22 **503**:15 **505**:1
**517**:24

**prisons'** [2] **512**:18 **513**:25

**privilege** [2] **399**:9 **505**:2

**probably** [1] **501**:20

**problem** [3] **356**:5 **419**:13
**533**:5

**problems** [15] **352**:21 **366**:
1,15 **432**:14 **485**:23 **487**:7
**490**:12 **492**:10,20,23 **502**:
15,25 **503**:1 **507**:23 **521**:23

**procedure** [1] **520**:1

**proceeding** [3] **415**:2,4
**536**:23

**proceedings** [3] **342**:1

**537**:4,15

**product** [6] **527**:20 **529**:1,
2,2,19 **531**:15

**products** [3] **524**:23 **527**:
22 **528**:22

**profit** [2] **522**:23 **523**:7

**program** [7] **525**:23 **526**:2,
5,14,25 **527**:3,4

**progress** [1] **427**:19

**prohibited** [4] **504**:4 **506**:
1 **508**:16,19

**promise** [1] **506**:20

**promised** [1] **370**:4

**propose** [1] **350**:21

**prosecuted** [1] **397**:24

**prosecution** [3] **346**:6
**460**:3 **513**:2

**prosecutor** [4] **387**:9,19
**403**:6 **518**:13

**prosecutors** [9] **373**:16,
20 **374**:6,12 **386**:5,19 **387**:
24 **388**:5,11

**protect** [7] **356**:10 **448**:6
**511**:12

**protected** [2] **417**:3 **519**:
20

**protection** [9] **422**:23 **448**:
1,5 **449**:17 **506**:8 **509**:6
**520**:14 **522**:23 **523**:7

**protective** [1] **351**:25

**protocols** [1] **508**:4

**proud** [1] **494**:22

**prove** [7] **353**:13 **355**:5,7
**356**:15 **358**:7,10 **359**:3

**prove-up** [1] **355**:23

**provided** [3] **416**:22 **424**:
17 **430**:4

**provision** [1] **415**:12

**publish** [6] **438**:17 **440**:3
**463**:10,11 **475**:24 **524**:11

**published** [1] **364**:26

**puerto** [3] **441**:23 **470**:6
**500**:3

**pulled** [1] **535**:9

**punish** [2] **451**:13 **509**:7

**punished** [2] **444**:15 **451**:
4

**punishment** [3] **444**:14,
21 **520**:15

**purchase** [9] **467**:16,24
**528**:9,16 **529**:25 **530**:25
**531**:5 **532**:3,5

**purchased** [4] **528**:12 **529**:
4,8 **531**:8

**purchases** [1] **466**:18

**purpose** [3] **415**:13 **418**:
21 **427**:15

**purposes** [5] **405**:11 **409**:
24 **416**:25 **417**:15 **475**:21

**purview** [1] **357**:25

**put** [18] **349**:18 **360**:21 **364**:
25 **384**:11 **393**:15 **407**:8,10
**413**:5 **420**:8,12 **422**:25 **430**:
22 **434**:19 **459**:23 **472**:9
**490**:2 **491**:4 **535**:5

**putting** [3] **364**:22 **476**:6
**516**:9

## Q

**qualified** [1] **423**:2

**questioned** [1] **413**:22

**questionnaire** [1] **420**:4

**questions** [52] **349**:18
**350**:1 **352**:10 **356**:3 **357**:13,
15 **363**:6 **364**:20,23 **366**:11
**372**:16 **377**:11 **382**:9 **384**:
16 **388**:2 **392**:2 **396**:11 **404**:
22 **407**:15 **412**:8 **417**:11
**420**:5 **421**:12 **422**:16 **427**:
20 **428**:1,25 **431**:12,13 **434**:
9,10 **456**:11,16 **460**:3,17
**461**:11 **468**:14,21 **469**:9,12
**494**:11,16 **503**:4,5 **511**:15,
16,24 **517**:14 **521**:24 **531**:
19 **532**:11,20

**quickly** [1] **425**:15

**quite** [1] **379**:21

## R

**raise** [3] **363**:4 **393**:9 **522**:
12

**ramon** [2] **393**:16 **398**:10

**ran** [3] **493**:11 **494**:25 **499**:
17

**rank** [3] **481**:25 **482**:2,4

# Keyword Index

**ranking** [1] 483:18
**rape** [7] 382:11 512:5 514:
25 518:22 519:4,23,24
**raped** [4] 380:21 508:5
519:3 520:6
**rapes** [1] 359:15
**raping** [4] 354:7 382:10
516:9 520:17
**rat** [4] 487:6,14 514:16 521:
23
**re** [1] 400:13
**reached** [2] 364:21 402:12
**reaches** [2] 508:4,11
**reacted** [1] 448:22
**reaction** [1] 460:3
**read** [25] 372:20 382:23
385:1 404:5,7,12,13,14,15,
21 417:11,23 418:14 424:
14 426:3,11 427:11 466:6
471:23 497:21,23 498:3
525:9 527:13 530:9
**reading** [2] 414:19 416:16
**reads** [2] 417:23 419:2
**ready** [3] 363:22 428:3,5
**real** [5] 384:21 395:11,19
412:15 438:15
**realized** [2] 391:8 455:17
**really** [16] 352:15 353:18
375:20 395:6 399:25 408:8
417:20 425:15 439:1 445:
15 450:1 455:22 490:9 491:
13,14 513:14
**reask** [1] 421:11
**re-ask** [2] 400:14 487:12
**reason** [11] 353:8 360:12
364:8 375:2,7 376:11,16
395:11,19 396:2 411:24
444:8 488:15 517:21
**reasons** [1] 518:21
**rebuts** [1] 359:11
**recall** [11] 370:11 373:16,
19 377:7,8,16 381:25 386:5
479:2 483:12 484:18
**receive** [6] 443:14 445:3
455:12 471:16 472:1,2
**received** [8] 457:8,23 463:
9,17 524:10 529:10,14 538:
13

**receiver** [1] 472:8
**receiving** [1] 445:24
**recent** [9] 416:12,14 424:
24 426:12,14,18,19 427:12,
16
**recently** [2] 419:1,8
**recess** [4] 407:25 428:17
483:25 533:9
**recognition** [1] 472:10
**recognize** [2] 451:21 523:
21
**recollection** [10] 377:13
378:4 380:16 383:7 387:5
404:8 480:11 497:7,13 498:
8
**reconsider** [1] 381:24
**record** [22] 342:22 357:10,
21 407:9,10 408:4,6 427:25
434:24 461:22 469:21 472:
20 474:13 480:21 483:1
522:18 524:1,2 527:18 530:
22 534:17 535:5
**recorded** [12] 469:1,4 472:
11,13,19,20,25 473:5,22,24
474:11 526:4
**recording** [2] 537:4,14
**records** [10] 462:2,3,8 465:
25 469:2,5 523:4,11,13,14
**recreation** [2] 445:17 490:
19
**recross** [3] 517:15 522:1
538:4
**recruit** [1] 470:25
**recruitment** [1] 415:11
**redeem** [1] 524:22
**redirect** [5] 460:19 514:22
521:6 532:12 538:4
**refer** [14] 345:3 467:3,6,8
475:22 526:16 528:8,11,15
529:12,15,18,20 530:4
**reference** [1] 380:11
**references** [1] 411:4
**referred** [3] 391:6,7 421:
15
**referring** [10] 359:5 390:
19 391:9 408:15 410:16

438:1,4 455:25 488:21 490:
14
**refers** [5] 408:19,21 410:
19 420:17 421:19
**reflected** [2] 531:1,5
**reflects** [1] 379:24
**refresh** [5] 377:12 378:4
383:7 497:6,12
**refreshed** [1] 387:5
**refreshing** [1] 380:16
**refuse** [1] 441:2
**regard** [1] 514:8
**regardless** [1] 511:7
**regards** [1] 357:23
**regular** [7] 462:8,14,17
463:3 523:11 524:4,5
**relate** [2] 412:11 532:15
**related** [2] 393:20 526:24
**relates** [1] 412:10
**relating** [1] 493:21
**relation** [3] 446:1,11 467:
20
**relationship** [7] 366:4
376:23 399:4 430:14,16
431:7 517:3
**relaxed** [2] 448:14 449:8
**released** [2] 446:3 454:22
**relented** [1] 409:23
**relevance** [6] 347:3 358:6,
8,19 384:3 390:9
**relevant** [7] 348:20,25 349:
9 353:20 355:5 358:1,4,20
472:17
**remain** [3] 397:16 408:10
456:7
**remained** [4] 403:21 404:
24 405:13 412:2
**remember** [34] 364:23
365:4,7,10 366:13 368:3
370:1 371:6 386:15,23 387:
1,11,22,24,25 401:22 402:7
452:20 459:20,25 460:1,2
471:13 479:5 480:2 493:10
497:9,11,18 498:7,10,11
521:9 535:3
**remind** [5] 443:25 471:3
484:5 515:16,21

**reminded** [1] 364:3
**repeat** [9] 376:14 399:11
400:15 405:15 442:24 481:
14 497:8 508:9 513:7
**repeating** [1] 366:11
**repetitive** [1] 417:24
**rephrase** [16] 368:7,9,10
371:5,16 376:14 383:13,25
384:8,10,11 393:19 404:5
424:19 508:12 513:9
**report** [8] 348:23 360:12
493:24,25 499:18,20 527:
23,25
**reported** [7] 352:3 358:22
396:12 495:22 496:1 507:5
516:18
**reporter** [2] 384:25 537:12
**reporting** [2] 349:8 501:
10
**reports** [1] 523:1
**represent** [1] 408:11
**republic** [6] 416:24 423:10
435:4 438:22 440:9 442:19
**requested** [2] 499:6 502:3
**require** [1] 534:22
**required** [2] 429:6,14
**requires** [1] 510:20
**research** [1] 534:22
**residing** [2] 419:7,7
**respect** [7] 346:20,21 347:
4 363:5 374:13 458:1 462:
7
**respected** [1] 481:1
**respond** [1] 351:12
**response** [7] 372:18 387:
9,10 388:11 419:22,23,24
**responsibilities** [7] 471:
21 476:21 477:18,22 504:2
515:17,22
**responsibility** [2] 499:8,
14
**responsible** [5] 430:25
461:4 481:4,7 515:23
**responsive** [1] 423:4
**rest** [1] 491:8
**restaurant** [1] 435:24
**result** [10] 408:12 410:10,

# *Keyword Index*

18 **411**:7 **412**:3 **420**:19 **424**:
9,10 **433**:12 **500**:23
**resulted** [1] **500**:3
**retail** [1] **529**:17
**return** [2] **446**:19 **465**:22
**returned** [1] **445**:12 **465**:
24
**review** [1] **473**:25
**reviewed** [3] **359**:1 **462**:25
**523**:23
**reward** [1] **526**:1
**rewards** [8] **524**:18,19 **526**:
5,5,14,24 **527**:3,4
**ricco's** [1] **534**:2
**rico** [3] **441**:23 **470**:6 **500**:3
**rid** [1] **450**:24
**ride** [1] **350**:15
**ridiculous** [1] **354**:25
**rights** [1] **504**:2
**riot** [1] **481**:5
**ripoff** [1] **534**:18
**rise** [2] **363**:24 **405**:25
**risk** [1] **516**:10
**rite-aid** [13] **468**:9 **469**:5
**522**:21,22 **523**:8,10 **524**:18,
20 **526**:6 **527**:24 **528**:13
**529**:21 **530**:4
**rite-aid's** [1] **524**:5
**roam** [1] **509**:20
**rodriguez** [6] **469**:17,18,
22 **494**:18 **514**:5 **538**:8
**r-o-d-r-i-g-u-e-z** [1] **469**:
22
**roles** [2] **471**:5 **481**:3
**rollock** [1] **342**:11
**room** [25] **342**:10 **346**:17,
17,18,19 **347**:13,19,25 **348**:
10,11,12 **350**:5 **351**:3 **359**:
19 **360**:21 **364**:8 **422**:11,13,
15 **443**:21 **444**:2,19 **459**:2
**475**:10 **477**:23
**roommates** [1] **432**:12
**rooms** [2] **348**:1 **359**:16
**rooster** [3] **391**:13,14,24
**rounds** [2] **443**:12 **477**:5
**row** [6] **369**:18 **452**:11,21,
22 **480**:5 **531**:1

**rows** [2] **505**:14,20
**rule** [2] **356**:6 **504**:24
**rules** [7] **503**:22,25 **504**:10,
12 **510**:6 **512**:19,22
**rulings** [1] **348**:9
**running** [1] **384**:9

## S

**safe** [4] **506**:14,14 **515**:24
**518**:19
**safety** [3] **412**:13 **457**:16,
18
**sale** [2] **528**:24 **529**:6
**sales** [8] **523**:4,13 **524**:1
**525**:1 **527**:9,18 **529**:5 **530**:
23
**same** [28] **350**:4,5,10 **352**:
18 **362**:8 **371**:8 **379**:13 **391**:
19 **397**:6 **399**:22 **424**:15
**428**:2 **440**:24 **442**:17 **450**:
16 **465**:5 **466**:9,24 **475**:18
**495**:23 **496**:4 **515**:5,6 **526**:
3,12 **527**:12 **530**:25 **531**:1
**sanchez** [2] **376**:20,20
**sanctions** [1] **504**:7
**santiago** [1] **342**:11
**santo** [2] **401**:25 **402**:1
**sat** [1] **535**:12
**satisfied** [1] **535**:18
**save** [7] **363**:6,6 **517**:12,17,
20,21,23
**saved** [2] **518**:2,4
**savings** [2] **461**:25 **462**:1
**saw** [6] **346**:18 **373**:2 **433**:
20 **459**:16 **461**:8 **494**:25
**saying** [17] **354**:13 **356**:21
**357**:10 **358**:21 **366**:13 **373**:
5 **375**:6 **381**:10 **382**:12 **387**:
11 **412**:19 **416**:15 **448**:4
**460**:4 **473**:12,21 **479**:11
**says** [55] **349**:11,12,13 **361**:
4 **380**:10,23 **381**:9,10 **382**:2,
10,24 **401**:17 **404**:3,3,16,19
**408**:15,16 **409**:4,14 **414**:22,
24 **415**:9 **416**:4,4,6,11,15
**418**:2,14 **419**:5,6 **420**:16
**421**:23 **424**:7 **426**:18 **463**:

17,21 **466**:12,17 **467**:2,6,12
**473**:23 **508**:4 **528**:10,23,25
**529**:5,9,12,17,20 **530**:2,10
**scammed** [1] **500**:9
**scared** [2] **485**:25 **492**:25
**scheduled** [2] **446**:3 **534**:
4
**schemed** [4] **499**:25 **500**:
10,12,13
**school** [2] **435**:5 **470**:9,20
**screen** [1] **439**:16
**screens** [1] **440**:1
**sealed** [1] **384**:21
**search** [7] **502**:3 **507**:10
**513**:5 **532**:1,2,7,8
**seated** [2] **363**:26 **428**:19
**second** [28] **346**:2 **348**:23
**352**:16 **354**:18,21 **357**:15,
18 **359**:20 **365**:5 **373**:18
**377**:7 **382**:22 **390**:18 **408**:5
**424**:20 **425**:14 **474**:22 **475**:
10 **476**:6 **480**:10 **485**:7 **507**:
18,25 **521**:3 **524**:13 **527**:4
**531**:1 **533**:24
**secrets** [1] **390**:17
**sections** [1] **426**:22
**secure** [2] **506**:16 **519**:25
**security** [3] **482**:19 **519**:22
**520**:22
**see** [36] **345**:11 **351**:17 **358**:
2 **359**:23 **361**:23 **362**:19
**378**:3,3 **383**:8 **389**:5,8 **394**:
8 **401**:5 **414**:21 **418**:6 **421**:
15 **439**:19 **444**:9 **445**:15
**449**:13 **451**:17 **453**:12 **454**:
12 **455**:10 **456**:3 **460**:24
**461**:20 **468**:4 **480**:17 **497**:
12 **501**:13 **505**:14 **514**:11,
11 **531**:12 **536**:17
**seeing** [1] **450**:1
**seem** [3] **460**:8,14 **509**:14
**seemed** [2] **421**:12 **500**:11
**seems** [4] **350**:16 **411**:25
**534**:9 **536**:11
**seen** [6] **357**:23 **382**:24
**388**:19 **389**:9 **403**:11 **449**:
21

**sees** [1] **349**:11
**segregation** [2] **490**:2
**515**:1
**selection** [2] **535**:11 **536**:5
**send** [3] **425**:19 **465**:11
**488**:10
**sends** [1] **465**:22
**sense** [4] **384**:15 **425**:19
**511**:18 **520**:20
**sensed** [1] **511**:6
**sent** [15] **397**:25 **398**:24,25
**400**:5 **402**:17 **428**:4,9 **429**:
21 **465**:12,12,14 **466**:14
**481**:15 **489**:10 **515**:2
**sentence** [7] **345**:8 **436**:18
**437**:7 **456**:22 **457**:8,23 **498**:
5
**sentenced** [10] **366**:5 **370**:
1,12 **436**:12,14 **437**:6,9 **475**:
5,6 **503**:20
**sentencing** [1] **457**:13
**sentiment** [1] **352**:19
**separate** [6] **343**:17 **344**:
17 **399**:10 **427**:6 **526**:2 **534**:
23
**separated** [1] **431**:2
**serious** [3] **345**:4 **411**:19
**504**:24
**seriously** [4] **448**:15,17,20
**501**:1
**serve** [4] **366**:18 **370**:5,7
**436**:18
**services** [1] **415**:12
**servitude** [2] **409**:21 **415**:
14
**set** [2] **467**:11 **513**:6
**several** [8] **409**:6 **419**:10
**430**:11 **435**:17 **447**:15 **475**:
9 **476**:17 **505**:17
**severe** [2] **415**:10,10
**sex** [37] **343**:10,14 **344**:1,7,
9,10,13 **345**:12 **348**:10,21,
22 **350**:23 **353**:3,10 **356**:12
**362**:9 **364**:23 **379**:4 **380**:8
**381**:2,7,8,22 **382**:5,14,18
**383**:1,3,3 **384**:2 **386**:13,21
**394**:7 **447**:8,25 **448**:6 **512**:

# Keyword Index

5
**sexual** [25] **343**:25 **346**:11, 14,18 **348**:15 **353**:19 **354**: 13 **357**:16,23,24 **358**:11,15 **360**:17 **443**:20 **444**:8 **505**: 23 **508**:14,16,19 **512**:5,8,15, 24,25 **514**:13
**sexually** [2] **508**:5,23
**shake** [2] **488**:18 **489**:6
**shaking** [1] **498**:21
**shaky** [1] **499**:1
**share** [1] **516**:25
**shared** [1] **392**:13
**sharing** [2] **353**:13 **361**:9
**she'd** [1] **377**:17
**she'll** [1] **399**:7
**she's** [15] **357**:17 **390**:15 **404**:3 **409**:5,6,11,11 **410**:10 **411**:9 **417**:4,6,7 **420**:11 **503**:1,1
**shihata** [57] **342**:5 **365**:18 **368**:4,8 **371**:4,8,11 **377**:15, 18 **379**:9,14,16,19 **381**:4,10, 13 **383**:6 **384**:20 **385**:3 **390**: 6,9,12 **394**:15 **395**:16 **399**:5, 8,20,22 **405**:22 **407**:2,18,24 **420**:22 **421**:14,19,22 **422**:5, 8,12 **434**:10 **461**:16,19 **462**: 19,22 **463**:6,10,13 **468**:14 **469**:10 **522**:10,15 **523**:16, 19 **524**:7,11,12 **532**:13
**shit** [4] **485**:22,24 **490**:4 **502**:21
**shoe-horned** [1] **412**:6
**shoes** [1] **390**:25
**shook** [1] **491**:16
**short** [6] **343**:13 **405**:24 **448**:11 **449**:7 **483**:23 **532**: 25
**shortly** [1] **454**:7
**shouldn't** [1] **370**:7
**show** [29] **348**:12 **358**:14, 15 **361**:2 **377**:12 **378**:5,11 **425**:8,10 **439**:14 **440**:17,17 **450**:11,18 **451**:19,19 **452**:8, 8,13,25 **453**:4,10 **459**:19 **497**:6,12 **523**:17 **527**:23,25

534:17
**showed** [5] **351**:2 **389**:7 **450**:12,19 **461**:5
**showering** [1] **518**:23
**showers** [2] **453**:24 **518**: 25
**showing** [10] **365**:3 **438**:7, 10 **441**:16 **442**:8 **453**:19 **462**:20 **475**:14,17 **527**:7
**shows** [3] **527**:19,20 **532**: 18
**shu** [34] **346**:14 **350**:11 **358**: 23 **360**:13 **361**:8 **366**:12 **444**:23,24 **445**:1,3,5,8,14, 17 **481**:7,10,11 **489**:10 **490**: 15,16 **491**:4,6,7 **506**:7,8 **515**:1,2 **518**:13,19 **519**:20 **520**:3,4,7,10
**sia** [5] **489**:10,20 **491**:5 **494**: 1 **499**:5
**sic** [2] **415**:6 **502**:9
**sick** [3] **388**:3,8,13
**side** [9] **428**:15 **462**:7 **467**: 18,20,25 **535**:9
**sidebar** [11] **342**:13,15 **343**:1 **363**:13 **379**:1 **385**:8 **405**:22 **407**:1 **408**:1 **457**:1, 2
**sidebars** [1] **379**:21
**sides** [1] **444**:9
**sign** [3] **398**:2 **429**:14 **473**: 21
**signature** [6] **465**:2,9,10, 16,18,23
**signatures** [1] **399**:15
**signed** [4] **397**:20 **398**:12 **399**:12 **404**:12
**significant** [1] **361**:5
**silver** [1] **453**:12
**similar** [1] **411**:20
**simply** [1] **388**:10
**since** [6] **392**:5 **412**:19 **419**: 10 **470**:3 **497**:22 **523**:9
**single** [3] **369**:24 **409**:19 **511**:21
**sinister** [2] **384**:15,17
**sinks** [1] **454**:3

**sir** [2] **430**:1 **469**:23
**sis** [9] **470**:1 **471**:7,20,21 **482**:5,23,24 **491**:22 **512**:21
**sister** [9] **399**:24,24 **400**:2, 20,22,25 **401**:9,11,20
**sit** [6] **374**:1,18 **479**:2 **483**: 12 **484**:18 **533**:18
**sitting** [2] **374**:2 **505**:13
**situation** [7] **350**:3 **409**:7 **419**:9,11 **455**:21 **503**:12 **509**:22
**six** [14] **444**:18 **445**:21 **468**: 11 **472**:14,15,21 **473**:4,7 **475**:2,4,5 **504**:18,23 **517**:25
**sixth** [1] **488**:8
**skinned** [1] **380**:12
**slang** [2] **391**:10,12
**slavery** [1] **415**:14
**sleep** [1] **431**:19
**slide** [1] **530**:19
**slow** [1] **354**:23
**small** [6] **376**:6,7 **445**:15, 15 **450**:21 **459**:20
**smuggle** [1] **505**:9
**somebody** [16] **369**:15 **394**:8 **402**:17 **410**:22 **447**:7 **479**:7 **480**:12 **492**:22,22 **493**:13,18 **494**:6 **496**:17 **504**:23 **514**:16 **520**:18
**somehow** [1] **359**:11
**someone** [15] **353**:10 **357**: 9 **359**:21 **379**:4 **381**:8 **383**: 4 **400**:16 **438**:1 **442**:6 **446**: 6 **449**:14 **481**:1 **493**:19 **496**: 12 **531**:4
**sometime** [1] **535**:20
**sometimes** [3] **364**:9 **506**: 7 **511**:12
**somewhere** [2] **469**:1 **535**:13
**soon** [1] **366**:5
**sorry** [62] **343**:21 **345**:6 **351**:8,9,20 **352**:5,25 **353**:23 **358**:24 **360**:6 **368**:5 **379**:19 **380**:25 **383**:19,21 **385**:1 **387**:4 **395**:17 **396**:1 **402**:10 **405**:15 **410**:21 **411**:1 **415**:7,

22 **416**:19 **418**:10,16 **420**:3 **421**:5 **422**:18 **423**:8 **425**:13, 15 **428**:6,9 **430**:1 **435**:8 **437**:3 **439**:16 **440**:3 **451**:6, 8 **452**:13 **453**:6 **459**:4 **460**: 6 **466**:7 **479**:9 **492**:7 **493**: 17 **495**:25 **502**:13 **515**:20 **517**:18,19 **518**:3 **519**:7 **527**: 8 **530**:20 **533**:1 **535**:19
**sort** [8] **342**:18,18 **356**:10 **416**:1 **417**:20,22 **494**:24 **505**:12
**sound** [5] **485**:24 **492**:24 **499**:1 **537**:4,14
**sounded** [1] **502**:23
**south** [1] **475**:5
**space** [2] **498**:12 **505**:18
**spaces** [1] **498**:12
**spanish** [21] **391**:16,19 **404**:21 **432**:6 **434**:21 **438**: 24 **440**:11 **441**:25 **442**:21 **470**:8,15 **478**:7,9,14,14,15, 24 **479**:1 **497**:22 **517**:7,11
**speaking** [8] **372**:24 **389**: 10 **391**:11 **456**:25 **478**:23, 25 **480**:8 **498**:17
**speaks** [1] **346**:13
**special** [4] **455**:7 **472**:9 **481**:8 **489**:21
**specific** [5] **415**:22 **421**:20 **422**:9 **428**:1 **486**:24
**specifically** [3] **380**:18 **413**:21,22
**spell** [6] **434**:24 **461**:22 **469**:21 **480**:5,7 **522**:18
**spelled** [1] **498**:12
**spelling** [1] **480**:1
**spend** [2] **351**:11 **369**:24
**spoke** [17] **346**:14 **369**:1 **398**:15 **400**:12,20,20 **439**:1 **447**:13 **449**:2,3 **451**:15 **457**: 14 **470**:9 **487**:23,24 **492**:19 **494**:24
**spoken** [1] **492**:22
**spot** [1] **424**:15
**spots** [1] **355**:22
**squeezing** [1] **350**:6

