UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket. No. 17 Cr. 281 (ERK) |
| - against - | **NOTICE OF MOTION**<br>(FOR A NEW TRIAL) |
| CARLOS RICHARD MARTINEZ, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that the defendant Carlos Richard Martinez will move this Court before the Honorable Edward R. Korman, United States District Judge, in the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York at a time that is convenient for the Court, for an order granting the following relief:

(1)   An order granting a new trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
            November 29, 2018

*Attorney for Carlos Martinez*

*Anthony L. Ricco*
ANTHONY L. RICCO, ESQ.
20 Vesey Street, Suite 400
New York, New York 10007
(212) 791-3919
*Tonyricco@aol.com*

TO:

Hon. Edward R. Korman
United States District Court Judge
Eastern District of New York
225 Cadam Plaza East
Brooklyn, New York  11201

AUSA Nadia I. Shihata, Esq. (By ECF)
United States Attorney
Eastern District of New York
229 Cadman Plaza East
Brooklyn, New York 11201