# Keyword Index

**staff** [29] 359:6 364:21 474: 2,4,7,18 482:9,10 483:17 489:12,14 499:12,15 500:1, 16 502:18,19 507:9 508:20 509:11 511:12 512:24,25 513:1,17,25 515:10,12 520: 17

**stall** [5] 361:22,23 389:1,4, 12

**stamp** [1] 387:25

**stand** [2] 407:13 420:18

**standard** [4] 412:23,25 413:3,7

**standpoint** [1] 518:16

**start** [7] 345:10 445:24 456: 17 494:17 518:16 524:13 528:4

**started** [11] 349:24 360:2 455:24 456:1 471:3,15 478: 16 480:1,15 488:18 489:6

**starting** [2] 438:21 456:2

**starts** [2] 345:10 474:15

**state** [6] 401:24 434:24 436:16 461:22 469:21 522: 18

**statement** [38] 370:2,11 383:8 388:4,14 397:21 402: 24 403:14,20 404:15,24 405:21,21 408:8 409:4 410: 3,5,12 411:13 412:16,16,17, 20,24 413:5 414:1,4 415:23 417:23 420:12 422:9 426:5, 6 429:9 466:3,9,24 468:3

**statements** [9] 397:23 399:16 403:24 405:1 414: 23,25 415:7 429:16 462:12

**states** [39] 342:6 365:16 397:17 402:5 403:21,22 404:25 405:10,12,13,17 408:11,17 409:4 411:9 416: 5,25 417:1,14,15,25 418:17 419:3,8,10,13 420:15 424:9, 25 426:16 427:8,9 435:11, 13 436:2 456:14 470:16 494:14 522:14

**statues** [1] 344:17

**statute** [2] 414:12,12

**stay** [11] 363:2 397:13 405: 10 417:5 419:12 443:10 445:10 492:10 510:20 532: 23 533:19

**stayed** [1] 405:12

**step** [5] 429:22 461:14 469: 13 522:7 532:21

**stepped** [1] 342:12

**still** [5] 342:14 348:4 364:3 446:8 484:5

**stipulate** [1] 362:2

**stipulated** [1] 361:1

**stipulation** [3] 359:25 360: 3,6

**stop** [8] 350:1 381:19,19 394:11 425:23 443:16 479: 9 508:1

**store** [11] 467:10 468:9,10, 11 527:21 528:10,11,12,13 530:2,4

**stories** [1] 396:13

**story** [7] 403:3,18 409:16 416:22 511:18 516:23 523: 2

**strange** [1] 382:25

**street** [4] 456:20 494:20 522:20 525:10

**stress** [2] 507:13,19

**strike** [1] 474:3

**strong** [1] 533:24

**stuff** [7] 352:6 396:7,8 430: 6 445:5 490:21 505:9

**stupid** [2] 386:25 387:13

**subject** [10] 342:17 343:24 345:16 351:25 360:5 364: 18,19 463:21 507:9 513:1

**subjection** [1] 415:14

**submitted** [2] 463:18,24

**subpoena** [1] 455:12

**subscribing** [1] 362:5

**subsequent** [1] 427:7

**substance** [2] 381:5 436: 9

**suffer** [2] 355:14 370:9

**suffered** [2] 431:16 432:1

**suffering** [2] 366:19 410:9

**suggesting** [2] 380:5,6

**suit** [2] 432:23 533:24

**suite** [1] 522:17

**summations** [1] 533:13

**sums** [1] 416:1

**sunday** [3] 477:8,10,13

**supervise** [1] 476:18

**supervisor** [11] 480:9 487: 19 489:20,25 495:23 496:2 499:5 501:15 502:21 507:6, 8

**supervisors** [2] 474:10 483:18

**support** [10] 397:20 399: 16 402:24 403:14,20 429:6, 17 430:19 431:15 432:16

**supporting** [1] 416:7

**supports** [1] 410:3

**suppose** [1] 345:7

**supposed** [8] 352:1 404: 13 424:4 476:24 503:1 506: 4 513:18 535:22

**supposedly** [1] 443:19

**surprised** [7] 349:12,12, 13 433:20 434:2,6 485:25

**surveilling** [1] 443:20

**suspected** [1] 517:2

**suspension** [1] 513:2

**suspicions** [1] 516:25

**suspicious** [6] 496:8,10, 20 497:1,3 498:14

**suv** [1] 403:11

**swain** [8] 370:1,12 400:25 403:4,18,24 405:1 409:17

**swiftly** [1] 509:9

**swivel** [1] 453:2

**sworn** [12] 364:14 397:20 411:13,19 412:17,20,23 429:9 434:17 461:17 469: 18 522:13

**system** [12] 472:16,20,20 473:1,4,8,13,25 503:23 518: 1,2 520:8

**tactic** [1] 355:21

**tag** [1] 395:25

**talked** [11] 353:7 358:21 362:9 369:18 402:7 430:14, 16 431:15 449:6 454:20 491:22

**talks** [2] 416:14 427:7

**tangent** [1] 411:18

**tax** [1] 530:23

**tear** [1] 506:21

**tech** [1] 365:6

**technician** [3] 470:1 471: 7 482:5

**telephone** [1] 495:23

**temporarily** [1] 471:9

**temporary** [1] 471:8

**ten** [1] 369:5

**tennis** [1] 390:24

**term** [5] 391:13 408:21 413: 9 414:12 494:6

**termination** [1] 513:2

**terms** [2] 345:8 423:1

**testified** [16] 357:17 410: 15 411:8 419:15,17 434:18 454:7 484:8 487:8 497:9 515:9 516:20 518:8 535:14, 21 536:1

**testify** [9] 350:4,23 359:4 379:8 391:3 455:12,17 487: 15 494:9

**testifying** [4] 350:9 360: 19 470:13 497:22

**testimony** [28] 346:19 351: 24 356:5 362:5,6 365:3 366:22 368:3,8 371:4,11,14, 15 387:2,22 390:23 391:2 411:7,14,16 415:24 419:23 434:21 462:25 475:21 487: 11 523:23 535:23

**tf** [2] 474:15,20

**thanks** [1] 363:10

**that's** [23] 364:26 365:22, 22 366:7 372:10,23 373:12 374:2,11 375:6,16 379:5,11, 12 380:9,9,24,25 381:9,14, 15 382:16 384:5

**theft** [1] 523:3

## T

**table** [5] 374:18,19 387:13 455:5 460:12

**tables** [1] 505:14

# Keyword Index

**themselves** [4] 379:22 388:21 389:18,21
**theories** [1] 351:1
**theory** [3] 347:25 350:25 351:4
**therapist** [1] 432:12
**therapy** [3] 432:5,9,11
**there's** [2] 365:12 377:25
**there's** [32] 342:14 343:7 344:14,23 346:1 353:8 357:11 358:9 361:24,25,26 362:4 384:15 409:3,18 412:18 413:19,25,25 414:1,24 417:9 445:16 466:19 467:11 469:4 473:2 512:14 524:25 525:23 528:4,10
**they're** [1] 379:7
**they've** [6] 346:15 350:20 481:16 508:5 519:3 520:6
**thinking** [2] 431:24,25
**third** [4] 464:25 496:11,17 513:5
**thirty** [1] 435:2
**though** [1] 389:8
**thoughts** [1] 382:10
**thousands** [1] 510:25
**threat** [3] 411:21 510:18 520:21
**threatened** [8] 403:23 410:9 416:23 423:13 430:20 508:5,23 514:13
**threatening** [2] 364:22 394:11
**threats** [6] 396:13 403:1,16 409:21 417:2 505:5
**three** [8] 344:17 360:18,18 397:1 470:21 476:17 497:17 498:2
**threw** [1] 451:16
**thrombosis** [1] 432:1
**tie** [1] 480:20
**till** [1] 428:8
**timothy** [1] 487:22
**tired** [9] 387:11,16,18,20,21 388:3,13 459:7 535:19
**title** [3] 418:5 462:1 522:22
**today** [20] 342:10 354:6

415:24 417:1 420:24 425:23 433:25 455:13 462:25 470:14 475:22 479:2 480:17 483:12 484:18 494:9 497:9 518:8 522:3 523:23
**together** [7] 350:12 378:1 393:8,13,16,24 397:6
**toilet** [2] 445:16 451:16
**toilets** [1] 453:23
**tomas** [4] 469:16,18,22 538:8
**t-o-m-a-s** [1] 469:22
**tomorrow** [6] 533:9,11,13,22 534:3 536:17
**tone** [1] 352:15
**tony** [1] 379:13
**took** [21] 358:11,15 359:15,20 361:2,3,4 400:11,18,20,23 401:8,10,20 402:9 444:18 448:19,20 467:9 501:1 511:7
**top** [3] 377:25 466:12 510:20
**torres** [10] 402:25 403:5,6 418:14,16 422:24 423:11 430:15,17,24
**totally** [2] 491:18 500:7
**touch** [4] 352:17 424:13 425:5 496:11
**touched** [1] 354:3
**touching** [1] 506:1
**towards** [2] 420:5 455:4
**trade** [1] 418:18
**traffic** [2] 426:9 477:11
**trafficked** [2] 418:4,4
**trafficker** [2] 409:7 419:11
**trafficking** [74] 397:16 405:14,18 408:12,18,19,21 409:5,6,10,10,14 410:17,18,20,22,23,25 411:1,2,3,4,5,7,8,23 412:3 413:10,20,23,24,24 414:4,7 415:10,11,16,16 416:1,6,8,12,17,21 417:7,8,8,12,15 418:1,1,5 419:4,9,11 420:16,19,19 421:16,20,20 422:2,3,10 423:15,22,24 424:1,10,25 425:7 426:13

436:9 535:13
**trained** [1] 511:16
**training** [4] 471:16,17,19 481:4
**transaction** [11] 467:7,8,9,15 468:3,6,8,12 469:1,4 528:9
**transactions** [6] 405:11 430:11 466:22 523:2 527:23 532:18
**transcriber** [2] 537:2,13
**transcript** [8] 371:10 384:21 385:5 421:14 456:8 494:8 537:3,14
**transcripts** [1] 371:9
**transferred** [1] 520:12
**transportation** [1] 415:11
**travel** [1] 534:6
**treating** [2] 388:3,13
**tree** [1] 376:7
**trial** [17] 345:16,19,23,24,24 351:23 353:11,11 354:6 357:9,10 358:2,5 364:10 456:8 494:8 535:12
**trick** [2] 513:23 514:1
**tricks** [1] 510:8
**trickster** [1] 382:9
**tried** [4] 446:13 493:13,18,19
**trip** [1] 403:7
**trips** [9] 398:23 400:11,17,23 401:10,20 402:8 427:8 430:11
**trouble** [6] 361:7 444:6 451:1,3 502:19,19
**trough** [1] 415:12
**true** [16] 347:2 355:24 366:7 375:17 388:17,20 391:4 396:1 399:16 404:16 426:8 444:10 519:10 521:12 525:4 528:2
**truphone** [1] 474:1
**truth** [8] 402:6,6 403:11 412:17 495:22 521:15,19 522:4
**try** [8] 356:15 403:12 414:9

446:6,16 501:18 502:24 509:2
**trying** [18] 353:19 354:5 375:2,8 383:7 416:10 420:9 485:12 488:1 490:6 491:3 495:12 496:17 501:4 502:18 509:4 518:10 521:8
**tuesday** [1] 533:12
**turn** [2] 514:12,15
**turned** [1] 351:23
**turning** [1] 453:7
**tvpa** [1] 415:10
**twenty** [1] 441:13
**twice** [1] 401:15
**two** [25] 343:2,17,24 359:5 362:8 365:13 396:17 416:3 420:23 427:5 437:4 441:11 445:2 471:7 474:25 475:3 479:18 492:4,8 493:10 495:5 497:17 534:16 535:2,24
**two-prong** [1] 360:11
**type** [8] 411:20 466:14 500:23 509:6 517:3 526:5 528:23 535:13

---

## U

**u.s** [2] 365:24 414:18
**uh-hm** [3] 468:25 481:7,9
**uh-uh** [1] 517:6
**unaware** [1] 513:14
**under** [22] 345:23 346:1 353:12,13,17 354:4 355:10 364:4 382:6 397:15,21 404:17 409:9 412:7 438:15 484:5 503:15 518:8 520:5 522:3 526:12 528:10
**underlying** [1] 415:3
**underneath** [1] 475:19
**understand** [29] 347:18 348:5 352:13,14 355:10 356:17 358:3 383:15,17 384:3 400:13 414:3 415:18 421:25 425:15 426:6 440:21 448:5,9 455:25 460:13 478:14 479:9,10 486:2 500:8 508:6,10,10
**understanding** [6] 404:1,

# Keyword Index

4 413:23 414:6 441:2 493:20

**understands** [1] 482:10
**understood** [5] 393:21 397:18 439:1 442:21 448:6
**unidentified** [3] 380:11 382:24,25
**uniforms** [1] 504:14
**uninterpreted** [1] 407:16
**unique** [3] 474:15 529:1,2
**unit** [27] 365:3,13 388:9 437:13 442:17 443:11,12 445:6,12 446:19,23 451:1,2,24,25 458:2,4 459:7 461:3 475:1 476:5 481:8 488:9,10 489:4 490:21 491:12
**united** [39] 342:6 365:16 397:17 402:4 403:21,22 404:25 405:10,12,13,17 408:11,17 409:4 411:9 416:5,24 417:1,14,14,25 418:17 419:3,8,10,13 420:14 424:8,25 426:15 427:8,9 435:11,13 436:2 456:14 470:16 494:14 522:14
**units** [15] 437:2,5 459:5 472:6 474:23 475:3 476:9,24 477:2,21,22,23 529:7,8 530:16
**unless** [1] 473:7
**unmasked** [2] 528:19 530:6
**unpleasant** [1] 518:22
**until** [16] 359:24 363:7 396:15,17 407:25 411:23 418:20 424:20 428:9,17 451:12 483:25 501:19 520:11 533:9 535:4
**unusual** [1] 391:5
**up** [47] 342:4 356:10 357:10,13 359:23 364:9,25 365:2,15 372:11 375:21 376:2,5 388:6 391:8 393:15 402:20 403:7 408:2 414:23 416:1 418:5 424:2,5 425:22 427:1 431:9,10 433:15 438:18 439:25 441:6 470:5,7 472:

8 473:21 477:2 478:1 479:7 506:21 510:5 513:6 520:7 527:23,25 533:17 535:22
**upc** [3] 528:25 531:9,13
**upcs** [1] 531:11
**upper** [1] 452:18
**upset** [3] 448:24 460:7,14
**usa** [1] 342:2
**usaa** [8] 461:25 462:1,3,5,8 463:23 465:22,24
**usaa's** [2] 462:14 463:4
**usc** [2] 414:13,14
**using** [10] 344:8,12 345:2 382:2,3 480:19 513:23 527:21 529:10,13

## V

**vacation** [1] 392:9
**vaccines** [1] 531:11
**vagina** [2] 350:7 354:3
**vaginas** [1] 353:17
**valve** [3] 412:13 457:16,18
**vargas** [10] 387:7 394:15,16,20,24 395:16,17,20,23 434:25
**vasquez** [5] 394:13 395:15,23 434:15,25 538:6
**verify** [1] 398:2
**vesey** [3] 456:20 494:20 522:20
**victim** [7] 353:24 415:10 512:5 514:1,13,25 518:22
**victim's** [2] 354:1,2
**view** [2] 523:14 525:2
**violate** [4] 343:18 346:24 504:8,24
**violation** [1] 347:3
**violence** [4] 510:16,18 512:6,9
**visit** [11] 366:2,6,7 392:10 446:7,11,13,14,16,18,19
**visited** [2] 392:24 432:25
**visiting** [13] 443:21 444:2,19 475:10 477:23 505:1,5,9,12,16,21,24 506:2
**visits** [6] 443:14 444:18

445:3,20,24 446:8
**voice** [4] 354:22 395:25 472:9 507:19
**voices** [1] 377:25
**volume** [1] 414:18
**vulnerable** [2] 416:16,21

## W

**wait** [9] 354:18,21 382:22 390:18 391:14 395:18 424:20 434:14 453:5
**waiting** [1] 446:17
**walk** [7] 373:23 476:9 477:2,21 490:9 491:13 505:20
**walks** [1] 343:13
**wanted** [37] 352:5,9 364:18 366:15,18 375:5,6,16 381:1,6 382:4,12 383:1 384:1 386:9,20 393:13 396:20 409:15 410:2 411:3 417:17,22 419:19 425:20 434:2,5 460:21 472:21 477:3 488:15 489:25 492:10 502:4 513:12,22 535:14
**wants** [9] 346:2 348:9 350:19 356:5 410:5,5,6 411:18 472:7
**ward** [1] 343:25
**wash** [2] 454:3,5
**washing** [2] 454:5 518:23
**washington** [1] 535:24
**wasn't** [2] 375:14 384:5
**waste** [1] 463:12
**watch** [1] 520:5
**watching** [1] 443:19
**way** [41] 343:16 344:9 345:3 349:16,20,22,24,25 350:1 352:11 354:10 356:2,7 362:20 372:4,21 373:15,15 383:10 384:12 386:16 388:3,13 391:9 412:19 421:9 438:4 452:22 483:14 486:6,19 490:6 494:25 496:10 497:3 505:25 506:1,12 513:4 518:8,25
**ways** [2] 364:20 510:5
**we'll** [1] 384:23

**we're** [6] 365:2 379:9,10 382:2,3 384:7
**wear** [1] 504:14
**wearing** [1] 480:20
**wedding** [1] 534:5
**week** [2] 441:10 529:13
**weekend** [1] 533:12
**weeks** [3] 397:1 445:2 493:10
**week's** [1] 460:24
**wellness** [15] 524:16,17 525:24 526:12,14,17,21,24 527:11,12,21,22,24 528:21 529:11
**what's** [1] 382:3
**whatever** [3] 425:17 443:8 534:18
**whenever** [1] 463:11
**where's** [1] 412:20
**wherever** [2] 419:7 520:4
**whether** [34] 343:23 345:15 350:21 353:21 355:23 357:1,16 361:26 372:5 373:25 375:2,4,8,17 381:22 382:18 399:9 402:4 412:15 415:17 441:2 444:10 449:14 454:14 460:22 489:8 493:13,20 503:4,5 518:13 519:4,9 531:7
**who's** [2] 369:6 383:19
**whole** [6] 342:24 362:4,5 382:23 415:2 483:1
**wife** [1] 482:16
**wig** [1] 380:12
**will** [27] 342:11 350:4 359:4 362:26 363:2 380:14 381:2,6 382:5 384:2 385:5,6 386:20 403:2,17 408:20 409:3 412:17 421:8 424:19 428:1 468:23 472:20 508:22 519:9 527:23 535:16
**windows** [2] 347:14 348:11
**withdraw** [1] 424:9
**withdrawals** [1] 466:18
**withdrawn** [2] 386:11 503:10

# *Keyword Index*

**within** [6] **345**:24 **353**:11 **474**:23 **475**:8 **481**:6 **523**:3

**without** [12] **348**:10,11 **352**:24 **353**:3 **362**:23,23 **463**:7 **503**:25 **512**:9,9 **524**:8 **535**:1

**withstand** [1] **370**:3

**witness** [80] **343**:2 **346**:11, 13,16 **350**:13,22 **353**:20 **354**:5 **357**:8 **358**:20 **359**:4 **360**:11 **361**:18 **364**:3,5 **374**:17 **377**:21 **378**:12 **379**:3 **380**:13 **382**:8,10 **391**:21 **401**:13,14 **404**:3 **408**:10,24 **409**:11 **410**:1,7,15 **411**:6 **412**:23 **414**:1 **422**:11,13,15 **424**:15 **425**:14 **426**:17,24 **427**:1,4,10,14,17 **434**:11,12, 14,17 **438**:8,11,12 **439**:14 **453**:7 **461**:15,17 **462**:20 **469**:8,14,15,18 **475**:14,17 **481**:14 **491**:16 **497**:16,22, 22 **519**:9,18 **522**:8,9,13 **523**:17 **532**:22,24,25 **534**:15

**witness'** [3] **353**:17 **408**:8 **416**:18

**witnessed** [1] **354**:13

**witnesses** [8] **351**:7 **352**:1 **354**:3 **362**:23 **533**:2,21,25 **538**:3

**woman** [37] **343**:12,14 **344**:7,8 **345**:20 **348**:23 **349**:1,6 **350**:3,9 **352**:15 **354**:21,22 **356**:12 **361**:18,19,21 **368**:2 **376**:7,7,24 **386**:16 **389**:12 **395**:11,13,14,21,23 **396**:4 **439**:12 **442**:10 **475**:22 **478**:21,22,23,25 **480**:13

**woman's** [1] **350**:6

**women** [24] **346**:13 **360**:18, 18 **361**:6 **369**:12 **375**:9 **376**:4,11,17 **437**:6,10,14 **448**:16 **458**:4,7,9,20,21 **459**:1,4 **475**:5 **485**:22 **486**:1 **503**:6

**women's** [1] **458**:2

**won't** [2] **377**:24 **381**:15

**word** [12] **370**:14 **407**:13,

19 **409**:18,19 **413**:20 **424**:10 **430**:15 **432**:9 **448**:7 **459**:17 **500**:9

**words** [8] **370**:7 **374**:21,21 **391**:10 **459**:23 **473**:5 **479**:12 **489**:13

**wore** [1] **380**:12

**work** [24] **435**:24 **437**:17,18 **441**:1,6,10,12 **450**:8,10 **458**:17,18,20 **469**:23 **476**:10,11 **477**:7,13 **482**:12 **487**:7 **489**:3 **491**:6,7,8 **522**:25

**worked** [21] **435**:17 **437**:12, 12,14 **440**:14,14,23 **441**:8 **458**:23 **459**:1,4 **470**:24,25 **471**:1 **475**:9,12 **476**:23 **477**:16,24 **478**:3 **481**:20

**worker** [1] **489**:2

**working** [7] **400**:18 **401**:21 **435**:21 **470**:3,22 **471**:7 **480**:15

**worried** [4] **384**:4 **449**:15, 16,16

**wouldn't** [1] **376**:19

**wrapper** [1] **459**:17

**wrapping** [2] **459**:21,22

**write** [2] **345**:1 **441**:6

**written** [1] **433**:18

**wrote** [2] **400**:25 **404**:11

## Y

**year** [9] **396**:16 **433**:4 **436**:15,25 **454**:24 **457**:8 **471**:3 **523**:9 **532**:19

**years** [10] **369**:5 **443**:25 **462**:4 **470**:4,21 **481**:23 **498**:2 **504**:16 **510**:23 **514**:5

**yesterday** [11] **349**:17 **362**:24 **364**:19 **366**:10 **371**:1,10, 12,14 **386**:23 **387**:22 **420**:23

**yesterday's** [1] **348**:20

**york** [4] **470**:24 **494**:3 **525**:11,12

**you're** [9] **372**:14,14,15,17 **373**:14 **374**:2 **377**:8 **382**:12 **384**:10

**you've** [1] **365**:5

**young** [3] **376**:6 **389**:2 **511**:10

## Z

**zoom** [3] **365**:13 **525**:18 **528**:7

**zoomed** [2] **389**:8 **466**:6

# Keyword Index

## $

**$1,000** [1] 393:16
**$20** [3] 433:1,15 434:2
**$25** [1] 441:13
**$300,000** [4] 392:16,21 400:8 430:8
**$44** [1] 534:18
**$5** [1] 530:21
**$5,000** [1] 393:13
**$74.78** [1] 468:7
**$8,000** [6] 393:1,7,9,13,15, 22
**$8000** [1] 392:25

## 0

**015786098** [1] 464:24
**098** [1] 465:10

## 1

**1:45** [3] 428:8,9,14
**1:52** [1] 428:17
**10** [3] 533:9,14 536:17
**10:16** [1] 342:1
**104** [1] 365:8
**104a** [2] 451:21 452:13
**104b** [3] 452:8,14,23
**104c** [1] 452:25
**104-c** [1] 365:8
**104d** [1] 453:22
**104e** [1] 453:19
**10579** [1] 530:3
**10-year** [2] 456:22 457:6
**11** [3] 452:21 537:8,18
**11:00** [2] 437:16 440:15
**11201** [3] 456:15 494:15 522:15
**112215** [1] 467:12
**11th** [2] 435:7,9
**12/14** [1] 468:4
**12:09** [1] 407:25
**12:19** [1] 407:25
**12:54** [1] 428:17
**13** [3] 373:18 452:12 468: 13
**13th** [4] 469:5 529:24 532: 3,19
**14** [2] 377:7 378:8

**14643** [1] 474:21
**15** [1] 387:25
**16** [1] 470:3
**17** [1] 342:2
**18** [1] 441:13
**19** [1] 466:5
**1969** [1] 464:16
**1980** [1] 470:17
**19th** [2] 466:7,25

## 2

**2** [5] 342:3 475:14,19 497: 17 527:16
**20** [2] 436:3 481:23
**2001** [2] 470:3 471:4
**2005** [1] 392:5
**2006** [1] 392:5
**2007** [1] 435:12
**2008** [3] 426:17 427:6,8
**2009** [1] 424:13
**2010** [6] 424:13 463:20 465: 15,19 526:19,23
**2011** [2] 436:4 471:12
**2015** [16] 437:1 444:1 466: 5,5,7,8,25,25 468:13 469:5 471:12 474:23 475:7 529: 24 532:3,15
**2016** [3] 454:25 478:10 523: 9
**2018** [3] 392:5 537:8,18
**204** [1] 527:8
**20th** [1] 523:9
**214** [7] 523:18 524:7,10,14 527:8 532:14 538:14
**218** [6] 462:21 463:6,9,15 464:25 538:15
**22** [4] 414:14,14,15 463:20
**22nd** [3] 465:15 466:7,25
**27** [1] 466:5
**29th** [1] 465:19
**2a** [2] 438:8,11 475:17,25

## 3

**3** [5] 416:4 419:1 420:6,13 421:19
**3:48** [1] 483:25
**3:59** [1] 483:25
**3500** [10] 349:10 350:20

**351**:22,25 **358**:1 **359**:3,3 **361**:8 **362**:18,22
**3500-4** [1] 377:7
**3500-m-11** [1] 408:13
**3500-m-4** [1] 387:25
**35-m4** [1] 373:17
**35-m-4** [1] 378:7
**35tr1** [1] 497:16
**364** [1] 538:5
**3f** [1] 525:10
**3rd** [1] 464:16

## 4

**4** [2] 342:3 439:15
**4:00** [1] 437:16
**4:15** [1] 534:7
**400** [1] 522:17
**403** [1] 345:23
**412** [8] 343:18 347:1,3 353: 17,22 354:4,10,11
**435** [1] 538:6
**44.99** [1] 530:13
**456** [1] 538:6
**461** [1] 538:7
**463** [1] 538:15
**468** [1] 538:7
**469** [1] 538:8
**48** [1] 409:3
**494** [1] 538:8

## 5

**5** [3] 440:18 468:2 535:9
**5:00** [1] 437:16
**5:30** [1] 425:23
**5:38** [1] 536:23
**5129** [1] 482:25
**514** [1] 538:8
**517** [1] 538:8
**521** [1] 538:9
**522** [2] 538:9,10
**524** [1] 538:14
**53** [2] 417:21 418:9
**532** [1] 538:10
**54th** [1] 525:10

## 6

**6** [3] 441:16 526:19,23
**6:00** [1] 437:16

**6423** [2] 468:11 530:5

## 7

**7102** [2] 414:14,16
**718-490-8719** [1] 526:11
**718-840-5000** [1] 483:5
**718-840-5129** [1] 483:2
**75** [1] 458:6

## 8

**8** [2] 414:13 442:8
**80** [1] 458:6

## 9

**9** [5] 416:11 419:1 420:6 426:3,3
**9(b** [1] 414:16
**90** [1] 458:6
**95252803820** [1] 527:11
**964** [1] 525:10

## "

**"ecuador"** [2] 407:13,15
**"fear** [1] 370:2
**"torres"** [1] 403:14

## —

**—** [30] 393:17 394:6 395:15 398:18,18,19 399:8,19,25, 25 400:1,1,2,3,4,13 401:2, 19,22 402:6,17 404:1,10,10, 10,13,13 405:8,22 407:13

## A

**a.m** [2] 342:1 437:16
**abaratti** [1] 500:3
**ability** [2] 412:10 474:4
**able** [11] 345:13,25 350:17 352:15 353:12 370:3 395: 21 405:5 437:10 532:1 534: 2
**above** [2] 441:13 473:21
**above-entitled** [2] 537:5, 15
**absolutely** [2] 420:20 507: 8
**abuse** [1] 343:25
**access** [2] 490:16,21
**according** [2] 357:25 362:

# Keyword Index

17

**account** [37] 403:22 404: 25 405:13,17 408:18 409:5, 25 416:5,12 417:25 419:3 420:16 424:9,10,25 426:12 462:11 463:16,16 464:21, 23,23 465:4,5,10,11,13 466: 9,15,20 468:23 525:13 528: 19 530:6,7 532:2,2

**accountable** [1] 504:12

**accounts** [1] 462:12

**accurate** [4] 354:11 404: 16 410:12,18

**accused** [1] 354:7

**accustomed** [1] 450:1

**ach** [2] 466:15,18

**across** [1] 446:24

**act** [15] 346:1,2,18 348:15, 16 353:19 354:13,19 355:5, 6,9 356:25 359:22 491:3 514:14

**acting** [2] 448:12 490:6

**action** [3] 509:6,9 511:7

**activities** [3] 422:23 515: 16,21

**activity** [1] 357:24

**acts** [9] 346:11 357:17,23 358:12,16 359:7 504:4,8 505:23

**actual** [2] 467:16 468:12

**actually** [9] 343:8,17 344: 11 351:17,24 438:2 446:14, 18 535:12

**ad** [3] 524:25 529:12,13

**address** [9] 352:5,9 464: 10,17 525:7,13 535:14,20 536:1

**addressed** [1] 494:24

**adjourned** [1] 536:23

**admission** [1] 420:24

**admit** [4] 351:1 411:12 463: 6 524:7

**admitted** [8] 463:8,11 492: 1,3,6,9 502:3 524:9

**advanced** [1] 346:6

**advice** [5] 350:10,14,18,18 360:18

**advised** [3] 342:16 346:2 433:14

**affectionate** [2] 494:6,7

**affidavit** [3] 411:10 429:7, 9

**afraid** [6] 349:5 423:11,17 511:10 521:14,22

**african** [1] 354:23

**afternoon** [11] 428:23,24 456:14,15 461:20 468:17 483:22 494:14,15 531:22, 23

**age** [1] 352:18

**agent** [5] 345:25 373:19 455:4,7 489:21

**agents** [10] 373:16 374:6, 12 381:25 386:5,19 387:25 388:1,4,10

**ago** [4] 390:18 420:23 433: 7 535:2

**agree** [7] 375:1,7 376:10, 15 390:16 475:21 516:15

**agreed** [3] 344:15 384:19 433:19

**ahead** [8] 349:23 351:8,10, 14,15 423:9 425:10 437:23

**air** [1] 491:16

**allegations** [5] 399:3,19 410:9 411:17,20

**allege** [1] 399:15

**allow** [4] 390:10 408:24 410:13 500:8

**allowed** [5] 417:5 446:11 475:8 504:5 505:2

**allows** [1] 397:15

**almost** [2] 396:16 445:2

**alone** [1] 350:15

**already** [9] 346:16 373:10 384:24 403:9 433:17 439:3 447:20 461:9 472:25

**although** [4] 409:6,24 419: 10 533:9

**ambit** [1] 382:6

**american** [1] 354:23

**amnesty** [1] 385:6

**among** [1] 523:5

**amongst** [5] 347:11 361:

10 369:11 388:20 505:20

**amount** [4] 434:4 467:6,7 468:6

**analyst** [2] 522:23 523:7

**andres** [1] 456:20

**anger** [1] 388:11

**angry** [4] 349:5 386:24 448: 25 456:4

**annoyed** [1] 534:21

**another** [24] 345:11 348: 15,21 350:5 353:19 359:22 372:4 380:9 381:23 382:18 412:19 423:7 430:12 432: 23 445:19 459:8 467:11 486:6 487:15 526:1,5 530: 25 532:24,25

**answer** [22] 349:19 357:12 368:5 374:17 377:21 380: 15 393:4,6,6 399:7 401:16, 17 403:13 410:7 416:9 420: 9,10 422:9 423:4 431:13 479:22 481:14

**answered** [14] 377:18 381: 17 387:15 390:15 399:5,6 401:14,14 415:15 417:12, 13 420:14 455:23 479:21

**answers** [5] 404:20,21 412:8 427:22 428:2

**answer's** [2] 393:4 395:9

**anthony** [1] 342:9

**anticipate** [1] 534:1

**anybody** [11] 343:20 373: 24 398:5,13,19 399:2 400:7 407:21 432:15 499:1 511: 21

**anyway** [1] 379:15

**apartment** [1] 525:10

**apologize** [1] 417:24

**app** [1] 464:6

**apparently** [3] 348:21 443: 20 444:9

**appear** [1] 499:22

**appearance** [1] 491:18

**appears** [1] 483:3

**applicant** [1] 417:3

**application** [50] 397:20 399:16 402:25 403:15,21

404:6,9,11,12,19 408:20 409:9,17,18,19 410:4,8 411: 19,20 412:1,12,18 414:19 415:9 417:9,10 418:25 421: 18 422:22 423:1,20 424:7, 11,24 425:9 426:20,22 427: 7 429:6,17 430:17,19 431: 16 432:17,19 463:16,18,21, 25 464:3

**applications** [5] 397:19 423:2,3 425:4 462:12

**applied** [2] 519:5,24

**applies** [1] 417:8

**apply** [1] 362:11

**approach** [10] 342:13,25 378:7,9 407:2 438:7 462: 19 475:13 519:12 523:16

**approached** [1] 498:20

**approaching** [1] 497:16

**appropriate** [3] 380:15,17 536:11

**approved** [1] 460:23

**approximately** [4] 436: 23 452:10 470:3 481:23

**april** [1] 465:15

**area** [22] 342:17 350:7,7 357:22 451:24 453:11 454: 1,3,4 475:11 476:12,13 477: 10,25 505:1,5,10,12,16,17, 24 506:2

**areas** [8] 347:9 353:4,8 388:21,22 476:15,16 504: 14

**aren't** [3] 382:8 394:14 520: 18

**argue** [2] 342:19,19

**arguing** [2] 363:2 455:22

**argument** [1] 359:13

**arguments** [1] 346:5

**around** [13] 354:8 361:14, 16,17 363:12 476:9 477:2, 21 480:17 509:20 510:5 535:13,20

**arranda** [1] 456:20

**arrest** [1] 394:22

**arrested** [4] 431:18,23,25 436:5

# *Keyword Index*

**arrival** [1] 416:14
**arrived** [1] 389:13
**article** [1] 480:19
**ash** [1] 395:9
**aside** [1] 476:6
**asks** [2] 356:11 427:11
**assigned** [4] 441:1 471:9 491:7 529:2
**associate** [1] 342:10
**associated** [7] 464:10,13, 17 466:19 525:7,13 527:14
**assume** [1] 498:2
**asylum** [11] 397:13 403:15, 20 404:6 408:14 409:9 417:6 421:17 429:1,2 432:16
**atm** [1] 467:9
**attached** [1] 416:7
**attempted** [1] 343:10
**attention** [16] 403:12 436:4 468:2 475:7 478:10 480:3 496:7,16 498:5 506:19 516:4,12 528:3 529:22 535:15,17
**attorney** [5] 399:8,9 433:3, 6,17
**attorney's** [2] 365:24 366:7
**attorneys** [1] 352:19
**attorney's** [3] 456:14 494:14 522:14
**attractive** [2] 371:3 372:5
**audience** [1] 533:19
**aunts** [1] 398:9
**author** [1] 467:22
**authorized** [4] 446:8 467:4,23 468:3
**authorizing** [1] 465:13
**available** [3] 412:2 529:16 534:25
**avoid** [4] 361:18,19,20 410:6
**awaiting** [1] 437:7
**aware** [20] 357:16 366:6 376:22 377:2,5,9 380:8 382:18,25 386:13 388:17 389:17,20 401:4 422:22 473:19,20 486:5 499:25

504:10
**away** [9] 342:12 344:21 361:1 362:14 363:8 444:18 451:12 479:18 518:23

---

# B

**back** [52] 343:13 352:3 364:25 365:17,21 366:15 367:3 369:21 377:23 384:9 396:21,22 407:5 409:16,24 416:25 417:2 418:24,25 421:11, 14 422:17 423:10,17,19 424:14,15,20 427:25 428:12 429:25 430:3,15 445:6 446:23 450:10 456:17 460:6 465:12,23 478:25 480:10 485:7 489:3 491:12 514:12, 15 520:10 531:4 533:12,14 534:8
**bad** [2] 349:5 513:9
**bag** [1] 356:13
**bank** [15] 461:25 462:1,12, 12 463:16 465:12 466:3,9, 19 467:5,22,23 468:2 469:2, 5
**banking** [2] 462:6,7
**bar** [1] 428:15
**base** [1] 519:7
**based** [6] 422:9 427:22 430:24 459:11 490:23 491:17
**basement** [1] 359:23
**basically** [4] 420:7 421:1 437:18 522:25
**basis** [11] 383:8 411:11 414:1 415:19 416:1,13 417:4 420:24 425:1 426:13 456:23
**bastard** [7] 374:24 375:3,8 376:18 395:13,22 514:17
**bates** [1] 387:25
**bathe** [1] 391:1
**bathroom** [8] 361:22,25 362:9 363:10 389:1,12 451:18 453:23
**bathrooms** [4] 362:4 389:7,7 518:24

**batts** [1] 457:11
**bear** [2] 365:13 370:9
**became** [2] 376:22 377:9
**become** [3] 345:24 377:2, 5
**bed** [12] 445:16 447:14,15, 18 448:10,13 449:2,9 452:11,16,17,20
**beds** [6] 365:12 451:24 452:3,5,6,9
**began** [2] 409:7 419:11
**beginning** [2] 375:19 443:24
**behalf** [3] 422:23 433:2,8
**behavior** [1] 512:8
**behind** [1] 342:23
**believe** [8] 395:12,20 407:13 480:8 485:17 491:18 499:11 533:25
**believed** [2] 396:3 430:24
**believes** [1] 343:17
**belong** [1] 451:2
**belonging** [1] 466:10
**bench** [1] 535:7
**benefit** [1] 519:20
**best** [2] 423:1 437:25
**better** [2] 396:7,8
**between** [8] 348:16 459:14 475:3 489:11 492:4,7 493:21 517:9
**beyond** [1] 448:3
**big** [3] 350:1 450:21 459:19
**birth** [2] 464:13,15
**bit** [8] 409:2 449:8 453:1 458:5 525:18 528:7 530:19 531:10
**black** [2] 352:21 403:11
**blah** [3] 409:5,5,5
**bled** [1] 448:1
**blouse** [1] 390:25
**bondage** [1] 415:14
**bop** [8] 353:4 474:16 482:13 487:15,16 507:9 508:3 514:6
**born** [1] 435:3
**borough** [1] 470:18
**boss** [1] 517:23

**boss's** [1] 491:3
**both** [6] 399:12,15 418:25 444:9 474:11 504:2
**bother** [1] 348:14
**bottom** [2] 465:16 468:23
**bought** [3] 527:20,22 534:17
**bout** [1] 402:8
**box** [3] 420:6,6 426:5
**boxes** [1] 416:3
**boyfriend** [3] 405:19 424:12 425:5
**break** [6] 375:21 405:24 407:4 483:22,23 534:7
**bridge** [1] 505:12
**briefly** [2] 460:21 521:5
**bring** [20] 346:15 348:2,9 350:17 355:21 356:2 357:9 362:3 364:1 390:5 405:4 421:6 428:3 433:1,12 485:22 486:1,3 535:14,16
**bringing** [5] 345:19 354:12 379:8,10 486:6
**brooklyn** [13] 436:19 456:15 464:10 468:11 469:24 470:19 471:2 494:3,15 522:15 525:11,12 530:5
**brother** [1] 403:8
**brought** [15] 346:10,12,16 355:21 360:19 362:12 390:11 391:8 444:20 445:9 450:12,14,16 477:25 505:6
**bucks** [3] 393:14,15,16
**build** [1] 524:21
**building** [7] 362:14 475:2 482:12 488:8 493:11 515:23 534:6
**buildup** [1] 350:1
**bunch** [3] 376:8 523:1 528:4
**bunk** [1] 452:18
**bureau** [15] 342:23 470:2, 22 471:18 474:2 480:16 481:20 494:19 495:5 499:25 500:22 503:15 512:18 513:25 517:24
**burgundy** [1] 480:20

# Keyword Index

**burned** [4] 400:2,3,3,5
**burning** [2] 420:8 430:25
**business** [14] 392:22,25 393:20,20 403:2,17,23 462:5,7,9,15 463:4 523:10 524:5
**busy** [1] 516:6
**buttocks** [1] 350:6
**button** [2] 504:18,21
**buy** [1] 528:21

## C

**c.o** [1] 391:23
**c.o.s** [1] 391:10
**cadres** [1] 475:5
**call** [98] 344:1 350:22 366:9,10 386:25 387:1,3,7 388:1,2,7,12,12 395:2 434:12 436:19 455:18 472:7,10,17,21 473:10,11,15,17 474:13,14 478:18 479:3,6 480:11,23 481:24 482:22 483:3,6,8,10 484:8,21 485:4,6,8,11,17,19,20 486:14,17,22 487:3,18,24 488:16 489:5 492:3,6,9,19,23 493:1,9,21 495:16 496:1,4,7,8 498:25 499:1,11 501:3,22,23,24 502:1,2 507:9,12,15,16,18,25 511:3 513:4,12,16 514:3 516:17 517:9,12,17,20,21 518:2,4,4 521:17
**called** [24] 365:22 375:23 376:17 386:25 432:12 433:8 434:17 444:22 477:5 478:18,20 483:7,14,14 484:9,11,16,23 485:1 487:6 494:2,7 514:16 521:22
**caller** [1] 507:13
**calling** [1] 353:4
**calls** [29] 434:13,15 461:16 469:16 471:23,25 472:1,2,3,11,13,13 473:5,20,21,23,25 474:5,11 478:11,15,16 490:17 491:24 492:15 509:24 510:25 517:24 522:10
**came** [42] 342:9 361:23,23,

25 362:1 365:12 392:10 394:2 396:17 398:23 405:19 409:15,23,24 410:2 411:7,9,24,25 416:24 417:17 419:21,24 424:12 425:4 427:6 433:15 436:2 446:6,14,24 450:19,21 451:13 455:10 459:24 460:25 467:22 476:11 493:13 498:16 514:12
**camera** [6] 350:8 389:5,6,9,11 449:13
**cameras** [44] 346:11,19 347:8,15,16,19,23 348:11,12 350:12,20 352:23 353:2,6,8 357:14,15,22,25 358:13,19 359:8,12,18,19 360:10,23,25 361:1,4,12,17,18,19,20 362:3,4,9,11,15 388:18,22,23 444:9
**can't** [2] 379:22 384:14
**capture** [1] 473:13
**card** [26] 465:2,9,10,23 466:18,19 468:24 469:1 524:18,19,24 525:24 526:17,21 527:11,12,21,22,25 528:21 529:9,10,11,14,19 530:18
**cardboard** [1] 459:25
**care** [2] 375:4 392:25
**career** [2] 512:3,3
**careful** [5] 373:22,23 398:18,18 501:7
**carefully** [1] 396:18
**carlito** [3] 493:24 494:2 495:2
**carlos** [19] 342:2,9,11 354:6 464:9 466:10 469:4 480:2,7,9,14 484:25 487:17 488:2,22 498:17 525:6 527:14 530:7
**carmen** [4] 439:12 442:10,12,14
**case** [21] 342:20,21 343:8 345:25 348:1,3 351:4 353:15 355:23 357:7 358:11 396:6 408:22 417:8 436:6,16,16,16 534:3,19 535:13

**cash** [1] 531:4
**cat** [1] 356:13
**catch** [1] 480:3
**caught** [4] 361:14 382:15 498:21 507:18
**cause** [4] 367:5 456:8 494:8 509:11
**caused** [2] 403:2,16
**cell** [8] 353:13 444:21 445:14,19 483:11,15 484:11,13
**cell-mate** [1] 343:9
**cert-410** [1] 537:19
**certain** [9] 344:13 346:12 462:8 479:2 523:11 524:23,23 525:1 532:15
**certainly** [4] 347:2 358:11 420:23 422:5
**certified** [2] 537:2,12
**certify** [2] 537:3,13
**cet-656** [1] 537:9
**chance** [1] 352:14
**change** [5] 459:7 460:21,24 513:16,17
**changes** [2] 412:12,13
**characterization** [1] 390:12
**charge** [10] 344:11,25 345:3,4 407:7 442:22,25 443:7 461:3 534:22
**charged** [12] 343:7,25 344:2,3,7,8,9,11 345:2,4,9 456:17
**charges** [4] 344:14,16,25 345:14
**check** [4] 375:12 396:20 449:13 460:24
**checked** [4] 396:18 416:4 426:5 444:9
**checking** [2] 464:22 465:4
**chosen** [1] 351:2
**christine** [4] 455:3,7 537:12,19
**circled** [1] 419:2
**circumstances** [2] 357:14 416:13
**city** [1] 392:8
**cja** [1] 471:1

**claim** [7] 403:15 416:7,13 425:1 426:13 433:9,11
**clarify** [1] 374:16 484:13
**clarity** [1] 429:2
**clean** [5] 356:10 442:14 476:16 486:3,7
**cleaned** [5] 439:9 442:6 475:10,10 489:2
**cleaning** [13] 343:11,12 375:20 435:20 437:12,13 439:8 459:5 475:9 476:15,19 477:24 478:3
**clear** [6] 344:13 369:4 377:25 411:9 415:17 461:5
**cleared** [1] 363:7
**clearly** [2] 348:20 349:9
**clerk** [22] 342:2 364:2,5,7,10 384:24 385:5 405:25 407:8 428:4,8,19 438:8 440:2 532:25 535:7,9,21 536:1,3,6,22
**clerks** [1] 534:5
**client** [1] 399:9
**close** [2] 373:15 403:12
**closely** [1] 509:17
**closest** [1] 437:20
**closeup** [1] 453:19
**close-up** [1] 389:9
**clothing** [1] 480:19
**co** [3] 380:9 381:23 386:6
**code** [6] 414:18 472:9 528:25 529:1,2 531:9
**codes** [2] 531:9,10
**coercion** [1] 415:13
**cogan** [1] 351:1
**cogan's** [1] 348:8
**colleague** [1] 407:14
**college** [2] 470:21 498:2
**colloquy** [1] 428:13
**cologne** [1] 390:25
**colored** [1] 480:20
**column** [4] 467:2 528:8 529:5 531:12
**columns** [1] 528:4
**come** [39] 342:4 364:16 366:11,16 373:14 374:2 381:19 382:6 384:9 392:7,

# Keyword Index

9,23 **407:**5 **408:**2 **412:**17
**420:**21,25 **421:**1 **426:**9,15
**427:**4 **428:**12 **430:**6 **435:**13
**446:**16 **449:**2 **456:**3 **471:**23,
25 **473:**22 **476:**9,11 **510:**5
**514:**24 **520:**10 **533:**12,14,
17 **534:**8
**comes** [6] **345:**19 **366:**15
**412:**16,16 **418:**21,25
**comfortable** [1] **470:**13
**coming** [5] **380:**14 **396:**22
**418:**17,21 **449:**14
**command** [1] **505:**18
**commenced** [1] **342:**1
**committed** [5] **345:**20 **398:**
25 **471:**18 **481:**11,16
**common** [2] **379:**21 **454:**1
**commonwealth** [1] **420:**
15
**company** [2] **523:**3,3
**complaining** [1] **373:**14
**complains** [1] **520:**6
**complaints** [1] **369:**12
**complicated** [1] **402:**22
**complied** [1] **413:**3
**complies** [2] **391:**22 **427:**
13
**compounded** [1] **513:**10
**compromised** [1] **357:**8
**compromising** [1] **513:**
13
**computer** [3] **396:**7,8 **471:**
24
**concern** [8] **352:**4,10 **357:**
6,7 **359:**24 **513:**17,25 **519:**
11
**concerned** [6] **369:**21,22
**382:**14 **487:**5,14 **513:**4
**concerning** [1] **398:**24
**concerns** [2] **380:**21,22
**concludes** [3] **363:**19 **385:**
8 **428:**15
**conclusion** [1] **498:**16
**condom** [1] **448:**7
**conduct** [7] **347:**8 **370:**7,8
**412:**12,12 **477:**21 **500:**24
**conducting** [1] **405:**11

**confidential** [1] **405:**8
**confronted** [1] **413:**4
**confused** [1] **410:**21
**confusing** [2] **372:**17,20
**confusion** [1] **345:**24
**conjunction** [1] **525:**24
**connection** [3] **397:**24
**423:**21 **430:**17
**consensual** [11] **344:**1,10
**348:**10,16 **350:**23 **353:**3
**354:**20 **356:**21,21,23 **357:**2
**consent** [5] **344:**11,14,22
**345:**1,1
**consequential** [1] **535:**4
**conservation** [2] **493:**12,
13
**consistent** [3] **351:**2 **410:**
19 **411:**10
**conspiracy** [1] **436:**10
**constantly** [1] **510:**5
**constitution** [1] **384:**18
**consulted** [2] **367:**8 **368:**1
**contact** [17] **346:**14 **360:**
20 **365:**24 **395:**3 **396:**3 **476:**
7 **495:**12 **496:**18,25 **508:**14,
16,19 **512:**15,24,25 **513:**5
**520:**1
**contain** [1] **524:**1
**container** [1] **450:**21
**contents** [1] **398:**12
**context** [2] **349:**19 **374:**11
**continue** [7] **352:**5 **377:**10
**423:**19 **466:**22 **491:**24 **492:**
15 **521:**16
**continued** [11] **364:**20
**386:**2 **409:**7 **416:**24 **419:**11
**422:**19,20 **428:**20 **484:**3
**491:**3 **502:**24
**contraband** [1] **505:**6
**control** [3] **379:**22 **419:**12
**481:**5
**conversation** [17] **360:**25
**371:**6 **372:**1,11,11,22 **373:**1,
6 **386:**15,24 **449:**10 **486:**5
**490:**23 **491:**17,25 **495:**8,23
**conversations** [1] **369:**
17

**cook** [1] **436:**1
**copy** [1] **422:**17
**correction** [6] **376:**25 **379:**
7 **381:**3 **492:**2,5 **500:**22
**correctional** [1] **377:**3
**corrections** [6] **376:**23
**471:**6,15 **474:**9,10 **504:**17
**correspondence** [1] **471:**
24
**corrupt** [1] **431:**7
**cos** [3] **373:**12,21 **374:**8
**cost** [2] **529:**20,21
**costs** [1] **393:**14
**couldn't** [5] **441:**5 **446:**14
**483:**19 **490:**9 **491:**14
**counsel** [6] **342:**11 **407:**9,
9 **416:**20 **513:**7 **515:**18
**counselor** [5] **395:**24 **405:**
15 **426:**2 **443:**1 **451:**6 **461:**
4
**counselor's** [2] **488:**11,
12
**count** [4] **449:**7 **450:**6 **530:**
11 **533:**23
**counter** [4] **530:**11 **531:**8,
17,18
**country** [6] **397:**13 **398:**25
**409:**23 **412:**3 **417:**5 **424:**8
**counts** [1] **477:**22
**county** [1] **470:**19
**couple** [8] **364:**25 **392:**2
**428:**25 **456:**16 **468:**21 **494:**
16 **511:**24 **535:**2
**course** [15] **361:**4 **369:**24
**407:**3 **432:**7 **446:**17 **458:**14
**462:**8,14 **463:**3 **514:**21 **516:**
11 **520:**20,21 **523:**10 **524:**4
**courtroom** [8] **342:**24 **352:**
3 **363:**7 **364:**6 **391:**3 **406:**1
**433:**25 **480:**17
**court's** [1] **535:**16
**covers** [1] **418:**25
**coworkers** [1] **376:**6
**cr-281** [1] **342:**3
**crazy** [3] **393:**3,4,17
**create** [1] **353:**11
**creates** [1] **520:**21

**creating** [2] **519:**12,14
**credit** [9] **366:**22 **367:**9
**368:**2 **369:**23 **511:**25 **512:**1,
4,10,16
**credits** [1] **466:**13
**crime** [1] **345:**20
**criminal** [4] **456:**8 **471:**1
**494:**8 **513:**2
**cross** [5] **357:**9 **384:**15,17
**428:**20 **468:**15 **494:**12 **531:**
20 **534:**2 **538:**4
**cross-examination** [5]
**364:**20 **386:**2 **422:**19,20
**456:**12
**cruz** [1] **369:**7
**crying** [4] **431:**21 **446:**24
**447:**4,4
**current** [1] **419:**6 **469:**25
**currently** [3] **342:**20 **343:**7
**409:**5
**custodian** [1] **462:**2,3
**custody** [4] **396:**14 **432:**22
**454:**22 **456:**17
**customer** [15] **465:**13,14
**523:**1,13 **524:**2,15 **525:**2,3,
5,7,14 **526:**8 **527:**10 **528:**19
**530:**6
**cut** [5] **343:**20 **384:**8 **479:**21
**490:**4 **502:**21
**cute** [1] **373:**7

---

## D

**danbury** [5] **368:**3 **369:**2,4,
5,16
**danger** [5] **397:**16 **405:**4
**511:**4,6,22
**dangerous** [5] **496:**18
**499:**22,23 **509:**15 **513:**20
**danilda** [1] **367:**8 **368:**1
**437:**24 **439:**22,23 **447:**19,
23
**dark** [1] **380:**12
**data** [1] **523:**2
**date** [27] **426:**19,23 **463:**17,
18 **464:**13,15 **465:**14,18
**467:**2,4,14,16,18,20,24 **468:**
12 **473:**15 **526:**16,17,20,24

# Keyword Index

**527:**2 **528:**8,9 **529:**23,25 **531:**1

**daughter** [1] **375:**18

**davis** [5] **522:**10,13,19,20 **538:**10

**d-a-v-i-s** [1] **522:**19

**day** [27] **343:**17 **347:**4 **369:** 18,24 **370:**5 **381:**25 **386:**7 **391:**8 **421:**13 **436:**15 **441:** 11 **446:**12,17,17,18 **447:**13 **457:**9 **467:**22 **490:**20 **492:** 19 **495:**23 **496:**4 **513:**10 **521:**14 **534:**7 **535:**2,5

**day.**" [1] **370:**10

**days** [3] **420:**23 **432:**6 **441:** 11

**dayton** [1] **482:**7

**dct** [1] **481:**4

**de** [1] **369:**7

**deal** [3] **358:**6 **364:**16 **414:** 13

**dealing** [8] **398:**22 **400:**11 **404:**25 **409:**24,25 **410:**23 **430:**4,8

**deals** [2] **353:**22,24

**death** [2] **409:**21 **500:**4

**debit** [3] **466:**18,19,22

**debits** [2] **466:**17,18

**debt** [7] **398:**22 **400:**8 **402:** 18 **415:**14 **424:**1,2 **430:**8

**decades** [1] **495:**6

**december** [14] **436:**24 **445:**25 **446:**7 **466:**5,7,25 **468:**13 **469:**5 **474:**23 **529:** 24 **532:**3,15,19 **534:**17

**deception** [1] **510:**10

**decide** [2] **458:**12 **491:**4

**decided** [1] **397:**12

**decision** [4] **354:**16 **460:** 22 **491:**2,2

**defendant** [6] **350:**23 **353:** 14 **381:**22 **456:**6 **480:**21 **482:**6

**defendants** [1] **503:**20

**defendant's** [3] **343:**9 **480:**24 **482:**16

**defense** [2] **345:**10 **471:**19

**defined** [1] **408:**22

**defines** [2] **414:**12 **415:**10

**definition** [6] **413:**9,13,20, 23 **414:**6,7

**definitions** [1] **413:**9

**delay** [1] **509:**11

**delays** [1] **364:**14

**deleted** [4] **394:**24,24 **472:** 18 **473:**7

**deletes** [1] **472:**16

**deliberations** [1] **533:**13

**demotion** [1] **513:**1

**denied** [1] **413:**4

**denies** [1] **410:**4

**denoted** [1] **531:**14

**denotes** [1] **531:**13

**denying** [1] **410:**10

**depart** [1] **419:**8

**department** [9] **470:**24,25 **471:**1,17 **477:**13 **480:**15 **518:**1 **520:**1 **523:**1

**depend** [1] **441:**13

**depending** [3] **437:**17 **458:** 15 **520:**12

**depicted** [1] **475:**18

**deportation** [2] **397:**16 **429:**3

**deposits** [5] **466:**12,14,15, 15,16

**depressed** [2] **431:**22 **432:** 2

**derek** [3] **522:**10,13,19 **538:** 10

**d-e-r-e-k** [1] **522:**19

**describe** [7] **374:**22 **375:** 24 **376:**2 **380:**13 **383:**11 **391:**11 **527:**18

**described** [9] **344:**6 **375:**6 **376:**5,8 **395:**12,22 **438:**14 **440:**15 **471:**20

**describes** [1] **380:**12

**description** [5] **467:**8 **468:** 8 **529:**3,4 **530:**9

**desire** [1] **420:**8

**desk** [2] **374:**2,19

**detail** [6] **416:**6 **523:**4,13 **524:**1 **527:**9,18

**details** [3] **342:**24 **392:**18 **473:**11

**detained** [1] **419:**9

**detainee** [1] **397:**3

**detainees** [4] **358:**23 **369:** 11 **396:**24 **503:**18

**detention** [1] **503:**15

**determination** [3] **512:**14 **519:**4,23

**development** [1] **534:**23

**deyberto** [15] **398:**16,20, 22 **399:**4 **400:**18 **401:**21 **402:**9,25 **422:**24 **423:**11,13 **424:**13 **425:**5 **430:**15,17

**deyi** [3] **400:**3,4 **402:**17

**dialed** [1] **473:**13

**didn't** [20] **366:**10,13,16,20, 21,24 **367:**2,5 **368:**5 **369:**14, 24 **372:**14 **373:**25 **374:**1 **375:**4 **376:**23 **377:**15,15,18 **382:**7

**difference** [2] **473:**2 **475:**3

**different** [16] **365:**2 **372:**21 **393:**10,11 **410:**14 **414:**25 **433:**5 **435:**17 **437:**5,6 **471:** 5 **481:**3 **486:**19 **505:**25 **506:** 1 **520:**13

**difficult** [3] **356:**6 **390:**16 **431:**18

**dining** [1] **453:**11

**direct** [20] **357:**17 **361:**21 **362:**13 **363:**11,12 **414:**22 **434:**22 **461:**18 **466:**15 **468:** 2 **469:**19 **484:**3 **498:**5 **499:** 14 **515:**9 **516:**20 **522:**14 **528:**3 **529:**22 **538:**4

**directed** [1] **420:**5

**directing** [4] **426:**22 **436:**4 **475:**7 **478:**10

**directly** [1] **365:**24

**disciplinary** [5] **503:**22,23 **504:**10 **512:**18,22

**discipline** [3] **443:**7,9 **515:** 3

**disciplined** [1] **444:**13

**disclosed** [1] **536:**4

**discount** [8] **529:**9,10,12,

13,14,15,19 **530:**18

**discounts** [6] **524:**21,22, 23,25 **525:**25 **529:**16

**discuss** [14] **398:**12 **399:**3, 19 **400:**7,10,16,22 **401:**9,19 **434:**4 **450:**5 **456:**4 **503:**11 **535:**17

**discussed** [10] **347:**11 **350:**20 **351:**18 **357:**24 **359:** 9,23 **360:**19 **369:**12 **396:**24 **397:**3

**discussing** [5] **350:**12 **361:**12 **376:**11,16 **388:**1

**discussion** [10] **343:**1 **360:**22 **361:**10 **363:**19 **379:** 1 **385:**8 **389:**1 **407:**1 **408:**1 **428:**15

**discussions** [1] **388:**20

**disposed** [1] **534:**16

**dispute** [2] **342:**18 **413:**15

**disrespect** [1] **379:**24

**distance** [1] **389:**8

**distinguish** [1] **373:**25

**distracted** [1] **516:**8

**distraction** [1] **520:**21

**distress** [1] **507:**14

**district** [4] **342:**1 **414:**13, 23,25

**disturbed** [2] **348:**22 **349:** 1

**divorce** [1] **375:**15

**divorced** [2] **375:**15,19

**document** [22] **382:**3 **408:** 25 **410:**14,19 **411:**12 **412:**9 **413:**24 **414:**4,24 **415:**9,17, 18,23 **420:**9,24 **427:**21 **463:** 15,24 **497:**6,12,21 **531:**5

**documents** [7] **409:**3 **416:** 7 **462:**11,23 **463:**1,3 **524:**4

**doesn't** [2] **381:**25 **382:**5

**dog** [1] **376:**6

**doing** [15] **346:**23 **349:**16 **363:**3 **373:**14 **379:**15 **383:** 19 **387:**21,21 **391:**17 **443:** 20 **448:**8 **476:**14 **477:**5 **503:** 1 **520:**18

**domingo** [2] **401:**25 **402:**2

# Keyword Index

**dominican** [9] 372:10 416:
23 423:10 431:5 435:4 438:
22 440:9 442:19 535:12

**don't** [18] 368:5 372:9,18,
19,22 373:24 376:1,8 377:
10,10 379:2,20,23,23 380:
14,15 383:8 384:9

**done** [14] 344:19 359:8,10
360:1,6 427:20 428:2 429:
1 437:17 444:11 490:7 502:
17 511:25 519:25

**door** [3] 373:23 491:13,14

**down** [22] 345:19 380:20
392:7,9 404:11 430:25 434:
19 460:25 461:14 469:13
476:9,11,14 477:25 479:24
485:22 486:1,3,6 522:7
532:21 533:18

**downstairs** [3] 359:22
361:8,9

**doyle** [1] 455:7

**draw** [3] 347:5,7 348:5

**dressed** [1] 515:25

**drew** [2] 496:7,16

**dropped** [1] 395:25

**drug** [52] 398:22 400:8,11,
17,22 401:9,20 402:8 403:2,
16,23 404:25 405:11,14,18
408:12 409:10,14,24,25
410:18,23 411:1,7,8,23 412:
3 413:22,24 414:4 415:25
416:6,8 417:8,12 418:1,4,
18 420:19 421:16,20 422:2,
9 423:15,21 424:1,10 430:4,
8 436:10 456:18 535:13

**drugs** [14] 392:14 401:2,5,
23 402:20 403:7 416:14
417:1 424:3,5 426:9 427:2,
15 436:9

**due** [1] 370:5

**duly** [1] 434:17

**duress** [1] 367:5

**during** [17] 361:21 363:5
365:10 424:7 437:2,10 441:
8 442:12 479:6 487:2 495:
8 505:20 508:3 523:10 527:
22 535:11 536:5

**duties** [3] 476:21 515:17,
22

**duty** [2] 443:8,10

## E

**each** [11] 377:25 391:11,11
404:19,20 411:16 412:7
473:10,11 529:2,2

**earlier** [2] 344:10 414:18

**earns** [1] 525:25

**easier** [1] 421:10

**easily** [1] 448:21

**east** [6] 475:2 488:8 493:11
515:16,21,23

**eastern** [1] 528:17

**easy** [1] 489:3

**eaten** [1] 515:25

**ecuador** [1] 407:19

**eight** [1] 432:6

**eighty** [1] 458:5

**either** [8] 407:18 412:2
420:23 460:8,15 467:9,9
535:22

**electronic** [5] 471:24 537:
2,4,12,14

**elevated** [2] 505:13,18

**eleven** [2] 436:22,22

**eleventh** [1] 435:6

**elicit** [8] 345:25 352:23
353:1,2,5 355:6 356:6 357:
1

**eligible** [1] 425:7

**eliminate** [1] 370:7

**elliott** [1] 455:3

**email** [3] 464:17 510:3 525:
13

**emotional** [2] 410:10 488:
18

**emotionally** [1] 431:16

**employed** [3] 461:24 470:
2 522:20

**employee** [2] 479:12 483:
9

**end** [9] 395:25 402:10 405:
16 443:24 454:23 512:14
520:7 532:19 535:4

**ending** [1] 465:10

**ends** [1] 418:5

**engage** [4] 347:8 403:23
411:23 505:23

**engaged** [4] 345:15 346:
18 357:16 422:24

**engages** [1] 512:8

**english** [13] 391:14,19 426:
11 438:25 440:11,20 441:
25 442:21 470:11 482:9
489:21 497:24 498:3

**enough** [2] 458:9 524:25

**enroll** [1] 525:23

**enrolled** [2] 526:21 527:3

**enrollment** [2] 526:20
527:2

**ensuring** [1] 512:22

**entered** [4] 403:21 412:2
419:1 424:8

**enters** [3] 364:6 428:18
484:1

**entire** [3] 512:3,3 522:4

**entirely** [2] 421:22,23

**entry** [11] 416:12 417:14
418:25 424:17,24 426:12,
14,19 427:12,16 529:23

**envelope** [1] 465:22

**environment** [2] 388:16
390:17

**episode** [1] 522:4

**erase** [1] 517:24

**escape** [1] 343:11

**escort** [1] 477:23

**esq** [2] 456:13 494:13

**esr** [2] 377:22,24

**essential** [1] 355:6

**established** [1] 411:11

**esteem** [2] 494:6,19

**etc** [6] 408:17,18 416:5,5
417:25 420:15

**eugenio** [2] 343:8 345:25

**even** [15] 353:7 370:9 374:
1 389:7 391:8 392:4 401:4,
23 431:18 483:17 491:14
512:8,9,25 513:2

**evening** [3] 522:16,17 536:
22

**event** [2] 370:6 495:20

**events** [2] 412:11,11

**eventually** [1] 445:12

**everybody** [5] 343:22 400:
3 449:8 474:6 476:23

**everyone** [7] 352:13 440:
17 447:20 451:19 452:18
482:10 535:1

**everything** [9] 373:9 402:
16 449:6 454:1 492:10 507:
24 515:24 517:21 531:12

**evidence** [18] 365:8,13
411:13 415:19 416:7 420:9
439:15 440:4,18 463:9 473:
3 475:14 518:10,23 519:24
524:10 533:11 538:13

**evolved** [1] 414:8

**exact** [4] 346:1 421:15 458:
5,6

**exactly** [7] 363:4 442:4
450:18 460:2,13 514:3 518:
8

**examination** [17] 357:11
361:21 428:20 434:22 460:
19 461:18 468:15 469:19
484:3 494:12 514:22 517:
15 521:6 522:1,14 531:20
532:12

**examined** [1] 434:17

**example** [6] 361:18,21
467:11 472:19 474:17 503:
9

**exceed** [1] 504:20

**except** [1] 441:11

**exception** [3] 397:15 409:
10 412:1

**excuse** [4] 357:5 384:7
424:9 433:23

**excused** [5] 461:15 469:8,
14 522:8 532:22

**exemption** [1] 429:3

**exercise** [2] 409:7 419:12

**exhibit** [32] 365:7 438:8,11
439:15 440:18 441:16 442:
8 451:21 452:23 462:21
463:6,9,15 464:25 475:14,
17,19,25 523:18,20,24 524:
1,7,10,14 527:7,16 531:2

# Keyword Index

**532**:14 **538**:13,14,15

**exits** [3] **406**:1 **483**:24 **533**:
15

**experience** [3] **488**:24
**504**:17 **511**:2

**experienced** [1] **502**:7

**expert** [1] **408**:23

**explain** [12] **343**:7 **391**:20
**416**:6,8,13 **418**:2 **419**:5
**422**:1 **441**:4 **482**:11 **500**:14
**513**:15

**explained** [2] **343**:16 **408**:
14

**explains** [1] **418**:4

**explanation** [1] **417**:7

**explanations** [2] **364**:13
**402**:14

**exposure** [1] **345**:8

**extended** [1] **529**:17

**extension** [1] **482**:24

**extortion** [1] **510**:14

**extremely** [1] **370**:3

---

## F

**face** [2] **375**:12 **397**:16

**facebook** [20] **375**:9,12
**376**:12,17 **394**:13,16,20,21,
21,22 **395**:3 **479**:17 **485**:13
**488**:2 **493**:14,18,20 **496**:25
**507**:10 **518**:5

**facility** [1] **449**:21 **503**:15

**facing** [2] **456**:22 **457**:6

**fact** [14] **345**:13 **346**:15 **347**:
8 **348**:22 **353**:9 **360**:4 **391**:
7 **431**:24 **486**:13,16 **494**:22
**517**:2 **521**:13,17

**factories** [1] **435**:17

**factory** [2] **435**:19,20

**facts** [1] **342**:20

**fair** [7] **349**:4 **381**:11,14 **460**:
7 **515**:7 **516**:2,8

**fairly** [1] **345**:13

**fairness** [1] **350**:16

**faith** [1] **519**:7

**fall** [1] **514**:1

**false** [5] **356**:19 **359**:1,4,5
**397**:24

**familiar** [3] **370**:14 **508**:4
**511**:25

**families** [3] **500**:20 **505**:3,
8

**family** [23] **367**:3,5 **369**:22
**370**:9 **393**:8 **398**:5,13,15
**399**:3,21,25 **400**:1,5,7,10,
12,17 **402**:12 **405**:4 **423**:14
**430**:22 **432**:7 **444**:18

**family's** [1] **430**:25

**far** [7] **351**:17 **359**:25 **360**:2
**435**:3 **470**:20 **495**:7 **504**:20

**faster** [1] **364**:17

**father** [4] **370**:9 **431**:24,25
**432**:8

**fault** [2] **385**:1,3

**favor** [2] **478**:19 **479**:6

**favorable** [1] **457**:23

**fbi** [1] **455**:10

**fear** [4] **344**:8,12 **345**:2 **365**:
4

**february** [2] **436**:24 **478**:
10

**federal** [7] **401**:24 **403**:4
**436**:16,17 **437**:3 **461**:25
**462**:1

**feel** [1] **345**:22

**feeling** [1] **446**:21

**felicia** [1] **369**:9

**fellow** [5] **358**:22 **369**:11
**396**:24 **397**:3 **513**:13

**felt** [3] **370**:4 **386**:12 **516**:20

**female** [14] **375**:11 **376**:23,
24,25 **377**:3 **380**:11 **382**:24,
25 **386**:6 **396**:2 **437**:3 **474**:
24 **475**:8 **488**:25

**ferrara** [2] **537**:2,9

**few** [4] **427**:20 **442**:4,15
**449**:24

**fifth** [1] **465**:20

**figure** [7] **381**:2,6 **382**:5
**383**:2 **384**:2 **386**:20 **433**:15

**figured** [1] **382**:13

**file** [3] **350**:14 **397**:12 **429**:7

**filed** [11] **397**:15 **422**:22
**423**:2,3 **425**:3 **429**:3 **433**:1,
1,2,8,11

**filing** [1] **432**:23

**fill** [1] **408**:16

**filled** [3] **404**:11 **410**:8 **423**:
20

**filmed** [1] **389**:7

**final** [1] **532**:14

**finally** [2] **427**:23 **521**:19

**find** [16] **347**:22 **356**:6 **375**:
2,8,12,16,25 **379**:23 **405**:5
**414**:9 **480**:12,13 **500**:18,20
**502**:4 **518**:5

**fine** [8] **355**:2 **379**:15 **384**:5
**410**:7 **425**:21,24 **468**:19
**530**:21

**fingers** [1] **459**:19

**finish** [1] **533**:10

**finished** [2] **349**:21 **520**:11

**fiore** [2] **537**:12,19

**firearms** [2] **471**:19 **481**:4

**first** [43] **345**:14 **346**:4 **354**:
10 **388**:25 **391**:6,7 **396**:12,
16 **415**:7,8 **417**:4 **418**:9,13
**425**:4 **426**:15 **434**:5 **444**:19
**446**:6 **452**:21 **455**:1,9 **463**:
14 **467**:12 **480**:1,15 **486**:9,
12,20 **496**:11,12,16 **501**:18
**507**:15,16 **509**:2 **513**:12,17
**515**:19 **520**:8,8 **521**:12 **527**:
7 **529**:22

**five** [2] **402**:20 **476**:17

**floor** [7] **357**:15,18 **359**:22
**475**:1,2,10 **488**:8

**foil** [1] **460**:1

**follow** [1] **416**:10

**followed** [1] **512**:22

**following** [6] **370**:2 **374**:
21 **417**:21 **466**:2 **504**:12
**506**:19

**follows** [2] **419**:3 **434**:18

**follow-up** [2] **387**:19 **511**:
3

**force** [8] **344**:19,20,21 **396**:
13 **411**:21 **415**:13 **512**:9
**514**:5

**forced** [16] **353**:9 **355**:5,9
**380**:21 **403**:1,16,22 **409**:20
**410**:9 **412**:3,4 **416**:23 **417**:

2 **423**:13 **512**:5 **514**:13

**forcible** [6] **348**:21 **354**:13
**359**:14,16,16,17

**forcing** [5] **343**:14 **344**:7,8
**365**:4 **394**:11

**foregoing** [2] **537**:3,13

**forget** [4] **344**:24 **348**:11
**527**:24 **533**:13

**forgot** [1] **535**:5

**forgotten** [1] **428**:13

**form** [5] **404**:20 **408**:16 **410**:
16 **411**:3 **473**:23

**former** [2] **403**:1,15 **534**:5

**forms** [3] **416**:12 **425**:1
**426**:13

**fort** [1] **530**:5

**forth** [2] **416**:25 **421**:11

**forward** [1] **360**:24

**found** [4] **353**:15 **377**:1
**451**:2,13

**four** [4] **344**:18 **363**:12 **402**:
19 **462**:4

**fourth** [2] **465**:20 **497**:17

**fraud** [3] **409**:21 **415**:13
**510**:12

**free** [2] **410**:13 **419**:12

**freegate** [1] **470**:25

**friend** [26] **375**:11,11 **376**:
17 **394**:23 **395**:8 **396**:2 **447**:
1 **478**:18,20,20,22 **479**:7,10,
13,19,22,24 **492**:19 **493**:14,
18,19,21 **502**:3 **508**:1 **517**:9
**518**:5

**friendly** [1] **373**:15

**friends** [9] **393**:9 **394**:14,
16,20 **437**:22 **441**:20 **446**:
24 **456**:7 **505**:9

**front** [8] **342**:24 **351**:18,20
**370**:11 **389**:6 **407**:10 **409**:
16 **438**:18

**full** [2] **441**:18 **487**:21

**fully** [1] **516**:21

**fun** [1] **534**:9

**funny** [2] **386**:7,12

**further** [18] **434**:9,10 **456**:
11 **460**:17 **461**:11 **468**:14
**469**:12 **494**:11 **517**:14 **521**:

# Keyword Index

6,24 **522**:1 **531**:19 **532**:11, 11,20 **536**:14 **538**:9

## G

**galicia** [9] **371**:3,7 **372**:2,5, 9,15 **373**:5,7 **374**:12
**gather** [3] **348**:5,8 **519**:24
**gave** [15] **349**:18 **350**:10,11, 14 **377**:21 **390**:7,22 **391**:2 **398**:19 **414**:25 **423**:14 **427**: 23 **429**:19 **511**:3 **535**:24
**geier** [13] **487**:20,22,24 **489**: 20 **491**:22,25 **492**:12 **493**:2 **499**:6 **516**:18,25 **517**:5,7
**geier's** [1] **491**:3 **499**:14
**general** [3] **481**:15 **493**:12 **527**:19
**generally** [4] **420**:19 **503**: 14 **511**:25 **528**:4
**gentlemen** [3] **364**:14 **405**: 23 **533**:8
**gesturing** [1] **455**:4
**gets** [3] **380**:20 **424**:20 **531**: 4
**getting** [16] **353**:3 **354**:9, 14 **363**:9 **365**:10 **369**:21 **375**:16 **384**:7 **393**:20 **410**: 21 **417**:20 **444**:6 **460**:23 **504**:18 **513**:22 **517**:18
**gift** [6] **390**:13,18,21,24,24, 25
**gifts** [1] **390**:5
**girl** [4] **376**:6,8 **392**:8,10
**girlfriend** [1] **480**:13
**give** [16] **364**:13 **377**:20 **389**:17,20,22 **391**:16 **392**: 24 **393**:7 **395**:13 **402**:14 **428**:2 **443**:9 **472**:19 **483**:1 **495**:25 **513**:18
**given** [4] **370**:5 **429**:3 **473**: 23 **526**:8
**giving** [2] **350**:17 **356**:12
**got** [31] **344**:19 **360**:18 **365**: 13 **369**:16 **373**:8,18 **393**:12 **396**:15,16 **397**:2,9,9 **398**:9 **400**:5 **411**:23 **424**:13 **425**:5 **431**:18,23 **433**:17 **439**:3

**446**:23 **447**:18,20 **450**:10 **458**:13 **471**:17 **479**:17 **488**: 18 **498**:21 **507**:18
**gotten** [5] **375**:15 **400**:3 **431**:25 **432**:5 **457**:16
**government** [60] **348**:9 **350**:19 **352**:10 **353**:12 **355**: 22 **357**:6,11,19 **360**:24 **362**: 12 **374**:6 **412**:19 **414**:22 **422**:6 **434**:10,13,15 **438**:8, 10,11 **439**:15 **440**:17,18 **441**:16 **442**:8 **451**:21 **452**: 23 **461**:16 **462**:21 **463**:6,9, 15 **464**:25 **469**:16 **475**:14, 17,18,25 **486**:9,12,13,20 **487**:3,8 **494**:17 **495**:15,16, 19 **521**:12 **522**:10 **523**:18 **524**:7,10,13 **527**:7 **532**:14 **536**:10 **538**:4,14,15
**government's** [1] **365**:7
**government's** [7] **358**:11 **455**:4 **461**:17 **469**:18 **522**: 13 **534**:3 **538**:13
**grabbing** [1] **350**:6
**grade** [2] **435**:7,9
**grant** [1] **385**:6
**greatest** [1] **505**:5
**groped** [1] **353**:17
**grounds** [1] **500**:6
**grow** [1] **470**:5
**growing** [1] **470**:7
**guaranteed** [1] **384**:18
**guard** [8] **348**:22,23 **353**: 17 **382**:19 **443**:8,10,19 **482**: 19
**guards** [8] **343**:3 **345**:15 **374**:13 **389**:17,20 **443**:2,3 **491**:6
**guard's** [2] **453**:18,20
**guess** [2] **348**:10 **394**:23
**guilty** [2] **436**:6,8
**guns** [1] **430**:22
**guy** [3] **372**:9 **400**:4 **402**:17
**guys** [2] **382**:8 **452**:16

## H

**half** [2] **445**:18 **523**:9

**hall** [1] **449**:7
**hamilton** [1] **530**:5
**hand** [4] **434**:19 **491**:16 **512**:24 **522**:12
**handle** [4] **489**:11,14,18,21
**happen** [8] **349**:5 **370**:6 **373**:21 **415**:24 **443**:23 **506**: 23,25 **520**:24
**happened** [45] **345**:21 **347**:13 **369**:1,12 **372**:22 **373**:9,10,13 **393**:9 **397**:18 **400**:1 **404**:10 **411**:8 **422**:25 **425**:3 **432**:7,8 **433**:13 **436**: 4 **444**:17 **446**:6,9,23,25 **447**: 5,6,24,25 **449**:6,11,12,18 **450**:3,4,7 **454**:15 **455**:2 **459**:13 **478**:17 **485**:2 **488**: 14 **489**:8 **492**:18 **507**:5 **514**: 25
**happening** [2] **345**:22 **410**: 12
**happens** [8] **360**:23 **404**: 14 **467**:24 **472**:15 **508**:14 **509**:2 **520**:14 **532**:5
**happy** [2] **384**:12 **446**:22
**harboring** [1] **415**:11
**hard** [2] **417**:21 **445**:22
**hardly** [2] **490**:9 **491**:12
**harm** [2] **409**:22 **410**:10
**harms** [1] **506**:12
**hate** [3] **349**:16 **533**:10
**he'd** [2] **368**:9 **375**:20
**he's** [4] **375**:25 **376**:1 **381**: 11,21
**hear** [9] **349**:18 **375**:5 **402**: 10 **407**:14,16,18,19 **451**:6 **458**:24
**heard** [14] **391**:13 **407**:14 **480**:7 **484**:8 **487**:18 **493**:1 **495**:24 **496**:1,4 **504**:17 **507**: 18 **512**:4 **513**:12 **518**:5
**hearing** [3] **363**:17 **512**:12, 14
**heartbeat** [1] **520**:24
**heavy** [1] **409**:19
**heights** [1] **535**:25
**held** [6] **343**:1 **379**:1 **407**:1

**408**:1 **445**:1 **504**:12
**help** [4] **377**:12 **497**:6 **498**: 1 **508**:25
**helpful** [1] **424**:16
**helps** [2] **364**:17 **497**:12
**here's** [1] **374**:4
**hide** [5] **382**:11 **518**:10 **521**: 8,16,21
**hiding** [2] **501**:20 **521**:13
**high** [2] **483**:18 **514**:8
**higher** [1] **481**:25
**highest** [1] **494**:19
**high-toned** [1] **354**:22
**himself** [4] **448**:7 **497**:24 **503**:6 **513**:13
**hispanic** [2] **374**:1,18
**hmm** [1] **413**:12
**hold** [8] **349**:23 **378**:11,12 **409**:7 **470**:23 **481**:3 **494**:18 **533**:24
**holder** [1] **468**:23
**holding** [1] **438**:18
**hole** [4] **490**:13,14 **504**:18, 23
**holiday** [1] **533**:12
**home** [2] **417**:2 **423**:17
**honest** [5] **408**:22 **457**:19 **491**:18 **516**:21 **533**:2
**honestly** [1] **345**:17
**honor** [27] **342**:8,10 **368**:7 **377**:21 **378**:7 **379**:8 **387**:4 **390**:13 **399**:10 **405**:20 **407**: 2,12,24 **410**:24 **414**:14,21 **420**:20 **421**:16,22 **422**:4 **426**:10,21 **461**:12 **462**:19 **463**:7 **519**:17 **524**:8
**hopefully** [1] **428**:1
**hospital** [4] **482**:21 **520**:2, 7,10
**hotlines** [1] **365**:23
**hour** [6] **363**:5 **425**:20,21, 24 **445**:18 **490**:20
**hours** [1] **437**:15
**house** [1] **430**:25
**housed** [5] **442**:16 **451**:25 **452**:10 **472**:6 **474**:23
**housing** [3] **481**:8 **482**:9,

**Sheet 9**

further  - housing

# Keyword Index

11

**however** [1] 512:8

**human** [21] 397:16 408:19, 21 409:9 410:16,19,22,22, 25 411:1,4 414:7 415:10,11, 16 417:6,7 418:4,5 423:24 425:7

**hundred** [1] 478:14

**hundreds** [1] 510:25

**hurt** [2] 423:18 501:13

**husband** [4] 409:16 410:2 419:20,25

---

**I**

**i'd** [1] 375:19

**i'll** [8] 368:7,10 371:5,16 376:14,14 384:11,11

**i'm** [15] 365:13 368:5 370:8 372:16 375:16 379:12,15, 19,20 382:9,9 383:19,19,23 385:1

**i've** [1] 384:24

**ice** [3] 453:16,17,19

**idea** [1] 515:14

**identification** [2] 462:20 523:17

**identified** [2] 402:25 509: 3

**identify** [3] 352:11 357:6 480:19

**ignorant** [1] 513:14

**immediately** [3] 484:8 501:4 502:1

**immigrating** [1] 415:6

**immigration** [30] 350:11 365:1 366:17 393:12 396: 11,13,25 397:9 404:7 405:6, 7,7 408:9,22 412:12 414:6, 9,11,13,17 415:3,4 432:22, 24,25 433:4 454:11,12,22 503:11

**immigrations** [1] 397:4

**impeach** [7] 381:25 383:7 408:24 409:1 411:4,12 414: 1

**impeached** [2] 415:21,22

**impeaching** [4] 412:14,23

**413:1 420:21**

**impeachment** [2] 380:16 413:7

**implied** [1] 421:12

**important** [3] 512:21 516: 2,4

**impossible** [1] 509:22

**impotent** [1] 370:4

**impression** [6] 497:23 507:13 511:3,21 519:12,15

**inappropriate** [2] 512:15 517:3

**incarcerated** [3] 401:23 436:21 442:22

**incarceration** [1] 437:2

**incident** [7] 343:7,9,15,23 347:4,13 513:22

**incidents** [2] 343:17,24

**include** [5] 462:11 474:9 523:13 530:22,22

**includes** [4] 409:10 410: 23 411:1 422:2

**including** [2] 353:4 521: 17

**inconsistent** [17] 403:3, 17,23 404:25 405:21 408: 25 410:4 411:13,14,15 413: 25 415:23 417:23 419:14, 16 420:11 422:8

**incorrectly** [1] 486:21

**indebted** [1] 392:16

**index** [1] 538:1

**indicate** [3] 379:3 463:24 464:2

**indicated** [1] 382:14

**indicates** [1] 531:7

**indicating** [4] 366:4 452: 22 480:21 491:16

**indicted** [1] 342:20

**indictment** [3] 346:1 353: 13 355:11

**individual** [2] 416:22 524: 2

**individuals** [1] 362:13

**inference** [6] 347:5,6 348: 5 349:4 381:11,15

**influential** [1] 431:5

**information** [37] 361:13 389:17,21,22 395:13,21 396:4 398:3,20,21 404:16 412:10 429:19 430:3,7 473: 10 479:7 485:12 486:10 488:1 490:7 491:4 496:21, 21 500:16 501:5 502:18,24 513:5,18,23 518:6,10 521:9, 13,16 524:15

**informed** [1] 507:8

**infraction** [3] 481:12,16 489:12

**infractions** [3] 471:18,22 489:11

**initial** [13] 384:25 480:2,8 484:17,19,24 485:2,3 497:7, 10,13,18 498:10

**initially** [3] 420:25 421:1 521:21

**initiated** [1] 512:24

**initiates** [1] 512:25

**injured** [1] 500:23

**inmate** [37] 345:12,13 348: 21 369:1 472:7 473:5,25 474:5 475:15,18 478:11 481:18 486:17,25 488:1,4 490:16 495:12 496:17 504: 17 508:4,22 509:3,7,7,11 512:4,8,15,25 513:22 514: 12,24,25 516:9 519:21 520: 2

**inmates** [52] 347:12 353:1, 7 357:24 360:18 374:1 388: 17,20 389:18,21 391:10 437:9,20 439:9 440:14 442: 23,25 471:18 472:1,5 473: 19,19,22 475:4,8 476:17,24 477:3,23,24 481:11 486:3 489:11 499:25 500:16 504: 2,4,10,14 505:2,8,23 506:4 508:16,17,19 509:17 510:5, 22 511:10 513:18 515:25

**inmate's** [1] 520:14

**inquire** [1] 477:20

**inside** [10] 436:21 450:22 461:6 479:12,14,22,23 484: 14 496:14,22

**instance** [1] 348:9

**instances** [1] 362:17

**instead** [2] 438:5 520:7

**institution** [2] 491:8 521: 23

**institutional** [2] 503:22, 23

**instruction** [2] 536:9,10

**insurance** [1] 462:6

**intends** [1] 342:17

**intentionally** [1] 394:2

**interact** [1] 476:1

**interaction** [1] 488:23

**interactions** [1] 398:22

**intercepted** [1] 499:1

**interest** [1] 412:9

**interested** [1] 352:12

**interesting** [1] 414:22

**interests** [1] 356:10

**internal** [3] 477:15,18 478: 1

**international** [1] 418:18

**internet** [2] 431:9,11

**interpreter** [37] 374:16,16 377:20 391:17,18,18,22 394:17,17 395:24,24 404:2, 3,22 407:8,9,12 426:2,2,12, 22 427:13 430:1 434:21 451:6 453:5 477:20,20 481: 13,13 492:2,5,5 497:21 498: 2 515:18,18

**interrupt** [1] 348:17

**interrupted** [1] 379:20

**interrupting** [2] 383:20, 24

**interruptions** [1] 379:21

**interview** [5] 380:1,3 501: 19 507:5 511:3

**interviewed** [8] 460:11 486:9,12,20 499:3,5 506:18 507:2

**interviews** [1] 510:22

**introduce** [3] 357:19 405: 20 411:3

**introduced** [1] 415:25

**introducing** [1] 408:25

**investigate** [1] 471:22

# Keyword Index

**investigated** [5] 353:15
455:22 481:17,18 515:12
**investigating** [1] 345:18
**investigation** [13] 342:21
472:17 476:6 489:10,13,19,
22,22 491:5 493:3 499:15
520:11,12
**investigations** [3] 476:5
489:11 515:10
**investigator** [3] 489:21
502:8 511:16
**involuntary** [1] 409:21
**involve** [2] 359:8 523:4
**involved** [12] 376:22 377:
2 401:2,4 402:19 418:17
455:23 477:19 499:11 512:
15 515:10 535:12
**involvement** [1] 359:23
392:14 430:4
**involves** [2] 350:19 499:
15
**involving** [2] 489:13 515:
10
**irrelevant** [4] 345:14 348:
2 353:11 500:7
**isabel** [4] 461:16,17,23
538:7
**i-s-a-b-e-l** [1] 461:23
**islands** [1] 420:15
**isn't** [64] 389:12 392:14
395:11,19,22 396:1,4,14
400:25 403:4,18,24 404:2
405:1 429:4 432:17,20 439:
16 457:24 494:20,25 495:6,
9,20,24 496:4,18,22 499:23
500:24 502:19 503:2,15,23
504:21,24 505:6 506:4,8,14
507:10,21 508:20 509:9,12,
15,17,24 510:6 511:4,7,16,
22 512:1,19 517:21 518:6
519:21,25 520:22,24 521:
12 522:4 533:24
**isolate** [1] 509:3
**issue** [5] 358:19,22 412:15
526:16,17
**issues** [2] 364:16 427:6
**it's** [9] 379:7,13 380:17 381:

12,13 383:8,15,22 405:22
**item** [7] 426:3 528:23 529:
3,4,6 530:9 531:8
**itself** [2] 412:16 415:17

## J

**jail** [58] 344:1 346:12,13
347:7 352:24 353:2,6 357:
13,17 370:6 379:4 380:22
381:23 382:19 388:16,17,
21,22 390:17 392:11,24
394:2,25 397:25 400:19
401:24 402:1,4 431:19,21
432:5 436:18,19 442:25
446:14,15,16 471:23,24,25
473:23 475:8 480:24 481:3,
6 483:15 484:14 496:14,22
503:14,25 505:9 508:14
509:14,20 511:10 518:16
520:13
**jails** [1] 520:24
**january** [2] 537:8,18
**jealous** [4] 371:2 373:4
376:19 394:7
**jealousy** [4] 370:15 372:
15 376:10,15
**jewelry** [1] 435:20
**job** [19] 439:7 440:12,22
441:5 442:1 458:12,13 459:
8 460:21,24 478:4 501:9
510:20 516:2,6,12 520:18,
21 523:4
**jobs** [8] 437:10 458:7,9,20,
21 470:23 475:7,9
**joined** [1] 342:10
**joke** [1] 448:16
**judges** [1] 414:13
**june** [2] 443:24 523:9
**juror** [4] 345:23 535:3,9,12
**jurors** [2] 535:10,17
**juror's** [1] 440:1
**jury** [44] 342:14 347:5,6
348:5 351:18,20 356:14,18
364:1,6,15 365:9 366:20
368:1 371:1 386:24 390:22
394:10 406:1 422:19 425:
12,19 428:3,6,16,18 429:2

438:18 452:2 453:1 456:8
463:10 475:25 483:24 484:
1 494:8 514:11 515:16,21
522:3 524:11 533:15 535:
11 536:5
**justice** [1] 471:1

## K

**keep** [8] 356:23 364:15
377:10 390:16 451:12 462:
8 472:21 523:10
**keeping** [1] 369:22
**keeps** [1] 465:24
**kept** [12] 366:20 387:12
403:9 450:6 462:14 463:3
472:13 473:3,10 474:13
490:6 524:4
**kiara** [8] 389:3 437:24 441:
17,22 442:1,3 447:19 448:
12
**kiara's** [2] 441:18 452:20
**killed** [1] 500:23
**kind** [10] 343:15 373:14
386:6 453:12 462:5 464:21
477:11 489:2 507:13 513:9
**kinds** [1] 435:18
**kissed** [1] 394:2
**kit** [2] 519:4,23
**kitchen** [8] 435:24 437:12,
14 440:13,23 458:23 459:8
475:12
**kluger** [3] 366:11,16 432:
20
**knowledge** [7] 381:22
383:6 399:9,18 400:16 493:
3,6
**known** [5] 391:23 392:5
475:4 482:9 505:23
**knows** [3] 386:17 401:2,2

## L

**la** [1] 369:7
**labeled** [1] 487:14
**labor** [2] 412:4 415:12
**ladies** [3] 364:14 405:23
533:8
**lady** [1] 389:2
**laid** [1] 365:11,12

**lamenore** [2] 361:23,24
**language** [12] 422:10,12
438:23 442:20 470:7,9,13
478:6,8,23,25 517:9
**languages** [2] 440:10 441:
24
**larihelys** [2] 375:23 394:
23
**last** [6] 363:9 433:4 453:2
480:1 498:5 534:15
**lastly** [1] 520:17
**late** [3] 513:10 532:23 535:
19
**later** [6] 343:13 396:18 439:
6 487:2 493:10 524:22
**latino** [1] 494:5
**latino's** [1] 374:18
**laundry** [3] 437:13 459:2
**lauren** [1] 439:17
**law** [3] 408:22 432:23 534:
5
**lawsuit** [1] 433:12
**lawyer** [42] 366:10,15 388:
6 393:13,14,20,24 397:9,18
398:3,5,11,15 399:3,12,18,
24 400:7,10,12,16 401:7,8
404:10 414:7,9,11 422:25
425:3,6 429:14,19 432:19,
23,25 433:7,14,16,24,24
434:2 456:20
**lawyers** [1] 432:25
**lays** [1] 409:19
**lead** [1] 357:13
**learn** [2] 418:20 444:6
**learned** [3] 349:17 418:17,
24
**least** [5] 350:25 394:8 401:
15 418:22 516:15
**leave** [15] 350:14 392:1
403:13 425:14 430:7 434:
14 442:12 471:23 478:5
486:10 491:1,10 497:25
507:24 533:18
**leaving** [1] 446:1
**left** [14] 365:20 403:9,9 409:
6,24 419:10 442:14 452:5
454:7,10 467:20 494:17

# Keyword Index

533:25 535:7

**legal** [7] 364:16 408:21
413:9,13,20 414:5 477:13

**legally** [1] 435:14

**lend** [1] 393:15

**length** [1] 473:17

**less** [1] 425:22

**let's** [2] 366:19 369:4

**letter** [3] 400:25 401:6,7

**letters** [3] 471:23 480:5
510:3

**letting** [1] 534:13

**liberated** [1] 419:9

**lie** [3] 433:22 501:18 533:
10

**lied** [1] 405:4

**lieutenant** [19] 343:24
345:11 356:13 447:12 454:
16 455:2 461:3 471:8,9
476:4,7,18,22 477:7,15 480:
25 482:3 515:16,21

**lieutenant's** [1] 375:12

**lieutenants** [4] 353:5 443:
3,8 484:13

**lieutenant's** [8] 343:11
345:12 359:21 360:10 475:
11 476:13 477:10,25

**life** [2] 392:18 509:11

**lift** [1] 472:8

**limine** [1] 348:8

**limited** [8] 342:18 350:18
357:11 360:24 361:10 362:
12 445:7 490:22

**limiting** [1] 362:11

**linda** [1] 537:2,9

**line** [5] 414:24 415:1 426:3
467:12 468:23

**list** [1] 483:9

**listed** [6] 463:19 464:8 526:
18,22 529:23 530:2

**listen** [12] 343:22 356:5
376:19 383:18 402:13 427:
5 474:4,11 478:15 485:17,
19,20

**listened** [5] 480:23 481:24
482:22 483:6 492:23

**listening** [4] 382:8 448:14

**478:16 507:12

**lists** [1] 463:22

**literally** [2] 418:5 421:15

**litigating** [1] 415:3

**litigation** [1] 355:20

**little** [29] 374:24,24 375:2,8
376:18 391:13,14,23 392:8,
10 395:13,22 409:2 433:7
439:1,1,2 440:21 442:21
445:2 449:8 453:1 458:5
488:18 525:18 528:7 530:
19 531:10 532:23

**live** [5] 474:11 482:6,13,14
500:18

**lived** [3] 375:18 388:17
392:7

**lives** [1] 516:9

**living** [3] 392:8 435:16 482:
16

**located** [3] 388:18 472:5
475:1

**locked** [3] 473:3,3,7

**logically** [1] 503:3

**long** [25] 349:20,22,24,25
392:2 425:20 430:14 436:
21 442:3 445:1,20 448:10,
11 454:19 462:3 470:2 472:
13 481:20 495:19 515:14
523:7 529:3,4 530:9 534:1

**longer** [2] 472:21 533:2

**look** [19] 375:24 376:20
386:12,12 402:1 425:16
431:9,10 445:14 447:3 450:
20 460:8 462:23 479:7 490:
8 497:20 523:1,3,20

**looked** [7] 346:17 375:6
382:25 386:6,13,16 447:4

**looking** [12] 420:7 451:8
452:2 463:14,14 465:7,20
466:2 467:2,12 480:17 523:
4

**lopez** [10] 392:2,13 394:13,
20 395:5,6 439:12 442:10,
12,14

**lose** [4] 366:21 445:20 512:
9,16

**losing** [3] 367:9 368:2 512:

**4

**loss** [1] 522:25

**lot** [10] 345:18 351:11 390:
3 402:14 421:10 445:23
506:1 510:22 516:17 533:
25

**lots** [1] 377:25

**loud** [1] 385:2

**loved** [1] 505:3

**low** [1] 365:14

**lower** [1] 452:17

**lowest** [1] 345:3

**lt** [46] 371:1,6 372:1,18,23
373:2,11,17 374:7,22 376:
11,22 377:2 386:24 388:25
391:2,6 394:6 395:3 396:3
459:10,14 460:15 481:21
483:7 484:9,16 485:14 486:
6 487:17 488:2,22 490:23
493:8,11 494:18 495:9 498:
17 499:17 501:3 502:4,4
507:3,3 514:8 518:6

**luna** [5] 461:16,17,23,24
538:7

**l-u-n-a** [1] 461:23

**lunch** [7] 363:5,13 425:12,
19 428:4,6,7

**lutheran** [1] 482:21

# M

**m35** [1] 370:2

**ma'am** [1] 464:7

**machine** [3] 453:16,17,19

**machines** [1] 454:5

**made** [35] 359:2 369:12
370:2 397:23 399:16 402:
24 403:14,20,24 405:1 410:
3 414:23 422:8 427:8,19
429:17 430:11 432:2 457:
13 473:15,19 484:21 485:4,
8 488:16 492:19 496:20,25
497:3 498:14 502:2 504:10
519:4,23 530:25

**magistrate** [2] 535:11 536:
5

**mainland** [1] 470:16

**makeup** [1] 435:19

**maldonado** [1] 389:3

**male** [1] 352:19

**man** [8] 355:10 395:5 398:
24 447:8 448:1 450:16 454:
18 478:21

**managed** [1] 343:11

**manor** [1] 482:7

**man's** [1] 449:12

**many** [18] 342:22 366:19
370:3 401:3 423:2 437:2
441:10 442:4 449:23 450:1,
2 458:4 474:23 504:16 510:
25 514:5 530:16 533:21

**march** [1] 463:20

**maria's** [7] 346:14 351:24
460:15 478:11 487:24 491:
24 492:15

**marked** [2] 462:20 523:17

**married** [10] 375:3,4,13,25
376:1 417:18 421:2 480:12
502:5 503:5

**marriott** [1] 420:15

**marry** [5] 405:19 409:15
410:2 419:19,24

**martinez** [93] 342:2,9 345:
15 353:21 354:7 360:20
362:2 371:2,6 372:1,23
373:2,11,17,20,22 374:7,14,
22 376:22 377:2 379:4 380:
8 381:1,2,6 382:4,13,18
383:1,2,2,4 384:1 386:10,
14,20,24 387:16 388:2 389:
1 391:2,6 394:6 395:3 396:
3 447:12 459:11,14 464:9
466:10 480:1,7,9,14 481:21
483:7 484:9,16,23,25 485:
14 486:6,13,16,17,21,24
487:3,9,17,23 488:22 490:
23 493:8,11 494:19 495:9
498:18 499:17 501:3 502:4,
5 507:3,3 514:8 517:3 518:
6 521:17 525:6 527:14 530:
7 532:1

**martinez's** [3] 372:18 375:
12 376:12

**martinez1c@aol.com**
[3] 464:20 525:19,20

# *Keyword Index*

**martinezc@aol.com** [1]
**525**:17

**martinez's** [3] **460**:15 **469**:
4 **488**:2

**material** [8] **349**:10 **350**:20
**351**:22 **358**:1 **359**:3 **361**:8
**362**:18,22

**math** [1] **533**:24

**matsumoto** [1] **343**:8

**matt** [2] **366**:11,16

**matter** [9] **342**:17 **351**:13
**360**:4 **460**:23 **495**:22 **514**:
16 **527**:19 **537**:5,15

**matters** [1] **365**:1

**matthew** [1] **432**:20

**mcc** [5] **382**:4,13 **384**:2 **431**:
19 **432**:11

**mdc** [45] **343**:4 **345**:18,22
**377**:3 **381**:6 **383**:2 **386**:20
**389**:20 **397**:7 **433**:13 **436**:
19,21 **437**:2,10,20 **439**:3,7
**440**:12,22 **441**:8 **442**:3,12,
22 **443**:14 **444**:22 **446**:1,4
**451**:25 **452**:10 **454**:7,10
**458**:1 **469**:24 **471**:3,5,10
**472**:1 **474**:4,18,23 **503**:14
**505**:1,12 **506**:16 **535**:20

**mds** [1] **469**:24

**mean** [38] **345**:3 **348**:17
**349**:2 **358**:8,10 **360**:7 **387**:
20 **389**:22 **392**:20 **414**:13
**416**:10 **418**:15 **423**:6 **429**:
10 **435**:9 **444**:14 **448**:5,18
**459**:22 **460**:10 **465**:9 **466**:
13,17 **473**:3 **474**:17 **481**:21
**486**:2 **490**:5 **494**:4 **495**:2,
11 **500**:11,13 **522**:24 **528**:
23 **529**:7,9 **534**:6

**meaning** [4] **454**:4 **471**:9
**474**:7 **479**:19 **481**:8 **491**:14
**495**:10,12

**means** [8] **344**:22 **402**:15
**411**:4 **423**:7 **432**:9 **504**:23
**528**:24 **531**:15

**meant** [7] **347**:15 **373**:25
**394**:15 **397**:23 **421**:12 **456**:
2 **508**:11

**medical** [4] **475**:11 **476**:12
**520**:1,8

**medication** [2] **450**:13,15

**medicine** [1] **450**:16

**meet** [6] **374**:6,12 **398**:5
**452**:16 **488**:12 **501**:15

**meeting** [9] **373**:16,17,19
**377**:8 **381**:25 **386**:5 **387**:24
**388**:4 **505**:2

**meetings** [1] **487**:2

**meets** [1] **344**:11

**melva** [5] **397**:1 **434**:15,25
**440**:19 **538**:6

**member** [8] **463**:23 **467**:14
**483**:17 **487**:15,16 **489**:14
**499**:12 **515**:12

**members** [6] **342**:23 **423**:
14 **430**:22 **474**:2,4,8

**member's** [1] **466**:15

**men** [1] **376**:4

**mention** [3] **403**:5,5 **405**:5

**mentioned** [4] **431**:10 **442**:
10 **492**:21 **535**:11

**met** [10] **397**:12 **398**:10 **413**:
2 **432**:23 **433**:7 **491**:21 **495**:
15,19 **521**:12 **535**:3

**metropolitan** [1] **436**:20

**microphone** [2] **407**:11
**438**:9

**middle** [9] **453**:13 **484**:18,
24 **485**:2,3,3 **497**:7,9,13

**midnight** [1] **475**:12

**might** [6] **370**:6 **402**:8 **421**:
12 **425**:14 **448**:25 **480**:8

**million** [3] **433**:2,15 **434**:3

**mine** [1] **491**:2

**mini** [2] **358**:3,6

**minimum** [2] **457**:6 **458**:6

**minute** [2] **390**:18 **533**:17

**minutes** [1] **534**:16

**mischaracterization** [2]
**362**:22 **487**:10

**misconduct** [3] **343**:3
**345**:16,18

**misleading** [7] **408**:24
**410**:1 **421**:22,23 **422**:6 **519**:
12,14

**misrepresentation** [1]
**410**:15

**missing** [2] **504**:18,20

**misstates** [4] **368**:4,8 **371**:
4,14

**mixing** [1] **388**:6

**mm-hmm** [4] **500**:19 **503**:
8 **504**:15 **515**:4

**mom** [2] **388**:3,12

**moment** [5] **344**:5 **456**:9
**460**:6 **462**:23 **523**:16

**money** [7] **393**:19,24,25
**423**:19,20 **424**:3 **441**:12

**monitor** [5] **471**:22,25 **478**:
11 **491**:24 **492**:15

**monitored** [11] **473**:20,22,
24 **474**:13,14 **507**:25 **509**:
17,24 **510**:3,25 **518**:25

**monitoring** [3] **478**:13
**485**:4,8

**month** [4] **441**:12,14 **445**:
24 **490**:18

**months** [16] **396**:18 **436**:
22,22 **439**:6 **442**:4,5 **444**:18
**445**:21 **472**:14,15,21 **473**:4,
7 **504**:18,23 **517**:25

**moral** [1] **523**:2

**morning** [4] **342**:7,8 **364**:
23,24

**most** [13] **416**:11,14 **419**:1
**424**:24 **426**:12,14,18,19
**427**:12,16 **470**:13 **506**:16
**534**:3

**mostly** [1] **503**:18

**mother** [3] **388**:7,8 **400**:2

**motions** [1] **359**:2

**mouth** [2] **394**:3 **459**:23

**move** [15] **389**:16 **402**:12,
13 **405**:20 **408**:13 **415**:18
**426**:10 **435**:11 **440**:3 **463**:6
**470**:16,18 **474**:22 **490**:9
**524**:7

**moved** [3] **413**:4 **435**:13,16

**moving** [1] **408**:8

**much** [11] **393**:14 **395**:6
**396**:7 **414**:9 **441**:12 **460**:18
**461**:13 **522**:6 **531**:11 **534**:9,

21

**muddled** [1] **417**:20

**myself** [2] **370**:4 **431**:2

# N

**nadia** [1] **342**:5

**name** [48] **344**:25 **375**:5
**382**:3 **384**:21,25 **385**:5 **389**:
2 **391**:6,7,18 **403**:6,13 **405**:
5,8,9 **416**:18 **430**:16 **431**:10
**434**:24 **438**:2,5,5,15 **439**:12
**441**:18 **443**:1 **447**:12 **461**:
22 **464**:3,6,8,11,13,19 **469**:
21 **475**:15,19 **480**:1,1 **483**:9
**485**:4 **487**:21 **492**:21 **494**:7
**497**:4 **498**:11 **507**:8 **522**:18

**named** [4] **361**:23 **372**:2
**437**:22 **442**:6

**names** [1] **439**:13

**nani** [11] **396**:21 **397**:1 **439**:
24 **440**:6,8,10,12,24 **447**:19
**448**:12 **456**:5

**nani's** [8] **447**:14,15,18
**448**:10,13 **449**:2 **452**:11,16

**naturalization** [1] **414**:17

**nature** [1] **408**:19

**ndc** [4] **531**:9,9,10,14

**need** [8] **342**:14 **345**:5 **353**:
9 **402**:13 **414**:11 **457**:2 **498**:
1 **534**:8

**needs** [5] **383**:16,18 **395**:
25 **407**:8,10

**neighborhood** [2] **535**:13
**536**:3

**nervous** [5] **490**:9 **491**:13
**492**:25 **498**:23 **499**:1

**never** [18] **345**:17 **366**:15
**369**:4,14 **377**:9,9 **390**:7
**392**:13 **393**:9 **394**:22 **402**:
21 **441**:13 **444**:9 **461**:8 **495**:
8 **514**:15 **515**:13 **532**:5

**new** [5] **397**:9 **470**:24 **494**:3
**525**:11,12

**next** [16] **357**:8 **419**:2 **434**:
12 **446**:12 **450**:3,5 **453**:17
**465**:20 **469**:15 **476**:12 **479**:
25 **485**:2 **492**:19 **496**:20

# Keyword Index

**521**:14 **522**:9
**nice** [1] **401**:5
**nickname** [1] **440**:6
**nicknames** [1] **439**:23
**nicole** [3] **342**:5 **456**:13 **494**:13
**night** [6] **437**:16,18 **440**:15 **450**:7 **460**:4 **536**:21
**nine** [1] **533**:25
**nineteen** [1] **436**:3
**nobody** [2] **373**:24 **455**:3
**noel** [10] **392**:13,13 **393**:7,8, 21 **394**:13,20 **395**:5,6 **396**:6
**nol** [1] **392**:2
**none** [2] **383**:3 **442**:2
**nope** [1] **518**:12
**nor** [3] **357**:3,3,5
**normal** [5] **448**:14 **449**:1,1 **488**:25 **507**:17
**normally** [2] **448**:16 **478**:4
**north** [1] **475**:4
**note** [1] **342**:22
**nothing** [14] **346**:10 **352**: 22 **360**:8 **380**:13 **381**:7 **382**: 21 **412**:18 **417**:9 **445**:16 **454**:18 **492**:4,7 **501**:9 **511**: 2
**notice** [1] **433**:9
**noticed** [1] **501**:19
**notified** [1] **521**:14
**notion** [1] **351**:3
**november** [8] **433**:3 **464**: 16 **466**:5,7,24 **471**:4 **526**:19, 23
**number** [47] **351**:7 **352**:2 **353**:4 **400**:11,17,22 **401**:9, 20 **416**:4 **420**:6,6,13 **421**:19 **433**:17,20 **452**:12,21 **458**:5, 6,9 **463**:22,23 **464**:23 **465**: 10 **468**:10 **472**:9 **473**:13 **474**:15,16,20 **483**:1,3,10,13 **521**:22 **524**:16,17 **526**:8,10, 12 **527**:13,13 **528**:12,13 **529**:1,8 **530**:2
**numbers** [2] **467**:11 **528**: 10
**nunez** [7] **353**:16 **354**:3

**373**:2,9,13,15 **374**:11
**ny** [3] **456**:15 **494**:15 **522**: 15

## O

**oath** [4] **364**:11 **484**:5 **518**: 8 **522**:3
**objection** [32] **355**:12,18 **366**:1 **368**:4,6,8 **371**:4,8,13 **377**:15 **379**:2,16 **381**:20 **390**:6,8,12 **399**:5,10,20,22 **401**:13 **408**:7 **413**:19 **416**:2 **456**:23 **457**:2 **463**:7 **487**:10 **500**:5,5 **519**:6 **524**:8
**objections** [1] **456**:25
**observe** [1] **356**:12
**observed** [2] **350**:5 **389**: 11
**obtaining** [1] **415**:12
**obvious** [1] **509**:14
**obviously** [2] **520**:18 **534**: 1
**occasion** [4] **346**:16 **350**:5 **373**:1 **374**:7
**occasions** [1] **508**:22
**occurred** [1] **348**:10
**o'clock** [3] **533**:9,14 **536**: 17
**odd** [1] **478**:18
**odie** [10] **369**:7,14,14 **439**: 13 **442**:6,9,15,16,18,20
**off-camera** [1] **355**:22
**offense** [2] **379**:20 **456**:18
**offenses** [2] **344**:14 **414**: 18
**offering** [2] **420**:25 **427**:21
**office** [24] **343**:11,12,13 **345**:12 **356**:13 **360**:10 **361**: 7 **365**:24 **366**:7 **400**:21 **443**: 12 **449**:12 **453**:18,20 **456**: 14 **475**:11 **477**:25 **482**:23, 24 **488**:11,12 **491**:22 **494**: 14 **522**:14
**officer** [31] **350**:6 **365**:4 **371**:2,7 **372**:2,5,24 **373**:2 **376**:23,25 **377**:3 **379**:7,13 **381**:3 **471**:6,15 **477**:16,18

**478**:1 **488**:10 **494**:18 **499**:6, 14,20 **500**:3 **505**:16 **512**:21 **513**:13 **514**:5 **516**:9 **520**:5
**officers** [13] **361**:13 **366**:2 **372**:8 **373**:7,25 **389**:22 **474**: 9,10 **500**:22 **505**:14,17,20 **515**:24
**official** [2] **537**:4,14
**officials** [2] **365**:3 **500**:22
**often** [6] **369**:11 **431**:10 **445**:8 **511**:10 **520**:14 **533**: 10
**old** [2] **435**:1 **436**:2
**older** [2] **376**:7 **439**:12
**once** [7] **356**:11 **417**:23 **441**:1 **443**:13 **471**:12,12 **490**:18
**one** [93] **343**:7,15,23 **344**:4, 6,24,25 **345**:20,20 **346**:3,4, 16,21 **348**:1 **349**:16 **350**:25 **353**:17 **354**:3,7 **358**:7 **359**: 7,19 **360**:21 **361**:7 **362**:17 **365**:23 **369**:9,18 **370**:5,8,10 **379**:5 **382**:24 **383**:19 **386**:7 **388**:6 **389**:4 **390**:7 **391**:8 **392**:1 **397**:6 **398**:9 **407**:15 **408**:4 **409**:18,18 **411**:17 **412**:7,19 **414**:24 **415**:1 **424**: 20 **425**:13 **427**:6 **429**:22 **430**:8,20 **435**:19,19 **437**:6,8, 9 **440**:14 **441**:20 **445**:19 **446**:24 **452**:17 **455**:24 **456**: 3,9 **469**:10 **480**:10 **486**:6 **490**:20 **493**:10 **497**:17 **498**: 25 **501**:3 **505**:5,16 **506**:7 **511**:21 **518**:21 **521**:3,22 **523**:14 **525**:2 **530**:11,17 **532**:2,14 **533**:24 **534**:5
**ones** [3] **437**:24 **491**:7 **505**: 3
**one-step** [1] **530**:11
**one-view** [1] **524**:2
**ongoing** [2] **342**:21 **417**:3
**online** [2] **463**:16,21
**only** [17] **355**:23 **358**:22 **366**:2 **382**:24 **388**:7 **399**:25 **438**:8,11,17 **445**:18 **452**:17

**454**:20 **462**:20 **482**:12 **483**: 18 **523**:17 **534**:18
**open** [4] **351**:21 **465**:11 **491**:14 **493**:3
**opening** [1] **462**:11
**operate** [1] **503**:25
**operator** [2] **377**:23,24
**opportunities** [1] **471**:8
**opportunity** [3] **366**:6 **419**: 8 **471**:6
**oral** [7] **343**:10,14 **344**:7,9 **345**:12 **353**:10 **356**:12
**order** [4] **342**:18 **348**:12 **351**:25 **433**:11
**ordered** [1] **534**:25
**orient** [2] **452**:2,25
**other** [71] **343**:3,16 **345**:15, 21 **346**:13 **347**:4 **349**:1,6 **350**:3 **352**:1 **356**:12 **357**:10, 16,24 **358**:18 **359**:7 **360**:7 **369**:9,12 **370**:7 **373**:12,21, 25 **375**:9 **376**:10,11,15,17 **377**:25 **380**:1,13 **388**:6 **391**: 11,11 **398**:5,13,15 **399**:21 **400**:17 **410**:16 **412**:9 **427**:8 **431**:8 **432**:19,25 **439**:9,13 **442**:15 **449**:10 **466**:12,17, 18,22 **469**:10 **470**:22 **473**:5 **477**:22 **479**:12 **488**:25 **489**: 13,18 **497**:3 **503**:6 **508**:17 **512**:24 **523**:5 **529**:15,16 **533**:1 **535**:10,17
**others** [1] **437**:7
**out** [83] **342**:24 **346**:10,12, 15,16 **350**:15,17 **353**:13 **354**:12 **355**:21,22 **356**:2,13 **360**:19 **362**:1,3,12 **363**:17 **365**:3,11,12,20 **367**:3 **369**: 25 **375**:2,8,13,16,25 **377**:1 **381**:2,7 **382**:5,13 **383**:2 **384**:2 **385**:2 **386**:20 **389**:4 **396**:4,20 **402**:12 **403**:14 **404**:11 **405**:6 **408**:16 **409**: 19 **411**:2 **415**:8 **421**:7 **423**: 20 **428**:6,9,16 **430**:7 **443**:9, 21 **444**:4,19 **445**:9,10,18 **449**:7,7 **451**:13 **465**:12,22

# Keyword Index

**479:**8,11 **480:**12,13 **481:**15 **486:**10 **498:**12 **500:**18,20 **502:**4 **506:**11 **508:**4,11 **518:**5 **525:**9 **527:**13

**outrageous** [1] **385:**4

**outside** [13] **357:**25 **359:**8 **364:**17 **392:**8 **419:**12 **422:**19 **427:**9 **479:**13,14,22 **520:**2 **523:**3 **535:**10

**over** [21] **351:**23 **394:**4 **398:**17,17 **402:**17 **409:**7 **413:**17 **414:**8 **419:**12 **445:**2 **453:**24 **458:**5 **461:**20 **481:**23 **495:**5 **510:**22 **530:**11,19 **531:**8,17,18

**overlooking** [1] **505:**17

**overruled** [2] **399:**23 **457:**3

**owe** [1] **424:**3

**own** [3] **412:**11 **472:**9 **519:**1

**owned** [1] **414:**23

---

**P**

**p.m** [8] **407:**25,25 **428:**17,17 **440:**15 **483:**25,25 **536:**23

**package** [5] **450:**12 **451:**16 **459:**17,20 **461:**5

**packaging** [1] **459:**22

**packet** [1] **450:**19

**packing** [1] **435:**20

**page** [31] **373:**18 **375:**12 **377:**7 **378:**7 **387:**25 **409:**3 **415:**8 **417:**21 **418:**9,9,10 **463:**14 **464:**25 **465:**20,21 **466:**2,22 **467:**12 **468:**2 **479:**17 **488:**2 **497:**17 **524:**13,14 **527:**7,8,9,16 **528:**4 **529:**23

**paid** [1] **530:**14

**painful** [1] **430:**14

**pair** [1] **390:**24

**paper** [1] **458:**24

**papers** [5] **398:**9,24 **400:**21 **429:**21 **506:**21

**paperwork** [3] **408:**9,14 **430:**6

**paragraph** [11] **373:**18 **377:**7 **379:**3,5 **380:**7,9 **382:**23 **416:**11 **497:**17,20 **498:**6

**paragraphs** [1] **419:**1

**parkway** [1] **530:**5

**part** [15] **348:**1,2 **357:**21 **363:**10,11 **408:**15 **418:**14,23 **460:**8,15,15 **465:**24 **512:**18,21 **515:**19

**participant** [3] **343:**3,5,6

**participated** [1] **423:**14

**particular** [10] **347:**4,25 **358:**12 **360:**21 **387:**6 **524:**2,16 **525:**3 **527:**10 **529:**1

**particularly** [1] **468:**3

**partner** [2] **403:**1,15

**parts** [1] **420:**6

**party** [4] **355:**23 **496:**11,18 **513:**5

**past** [1] **458:**24

**patient** [1] **370:**3

**patient's** [1] **370:**3

**patricia's** [1] **405:**3

**paula** [2] **535:**2,3

**pause** [7] **418:**12 **426:**1 **462:**24 **469:**11 **521:**4 **522:**11 **533:**16

**pay** [6] **393:**24 **402:**18 **403:**12 **423:**19 **506:**19 **516:**4

**paying** [1] **516:**12

**penalties** [1] **504:**7

**penalty** [2] **404:**17 **504:**20

**pending** [2] **489:**10 **491:**5

**penetrated** [3] **360:**20 **361:**11 **388:**25

**peonage** [2] **409:**21 **415:**14

**people** [39] **347:**8 **352:**2 **353:**3,4 **357:**6,16 **361:**1 **379:**21 **381:**2,6 **382:**4,11,13 **383:**2 **384:**2 **386:**20 **393:**16 **396:**17 **397:**6 **398:**15 **400:**5 **403:**9 **412:**2 **431:**8 **439:**13 **442:**15 **458:**15 **460:**11 **461:**3,4 **476:**17 **482:**12 **483:**3 **498:**17 **501:**4 **506:**8 **509:**3 **515:**2 **533:**19

**per** [2] **399:**9 **441:**14

**percent** [1] **478:**14

**percentage** [1] **525:**1

**perceptive** [1] **511:**12

**perez** [12] **343:**8,9,14,24,25 **344:**6,7 **346:**1 **351:**24,25 **353:**9 **356:**16

**perform** [8] **343:**10,14 **344:**7,8 **345:**12 **353:**10 **478:**3 **534:**5

**period** [8] **374:**8 **424:**17 **466:**4,24 **495:**8 **516:**8 **518:**16 **532:**15

**perjury** [3] **397:**21,25 **404:**17

**person** [50] **346:**18 **350:**10,17 **352:**11,21 **355:**14 **357:**23 **359:**8 **366:**9 **369:**2,9 **370:**6 **372:**2 **376:**17 **379:**8 **380:**2,21 **382:**10 **386:**13 **392:**17 **395:**12,22 **398:**2,20 **401:**5 **403:**1 **409:**20 **415:**12 **430:**16 **431:**5 **438:**14 **446:**13 **449:**19 **451:**1 **479:**8,12,13 **489:**20 **496:**11,14,22,24 **502:**18,19 **507:**9 **513:**1 **514:**1 **519:**3 **520:**6,17

**person's** [3] **374:**2,18 **405:**9

**personal** [8] **389:**17,21 **392:**18 **471:**19 **496:**21 **500:**16 **501:**4 **513:**18

**person's** [4] **405:**8 **460:**8 **469:**2 **496:**25

**pertaining** [2] **412:**11 **524:**15

**petition** [10] **397:**12,24 **398:**12,13,21 **399:**4,12,19 **429:**1,2

**ph** [2] **393:**16 **456:**20

**phone** [33] **366:**4 **386:**25 **388:**12 **394:**4 **403:**8 **472:**1,3,7 **473:**21,25 **474:**5 **480:**23 **482:**22 **483:**10,11,15 **484:**11,13 **486:**14 **490:**17 **492:**24 **507:**25 **509:**24 **511:**2 **513:**4 **514:**3 **516:**17 **525:**21,22 **526:**8,10,12,12

**phones** [9] **365:**17,21,22,22,23 **366:**2 **472:**5 **483:**4 **500:**1

**photo** [8] **453:**1,2,4,10,12,13 **454:**4 **475:**18

**photograph** [4] **365:**10,15 **376:**6 **438:**14

**photographs** [1] **479:**18

**photos** [3] **376:**7,8 **479:**24

**physical** [2] **409:**22 **519:**24

**physically** [7] **408:**16 **410:**17 **416:**4,5 **417:**25 **420:**13,14

**pick** [7] **365:**23 **402:**20 **403:**7 **424:**2,5 **478:**1 **535:**22

**picked** [1] **395:**23

**picking** [1] **427:**1

**picture** [1] **496:**24

**pictures** [7] **375:**8 **376:**2,4,4,5 **451:**20 **503:**5

**piece** [1] **476:**6

**pieces** [1] **448:**4

**pig** [3] **374:**22 **507:**3 **514:**16

**pill** [9] **360:**23 **390:**11,19,23 **391:**2 **450:**21 **459:**16 **461:**8 **532:**3

**place** [31] **346:**11 **351:**2 **357:**25 **358:**12,12,16,18 **359:**10,18,22 **361:**6,7,8 **417:**4 **459:**8 **467:**9 **481:**11 **495:**20 **506:**14,16 **509:**15 **515:**2,5,6,7 **518:**14,17,19,22 **519:**20,25

**placed** [2] **506:**8,11

**places** [7] **346:**12 **347:**7,22 **350:**12 **358:**18 **361:**5 **535:**24

**plan** [3] **530:**11 **532:**3 **534:**17

**plastic** [1] **460:**1

**play** [1] **377:**23

**playback** [2] **377:**24 **424:**18

**played** [3] **485:**5 **487:**3 **521:**17

**plead** [2] **436:**6,8

# Keyword Index

**pleasant** [4] 515:7 518:14, 17,19

**please** [10] 364:7 365:8 378:9 391:21 422:16 428: 19 461:22 463:10 513:8 522:18

**plenti** [4] 525:21,23 527:2, 3

**point** [13] 354:3 355:4,21 375:23 409:11 410:7 411: 22 415:1 443:16 449:15 485:10 499:3 521:9

**pointed** [2] 417:22 460:12

**pointing** [1] 411:2 464:4

**points** [2] 524:21 525:25

**police** [3] 431:7 470:24,25

**policies** [1] 471:17

**politics** [1] 431:5

**population** [1] 481:15

**portion** [3] 384:20 412:15 466:12

**portions** [1] 479:2

**portrayed** [1] 344:10

**pose** [1] 348:18

**posed** [1] 408:9

**position** [5] 360:22 469:25 471:20 476:23 480:24

**possibility** [1] 490:25

**possibly** [2] 380:12 496:6

**post** [1] 505:13

**post-arrest** [1] 412:13

**posts** [1] 515:24

**pounded** [1] 387:13

**practice** [3] 462:17 523:11 524:5

**preclude** [1] 356:2

**precluded** [1] 353:19

**pregnant** [1] 449:17

**prejudice** [2] 357:11 412: 21

**prejudices** [1] 412:18

**prepared** [1] 432:19

**prescription** [4] 531:8,10, 15 535:11

**prescriptions** [1] 531:11

**presence** [5] 364:17 417: 1,14 422:19 535:10

**present** [14] 356:20 403: 22 404:8 405:17 408:10,11, 17 410:17 416:5 417:25 420:14 433:25 459:13 524: 24

**presentation** [1] 457:13

**presenting** [1] 356:22

**preserve** [1] 433:11

**presume** [1] 344:22

**pretrial** [1] 503:18

**pretty** [2] 531:11 532:1

**prevent** [1] 518:23

**prevention** [1] 522:25

**previous** [2] 374:17 419: 23

**previously** [6] 364:21 379: 3 380:8 408:9 438:4 460: 10

**price** [5] 529:6,17,19 530: 12,14

**primary** [2] 464:3,6

**principal** [1] 344:16

**prior** [9] 373:17 374:7 405: 21 411:13 412:23 462:25 470:22 488:23 523:23

**priors** [2] 354:1,2

**prison** [6] 348:15 365:3 448:17 479:14 505:6 508: 22

**prisoner** [4] 345:1 471:22, 22 489:1

**prisoners** [3] 389:23 437: 3 474:24

**prisons** [15] 342:23 436: 18 470:2,22 471:18 474:2 480:16 481:20 494:19 495: 5 500:1,22 503:15 505:1 517:24

**prisons'** [2] 512:18 513:25

**privilege** [2] 399:9 505:2

**probably** [1] 501:20

**problem** [3] 356:5 419:13 533:5

**problems** [15] 352:21 366: 10,24 432:14 485:23 487:7 490:12 492:10,20,23 502: 15,25 503:1 507:23 521:23

**procedure** [1] 520:1

**proceeding** [3] 415:2,4 536:23

**proceedings** [3] 342:1 537:4,15

**product** [6] 527:20 529:1, 2,2,19 531:15

**products** [3] 524:23 527: 22 528:22

**profit** [2] 522:23 523:7

**program** [7] 525:23 526:2, 5,14,25 527:3,4

**progress** [1] 427:19

**prohibited** [4] 504:4 506: 1 508:16,19

**promise** [1] 506:20

**promised** [1] 370:4

**propose** [1] 350:21

**prosecuted** [1] 397:24

**prosecution** [3] 346:6 460:3 513:2

**prosecutor** [4] 387:9,19 403:6 518:13

**prosecutors** [9] 373:16, 20 374:6,12 386:5,19 387: 24 388:5,11

**protect** [3] 356:10 448:6 511:12

**protected** [2] 417:3 519: 20

**protection** [9] 422:23 448: 1,5 449:17 506:8 509:6 520:14 522:23 523:7

**protective** [1] 351:25

**protocols** [1] 508:4

**proud** [1] 494:22

**prove** [7] 353:13 355:5,7 356:15 358:8,11 359:5

**prove-up** [1] 355:23

**provided** [3] 416:22 424: 17 430:4

**provision** [1] 415:12

**publish** [6] 438:17 440:3 463:10,11 475:24 524:11

**published** [1] 365:8

**puerto** [3] 441:23 470:6 500:3

**pulled** [1] 535:9

**punish** [2] 451:13 509:7

**punished** [2] 444:15 451: 4

**punishment** [3] 444:14, 21 520:15

**purchase** [9] 467:16,24 528:9,16 529:25 530:25 531:5 532:3,5

**purchased** [4] 528:12 529: 4,8 531:8

**purchases** [1] 466:18

**purpose** [3] 415:13 418: 21 427:15

**purposes** [5] 405:11 409: 24 416:25 417:15 475:21

**purview** [1] 357:25

**put** [18] 349:18 360:24 365: 7 384:11 393:15 407:8,10 413:5 420:8,12 422:25 430: 22 434:19 459:23 472:9 490:2 491:4 535:5

**putting** [3] 365:4 476:6 516:9

---

## Q

**qualified** [1] 423:2

**questioned** [1] 413:22

**questionnaire** [1] 420:4

**questions** [52] 349:18 350:1 352:10 356:3 357:13, 15 363:12 365:2,5 366:20 372:16 377:11 382:9 384: 16 388:2 392:2 396:11 404: 22 407:15 412:8 417:11 420:5 421:12 422:16 427: 20 428:1,25 431:12,13 434: 9,10 456:11,16 460:3,17 461:11 468:14,21 469:9,12 494:11,16 503:4,5 511:15, 16,24 517:14 521:24 531: 19 532:11,20

**quickly** [1] 425:15

**quite** [1] 379:21

---

## R

**raise** [3] 363:10 393:9 522: 12

# Keyword Index

**ramon** [2] 393:16 398:10

**ran** [3] 493:11 494:25 499:17

**rank** [3] 481:25 482:2,4

**ranking** [1] 483:18

**rape** [7] 382:11 512:5 514:25 518:22 519:4,23,24

**raped** [4] 380:21 508:5 519:3 520:6

**rapes** [1] 359:17

**raping** [4] 354:7 382:10 516:9 520:17

**rat** [4] 487:6,14 514:16 521:23

**re** [1] 400:13

**reached** [2] 365:3 402:12

**reaches** [2] 508:4,11

**reacted** [1] 448:22

**reaction** [1] 460:3

**read** [25] 372:20 382:23 385:1 404:5,7,12,13,14,15, 21 417:11,23 418:14 424: 14 426:3,11 427:11 466:6 471:23 497:21,23 498:3 525:9 527:13 530:9

**reading** [2] 414:19 416:16

**reads** [2] 417:23 419:2

**ready** [3] 364:3 428:3,5

**real** [5] 384:21 395:11,19 412:15 438:15

**realized** [2] 391:8 455:17

**really** [16] 352:15 353:18 375:20 395:6 399:25 408:8 417:20 425:15 439:1 445: 15 450:1 455:22 490:9 491: 13,14 513:14

**reask** [1] 421:11

**re-ask** [2] 400:14 487:12

**reason** [14] 353:8 360:15 364:15 375:2,7 376:11,16 395:11,19 396:2 411:24 444:8 488:15 517:21

**reasons** [1] 518:21

**rebuts** [1] 359:13

**recall** [11] 370:11 373:16, 19 377:7,8,16 381:25 386:5 479:2 483:12 484:18

**receive** [6] 443:14 445:3 455:12 471:16 472:1,2

**received** [8] 457:8,23 463: 9,17 524:10 529:10,14 538: 13

**receiver** [1] 472:8

**receiving** [1] 445:24

**recent** [9] 416:12,14 424: 24 426:12,14,18,19 427:12, 16

**recently** [2] 419:1,8

**recess** [4] 407:25 428:17 483:25 533:9

**recognition** [1] 472:10

**recognize** [2] 451:21 523: 21

**recollection** [10] 377:13 378:4 380:16 383:7 387:5 404:8 480:11 497:7,13 498: 8

**reconsider** [1] 381:24

**record** [22] 342:22 357:10, 21 407:9,10 408:4,6 427:25 434:24 461:22 469:21 472: 20 474:13 480:21 483:1 522:18 524:1,2 527:18 530: 22 534:17 535:5

**recorded** [12] 469:1,4 472: 11,13,19,20,25 473:5,22,24 474:11 526:4

**recording** [2] 537:4,14

**records** [10] 462:2,3,8 465: 25 469:2,5 523:4,11,13,14

**recreation** [2] 445:17 490: 19

**recross** [3] 517:15 522:1 538:4

**recruit** [1] 470:25

**recruitment** [1] 415:11

**redeem** [1] 524:22

**redirect** [5] 460:19 514:22 521:6 532:12 538:4

**refer** [14] 345:3 467:3,6,8 475:22 526:16 528:8,11,15 529:12,15,18,20 530:4

**reference** [1] 380:11

**references** [1] 411:4

**referred** [3] 391:6,7 421: 15

**referring** [10] 359:7 390: 19 391:9 408:15 410:16 438:1,4 455:25 488:21 490: 14

**refers** [5] 408:19,21 410: 19 420:17 421:19

**reflected** [2] 531:1,5

**reflects** [1] 379:24

**refresh** [5] 377:12 378:4 383:7 497:6,12

**refreshed** [1] 387:5

**refreshing** [1] 380:16

**refuse** [1] 441:2

**regard** [1] 514:8

**regardless** [1] 511:7

**regards** [1] 357:23

**regular** [7] 462:8,14,17 463:3 523:11 524:4,5

**relate** [2] 412:11 532:15

**related** [2] 393:20 526:24

**relates** [1] 412:10

**relating** [1] 493:21

**relation** [3] 446:1,11 467: 20

**relationship** [7] 366:13 376:23 399:4 430:14,16 431:7 517:3

**relaxed** [2] 448:14 449:8

**released** [2] 446:3 454:22

**relented** [1] 409:23

**relevance** [6] 347:3 358:7, 9,20 384:3 390:9

**relevant** [9] 348:20,25 349: 9 353:20 355:5 358:2,5,21 472:17

**remain** [3] 397:16 408:10 456:7

**remained** [4] 403:21 404: 24 405:13 412:2

**remember** [34] 365:5,12, 15,18 366:22 368:3 370:1 371:6 386:15,23 387:1,11, 22,24,25 401:22 402:7 452: 20 459:20,25 460:1,2 471: 13 479:5 480:2 493:10 497:

**referred** 9,11,18 498:7,10,11 521:9 535:3

**remind** [5] 443:25 471:3 484:5 515:16,21

**reminded** [1] 364:10

**repeat** [9] 376:14 399:11 400:15 405:15 442:24 481: 14 497:8 508:9 513:7

**repeating** [1] 366:20

**repetitive** [1] 417:24

**rephrase** [16] 368:7,9,10 371:5,16 376:14 383:13,25 384:8,10,11 393:19 404:5 424:19 508:12 513:9

**report** [8] 348:23 360:15 493:24,25 499:18,20 527: 23,25

**reported** [7] 352:3 358:23 396:12 495:22 496:1 507:5 516:18

**reporter** [2] 384:25 537:12

**reporting** [2] 349:8 501: 10

**reports** [1] 523:1

**represent** [1] 408:11

**republic** [6] 416:24 423:10 435:4 438:22 440:9 442:19

**requested** [2] 499:6 502:3

**require** [1] 534:22

**required** [2] 429:6,14

**requires** [1] 510:20

**research** [1] 534:22

**residing** [2] 419:7,7

**respect** [7] 346:20,21 347: 4 363:11 374:13 458:1 462: 7

**respected** [1] 481:1

**respond** [1] 351:12

**response** [7] 372:18 387: 9,10 388:11 419:22,23,24

**responsibilities** [7] 471: 21 476:21 477:18,22 504:2 515:17,22

**responsibility** [2] 499:8, 14

**responsible** [5] 430:25 461:4 481:4,7 515:23

www.protext.com

# Keyword Index

**responsive** [1] 423:4
**rest** [1] 491:8
**restaurant** [1] 435:24
**result** [10] 408:12 410:10, 18 411:7 412:3 420:19 424: 9,10 433:12 500:23
**resulted** [1] 500:3
**retail** [1] 529:17
**return** [2] 446:19 465:22
**returned** [2] 445:12 465: 24
**review** [1] 473:25
**reviewed** [3] 359:3 462:25 523:23
**reward** [1] 526:1
**rewards** [8] 524:18,19 526: 5,5,14,24 527:3,4
**ricco's** [1] 534:2
**rico** [3] 441:23 470:6 500:3
**rid** [1] 450:24
**ride** [1] 350:15
**ridiculous** [1] 354:25
**rights** [1] 504:2
**riot** [1] 481:5
**ripoff** [1] 534:18
**rise** [2] 364:5 405:25
**risk** [1] 516:10
**rite-aid** [13] 468:9 469:5 522:21,22 523:8,10 524:18, 20 526:6 527:24 528:13 529:21 530:4
**rite-aid's** [1] 524:5
**roam** [1] 509:20
**rodriguez** [6] 469:17,18, 22 494:18 514:5 538:8
**r-o-d-r-i-g-u-e-z** [1] 469: 22
**roles** [2] 471:5 481:3
**rollock** [1] 342:11
**room** [25] 342:10 346:17, 17,18,19 347:13,19,25 348: 10,11,12 350:5 351:3 359: 21 360:24 364:15 422:11, 13,15 443:21 444:2,19 459: 2 475:10 477:23
**roommates** [1] 432:12
**rooms** [2] 348:1 359:18

**rooster** [3] 391:13,14,24
**rounds** [2] 443:12 477:5
**row** [6] 369:18 452:11,21, 22 480:5 531:1
**rows** [2] 505:14,20
**rule** [2] 356:6 504:24
**rules** [7] 503:22,25 504:10, 12 510:6 512:19,22
**rulings** [1] 348:9
**running** [1] 384:9

## S

**safe** [4] 506:14,14 515:24 518:19
**safety** [3] 412:13 457:16, 18
**sale** [2] 528:24 529:6
**sales** [8] 523:4,13 524:1 525:1 527:9,18 529:5 530: 23
**same** [28] 350:4,5,10 352: 18 362:13 371:8 379:13 391:19 397:6 399:22 424: 15 428:2 440:24 442:17 450:16 465:5 466:9,24 475: 18 495:23 496:4 515:5,6 526:3,12 527:12 530:25 531:1
**sanchez** [2] 376:20,20
**sanctions** [1] 504:7
**santiago** [1] 342:11
**santo** [2] 401:25 402:1
**sat** [1] 535:12
**satisfied** [1] 535:18
**save** [7] 363:12,12 517:12, 17,20,21,23
**saved** [2] 518:2,4
**savings** [2] 461:25 462:1
**saw** [6] 346:18 373:2 433: 20 459:16 461:8 494:25
**saying** [17] 354:13 356:23 357:10 358:22 366:22 373: 5 375:5 381:10 382:12 387: 11 412:19 416:15 448:4 460:4 473:12,21 479:11
**says** [55] 349:11,12,13 361: 8 380:10,23 381:9,10 382:2,

10,24 401:17 404:3,3,16,19 408:15,16 409:4,14 414:22, 24 415:9 416:4,4,6,11,15 418:2,14 419:5,6 420:16 421:23 424:7 426:18 463: 17,21 466:12,17 467:2,6,12 473:23 508:4 528:10,23,25 529:5,9,12,17,20 530:2,10
**scammed** [1] 500:9
**scared** [2] 485:25 492:25
**scheduled** [2] 446:3 534: 4
**schemed** [4] 499:25 500: 10,12,13
**school** [3] 435:5 470:9,20
**screen** [1] 439:16
**screens** [1] 440:1
**sealed** [1] 384:21
**search** [7] 502:3 507:10 513:5 532:1,2,7,8
**seated** [2] 364:7 428:19
**second** [8] 346:2 348:23 352:16 354:18,21 357:15, 18 359:22 365:13 373:18 377:7 382:22 390:18 408:5 424:20 425:14 474:22 475: 10 476:6 480:10 485:7 507: 18,25 521:3 524:13 527:4 531:1 533:24
**secrets** [1] 390:17
**sections** [1] 426:22
**secure** [2] 506:16 519:25
**security** [3] 482:19 519:22 520:22
**see** [36] 345:11 351:17 358: 3 359:25 362:2,24 378:3,3 383:8 389:5,8 394:8 401:5 414:21 418:6 421:15 439: 19 444:9 445:15 449:13 451:17 453:12 454:12 455: 10 456:3 460:24 461:20 468:4 480:17 497:12 501: 13 505:14 514:11,11 531: 12 536:17
**seeing** [1] 450:1
**seem** [3] 460:8,14 509:14
**seemed** [2] 421:12 500:11

**seems** [4] 350:16 411:25 534:9 536:11
**seen** [6] 357:23 382:24 388:19 389:9 403:11 449: 21
**sees** [1] 349:11
**segregation** [2] 490:2 515:1
**selection** [2] 535:11 536:5
**send** [3] 425:19 465:11 488:10
**sends** [1] 465:22
**sense** [4] 384:15 425:19 511:18 520:20
**sensed** [1] 511:6
**sent** [15] 397:25 398:24,25 400:5 402:17 428:4,9 429: 21 465:12,12,14 466:14 481:15 489:10 515:2
**sentence** [7] 345:8 436:18 437:7 456:22 457:8,23 498: 5
**sentenced** [10] 366:14 370:1,12 436:12,14 437:6,9 475:5,6 503:20
**sentencing** [1] 457:13
**sentiment** [1] 352:19
**separate** [6] 343:17 344: 17 399:10 427:6 526:2 534: 23
**separated** [1] 431:2
**serious** [3] 345:4 411:19 504:24
**seriously** [4] 448:15,17,20 501:1
**serve** [4] 367:2 370:5,7 436:18
**services** [1] 415:12
**servitude** [2] 409:21 415: 14
**set** [2] 467:11 513:6
**several** [8] 409:6 419:10 430:11 435:17 447:15 475: 9 476:17 505:17
**severe** [2] 415:10,10
**sex** [37] 343:10,14 344:1,7, 9,10,13 345:12 348:10,21,

# Keyword Index

22 350:23 353:3,10 356:12 362:14 365:5 379:4 380:8 381:2,7,8,22 382:5,14,18 383:1,3,3 384:2 386:13,21 394:11 447:8,25 448:6 512:5

sexual [25] 343:25 346:11, 14,18 348:15 353:19 354:13 357:16,23,24 358:12,16 360:20 443:20 444:8 505:23 508:14,16,19 512:5,8,15, 24,25 514:13

sexually [2] 508:5,23

shake [2] 488:18 489:6

shaking [1] 498:21

shaky [1] 499:1

share [1] 516:25

shared [1] 392:13

sharing [2] 353:13 361:13

she'd [1] 377:17

she'll [1] 399:7

she's [15] 357:17 390:15 404:3 409:5,6,11,11 410:10 411:9 417:4,6,7 420:11 503:1,1

shihata [57] 342:5 366:1 368:4,8 371:4,8,11 377:15, 18 379:9,14,16,19 381:4,10, 13 383:6 384:20 385:3 390: 6,9,12 394:15 395:16 399:5, 8,20,22 405:22 407:2,18,24 420:22 421:14,19,22 422:5, 8,12 434:10 461:16,19 462: 19,22 463:6,10,13 468:14 469:10 522:10,15 523:16, 19 524:7,11,12 532:13

shit [4] 485:22,24 490:4 502:21

shoe-horned [1] 412:6

shoes [1] 390:25

shook [1] 491:16

short [6] 343:13 405:24 448:11 449:7 483:23 532:25

shortly [1] 454:7

shouldn't [1] 370:7

show [29] 348:12 358:15,

16 361:6 377:12 378:5,11 425:8,10 439:14 440:17,17 450:11,18 451:19,19 452:8, 8,13,25 453:4,10 459:19 497:6,12 523:17 527:23,25 534:17

showed [5] 351:2 389:7 450:12,19 461:5

showering [1] 518:23

showers [2] 453:24 518:25

showing [10] 365:11 438:7,10 441:16 442:8 453:19 462:20 475:14,17 527:7

shows [3] 527:19,20 532:18

shu [34] 346:14 350:11 358:24 360:16 361:12 366:21 444:23,24 445:1,3,5,8,14, 17 481:7,10,11 489:10 490:15,16 491:4,6,7 506:7,8 515:1,2 518:13,19 519:20 520:3,4,7,10

sia [5] 489:10,20 491:5 494:1 499:5

sic [2] 415:6 502:9

sick [3] 388:3,8,13

side [6] 428:15 462:7 467:18,20,25 535:9

sidebar [11] 342:13,15 343:1 363:19 379:1 385:8 405:22 407:1 408:1 457:1, 2

sidebars [1] 379:21

sides [1] 444:9

sign [3] 398:2 429:14 473:21

signature [6] 465:2,9,10, 16,18,23

signatures [1] 399:15

signed [4] 397:20 398:12 399:12 404:12

significant [1] 361:9

silver [1] 453:12

similar [1] 411:20

simply [1] 388:10

since [6] 392:5 412:19 419:

10 470:3 497:22 523:9

single [3] 369:24 409:19 511:21

sinister [2] 384:15,17

sinks [1] 454:3

sir [2] 430:1 469:23

sis [9] 470:1 471:7,20,21 482:5,23,24 491:22 512:21

sister [9] 399:24,24 400:2, 20,22,25 401:9,11,20

sit [6] 374:1,18 479:2 483:12 484:18 533:18

sitting [2] 374:2 505:13

situation [7] 350:3 409:7 419:9,11 455:21 503:12 509:22

six [14] 444:18 445:21 468:11 472:14,15,21 473:4,7 475:2,4,5 504:18,23 517:25

sixth [1] 488:8

skinned [1] 380:12

slang [1] 391:10,12

slavery [1] 415:14

sleep [1] 431:19

slide [1] 530:19

slow [1] 354:23

small [7] 376:6,7 445:15, 15 450:21 459:20

smuggle [1] 505:9

somebody [1] 369:15 394:8 402:17 410:22 447:7 479:7 480:12 492:22,22 493:13,18 494:6 496:17 504:23 514:16 520:18

somehow [1] 359:13

someone [15] 353:10 357:9 359:23 379:4 381:8 383:4 400:16 438:1 442:6 446:6 449:14 481:1 493:19 496:12 531:4

sometime [1] 535:20

sometimes [3] 364:16 506:7 511:12

somewhere [2] 469:1 535:13

soon [1] 366:14

sorry [62] 343:21 345:6

351:8,9,20 352:5,25 353:23 358:25 360:9 368:5 379:19 380:25 383:19,21 385:1 387:4 395:17 396:1 402:10 405:15 410:21 411:1 415:7, 22 416:19 418:10,16 420:3 421:5 422:18 423:8 425:13, 15 428:6,9 430:1 435:8 437:3 439:16 440:3 451:6, 8 452:13 453:6 459:4 460:6 466:7 479:9 492:7 493:17 495:25 502:13 515:20 517:18,19 518:3 519:7 527:8 530:20 533:1 535:19

sort [8] 342:18,18 356:10 416:1 417:20,22 494:24 505:12

sound [5] 485:24 492:24 499:1 537:4,14

sounded [1] 502:23

south [1] 475:5

space [2] 498:12 505:18

spaces [1] 498:12

spanish [21] 391:16,19 404:21 432:6 434:21 438:24 440:11 445:22,24 470:8,15 478:7,9,14,14,15, 24 479:1 497:22 517:7,11

speaking [8] 372:24 389:10 391:11 456:25 478:23, 25 480:8 498:17

speaks [1] 346:13

special [4] 455:7 472:9 481:8 489:21

specific [5] 415:22 421:20 422:9 428:1 486:24

specifically [3] 380:18 413:21,22

spell [6] 434:24 461:22 469:21 480:5,7 522:18

spelled [1] 498:12

spelling [1] 480:1

spend [2] 351:11 369:24

spoke [17] 346:14 369:1 398:15 400:12,20,20 439:1 447:13 449:2,3 451:15 457:14 470:9 487:23,24 492:19

# Keyword Index

494:24
**spoken** [1] 492:22
**spot** [1] 424:15
**spots** [1] 355:22
**squeezing** [1] 350:6
**staff** [29] 359:8 365:3 474:2, 4,7,18 482:9,10 483:17 489: 12,14 499:12,15 500:1,16 502:18,19 507:9 508:20 509:11 511:12 512:24,25 513:1,17,25 515:10,12 520: 17
**stall** [5] 362:1,2 389:1,4,12
**stamp** [1] 387:25
**stand** [2] 407:13 420:18
**standard** [4] 412:23,25 413:3,7
**standpoint** [1] 518:16
**start** [7] 345:10 445:24 456: 17 494:17 518:16 524:13 528:4
**started** [11] 349:24 360:5 455:24 456:1 471:3,15 478: 16 480:1,15 488:18 489:6
**starting** [2] 438:21 456:2
**starts** [2] 345:10 474:15
**state** [6] 401:24 434:24 436:16 461:22 469:21 522: 18
**statement** [38] 370:2,11 383:8 388:4,14 397:21 402: 24 403:14,20 404:15,24 405:21,21 408:8 409:4 410: 3,5,12 411:13 412:16,16,17, 20,24 413:5 414:1,4 415:23 417:23 420:12 422:9 426:5, 6 429:9 466:3,9,24 468:3
**statements** [9] 397:23 399:16 403:24 405:1 414: 23,25 415:7 429:16 462:12
**states** [39] 342:6 365:24 397:17 402:5 403:21,22 404:25 405:10,12,13,17 408:11,17 409:4 411:9 416: 5,25 417:1,14,15,25 418:17 419:3,8,10,13 420:15 424:9, 25 426:16 427:8,9 435:11,

13 436:2 456:14 470:16 494:14 522:14
**statues** [1] 344:17
**statute** [2] 414:12,12
**stay** [11] 363:8 397:13 405: 10 417:5 419:12 443:10 445:10 492:10 510:20 532: 23 533:19
**stayed** [1] 405:12
**step** [5] 429:22 461:14 469: 13 522:7 532:21
**stepped** [1] 342:12
**still** [5] 342:14 348:4 364: 10 446:8 484:5
**stipulate** [1] 362:7
**stipulated** [1] 361:5
**stipulation** [3] 360:2,6,9
**stop** [8] 350:1 381:19,19 394:11 425:23 443:16 479: 9 508:1
**store** [11] 467:10 468:9,10, 11 527:21 528:10,11,12,13 530:2,4
**stories** [1] 396:13
**story** [7] 403:3,18 409:16 416:22 511:18 516:23 523: 2
**strange** [1] 382:25
**street** [4] 456:20 494:20 522:20 525:10
**stress** [2] 507:13,19
**strike** [1] 474:3
**strong** [1] 533:24
**stuff** [7] 352:6 396:7,8 430: 6 445:5 490:21 505:9
**stupid** [2] 386:25 387:13
**subject** [10] 342:17 343:24 345:16 351:25 360:8 364: 25 365:1 463:21 507:9 513: 1
**subjection** [1] 415:14
**submitted** [2] 463:18,24
**subpoena** [1] 455:12
**subscribing** [1] 362:10
**subsequent** [1] 427:7
**substance** [2] 381:5 436: 9

**suffer** [2] 355:14 370:9
**suffered** [2] 431:16 432:1
**suffering** [2] 367:3 410:9
**suggesting** [2] 380:5,6
**suit** [2] 432:23 533:24
**suite** [1] 522:17
**summations** [1] 533:13
**sums** [1] 416:1
**sunday** [3] 477:8,10,13
**supervise** [1] 476:18
**supervisor** [11] 480:9 487: 19 489:20,25 495:23 496:2 499:5 501:15 502:21 507:6, 8
**supervisors** [2] 474:10 483:18
**support** [10] 397:20 399: 16 402:24 403:14,20 429:6, 17 430:19 431:15 432:16
**supporting** [1] 416:7
**supports** [1] 410:3
**suppose** [1] 345:7
**supposed** [8] 352:1 404: 13 424:4 476:24 503:1 506: 4 513:18 535:22
**supposedly** [1] 443:19
**surprised** [7] 349:12,12, 13 433:20 434:2,6 485:25
**surveilling** [1] 443:20
**suspected** [1] 517:2
**suspension** [1] 513:2
**suspicions** [1] 516:25
**suspicious** [6] 496:8,10, 20 497:1,3 498:14
**suv** [1] 403:11
**swain** [8] 370:1,12 400:25 403:4,18,24 405:1 409:17
**swiftly** [1] 509:9
**swivel** [1] 453:2
**sworn** [12] 364:21 397:20 411:13,19 412:17,20,23 429:9 434:17 461:17 469: 18 522:13
**system** [12] 472:16,20,20 473:1,4,8,13,25 503:23 518: 1,2 520:8

T

**table** [5] 374:18,19 387:13 455:5 460:12
**tables** [1] 505:14
**tactic** [1] 355:21
**tag** [1] 395:25
**talked** [1] 353:7 358:22 362:14 369:18 402:7 430: 14,16 431:15 449:6 454:20 491:22
**talks** [2] 416:14 427:7
**tangent** [1] 411:18
**tax** [1] 530:23
**tear** [1] 506:21
**tech** [1] 365:14
**technician** [3] 470:1 471: 7 482:5
**telephone** [1] 495:23
**temporarily** [1] 471:9
**temporary** [1] 471:8
**ten** [1] 369:5
**tennis** [1] 390:24
**term** [5] 391:13 408:21 413: 9 414:12 494:6
**termination** [1] 513:2
**terms** [2] 345:8 423:1
**testified** [16] 357:17 410: 15 411:8 419:15,17 434:18 454:7 484:8 487:8 497:9 515:9 516:20 518:8 535:14, 21 536:1
**testify** [9] 350:4,23 359:6 379:8 391:3 455:12,17 487: 15 494:9
**testifying** [4] 350:9 360: 22 470:13 497:22
**testimony** [28] 346:19 351: 24 356:5 362:10,11 365:11 367:6 368:3,8 371:4,11,14, 15 387:2,22 390:23 391:2 411:7,14,16 415:24 419:23 434:21 462:25 475:21 487: 11 523:23 535:23
**tf** [2] 474:15,20
**thanks** [1] 363:16
**that's** [23] 365:8 366:5,5,

# Keyword Index

16 **372**:10,23 **373**:12 **374**:2,
11 **375**:6,16 **379**:5,11,12
**380**:9,9,24,25 **381**:9,14,15
**382**:16 **384**:5
**theft** [1] **523**:3
**themselves** [4] **379**:22
**388**:21 **389**:18,21
**theories** [1] **351**:1
**theory** [3] **347**:25 **350**:25
**351**:4
**therapist** [1] **432**:12
**therapy** [3] **432**:5,9,11
**there's** [2] **365**:20 **377**:25
**there's** [32] **342**:14 **343**:7
**344**:14,23 **346**:1 **353**:8 **357**:
11 **358**:10 **362**:3,4,5,9 **384**:
15 **409**:3,18 **412**:18 **413**:19,
25,25 **414**:1,24 **417**:9 **445**:
16 **466**:19 **467**:11 **469**:4
**473**:2 **512**:14 **524**:25 **525**:
23 **528**:4,10
**they're** [1] **379**:7
**they've** [6] **346**:15 **350**:20
**481**:16 **508**:5 **519**:3 **520**:6
**thinking** [2] **431**:24,25
**third** [4] **464**:25 **496**:11,17
**513**:5
**thirty** [1] **435**:2
**though** [1] **389**:8
**thoughts** [1] **382**:10
**thousands** [1] **510**:25
**threat** [3] **411**:21 **510**:18
**520**:21
**threatened** [8] **403**:23
**410**:9 **416**:23 **423**:13 **430**:
20 **508**:5,23 **514**:13
**threatening** [2] **365**:4 **394**:
11
**threats** [6] **396**:13 **403**:1,
16 **409**:21 **417**:2 **505**:5
**three** [8] **344**:17 **360**:21,21
**397**:1 **470**:21 **476**:17 **497**:
17 **498**:2
**threw** [1] **451**:16
**thrombosis** [1] **432**:1
**tie** [1] **480**:20
**till** [1] **428**:8

**timothy** [1] **487**:22
**tired** [9] **387**:11,16,18,20,
21 **388**:3,13 **459**:7 **535**:19
**title** [3] **418**:5 **462**:1 **522**:22
**today** [20] **342**:10 **354**:6
**415**:24 **417**:1 **420**:24 **425**:
23 **433**:25 **455**:13 **462**:25
**470**:14 **475**:22 **479**:2 **480**:
17 **483**:12 **484**:18 **494**:9
**497**:9 **518**:8 **522**:3 **523**:23
**together** [7] **350**:12 **378**:1
**393**:8,13,16,24 **397**:6
**toilet** [2] **445**:16 **451**:16
**toilets** [1] **453**:23
**tomas** [4] **469**:16,18,22
**538**:8
**t-o-m-a-s** [1] **469**:22
**tomorrow** [6] **533**:9,11,13,
22 **534**:3 **536**:17
**tone** [1] **352**:15
**tony** [2] **379**:13
**took** [21] **358**:12,16 **359**:17,
22 **361**:6,7,8 **400**:11,18,20,
23 **401**:8,10,20 **402**:9 **444**:
18 **448**:19,20 **467**:9 **501**:1
**511**:7
**top** [2] **377**:25 **466**:12 **510**:
20
**torres** [10] **402**:25 **403**:5,6
**418**:14,16 **422**:24 **423**:11
**430**:15,17,24
**totally** [2] **491**:18 **500**:7
**touch** [4] **352**:17 **424**:13
**425**:5 **496**:11
**touched** [1] **354**:3
**touching** [1] **506**:1
**towards** [2] **420**:5 **455**:4
**trade** [1] **418**:18
**traffic** [2] **426**:9 **477**:11
**trafficked** [2] **418**:4,4
**trafficker** [2] **409**:7 **419**:11
**trafficking** [74] **397**:16
**405**:14,18 **408**:12,18,19,21
**409**:5,6,10,10,14 **410**:17,18,
20,22,23,25 **411**:1,2,3,4,5,7,
8,23 **412**:3 **413**:10,20,23,24,
24 **414**:4,7 **415**:10,11,16,16

**416**:1,6,8,12,17,21 **417**:7,8,
8,12,15 **418**:1,1,5 **419**:4,9,
11 **420**:16,19,19 **421**:16,20,
20 **422**:2,3,10 **423**:15,22,24
**424**:1,10,25 **425**:7 **426**:13
**436**:9 **535**:13
**trained** [1] **511**:16
**training** [4] **471**:16,17,19
**481**:4
**transaction** [11] **467**:7,8,9,
15 **468**:3,6,8,12 **469**:1,4
**528**:9
**transactions** [6] **405**:11
**430**:11 **466**:22 **523**:2 **527**:
23 **532**:18
**transcriber** [2] **537**:2,13
**transcript** [8] **371**:10 **384**:
21 **385**:5 **421**:14 **456**:8 **494**:
8 **537**:3,14
**transcripts** [1] **371**:9
**transferred** [1] **520**:12
**transportation** [1] **415**:
11
**travel** [1] **534**:6
**treating** [2] **388**:3,13
**tree** [1] **376**:7
**trial** [17] **345**:16,19,23,24,
24 **351**:23 **353**:11,11 **354**:6
**357**:9,10 **358**:3,6 **364**:17
**456**:8 **494**:8 **535**:12
**trick** [2] **513**:23 **514**:1
**tricks** [1] **510**:8
**trickster** [1] **382**:9
**tried** [4] **446**:13 **493**:13,18,
19
**trip** [1] **403**:7
**trips** [9] **398**:23 **400**:11,17,
23 **401**:10,20 **402**:8 **427**:8
**430**:11
**trouble** [6] **361**:11 **444**:6
**451**:1,3 **502**:19,19
**trough** [1] **415**:12
**true** [16] **347**:2 **355**:24 **366**:
16 **375**:17 **388**:17,20 **391**:4
**396**:1 **399**:16 **404**:16 **426**:8
**444**:10 **519**:10 **521**:12 **525**:
4 **528**:2

**truphone** [1] **474**:1
**truth** [8] **402**:6,6 **403**:11
**412**:17 **495**:22 **521**:15,19
**522**:4
**try** [8] **356**:15 **403**:12 **414**:9
**446**:6,16 **501**:18 **502**:24
**509**:2
**trying** [18] **353**:19 **354**:5
**375**:2,8 **383**:7 **416**:10 **420**:
9 **485**:12 **488**:1 **490**:6 **491**:
3 **495**:12 **496**:17 **501**:4 **502**:
18 **509**:4 **518**:10 **521**:8
**tuesday** [1] **533**:12
**turn** [2] **514**:12,15
**turned** [1] **351**:23
**turning** [1] **453**:7
**tvpa** [1] **415**:10
**twenty** [1] **441**:13
**twice** [1] **401**:15
**two** [25] **343**:2,17,24 **359**:7
**362**:13 **365**:21 **396**:17 **416**:
3 **420**:23 **427**:5 **437**:4 **441**:
11 **445**:2 **471**:7 **474**:25 **475**:
3 **479**:18 **492**:4,8 **493**:10
**495**:5 **497**:17 **534**:16 **535**:2,
24
**two-prong** [1] **360**:14
**type** [8] **411**:20 **466**:14 **500**:
23 **509**:6 **517**:3 **526**:5 **528**:
23 **535**:13

## U

**u.s** [2] **366**:7 **414**:18
**uh-hm** [3] **468**:25 **481**:7,9
**uh-uh** [1] **517**:6
**unaware** [1] **513**:14
**under** [22] **345**:23 **346**:1
**353**:12,13,17 **354**:4 **355**:10
**364**:11 **382**:6 **397**:15,21
**404**:17 **409**:9 **412**:7 **438**:15
**484**:5 **503**:15 **518**:8 **520**:5
**522**:3 **526**:12 **528**:10
**underlying** [1] **415**:3
**underneath** [1] **475**:19
**understand** [29] **347**:18
**348**:5 **352**:13,14 **355**:10
**356**:17 **358**:4 **383**:15,17

# Keyword Index

**384**:3 **400**:13 **414**:3 **415**:18
**421**:25 **425**:15 **426**:6 **440**:
21 **448**:5,9 **455**:25 **460**:13
**478**:14 **479**:9,10 **486**:2 **500**:
8 **508**:6,10,10
**understanding** [6] **404**:1,
4 **413**:23 **414**:6 **441**:2 **493**:
20
**understands** [1] **482**:10
**understood** [5] **393**:21
**397**:18 **439**:1 **442**:21 **448**:6
**unidentified** [3] **380**:11
**382**:24,25
**uniforms** [1] **504**:14
**uninterpreted** [1] **407**:16
**unique** [3] **474**:15 **529**:1,2
**unit** [27] **365**:11,21 **388**:9
**437**:13 **442**:17 **443**:11,12
**445**:6,12 **446**:19,23 **451**:1,2,
24,25 **458**:2,4 **459**:7 **461**:3
**475**:1 **476**:5 **481**:8 **488**:9,
10 **489**:4 **490**:21 **491**:12
**united** [39] **342**:6 **365**:24
**397**:17 **402**:4 **403**:21,22
**404**:25 **405**:10,12,13,17
**408**:11,17 **409**:4 **411**:9 **416**:
5,24 **417**:1,14,14,25 **418**:17
**419**:3,8,10,13 **420**:14 **424**:8,
25 **426**:15 **427**:8,9 **435**:11,
13 **436**:2 **456**:14 **470**:16
**494**:14 **522**:14
**units** [15] **437**:2,5 **459**:5
**472**:6 **474**:23 **475**:3 **476**:9,
24 **477**:2,21,22,23 **529**:7,8
**530**:16
**unless** [1] **473**:7
**unmasked** [2] **528**:19 **530**:
6
**unpleasant** [1] **518**:22
**until** [16] **360**:1 **363**:13 **396**:
15,17 **407**:25 **411**:23 **418**:
20 **424**:20 **428**:9,17 **451**:12
**483**:25 **501**:19 **520**:11 **533**:
9 **535**:4
**unusual** [1] **391**:5
**up** [47] **342**:4 **356**:10 **357**:
10,13 **359**:25 **364**:16 **365**:7,

10,23 **372**:11 **375**:21 **376**:2,
5 **388**:6 **391**:8 **393**:15 **402**:
20 **403**:7 **408**:2 **414**:23 **416**:
1 **418**:5 **424**:2,5 **425**:22
**427**:1 **431**:9,10 **433**:15 **438**:
18 **439**:25 **441**:6 **470**:5,7
**472**:8 **473**:21 **477**:2 **478**:1
**479**:7 **506**:21 **510**:5 **513**:6
**520**:7 **527**:23,25 **533**:17
**535**:22
**upc** [3] **528**:25 **531**:9,13
**upcs** [1] **531**:11
**upper** [1] **452**:18
**upset** [3] **448**:24 **460**:7,14
**usa** [1] **342**:2
**usaa** [8] **461**:25 **462**:1,3,5,8
**463**:23 **465**:22,24
**usaa's** [2] **462**:14 **463**:4
**usc** [2] **414**:13,14
**using** [10] **344**:8,12 **345**:2
**382**:2,3 **480**:19 **513**:23 **527**:
21 **529**:10,13

### V

**vacation** [1] **392**:9
**vaccines** [1] **531**:11
**vagina** [2] **350**:7 **354**:3
**vaginas** [1] **353**:17
**valve** [3] **412**:13 **457**:16,18
**vargas** [10] **387**:7 **394**:15,
16,20,24 **395**:16,17,20,23
**434**:25
**vasquez** [6] **394**:13 **395**:
15,23 **434**:15,25 **538**:6
**verify** [1] **398**:2
**vesey** [3] **456**:20 **494**:20
**522**:20
**victim** [7] **353**:24 **415**:10
**512**:5 **514**:1,13,25 **518**:22
**victims** [1] **397**:15
**victim's** [2] **354**:1,2
**view** [2] **523**:14 **525**:2
**violate** [4] **343**:18 **346**:24
**504**:8,24
**violation** [1] **347**:3
**violence** [4] **510**:16,18
**512**:6,9

**visit** [11] **366**:11,15,16 **392**:
10 **446**:7,11,13,14,16,18,19
**visited** [2] **392**:24 **432**:25
**visiting** [13] **443**:21 **444**:2,
19 **475**:10 **477**:23 **505**:1,5,9,
12,16,21,24 **506**:2
**visits** [6] **443**:14 **444**:18
**445**:3,20,24 **446**:8
**voice** [4] **354**:22 **395**:25
**472**:9 **507**:19
**voices** [1] **377**:25
**volume** [1] **414**:18
**vulnerable** [2] **416**:16,21

### W

**wait** [9] **354**:18,21 **382**:22
**390**:18 **391**:14 **395**:18 **424**:
20 **434**:14 **453**:5
**waiting** [1] **446**:17
**walk** [7] **373**:23 **476**:9 **477**:
2,21 **490**:9 **491**:13 **505**:20
**walks** [1] **343**:13
**wanted** [37] **352**:5,9 **364**:
25 **366**:24 **367**:2 **375**:5,6,16
**381**:1,6 **382**:4,12 **383**:1
**384**:1 **386**:9,20 **393**:13 **396**:
20 **409**:15 **410**:2 **411**:3 **417**:
17,22 **419**:19 **425**:20 **434**:2,
5 **460**:21 **472**:21 **477**:3 **488**:
15 **489**:25 **492**:10 **502**:4
**513**:12,22 **535**:14
**wants** [9] **346**:2 **348**:9 **350**:
19 **356**:5 **410**:5,5,6 **411**:18
**472**:7
**ward** [1] **343**:25
**wash** [2] **454**:3,5
**washing** [2] **454**:5 **518**:23
**washington** [1] **535**:24
**wasn't** [2] **375**:14 **384**:5
**waste** [1] **463**:12
**watch** [1] **520**:5
**watching** [1] **443**:19
**way** [41] **343**:16 **344**:9 **345**:
3 **349**:16,20,22,24,25 **350**:1
**352**:11 **354**:10 **356**:2,7 **362**:
25 **372**:4,21 **373**:15,15 **383**:
10 **384**:12 **386**:16 **388**:3,13

**391**:9 **412**:19 **421**:9 **438**:4
**452**:22 **483**:14 **486**:6,19
**490**:6 **494**:25 **496**:10 **497**:3
**505**:25 **506**:1,12 **513**:4 **518**:
8,25
**ways** [2] **365**:2 **510**:5
**we'll** [1] **384**:23
**we're** [6] **365**:10 **379**:9,10
**382**:2,3 **384**:7
**wear** [1] **504**:14
**wearing** [1] **480**:20
**wedding** [1] **534**:5
**week** [2] **441**:10 **529**:13
**weekend** [1] **533**:12
**weeks** [3] **397**:1 **445**:2 **493**:
10
**week's** [1] **460**:24
**wellness** [15] **524**:16,17
**525**:24 **526**:12,14,17,21,24
**527**:11,12,21,22,24 **528**:21
**529**:11
**what's** [1] **382**:3
**whatever** [3] **425**:17 **443**:8
**534**:18
**whenever** [1] **463**:11
**where's** [1] **412**:20
**wherever** [2] **419**:7 **520**:4
**whether** [34] **343**:23 **345**:
15 **350**:21 **353**:21 **355**:23
**357**:1,16 **362**:5 **372**:5 **373**:
25 **375**:2,4,8,17 **381**:22 **382**:
18 **399**:9 **402**:4 **412**:15 **415**:
17 **441**:2 **444**:10 **449**:14
**454**:14 **460**:22 **489**:8 **493**:
13,20 **503**:4,5 **518**:13 **519**:4,
9 **531**:7
**who's** [2] **369**:6 **383**:19
**whole** [6] **342**:24 **362**:9,10
**382**:23 **415**:2 **483**:1
**wife** [1] **482**:16
**wig** [1] **380**:12
**will** [27] **342**:11 **350**:4 **359**:6
**363**:6,8 **380**:14 **381**:2,6
**382**:5 **384**:2 **385**:5,6 **386**:
20 **403**:2,17 **408**:20 **409**:3
**412**:17 **421**:8 **424**:19 **428**:1
**468**:23 **472**:20 **508**:22 **519**:

# Keyword Index

9 **527**:23 **535**:16

**windows** [2] **347**:14 **348**: 11

**withdraw** [1] **424**:9

**withdrawals** [1] **466**:18

**withdrawn** [2] **386**:11 **503**: 10

**within** [6] **345**:24 **353**:11 **474**:23 **475**:8 **481**:6 **523**:3

**without** [12] **348**:10,11 **352**:24 **353**:3 **363**:3,3 **463**: 7 **503**:25 **512**:9,9 **524**:8 **535**:1

**withstand** [1] **370**:3

**witness** [80] **343**:2 **346**:11, 13,16 **350**:13,22 **353**:20 **354**:5 **357**:8 **358**:21 **359**:6 **360**:14 **361**:22 **364**:10,12 **374**:17 **377**:21 **378**:12 **379**: 3 **380**:13 **382**:8,10 **391**:21 **401**:13,14 **404**:3 **408**:10,24 **409**:11 **410**:1,7,15 **411**:6 **412**:23 **414**:1 **422**:11,13,15 **424**:15 **425**:14 **426**:17,24 **427**:1,4,10,14,17 **434**:11,12, 14,17 **438**:8,11,12 **439**:14 **453**:7 **461**:15,17 **462**:20 **469**:8,14,15,18 **475**:14,17 **481**:14 **491**:16 **497**:16,22, 22 **519**:9,18 **522**:8,9,13 **523**: 17 **532**:22,24,25 **534**:15

**witness'** [3] **353**:17 **408**:8 **416**:18

**witnessed** [1] **354**:13

**witnesses** [8] **351**:7 **352**:1 **354**:3 **363**:3 **533**:2,21,25 **538**:3

**woman** [37] **343**:12,14 **344**: 7,8 **345**:20 **348**:23 **349**:1,6 **350**:3,9 **352**:15 **354**:21,22 **356**:12 **361**:22,23,25 **368**:2 **376**:7,7,24 **386**:16 **389**:12 **395**:11,13,14,21,23 **396**:4 **439**:12 **442**:10 **475**:22 **478**: 21,22,23,25 **480**:13

**woman's** [1] **350**:6

**women** [24] **346**:13 **360**:21,

21 **361**:10 **369**:12 **375**:9 **376**:4,11,17 **437**:6,10,14 **448**:16 **458**:4,7,9,20,21 **459**: 1,4 **475**:5 **485**:22 **486**:1 **503**:6

**women's** [1] **458**:2

**won't** [2] **377**:24 **381**:15

**word** [12] **370**:14 **407**:13, 19 **409**:18,19 **413**:20 **424**: 10 **430**:15 **432**:9 **448**:7 **459**: 17 **500**:9

**words** [8] **370**:7 **374**:21,21 **391**:10 **459**:23 **473**:5 **479**: 12 **489**:13

**wore** [1] **380**:12

**work** [24] **435**:24 **437**:17,18 **441**:1,6,10,12 **450**:8,10 **458**: 17,18,20 **469**:23 **476**:10,11 **477**:7,13 **482**:12 **487**:7 **489**: 3 **491**:6,7,8 **522**:25

**worked** [21] **435**:17 **437**:12, 12,14 **440**:14,14,23 **441**:8 **458**:23 **459**:1,4 **470**:24,25 **471**:1 **475**:9,12 **476**:23 **477**: 16,24 **478**:3 **481**:20

**worker** [1] **489**:2

**working** [7] **400**:18 **401**:21 **435**:21 **470**:3,22 **471**:7 **480**: 15

**worried** [4] **384**:4 **449**:15, 16,16

**wouldn't** [1] **376**:19

**wrapper** [1] **459**:17

**wrapping** [2] **459**:21,22

**write** [2] **345**:1 **441**:6

**written** [1] **433**:18

**wrote** [2] **400**:25 **404**:11

## Y

**year** [9] **396**:16 **433**:4 **436**: 15,25 **454**:24 **457**:8 **471**:3 **523**:9 **532**:19

**years** [10] **369**:5 **443**:25 **462**:4 **470**:4,21 **481**:23 **498**: 2 **504**:16 **510**:23 **514**:5

**yesterday** [11] **349**:17 **363**: 4 **365**:1 **366**:19 **371**:1,10,12,

14 **386**:23 **387**:22 **420**:23

**yesterday's** [1] **348**:20

**york** [4] **470**:24 **494**:3 **525**: 11,12

**you're** [9] **372**:14,14,15,17 **373**:14 **374**:2 **377**:8 **382**:12 **384**:10

**you've** [1] **365**:13

**young** [3] **376**:6 **389**:2 **511**: 10

## Z

**zoom** [3] **365**:21 **525**:18 **528**:7

**zoomed** [2] **389**:8 **466**:6